# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| **Jeffery Blubaugh** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 4:25-cv-00607-BCW |
| **Healthcare Solutions Insurancy Agency LLC** | ) ) ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Dedra D'Orta, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Healthcare Solutions Insurancy Agency LLC in Hillsborough County, FL on September 16, 2025 at 9:55 am at 5201 W Kennedy Blvd, Ste 205, Tampa, FL 33609-1878 by leaving the following documents with Dalton Hill who as Manager at Medicare Solutions and Legacy Planning LLC is authorized by appointment or by law to receive service of process for Healthcare Solutions Insurancy Agency LLC.

Summons and Complaint

White Male, est. age 25-34, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=27.9454216667,-82.5310133333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Hillsborough County   ,    FL    on    9/16/2025   .

/s/ *Dedra D'Orta*
_____
Signature
Dedra D'Orta
+1 (813) 446-3010

