IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS INSURANCY AGENCY LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:25-cv-00607-BCW<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

COMES NOW Defendant Healthcare Solutions Insurancy Agency LLC ("Defendant"), by and through counsel, Chapel Law Group, LLC, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and respectfully moves this Honorable Court for an extension of time of twenty one (21) days, up to and including October 28, 2025, within which to file its responsive pleading to Plaintiff's Class Action Complaint. In support of this Motion, Defendant states as follows:

1. Plaintiff filed the Class Action Complaint on August 1, 2025.

2. Defendant was served with process on or about September 9, 2025, making the current deadline to file a responsive pleading October 7, 2025 pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Defendant has retained undersigned counsel and is in the process of gathering factual materials and internal records necessary to prepare a comprehensive responsive pleading addressing the allegations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

4. Plaintiff, through counsel, has no objection to this brief extension.

5. The granting of this motion will not unduly delay these proceedings nor prejudice Plaintiff.

6. This motion is made in good faith and not for the purpose of undue delay.

WHEREFORE, Defendant Healthcare Solutions Insurancy Agency LLC, by and through counsel, respectfully requests that this Court grant it an extension of time, up to and including October 28, 2025, within which to file its responsive pleading to Plaintiff's Class Action Complaint, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

CHAPEL LAW GROUP, LLC

By: /s/ Nimrod T. Chapel, Jr.
Nimrod T. Chapel, Jr., MO Bar #xxxxxx
Chapel Law Group, LLC
P.O. Box 2193
Jefferson City, Missouri 65102
Tel: (573) 635-1806
Email: nimrod@chapellaw.com

Attorney for Defendant
Healthcare Solutions Insurancy Agency LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: /s/ Nimrod T. Chapel, Jr.