IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEFFERY BLAUBAUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:25-CV-00607-BCW |
| ) | |
| HEALTH CARE SOLUTIONS ) | |
| INSURANCY AGENCY LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Health Care Solutions Insurancy Agency LLC's motion for extension of time to file a responsive pleading. (Doc. #6). The Court, being duly advised of the premises, grants said motion.

On August 1, 2025, Plaintiff filed the class action complaint. (Doc. #1). On September 16, 2025, Defendant was served with process, making the deadline to file a responsive pleading October 7, 2025, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i). (Doc. #5).

On October 7, 2025, Defendant filed the instant motion seeking an extension of 21 days, up to and including October 28, 2025, to file its responsive pleading. (Doc. #6). Defendant states it is gathering materials to prepare a comprehensive response to Plaintiff's claims, and Plaintiff does not oppose a brief extension. For good cause shown, Defendant's motion for extension of time to file its responsive pleading is granted. Accordingly, it is hereby

ORDERED Defendant's motion for extension of time to file a responsive pleading is GRANTED. Defendant's response shall be filed no later than October 28, 2025.

IT IS SO ORDERED.

Dated: October 21, 2025              /s/ Brian C. Wimes
                                     JUDGE BRIAN C. WIMES
                                     UNITED STATES DISTRICT COURT