IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff

vs.

HEALTHCARE SOLUTIONS INSURANCE AGENCY LLC

    Defendant.

Case No. 25-cv-607-BCW

# SCHEDULING AND TRIAL ORDER
# JURY TRIAL

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter, the following schedule is hereby established:

**I. DISCOVERY PLAN AND SCHEDULING DEADLINES**

| Discovery Plan and Scheduling | Guidelines | Deadlines |
|---|---|---|
| Joinder of Parties | 30 days before discovery deadline | April 2, 2026 |
| Amendment of Pleadings | 30 days before discovery deadline | April 2, 2026 |
| Plaintiff Expert Designation | 60 days before discovery deadline | April 2, 2026 |
| Defendant Expert Designation | 30 days after Plaintiff Expert deadline | May 4, 2026 |
| Rebuttal Expert Designation | 14 days before discovery deadline | May 18, 2026 |
| Discovery Dispute Motions | At least 14 days before discovery deadline | May 15, 2026 |
| Completion of Discovery (both fact and expert discovery) | 180 days from this proposed order (Local Rule 26.1(c)2) | June 1, 2026 |

| Dispositive Motions and Motion for Class Certification | 30 days after discovery deadline | July 1, 2026[12] |
|---|---|---|

## II. COURT CONFERENCES AND TRIAL DATE

| Court Setting | Guidelines | Date | Time |
|---|---|---|---|
| Court Status Conference Date | 30 days before discovery deadline | TBD | TBD |
| Initial Pretrial Conference Date | 30 days before trial | TBD | TBD |
| Final Pretrial Conference Date | Thursday or Friday before trial | TBD | TBD |
| Trial Date | 150 days from dispositive motion deadline | TBD | 8:30 a.m. |

## III. PRETRIAL AND TRIAL FILING DEADLINES

| Pretrial and Trial Documents | Deadlines |
|---|---|
| Motions in Limine | 14 days prior to initial pretrial conference |
| Responses to Motions in Limine | 7 days prior to initial pretrial conference |
| Deposition Designations | 14 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Objections to Deposition Designations | 10 days prior to initial pretrial conference |
| Cross-Exam Deposition Designations | 10 days prior to initial pretrial conference |
| Objections to Cross-Exam Deposition Designations | 7 days prior to initial pretrial conference |
| Stipulation of Uncontroverted Facts | 3 days prior to initial pretrial conference (Local Rule 40.1) |
| Stipulation of Admissibility of Evidence | 3 days prior to initial pretrial conference |
| Witness List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |

---

[1] Defendant requests a brief period of discovery in the event a class is certified. Plaintiff's position is that such a request can be briefed and presented to the court at the appropriate time.
[2] Defendant reserves the right to seek a bifurcation of discovery upon further review of the facts and defenses of the case.

| Exhibit List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
|---|---|
| Jury Instructions (if jury trial) | 14 days prior to trial (Local Rule 40.1 and 51.1) |
| Trial Briefs | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |
| Voir Dire (if jury trial) | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |

**IV. RESPONSES TO COURT'S ORDER**

1. **TRIAL**. The parties have requested a jury trial. If a class action is certified, the Plaintiff anticipates that trial will take 5 days. *See* Local Rule 16.1(f)(5).

2. **ESI.** The parties agree to produce electronically stored information in a searchable PDF format, to the extent possible, and for all calling data to be produced in its native form. The parties consent to the electronic service of discovery.

RESPECTFULLY SUBMITTED AND DATED this December 2, 2025.

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

By: /s/ James A. Peterson, Esq.
(pro hac application forthcoming)
PETERSON LEGAL P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
Telephone: (754) 444-8076
james@petersonlegal.com

and

Nimrod T. Chapel, Jr.
Nimrod T. Chapel, Jr., MO 46875
Chapel Law Group LLC
311 W Dunklin
Jefferson City, MO 65101
Phone 573-303-0405
Email: nimrod@chapellaw.com

*Attorneys For Healthcare Solutions Insurancy Agency LLC, Defendant*