IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>HEALTHCARE SOLUTIONS INSURANCE AGENCY LLC<br><br>        Defendant. | Case No. 25-cv-607-BCW |

## DESIGNATION OF NEUTRAL

On December 3, 2025, the MAP Director extended the Later-Stage ADR deadline.

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME:     Hon. David E. Jones (ret.)

_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: \_\_\_X\_\_\_ Mediation _____ ADR-O

SESSION DATE AND TIME:     February 11, 2026

SESSION LOCATION:     Zoom

MODE OF SESSION: In person: _____ Virtual: \_\_X\_\_\_ Hybrid _____

07791\324925115.v1

Case 4:25-cv-00607-BCW     Document 12     Filed 12/08/25     Page 1 of 2

Respectfully submitted,

By: /s/ *Anthony I. Paronich*
Anthony I. Paronich, *pro hac vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Attorneys for Plaintiff*


By: /s/ James A. Peterson, Esq.
(pro hac application forthcoming)
PETERSON LEGAL P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
Telephone: (754) 444-8076
james@petersonlegal.com

and

Nimrod T. Chapel, Jr.
Nimrod T. Chapel, Jr., MO 46875
Chapel Law Group LLC
311 W Dunklin
Jefferson City, MO 65101
Phone 573-303-0405
Email: nimrod@chapellaw.com

*Attorneys For Healthcare Solutions Insurancy Agency LLC, Defendant*


CERTIFICATE OF SERVICE

I certify that on December 8, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF systems, which will send notice to all counsel of record.

: /s/ *Anthony I. Paronich*