IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CASE NO.: 4:25-cv-00607-BCW

JEFFERY BLUBAUGH, individually and
on behalf of a class of all persons and entities
similarly situated,

      Plaintiff,

vs.

HEALTHCARE SOLUTIONS INSURANCY
AGENCY LLC,

      Defendant.
_____/

## **DEFENDANT HEALTHCARE SOLUTIONS INSURANCY AGENCY LLC'S MOTION TO BIFURCATE DISCOVERY**

Defendant HEALTHCARE SOLUTIONS INSURANCE AGENCY, LLC ("HEALTHCARE SOLUTIONS"), respectfully moves this Court for an Order bifurcating discovery pursuant to Federal Rules of Civil Procedure 16 and 26.

Healthcare Solutions requests that discovery proceed in phases, beginning with discovery limited to Plaintiff's individual claims, including issues relating to Plaintiff's alleged consent and the calls at issue. Defendant further requests that class-wide discovery be deferred unless and until Plaintiff's individual claims survive resolution and the Court determines that class discovery is appropriate. The grounds for this Motion are set forth in Defendant's Suggestions in Support of Motion to Bifurcate Discovery, filed contemporaneously herewith, and are incorporated by reference.

WHEREFORE, Defendant Healthcare Solutions Insurance Agency, LLC respectfully

1

requests that the Court enter an Order bifurcating discovery so that Phase I discovery is limited to Plaintiff's individual claims and consent, staying class-wide discovery pending further order of the Court, and granting such other and further relief as the Court deems just and proper.

Dated January 28, 2026.

        HEALTHCARE SOLUTIONS
        INSURANCY AGENCY LLC,
        Defendant

        By: /s/ *Nimrod T. Chapel, Jr.*
        Nimrod T. Chapel, Jr., MO 46875
        Chapel Law Group LLC
        311 W Dunklin St.
        Jefferson City, MO 65101
        Phone 573-303-0405
        Email: nimrod@chapellaw.com

        and

        James A. Peterson, Esq.
        (admitted pro hac vice)
        PETERSON LEGAL P.A.
        5079 North Dixie Highway, Suite 105
        Oakland Park, Florida 33334
        Telephone: (754) 444-8076
        James@PetersonLegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Maxwell Cory Nelson  
MCN Law LLC  
8600 W. 110th Street  
Suite 214  
Overland Park, KS 66210  
913-358-5800  
E-Mail: mcorynelson@mcnlawllc.com  

Anthony Paronich, Esq.  
PARONICH LAW, P.C.  
350 Lincoln Street, Suite 2400  
Hingham, MA 02043  
E-Mail: anthony@paronichlaw.com  

*/s/ Nimrod T. Chapel, Jr.*  
Nimrod T. Chapel, Jr.