# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff

vs.

HEALTHCARE SOLUTIONS INSURANCE AGENCY LLC

        Defendant.

Case No. 25-cv-607-BCW

## MOTION TO EXTEND CERTAIN
## DEADLINES IN THE SCHEDULING ORDER

Plaintiff Jeffery Blubaugh moves the Court for an order extending certain deadlines set forth in the Court's Scheduling Order by 120 days. In support of this Motion, the Plaintiff states as follows.

On December 4, 2025, the Court entered its Scheduling Order establishing deadlines governing the progression of this case. (ECF No. 11). The Scheduling Order set, among other deadlines, April 2, 2026 for motions to amend pleadings and Plaintiff's expert designations, May 4, 2026 for Defendant's expert designations, May 18, 2026 for rebuttal expert designations, June 1, 2026 for the close of discovery, and July 1, 2026 for dispositive and Daubert motions. (ECF No. 11).

Good cause exists to extend these deadlines. This is a putative class action under the TCPA, and the Parties are currently engaged in a significant and unresolved dispute concerning the scope and sequencing of class discovery. Plaintiff's discovery dispute correspondence to seek

the data necessary for class certification remains pending before the Court. The resolution of that motion will materially affect the scope of discovery and the Parties' ability to efficiently complete discovery without duplication. Absent an extension, the Parties would be required to proceed with expert disclosures and discovery under an uncertain framework, which would likely result in inefficiency, duplication of effort, and potential prejudice to both sides. The Parties have acted diligently in prosecuting and defending this case, but they cannot reasonably complete discovery and expert work while the class discovery dispute remains unresolved.

Accordingly, the Plaintiff requests that the Court extend the following deadlines by 120 days as follows:

Motions to amend pleadings and Plaintiff expert designations: from April 2, 2026 to July 31, 2026.
Defendant expert designations: from May 4, 2026 to September 1, 2026.
Rebuttal expert designations: from May 18, 2026 to September 15, 2026.
Close of discovery: from June 1, 2026 to September 29, 2026.
Dispositive motions and Daubert motions: from July 1, 2026 to October 29, 2026.

The Plaintiff respectfully submits that the pending class discovery dispute constitutes good cause for modification of the affected deadlines and request that the Court adjust any remaining pretrial deadlines as appropriate to maintain a workable schedule. This is the first joint request to extend these deadlines, and the request is made in good faith and not for purposes of delay.

The Plaintiff attempted to confer with counsel for the Defendant beginning on March 29, 2026, but did not hear back.

RESPECTFULLY SUBMITTED AND DATED this 2nd day of April, 2026.

_s/ Anthony I. Paronich_____
Anthony I. Paronich
**PARONICH LAW, P.C.**

2

350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Attorney for Plaintiff*


*/s/ James A. Peterson*
James A. Peterson
Peterson Legal, P.A.
5079 North Dixie Highway
Suite 105
Oakland Park, FL 33334
Telephone: (754) 444-8076
Email: James@PetersonLegal.com
*Pro Hac Vice*
*Attorney for Defendant Healthcare Solutions*
*Insurancy Agency LLC*

3