IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CASE NO.: 4:25-cv-00607-BCW

JEFFERY BLUBAUGH, individually and
on behalf of a class of all persons and entities
similarly situated,

       Plaintiff,

vs.

HEALTHCARE SOLUTIONS INSURANCE
AGENCY LLC,

       Defendant.

_____/

## DEFENDANT'S NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND CERTAIN DEADLINES IN THE SCHEDULING ORDER

Defendant Healthcare Solutions Insurance Agency LLC ("Defendant"), by and through

undersigned counsel, hereby provides notice that it does not oppose Plaintiff's Motion to Extend

Certain Deadlines in the Scheduling Order (ECF No. 23).

Dated April 16, 2026.

                                   HEALTHCARE SOLUTIONS
                                   INSURANCE AGENCY LLC,
                                   Defendant

                                   By: /s/ *James A. Peterson*
                                   James A. Peterson, Esq.
                                   (admitted pro hac vice)
                                   PETERSON LEGAL P.A.
                                   5079 North Dixie Highway, Suite 105
                                   Oakland Park, Florida 33334
                                   Telephone: (754) 444-8076
                                   James@PetersonLegal.com

                                   and

Nimrod T. Chapel, Jr., MO 46875
Chapel Law Group LLC
311 W Dunklin
Jefferson City, MO 65101
Phone 573-303-0405
Email: nimrod@chapellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Maxwell Cory Nelson
MCN Law LLC
8600 W. 110th Street
Suite 214
Overland Park, KS 66210
913-358-5800
E-Mail: mcorynelson@mcnlawllc.com

Anthony Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
E-Mail: anthony@paronichlaw.com

*/s/ James A. Peterson*
James A. Peterson, Esq.

2