# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

JEFFERY BLAUBAUGH,      )
     )
     Plaintiff,      )
     )
v.      )      Case No. 4:25-CV-00607-BCW
     )
HEALTH CARE SOLUTIONS      )
INSURANCE AGENCY LLC,      )
     )
     Defendant.      )

## ORDER

Before the Court is Plaintiff's Motion to Extend Certain Deadlines in the Scheduling Order. (Doc. #23). The Court, being duly advised of the premises, grants in part and denies in part said motion.

On August 1, 2025, Plaintiff filed a class action complaint under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. (Doc. #1). The complaint alleges that Defendant Healthcare Solutions Insurance Agency LLC engaged in a telemarketing campaign that resulted in alleged calls to Plaintiff's telephone number and to the telephone numbers of similarly situated consumers nationwide. On December 4, 2025, the Court issued a Scheduling Order in this matter. (Doc. #11).

On April 2, 2026, Plaintiff filed the instant motion requesting extensions of 120 days for motions to amend pleadings, expert designations, close of discovery, dispositive motions, and Daubert motions. (Doc. #23). Plaintiff states that Defendant's motion concerning the outstanding discovery dispute, filed to obtain the data necessary for class certification, remains pending before the Court. Plaintiff further asserts that the Court's resolution of that motion will materially affect the scope of discovery and the Parties' ability to complete discovery efficiently and without

1

duplication. Plaintiff contends that without an extension, the Parties would be required to proceed with discovery in a manner that risks inefficiency, duplicative efforts, and potential prejudice to both sides. Defendant does not oppose Plaintiff's motion. (Doc. #25).

For good cause shown, the Court grants Plaintiff's request to extend the expert designations and discovery closure deadlines, but only for an additional 90 days. The Court further requires that all dispositive motions be filed at least 120 days before the pretrial conference in order to give the Court adequate time to rule in advance of trial. Because the pretrial conference is set for November 17, 2026, the Court grants an extension of the dispositive motion deadline to July 20, 2026. Furthermore, the Court grants an extension of the <u>Daubert</u> motions deadline to September 1, 2026. Accordingly, it is hereby

ORDERED Plaintiff's Motion to Extend Certain Deadlines in the Scheduling Order (Doc. #23) is GRANTED IN PART AND DENIED IN PART consistent with the following deadlines:

**Motions to Amend Pleadings: July 1, 2026**
**Discovery Closure: August 30, 2026**
**Plaintiff's Expert Witness Designations: July 1, 2026**
**Defendant's Expert Witness Designations: August 2, 2026**
**Rebuttal Expert Witness Designations: August 16, 2026**
**Daubert Motions: September 1, 2026**
**Dispositive Motions: July 20, 2026**

IT IS SO ORDERED.

Dated: <u>April 21, 2026</u>                     /s/ Brian C. Wimes
                                        BRIAN C. WIMES, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

2