**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

JEFFERY BLAUBAUGH,            )
                                          )
               Plaintiff,        )
                                          )
v.                                   )          Case No. 4:25-CV-00607-BCW
                                          )
HEALTH CARE SOLUTIONS      )
INSURANCY AGENCY LLC,       )
                                          )
              Defendant.     )

## <u>ORDER</u>

On May 12, 2026, the Court held a telephone conference regarding the Parties' discovery dispute. (Doc. #28). The Court heard argument from counsel, including Defendant's objection to the production of class-wide data. Consistent with the Court's statements on the telephone conference, it is hereby

ORDERED Defendant shall propound discovery to Plaintiff **on or before May 26, 2026**.

IT IS SO ORDERED.

Dated: <u>May 12, 2026</u>                   /s/ Brian C. Wimes
                                         BRIAN C. WIMES, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT