IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CASE NO.: 4:25-cv-00607-BCW

JEFFERY BLUBAUGH, individually and
on behalf of a class of all persons and entities
similarly situated,

        Plaintiff,

vs.

HEALTHCARE SOLUTIONS INSURANCY
AGENCY LLC,

        Defendant.

_____/

## **AMENDED DESIGNATION OF NEUTRAL**

In accordance with the Notice of Inclusion, MAP General Order, and any applicable

guidelines, the parties file their Amended Designation of Neutral as follows:

NEUTRAL'S NAME: _____ Virginia "Ginnie" Stevens Crimmins _____

_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: ___X___ Mediation _____ ADR-O

SESSION DATE AND TIME: _____ Monday, June 22, 2026 at 9:30 AM Central _____

SESSION LOCATION: _____ Zoom _____

MODE OF SESSION: In person: _____ Virtual: ___X___ Hybrid _____

1

Dated May 14, 2026

Respectfully submitted,

By: /s/ *Anthony I. Paronich*
Anthony I. Paronich, *pro hac vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
*Attorneys for Plaintiff*

HEALTHCARE SOLUTIONS
INSURANCY AGENCY LLC,
Defendant

By: /s/ *James A. Peterson*
James A. Peterson, Esq.
(admitted pro hac vice)
PETERSON LEGAL P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
Telephone: (754) 444-8076
James@PetersonLegal.com

and

Nimrod T. Chapel, Jr., MO 46875
Chapel Law Group LLC
311 W Dunklin
Jefferson City, MO 65101
Phone 573-303-0405
Email: nimrod@chapellaw.com

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on May 14, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

| | |
|---|---|
| Maxwell Cory Nelson<br>MCN Law LLC<br>8600 W. 110th Street<br>Suite 214<br>Overland Park, KS 66210<br>913-358-5800<br>E-Mail: mcorynelson@mcnlawllc.com | Anthony Paronich, Esq.<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA  02043<br>E-Mail: anthony@paronichlaw.com |

                   */s/ James A. Peterson*

                   James A. Peterson, Esq.

3