IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CASE NO.: 4:25-cv-00607-BCW

JEFFERY BLUBAUGH, individually and
on behalf of a class of all persons and entities
similarly situated,

      Plaintiff,

vs.

HEALTHCARE SOLUTIONS INSURANCY
AGENCY LLC,

      Defendant.

                                          /

## **<u>DEFENDANT'S CERTIFICATE OF SERVICE OF DISCOVERY TO PLAINTIFF</u>**

Defendant HEALTHCARE SOLUTIONS INSURANCY AGENCY LLC, by and through

the undersigned counsel, and pursuant to Local Rule 26.3(b), hereby gives notice that it has served

Plaintiff with its First Request for Production, First Set of Interrogatories, and First Request for

Admissions on Monday, May 18, 2026 through Plaintiff's counsel of record via E-Mail.


Dated May 18, 2026.

                                   HEALTHCARE SOLUTIONS
                                   INSURANCY AGENCY LLC,
                                   Defendant
                                   By: /s/ *James A. Peterson*
                                   James A. Peterson, Esq.
                                   (admitted pro hac vice)
                                   PETERSON LEGAL P.A.
                                   5079 North Dixie Highway, Suite 105
                                   Oakland Park, Florida 33334
                                   Telephone: (754) 444-8076
                                   [James@PetersonLegal.com](mailto:James@PetersonLegal.com)

1

and

Nimrod T. Chapel, Jr., MO 46875
Chapel Law Group LLC
311 W Dunklin
Jefferson City, MO 65101
Phone 573-303-0405
Email: nimrod@chapellaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Maxwell Cory Nelson
MCN Law LLC
8600 W. 110th Street
Suite 214
Overland Park, KS 66210
913-358-5800
E-Mail: mcorynelson@mcnlawllc.com

Anthony Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
E-Mail: anthony@paronichlaw.com

*/s/ James A. Peterson*
James A. Peterson, Esq.

2