IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CASE NO.: 4:25-cv-00607-BCW

JEFFERY BLUBAUGH, individually and
on behalf of a class of all persons and entities
similarly situated,

      Plaintiff,

vs.

HEALTHCARE SOLUTIONS INSURANCY
AGENCY LLC,

      Defendant.

_____/

## DEFENDANT HEALTHCARE SOLUTIONS INSURANCY AGENCY LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant Healthcare Solutions Insurancy Agency LLC ("Healthcare Solutions"), pursuant to Federal Rule of Civil Procedure 56, moves for summary judgment on Plaintiff Jeffery Blubaugh's individual claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227(c).

As explained in the contemporaneously filed Suggestions in Support, the undisputed evidence establishes that Plaintiff's identifying information and telephone number were submitted through an online process requiring affirmative consent to receive calls from Healthcare Solutions, including if the number appeared on the National Do-Not-Call Registry. Healthcare Solutions' records preserve the submission information, associated advertisement, and consent disclosure. Accordingly, the challenged calls were authorized under 47 C.F.R. § 64.1200(c)(2)(ii).

Alternatively, if Plaintiff denies submitting the information, Healthcare Solutions made the calls in reasonable reliance upon a detailed consent record generated through a system designed to

transmit only consumer leads bearing consent. Healthcare Solutions also trained personnel regarding Do-Not-Call requests, maintained an internal do-not-call list, and ceased all contact after Plaintiff's number was designated do-not-call. Healthcare Solutions is therefore entitled to the applicable safe-harbor protections.

WHEREFORE, Defendant respectfully requests that the Court enter summary judgment in its favor on Plaintiff's individual claim and grant such other relief as the Court deems just and proper.


Dated July 20, 2026.

<div style="margin-left:50%">

HEALTHCARE SOLUTIONS
INSURANCY AGENCY LLC,
Defendant
By: /s/ *James A. Peterson*
James A. Peterson, Esq.
(admitted pro hac vice)
PETERSON LEGAL P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
Telephone: (754) 444-8076
James@PetersonLegal.com

and

Nimrod T. Chapel, Jr., MO 46875
Chapel Law Group LLC
311 W Dunklin
Jefferson City, MO 65101
Phone 573-303-0405
Email: nimrod@chapellaw.com

</div>

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Maxwell Cory Nelson
MCN Law LLC
8600 W. 110th Street
Suite 214
Overland Park, KS 66210
913-358-5800
E-Mail: mcorynelson@mcnlawllc.com

Anthony Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
E-Mail: anthony@paronichlaw.com

*/s/ James A. Peterson*
James A. Peterson, Esq.

3