IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CASE NO.: 4:25-cv-00607-BCW

JEFFERY BLUBAUGH, individually and
on behalf of a class of all persons and entities
similarly situated,

     Plaintiff,

vs.

HEALTHCARE SOLUTIONS INSURANCY
AGENCY LLC,

     Defendant.

_____ /

## **DECLARATION OF BRAD MORGAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1.     My name is Brad Morgan. I am over eighteen years old, competent to testify, and have personal knowledge of the matters stated in this Declaration through my work and my review of Healthcare Solutions' regularly maintained business records.

2.     I am the Chief Technology Officer of Defendant Healthcare Solutions Insurancy Agency LLC ("Healthcare Solutions").

3.     In my role as Chief Technology Officer, I am familiar with Healthcare Solutions' Convoso calling platform, its related call records, the system controls used to process Do-Not-Call requests, and the technical implementation of those controls. I am also familiar with the calling, recordkeeping, training, and Do-Not-Call practices described below.

4.     Healthcare Solutions uses the Convoso platform for outbound calling and related call records. Convoso records calls at or near the time they occur, and Healthcare Solutions

maintains and relies on those records in the ordinary course of its regularly conducted business.

5. I have access to and regularly review Convoso records as part of my responsibilities. I reviewed the complete Convoso history associated with Plaintiff Jeffery Blubaugh's telephone number ending in 2682 in preparing this Declaration.

6. A true and correct copy of the complete Convoso export for Plaintiff's number is attached as **Exhibit A**.

7. The complete export contains ten call records. All ten occurred between July 3 and July 8, 2025, and between 9:08 a.m. and 5:41 p.m. in Plaintiff's local time.

8. Eight of the outbound records reflect twelve-second answering-machine detections without agent involvement and without a voicemail or message drop. One outbound call on July 8, 2025 connected for approximately 95 seconds and was transferred to licensed agent Anthony Carbone, resulting in an approximately 255-second inbound conversation dispositioned "MA AEP Follow Up / Most Comp Plan."

9. The connected outbound leg was placed by a Healthcare Solutions employee using Convoso user ID 1248452. The display label associated with that user was an internally assigned label, not the name of an outside call center or dialing vendor.

10. Healthcare Solutions' outbound calling operation was designed to call only telephone numbers associated with consumer-submitted leads bearing consent to be contacted. Healthcare Solutions obtains such leads through online consent processes that are the same as or materially similar to the process described in the accompanying lead-record declaration. Healthcare Solutions did not intentionally place unsolicited telemarketing calls to numbers for which it lacked a consent record.

11. During July 2025, Healthcare Solutions maintained an internal do-not-call list

within Convoso. The system included a "Do NOT Call" disposition that agents could select when a consumer requested that calls stop or otherwise indicated that the consumer did not want further contact.

12. Agents and fronters were trained to recognize statements such as "stop calling," "take me off your list," "don't text me," and other clear indications that the consumer did not want further contact, and to select the "Do NOT Call" disposition immediately. When in doubt, personnel were trained to treat the statement as a do-not-call request.

13. Selecting the "Do NOT Call" disposition caused the number to be placed on Healthcare Solutions' internal do-not-call list and suppressed further outbound calls and text messages to that number. Healthcare Solutions retained internal do-not-call designations indefinitely.

14. The agent-training slide attached as *Exhibit B* is illustrative. Although I cannot confirm that this exact slide was presented to agents during the relevant period, its content accurately reflects the Do-Not-Call training program and procedures provided to Healthcare Solutions agents and fronters when Plaintiff was called in July 2025. The Convoso screenshot attached as *Exhibit C* accurately depicts the "Do NOT Call" disposition available in the system at that time.

15. Healthcare Solutions' records reflect that Plaintiff's telephone number was designated do-not-call on July 13, 2025. No call, text message, or other contact was made to Plaintiff's number after that designation.

16. Healthcare Solutions' internal do-not-call list presently contains more than 2.7 million records. The internal list and DNC controls existed before this lawsuit and were used as part of Healthcare Solutions' routine business operations.

17. During the relevant period, agents and fronters received in-person training regarding the internal do-not-call process at onboarding and through ongoing reinforcement. Operations and floor supervisors trained personnel and monitored use of the do-not-call disposition, while systems and technology personnel maintained the applicable DNC logic.

18. Healthcare Solutions' practice of calling only consumer-submitted numbers supported by consent records was intended to prevent calls to persons who had not agreed to be contacted, including persons whose numbers appeared on the National Do-Not-Call Registry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated  Jul 20, 2026
_____.

