IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CASE NO.: 4:25-cv-00607-BCW

JEFFERY BLUBAUGH, individually and
on behalf of a class of all persons and entities
similarly situated,

       Plaintiff,

vs.

HEALTHCARE SOLUTIONS INSURANCY
AGENCY LLC,

       Defendant.

                                                /

## <u>DECLARATION OF JORDAN VICKERS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

1.      My name is Jordan Vickers. I am over eighteen years old, competent to testify, and have personal knowledge of the matters stated in this Declaration through my work and my review of Healthcare Solutions' regularly maintained business records.

2.      I am the Chief Marketing Officer of Defendant Healthcare Solutions Insurancy Agency LLC ("Healthcare Solutions"). I have held this position since June 1, 2022.

3.      My responsibilities include oversight of marketing operations and lead-generation vendor relationships, including Healthcare Solutions' relationship with Zeeto, as well as review and approval of advertising creatives and consent language prior to use. These responsibilities make me familiar with how Healthcare Solutions obtained the consumers' lead information during the relevant period.

4.      Healthcare Solutions assists consumers with evaluating and enrolling in Medicare-

related insurance products.

5. I am familiar with Healthcare Solutions' relationship with Zeeto and with the records generated when a consumer responded to a Healthcare Solutions Medicare offer through Zeeto's marketing platform.

6. During the relevant period, Healthcare Solutions had agreements with Zeeto. Zeeto hosted Healthcare Solutions' approved advertising creatives and the consent language associated with those creatives. ScoredIt was an owned-and-operated consumer property within Zeeto's corporate group, held through Tibrio LLC. The references to "Zeeto," "ScoredIt," and "Tibrio" in the records concerning Plaintiff reflect that relationship.

7. Healthcare Solutions obtains consumer leads through online processes that are the same as or materially similar to the process described in this Declaration. Before a consumer's information is transmitted to Healthcare Solutions for calling, the consumer is presented with consent language identifying Healthcare Solutions and must affirmatively indicate agreement to be contacted at the telephone number provided, including when the telephone number appears on the National Do-Not-Call Registry. Healthcare Solutions' records preserve the consent information associated with each transmitted lead.

8. Healthcare Solutions maintains electronic lead records in its Azure SQL production environment. These records are created at or near the time a consumer submits information through the applicable online process, are maintained in the ordinary course of Healthcare Solutions' regularly conducted business, and are records Healthcare Solutions regularly relies upon in conducting its business.

9. I have access to and regularly review these records as part of my responsibilities. I reviewed the records associated with Plaintiff Jeffery Blubaugh and the telephone number ending

2

in 2682 in preparing this Declaration.

10. A true and correct copy of the Azure SQL export containing the lead data maintained for Plaintiff is attached as **Exhibit A**. Healthcare Solutions previously produced this document in this action as HEALTHCARE SOLUTIONS 0002.

11. The Azure SQL export reflects that, on September 10, 2024 at 12:19:31, a person using the ScoredIt path submitted Plaintiff's name, telephone number ending in 2682, email address, date of birth, residential address in Independence, Missouri, and interest in Medicare Advantage products.

12. The record also captured a desktop device and an IPv6 address. It identifies the marketing platform as "Zeeto," the publisher as "Tibrio," the property as "ScoredIt," and the placement as "Scored It - Primary Placement." It further identifies the campaign as "MedAdv - COMPLIANCE APPROVED O65" and the ad set as "Image - Compliance - 13."

13. The Azure SQL export was generated from data maintained in Healthcare Solutions' production database. The underlying data was captured and maintained in the ordinary course of Healthcare Solutions' business and was not created or reconstructed for this litigation.

14. Based on my review of Healthcare Solutions' records, Creative ID B10242316 and its accompanying consent disclosure were associated with Plaintiff's submission. True and correct copies of Creative ID B10242316 and its accompanying consent disclosure are attached as **Exhibit B**.

15. The disclosure expressly named Healthcare Solutions and stated that, by submitting the consumer's name and contact information, the consumer was electronically signing and expressly consenting to receive calls, text messages, and emails at the telephone number provided from a licensed insurance agent from Healthcare Solutions or its identified marketing partners

3

about Medicare plans. It further stated that calls or texts could use an autodialer or prerecorded message, including if the number appeared on the National Do-Not-Call Registry; that consent was not a condition of enrollment; and that consent could be revoked at any time.

