**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated, | : | CASE NO.: 4:25-cv-00607-BCW |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| HEALTHCARE SOLUTIONS INSURANCE AGENCY LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____/ | | |

**PLAINTIFF'S UNOPPOSED MOTION FOR OF TIME TO RESPOND TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jeffery Blubaugh respectfully moves for a six-week extension of time, through and including September 21, 2026, to file his Suggestions in Opposition to Defendant Healthcare Solutions Insurance Agency LLC's Motion for Summary Judgment. Defendant does not oppose this request. In support, Plaintiff states as follows:

1. Defendant filed its Motion for Summary Judgment on July 20, 2026.

2. Pursuant to Local Rule 7.0(c)(2), Plaintiff's Suggestions in Opposition are currently due on August 10, 2026. Plaintiff respectfully requests a six-week extension of that deadline, through and including September 21, 2026.

3. Since the filing of Defendant's Motion for Summary Judgment, Plaintiff has continued to confer with Defendant regarding significant outstanding discovery issues directly bearing on the evidence Defendant relies upon in support of its motion.

4. Specifically, Defendant's Motion for Summary Judgment relies upon factual assertions and evidence concerning its alleged consent process, vendor relationships, and TCPA

compliance procedures that were either not previously disclosed during discovery or remain the subject of outstanding discovery disputes.

5. The parties have been actively conferring regarding these discovery deficiencies, including Defendant's interrogatory responses concerning the factual basis for its consent defense and its alleged National Do Not Call Registry compliance procedures, as well as requests for production seeking vendor agreements and communications relating to Zeeto, Tibrio, ScoredIt, and the third party that allegedly provided Plaintiff's information.

6. The parties have sought Court intervention concerning these discovery disputes. Following scheduling adjustments necessitated by the Court's trial calendar, the Court has scheduled a discovery conference for August 6, 2026, at which the parties anticipate addressing both the previously raised discovery disputes and the additional issues that have since arisen.

7. Resolution of these discovery issues is directly relevant to Plaintiff's ability to fully and fairly respond to Defendant's Motion for Summary Judgment. The discovery at issue concerns the very evidence upon which Defendant seeks summary judgment, including its alleged consent records, vendor relationships, and asserted TCPA safe-harbor compliance.

8. Granting the requested extension will promote judicial economy by allowing the discovery disputes to be resolved before Plaintiff files his opposition, thereby avoiding piecemeal briefing, supplemental filings, or other unnecessary motion practice.

9. This request is made in good faith, is not made for purposes of delay, and will not prejudice Defendant.

10. Defendant does not oppose this requested six-week extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for filing Plaintiff's Suggestions in Opposition to Defendant's Motion for Summary Judgment from August

10, 2026, to September 21, 2026, and grant such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED AND DATED this 30th day of July, 2026

*s/ Anthony I. Paronich*
Anthony I. Paronich (pro hac vice)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Counsel for the Plaintiff and the putative Class*