# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

JEFFERY BLAUBAUGH, )
)
        Plaintiff, )
)
v. )        Case No. 4:25-CV-00607-BCW
)
HEALTH CARE SOLUTIONS )
INSURANCY AGENCY LLC, )
)
        Defendant. )

## <u>ORDER</u>

On August 6, 2026, the Court held a telephone conference regarding the Parties' discovery dispute. (Doc. #37). The Court heard argument from counsel. Consistent with the Court's statements on the telephone conference, it is hereby

ORDERED Defendant shall propound discovery to Plaintiff **on or before August 16, 2026**.

IT IS SO ORDERED.

Dated: <u>August 7, 2026</u>        <u>/s/ Brian C. Wimes</u>
        BRIAN C. WIMES, CHIEF JUDGE
        UNITED STATES DISTRICT COURT