**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| JEFFERY BLUBAUGH,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SOLUTIONS INSURANCY AGENCY LLC,<br><br>Defendant. | ) | Case No. 4:25-CV-00607-BCW |

# ORDER

Before the Court is Defendant Health Care Solutions Insurancy Agency LLC's Unopposed Motion to Extend Certain Deadlines. (Doc. #40). The Court has reviewed the motion and the record in this matter, and being duly advised of the premises, denies said motion. Accordingly, it is hereby

ORDERED the Defendant's Unopposed Motion to Extend Certain Deadlines (Doc. #40) is DENIED.

IT IS SO ORDERED.

DATED: August 28, 2026

/s/ Brian C. Wimes
BRIAN C. WIMES, CHIEF JUDGE
UNITED STATES DISTRICT COURT