**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| JEFFERY BLUBAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:25-CV-00607-BCW |
| HEALTH CARE SOLUTIONS | ) | |
| INSURANCY AGENCY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant Health Care Solutions Insurancy Agency LLC's Motion for Extension of Deadline to File Motion Challenging Expert Testimony. (Doc. #45). Defendant requests an extension to September 18, 2026, and Plaintiff does not oppose. The Court has reviewed the motion and the record in this matter and finds good cause to grant the requested extension. Accordingly, it is hereby

ORDERED the Defendant's Motion for Extension of Deadline to File Motion Challenging Expert Testimony (Doc. #45) is GRANTED. Defendant shall file any motion challenging expert testimony **on or before September 18, 2026**.

IT IS SO ORDERED.

Date: September 2, 2026

/s Brian C. Wimes
BRIAN C. WIMES, CHIEF JUDGE
UNITED STATES DISTRICT COURT