# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHCARE SOLUTIONS INSURANCY AGENCY LLC,<br><br>Defendant. | : | CASE NO.: 4:25-cv-00607-BCW |

_________________________________________/

**DECLARATION OF JEFFERY BLUBAUGH IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1. My name is Jeffery Blubaugh. I am over eighteen years old, competent to testify, and have personal knowledge of the matters stated in this Declaration.

2. I am the Plaintiff in the above-captioned action.

3. I am an individual who resides in Independence, Missouri.

4. My telephone number, (641) 347-2682 (the "Subject Number"), is a non-commercial telephone number not associated with any business.

5. I use the Subject Number for personal, residential purposes only.

6. The Subject Number has been listed on the National Do Not Call Registry since July 2, 2024.

7. I have never been a Healthcare Solutions customer and never consented to receive calls from Healthcare Solutions.

8. I received at least three calls from Healthcare Solutions using telephone number (641) 728-6244 between July 7, 2025, and July 8, 2025.

9. The first two calls occurred on July 7, 2025, and I rejected them without answering.

10. On July 8, 2025, I answered a call from the same number and spoke with an individual who identified himself as being from “Health Care Solutions.”

11. During the call, I was asked questions related to my age and insurance coverage.

12. The representative identified himself as “Anthony Carbon.”

13. Mr. Carbon further solicited me to purchase a health insurance plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: 09/17/2026

______________________________

Jeffery Blubaugh