**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHCARE SOLUTIONS INSURANCY AGENCY LLC,<br><br>Defendant. | : | CASE NO.: 4:25-cv-00607-BCW |

**DECLARATION OF JEFFERY BLUBAUGH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

1. My name is Jeffery Blubaugh. I am over eighteen years old, competent to testify, and have personal knowledge of the matters stated in this Declaration.

2. I am the Plaintiff in the above-captioned action.

3. I am an individual who resides in Independence, Missouri.

4. My telephone number, (641) 347-2682 (the "Subject Number"), is a non-commercial telephone number not associated with any business.

5. I use the Subject Number for personal, residential purposes only.

6. The Subject Number has been listed on the National Do Not Call Registry since July 2, 2024.

7. I have never been a Healthcare Solutions customer and never consented to receive calls from Healthcare Solutions.

8. I received at least three calls from Healthcare Solutions using telephone number (641) 728-6244 between July 7, 2025, and July 8, 2025.

9. The first two calls occurred on July 7, 2025, and I rejected them without answering.

10. On July 8, 2025, I answered a call from the same number and spoke with an individual who identified himself as being from "Health Care Solutions."

11. During the call, I was asked questions related to my age and insurance coverage.

12. The representative identified himself as "Anthony Carbon."

13. Mr. Carbon further solicited me to purchase a health insurance plan.

14. My claim in this action — that Healthcare Solutions called my telephone number, which has been registered on the National Do Not Call Registry since July 2, 2024, more than once within a twelve-month period without my consent — is the same claim held by, and is identical in kind to, the claims of the other members of the proposed Class.

15. I am not aware of any interest of mine that is antagonistic to, or in conflict with, the interests of the proposed Class.

16. I seek the same statutory relief on my own behalf that is available to every other member of the proposed Class, and no more.

17. I am willing and able to serve as the representative of the proposed Class, and I understand and am prepared to fulfill my duties and responsibilities to the Class, including remaining informed about the status of this litigation and assisting my counsel as needed.

18. I have cooperated with my counsel throughout this litigation, including by providing information relevant to my claims and responding to discovery requests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: 09/17/2026

[signature]

Jeffery Blubaugh