Brad Morgan (Jul 20, 2026 23:26:39 EDT)
Brad Morgan

| Phone | FDNC_5-19-26 | id | lead_id | list_id | campaign_id | campaign | user |
|---|---|---|---|---|---|---|---|
| 6413472682 | FALSE | 472390349 | 27035451 | 7503 | 242 | Inbound Only | Anthony Carbone |
| 6413472682 | FALSE | 472378827 | 27035451 | 8443 | 1603 | Outbound Campaign OU65 | ACS LISTER from Healthcare Enrollment Center |
| 6413472682 | FALSE | 471101145 | 27035451 | 8443 | 1603 | Outbound Campaign OU65 | System User |
| 6413472682 | FALSE | 469444673 | 27035451 | 8443 | 1603 | Outbound Campaign OU65 | System User |
| 6413472682 | FALSE | 469314455 | 27035451 | 8443 | 1603 | Outbound Campaign OU65 | System User |
| 6413472682 | FALSE | 468595267 | 27035451 | 8443 | 1603 | Outbound Campaign OU65 | System User |
| 6413472682 | FALSE | 468148129 | 27035451 | 8443 | 1603 | Outbound Campaign OU65 | System User |
| 6413472682 | FALSE | 467931213 | 27035451 | 8443 | 1603 | Outbound Campaign OU65 | System User |
| 6413472682 | FALSE | 467674903 | 27035451 | 8443 | 1603 | Outbound Campaign OU65 | System User |
| 6413472682 | FALSE | 467216989 | 27035451 | 12001 | 3783 | Outbound Campaign ACA | System User |

**EXHIBIT A**

| user_id | phone_number | number_dialed | first_name | last_name | status | status_name | call_length | call_date | agent_comment |
|---|---|---|---|---|---|---|---|---|---|
| 1197669 | 6413472682 | 6413472682 | | | AEPFU | MA AEP Follow Up / Most Comp Plan | 255 | 7/8/2025 11:14 | |
| 1248452 | 6413472682 | 6413472682 | | | CALXFR | Call Transferred | 95 | 7/8/2025 11:12 | |
| 666666 | 6413472682 | 6413472682 | | | AA | Answering Machine Detected | 12 | 7/8/2025 7:08 | |
| 666666 | 6413472682 | 6413472682 | | | AA | Answering Machine Detected | 12 | 7/7/2025 14:04 | |
| 666666 | 6413472682 | 6413472682 | | | AA | Answering Machine Detected | 12 | 7/7/2025 13:38 | |
| 666666 | 6413472682 | 6413472682 | | | AA | Answering Machine Detected | 12 | 7/7/2025 11:17 | |
| 666666 | 6413472682 | 6413472682 | | | AA | Answering Machine Detected | 12 | 7/7/2025 8:48 | |
| 666666 | 6413472682 | 6413472682 | | | AA | Answering Machine Detected | 12 | 7/7/2025 7:57 | |
| 666666 | 6413472682 | 6413472682 | | | AA | Answering Machine Detected | 12 | 7/7/2025 7:10 | |
| 666666 | 6413472682 | 6413472682 | | | AA | Answering Machine Detected | 12 | 7/3/2025 15:41 | |

| queue_id | called_count | caller_id_displayed | term_reason | call_type | queue_position | queue_seconds | originating_agent_id | inbound_number | queue |
|---|---|---|---|---|---|---|---|---|---|
| 3465 | 0 | | AGENT | INBOUND | 0 | 0 | 1248452 | | HCS MA |
| | 9 | 16417286244 | AGENT | OUTBOUND | 1 | 0 | | | |
| | 8 | 16412194776 | AMD | OUTBOUND | 1 | 0 | | | |
| | 7 | 16412156902 | AMD | OUTBOUND | 1 | 0 | | | |
| | 6 | 16412063647 | AMD | OUTBOUND | 1 | 0 | | | |
| | 5 | 16412063647 | AMD | OUTBOUND | 1 | 0 | | | |
| | 4 | 16417286244 | AMD | OUTBOUND | 1 | 0 | | | |
| | 3 | 16417286244 | AMD | OUTBOUND | 1 | 0 | | | |
| | 2 | 16412156902 | AMD | OUTBOUND | 1 | 0 | | | |
| | 1 | 16412197904 | AMD | OUTBOUND | 1 | 0 | | | |

| InternalDNC | InternalDNC_InsertDate |
| --- | --- |
| TRUE | 7/13/2025 20:45 |
| TRUE | 7/13/2025 20:45 |
| TRUE | 7/13/2025 20:45 |
| TRUE | 7/13/2025 20:45 |
| TRUE | 7/13/2025 20:45 |
| TRUE | 7/13/2025 20:45 |
| TRUE | 7/13/2025 20:45 |
| TRUE | 7/13/2025 20:45 |
| TRUE | 7/13/2025 20:45 |
| TRUE | 7/13/2025 20:45 |

# THE DO NOT CALL BUTTON

❖ **Listen for triggers** – "stop calling," "take me off your list," "don't text me," or clear irritation.

❖ **Press Do NOT Call** – dispo the call with the Do NOT Call button right away.

❖ **Suppression is instant** – no more calls or texts to or from that number, permanently.

❖ **When in doubt** – press it. Every request counts. No exceptions.



Disposition panel in the dialer



EXHIBIT B