16. The consent disclosure incorporated the telephone number supplied earlier in the consumer's session into the disclosure itself. The number incorporated into the disclosure associated with Plaintiff's record was Plaintiff's telephone number ending in 2682.

17. A lead record would not have been transmitted to Healthcare Solutions for calling unless the consumer affirmatively selected the Healthcare Solutions offer and submitted the information and consent associated with that offer. This required the consumer to affirmatively check the consent checkbox on the initial ScoredIt consent screen and separately click a "Yes" response button displayed with the Healthcare Solutions offer and its consent disclosure.

18. Healthcare Solutions did not purchase Plaintiff's information from an unrelated third-party calling list. Plaintiff's information was transmitted through the Zeeto/ScoredIt path with the Healthcare Solutions creative and consent information preserved in the contemporaneous opt-in record.

19. On July 15, 2026, Healthcare Solutions conducted a controlled test using the URL and entry variant preserved in Plaintiff's opt-in record. The test documented the current ScoredIt consumer journey. True and correct copies of screenshots from that test are attached as *Exhibit C*.

20. The July 2026 test was not a recreation of Plaintiff's September 2024 session, and the Healthcare Solutions offer did not appear during the test. It is offered only to illustrate the structure and functionality of the ScoredIt process. The historical Healthcare Solutions creative and consent disclosure associated with Plaintiff's submission are separately preserved in Healthcare Solutions' records and are attached to this Declaration.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated Jul 20, 2026 _____.

*Jordan Vickers*
Jordan Vickers (Jul 20, 2026 22:50:01 EDT)
Jordan Vickers

| First Name | Last Name | Created | Phone | Email | Gender | DOB | Address | City | State | Zipcode |
|---|---|---|---|---|---|---|---|---|---|---|
| Jeff | Blubaugh | 9/10/24 12:19 | 6413472682 | jrblubaugh@gmail.com | Male | 9/15/1957 | 9601 e us highway 40 | Independence | MO | 64055 |

**EXHIBIT A**

| Product Interest | IP Address | Device | Lead ID | Marketing Platform | Marketing Campaign ID | Publisher | Property |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Medicare Advantage | 2600:100a:b032:8984:0:1e:d7e5:d301 | DESKTOP | 2047763 | Zeeto | 660acd469cba284e7774cccc | Tibrio | ScoredIt |

| Placement | subID | CampaignName | AdSetName |
| --- | --- | --- | --- |
| Scored It - Primary Placement | 5c2017be5523bd9bcc83785d9de7414d | MedAdv - COMPLIANCE APPROVED O65 | Image - Compliance - 13 |

| UTM_Consent | UTM_Target | IP Geo Confidence Score | IP Geo Confidence Tier |
|---|---|---|---|
| ps_viscard3_1000 | 6633f6209e5d8a08f0ea0334 | 90 | High |

| IP Geo Reasoning | ASN Number | ASN Organization | Is Hosting | Is VPN | VPN List Match | MaxMind Anonymous |
|---|---|---|---|---|---|---|
| No city/state match, but metro proximity within 18.8 miles | 6167 | CELLCO-PART | FALSE | FALSE | FALSE | FALSE |

| IP2Location City | IP2Location State | IP2Location Latitude | IP2Location Longitude | IpWho City | IpWho Region | IpWho Latitude | IpWho Longitude |
|---|---|---|---|---|---|---|---|
| Hutchinson | Kansas | 38.06084 | -97.92977 | Hutchinson | Kansas | 38.0608445 | -97.9297743 |

IP Geo Min Distance Miles

18.78984833

Sponsored Ad



By submitting your name and contact information you are expressly consenting via electronic signature to receive calls, text messages and/or emails to (641) 347-2682 from a licensed insurance agent from Healthcare Solutions or our marketing partners listed in our Privacy Policy about Medicare Plans at the number provided (including any wireless number), and you agree such calls and/or text messages may use an auto-dialer or pre-recorded message, even if you are on national do-not-call registry. Message and data rates may apply. Text STOP to opt out, or HELP for help. MSG frequency varies. You also verify that the contact information entered is correct and is your personal information and that you are over 18 years of age. This agreement is not a condition of enrollment and your consent can be revoked at any time. There is no obligation to enroll. Benefits may not be available in all plans or service areas. We do not offer every plan available in your area. Currently we represent 7 organizations which offer 59 products in your area. Any information we provide is limited to those plans we do offer in your area. Please contact Medicare.gov or 1-800-MEDICARE to get information on all of your options. Participating sales agencies represent Medicare Advantage [HMO, PPO, PFFS, and PDP] organizations that are contracted with Medicare. You also agree to Healthcare Solutions Terms and Conditions and Privacy Policy. Enrollment depends on the plan's contract renewal. Enrollment in the described plan type may be limited to certain times of the year unless you qualify for a special enrollment period. Healthcare Solutions is not connected with or endorsed by the U.S. Government or the federal Medicare program. This is a solicitation of insurance. A licensed insurance agent/producer may contact you.

**EXHIBIT B**

No Credit Card Needed

# Your FREE item is ready – do you want it?
## It won't last long!



## I'll Take It! »

*One Per Household*

Privacy Policy

Terms & Conditions

CA Consumers: Do Not Sell or Share My Personal Information

CA Consumers: Privacy Policy

EXHIBIT C



**Order In Process**

| | |
|---|---|
| Cost | $0.00 |
| Shipping | $0.00 |
| **Total** | **$0.00** |

💳 **No credit card needed!**

## Welcome!

Enter a shipping zip code for this **free** item.

**Zip Code:**

By entering your information and clicking Continue, you agree to Terms of Use and Privacy Policy.

**Continue**



Privacy Policy

Terms & Conditions

| Cost | $0.00 |
| Shipping | $0.00 |
| **Total** | **$0.00** |

No credit card needed!

## Thank you!
What name goes on this **free** item?

**First Name:**

[                                    ]

**Last Name:**

[                                    ]

**Continue**



Privacy Policy

CA Consumers: Do Not Sell or Share My Personal Information

CA Consumers: Privacy Policy

| | | |
| --- | --- | --- |
| | Shipping | $0.00 |
| | **Total** | **$0.00** |



💳 No credit card needed!

## Nice to meet you!

We've got **free** items daily! What's your email?

**E-mail:**

| |
| --- |
| |

By clicking continue below, I consent to allow Sconodit's site, its owners and/or its subsidiaries and companies owned by the same legal entity as the parent company to use the data and information I provide. I understand that my consent is not required as a precondition for receiving any goods and/or services. Please review our Privacy Policy to understand how we use and share your data with others.

**Don't forget to double-check your email.**
**A valid email is needed to ship out your item.**

## Continue



Privacy Policy

Terms & Conditions

CA Consumers: Do Not Sell or Share My Personal Information
CA Consumers: Privacy Policy

Nevada Consumers: Do Not Sell or Share My Personal Information

Deals, coupons, freebies, samples, and other offers (collectively "Offers") change often. We cannot guarantee that you will receive any of the

| | |
|---|---|
| Cost | $0.00 |
| Shipping | $0.00 |
| **Total** | **$0.00** |

💳 No credit card needed!

## Thank you!
Personalize **free** offers with the below.

**Birthday:**

| Jan ▾ | 15 ▾ | 1957 ▾ |
|---|---|---|

**Gender:**

○ Female

◉ Male

**Continue**



Case 4:25-cv-00607-BCW     Document 32-3     Filed 07/20/26     Page 18 of 26



| Cost | $0.00 |
| Shipping | $0.00 |
| **Total** | **$0.00** |

☐ No credit card needed!

## Almost Done!

Verify below to qualify for your **free** item.

Phone:



☐ By selecting this box and clicking "Continue", I provide my E-SIGN signature and express written consent to receive calls and SMS text messages from Scored It and its marketing partners, Boundless Media, Coupon Cart Daily, Samples Network, The Free Sample Guide, Unified Marketing Partners, and its subsidiaries, the FHTA, National Health Advisors (regarding health insurance, life insurance, SSDI and other relevant products), and National Capital Advisors (regarding auto protection plans, debt solutions and other relevant products), Savings Partner Network and its Marketing Partners and affiliates, as well as authorized third parties calling or messaging on their behalf, to individually contact me for marketing purposes at the number provided above. I understand these calls or texts may be generated using automated or pre-recorded technology, including auto-dialers and AI technology, and that my consent is not required as a precondition for receiving any goods or services. I understand that my consent applies and I will receive these calls or text messages even if my number is registered on a federal or state Do Not Call list. I agree to the shared Privacy Policy and Terms of Service (including dispute resolution via arbitration and waiver of class actions). I understand that I have the right to withdraw my consent at any time through any reasonable means. Reply HELP for help, or STOP to opt out. Standard message and data rates may apply. If you do not want to receive communication by phone, do not select the box or hit the Continue button.

**Continue**

Privacy Policy





## Order In Process

| | |
|---|---|
| Cost | $0.00 |
| Shipping | $0.00 |
| **Total** | **$0.00** |

📧 No credit card needed!

## Almost Done!

Verify below to qualify for your **free** item.

**Phone:**

6415555555

☑ By selecting this box and clicking "Continue", I provide my E-SIGN signature and express written consent to receive calls and SMS text messages from Scored it and its marketing partners, Boundless Media, Coupon Cart Daily, Samples Network, The Free Sample Guide, Unified Marketing Partners, and its subsidiaries, the FHTA, National Health Advisors (regarding health insurance, life insurance, SSDI and other relevant products), and National Capital Advisors (regarding auto protection plans, debt solutions and other relevant products), Savings Partner Network and its Marketing Partners and Affiliates, as well as authorized third parties calling or messaging on their behalf, to individually contact me for marketing purposes at the number provided above. I understand these calls or texts may be generated using automated or pre-recorded technology, including auto-dialers and AI technology, and that my consent is not required as a precondition for receiving any goods or services. I understand that my consent applies and I will receive these calls or text messages even if my number is registered on a federal or state Do Not Call list. I agree to the shared Privacy Policy and Terms of Service (including dispute resolution via arbitration and waiver of class actions). I understand that I have the right to withdraw my consent at any time through any reasonable means. Reply HELP for help, or STOP to opt out. Standard message and data rates may apply. If you do not want to receive communication by phone, do not select the box or hit the Continue button.



**Continue**

**Order In Process**

| | |
|---|---|
| Cost | $0.00 |
| Shipping | $0.00 |
| **Total** | **$0.00** |

💳 No credit card needed!

## Last Step!
Where do we ship your **free** item?

**Street Address:**

123 Elm Street

**Address 2:**

Apt, Suite, Unit, Building (optional)

**City:**

Independence

**State:**

Missouri

Don't forget to double-check your address.
This will go on your shipping label.

**Submit »**

# 2 more steps John!

Quickly take our short survey to claim your **free** item and unlock more savings.

Question
How often would you like to receive free samples?

Every day ○

Every week or so ○

Once a month ○

A few times a year ○

I don't have a preference ○



Case 4:25-cv-00607-BCW      Document 32-3      Filed 07/20/26      Page 22 of 26

Privacy Policy

Terms & Conditions

# 2 more steps John!

Quickly take our short survey to claim your **free** item and unlock more savings.

> Question
> More than 85% of drivers in the U.S. have auto insurance and many regularly check available rates and coverage. Are you interested in reviewing your options?

Yes, I want information to compare to my current policy ○

Yes, I do not have insurance and I need coverage ○

Yes, I'd like to save money over my current rates ○

No, I am happy with my coverage ○



Privacy Policy

Terms & Conditions

CA Consumers: Do Not Sell or Share My Personal Information



## 2 more steps John!

Quickly take our short survey to claim your **free** item and unlock more savings.

Sponsored Ad

### Not At Fault in a Car Accident? Check Your Eligibility

If you were injured in a motor vehicle accident within the last year, you may qualify for compensation related to medical bills, lost wages, and recovery costs. Yes, I want to see if I qualify for compensation related to my accident.





By submitting Yes, I provide my signature under the E-SIGN Act and expressly consent to have a representative from TheAccidentHelpers contact me at this number: (541) 555-5555 . I understand these calls may be generated using an automated dialer and that my consent is not required as a precondition for purchasing or receiving any property, goods or service. By providing your electronic signature, you agree to the use of electronic records for this notice.





Case 4:25-cv-00607-BCW     Document 32-3     Filed 07/20/26     Page 24 of 26

Privacy Policy

Terms & Conditions

# Unlocking our top offers just for you!



**12%**

Privacy Policy

Terms & Conditions

