# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
WESTERN DIVISION

| | |
|---|---|
| JEFFERY BLUBAUGH, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS INSURANCY AGENCY LLC<br><br>Defendant. | Case No. 4:25-cv-00607-BCW |

**DECLARATION OF ANTHONY PARONICH IN**
**SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Anthony I. Paronich, declare under penalty of perjury:

1. I make this declaration in support of Plaintiff's Motion for Class Certification. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts, I am over 18 years of age, and I am competent to testify and make this affidavit on personal knowledge. I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA.

3. I am a 2010 graduate of Suffolk Law School. In 2010, I was admitted to the Bar in Massachusetts. Since then, I have been admitted to practice before the Federal District Court for the District of Massachusetts, the Northern District of Illinois, the Eastern District of Michigan, the Western District of Wisconsin, the Southern District of Indiana, the First Circuit Court of Appeals, the Seventh Circuit Court of Appeals, and the Ninth Circuit Court of Appeals.

From time to time, I have appeared in other State and Federal District Courts *pro hac vice*. I am in good standing in every court to which I am admitted to practice.

4. I was an associate at Broderick Law, P.C. in Boston, Massachusetts from 2010 through 2016.

5. I was a partner at Broderick & Paronich, P.C. in Boston, Massachusetts from 2016 through 2019.

6. In 2019, I started Paronich Law, P.C., focused on protecting consumers in class action lawsuits.

7. Plaintiff Jeffery Blubaugh is a Missouri resident whose personal, residential cellular telephone number was registered on the National Do Not Call Registry and was called by Defendant Healthcare Solutions Insurancy Agency LLC in alleged violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227(c)(5).

8. On August 1, 2025, Plaintiff filed a putative class action complaint against Healthcare Solutions in the United States District Court for the Western District of Missouri, alleging that Healthcare Solutions placed unsolicited telemarketing calls to Plaintiff and members of the putative class notwithstanding their registration on the National Do Not Call Registry.

9. Since the filing of the Complaint, the parties have engaged in extensive discovery, including written discovery and document discovery, and the depositions of Healthcare Solutions' Chief Marketing Officer, its Chief Technology Officer, and a witness on Healthcare Solutions' do-not-call and TCPA compliance practices.

10. Plaintiff retained Aaron Woolfson, an experienced telecommunications expert, to analyze Healthcare Solutions' own call records against the National Do Not Call Registry using a

standardized, reproducible methodology to identify the population of calls and telephone numbers at issue on a classwide basis.

11. I am familiar with the facts and procedural history of this case. I, and attorneys working under my supervision, have personally participated in this litigation, including document review, written discovery, and deposition practice.

12. My firm and I have committed, and will continue to commit, the time, personnel, and financial resources necessary to prosecute this action on behalf of the proposed Class through class notice, merits and expert discovery, and trial, if necessary.

13. I have been appointed class counsel in more than 35 TCPA cases, including the following:

i. Desai and Charvat v. ADT Security Services, Inc., USDC, N.D. Ill., 11-CV-1925, a TCPA class settlement of $15,000,000 granted final approval on June 21, 2013.

ii. Jay Clogg Realty Group, Inc. v. Burger King Corporation, USDC, D. Md., 13-cv-00662, a TCPA class settlement of $8,500,000 granted final approval on April 15, 2015.

iii. Charvat v. AEP Energy, Inc., USDC, N.D. Ill., 1:14-cv-03121, a TCPA class settlement of $6,000,000 granted final approval on September 28, 2015.

iv. Bull v. US Coachways, Inc., USDC, N.D. Ill., 1:14-cv-05789, a TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375 and an assignment of rights against defendant's insurance carrier.

v. Smith v. State Farm Mut. Auto. Ins. Co., et. al., USDC, N.D. Ill., 1:13-cv-02018, a TCPA class settlement of $7,000,000.00 granted final approval on December 8, 2016.

vi. Mey v. Frontier Communications Corporation, USDC, D. Conn., 3:13-cv-1191-MPS, a TCPA class settlement of $11,000,000 granted final approval on June 2, 2017.

vii. Heidarpour v. Central Payment Co., USDC, M.D. Ga., 15-cv-139, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.

viii. Abante Rooter and Plumbing, Inc. v. Birch Communications, Inc., USDC, N.D.

Ga., 1:15-CV-03562-AT, a TCPA class settlement of $12,000,000 granted final approval on December 14, 2017.

ix. Abante Rooter and Plumbing, Inc. v. Pivotal Payments, Inc., USDC, N.D. Ca., 3:16-cv-05486-JCS, a TCPA class settlement of $9,000,000 granted final approval on October 15, 2018.

x. In re Monitronics International, Inc., USDC, N.D.W. Va., 1:13-md-02493-JPB-JES, a TCPA class settlement of $28,000,0000 granted final approval on June 12, 2018.

xi. Thomas Krakauer v. Dish Network, L.L.C., USDC, M.D.N.C., 1:14-CV-333 on September 9, 2015. Following a contested class certification motion, this case went to trial in January of 2017 returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338). The Fourth Circuit Court of Appeals unanimously affirmed the judgment in May of 2019. *Krakauer v. Dish Network, L.L.C.*, 925 F.3d 643 (4th Cir. 2019). The United States Supreme Court rejected *certiorari* of this matter in December of 2019. *See DISH Network L.L.C. v. Krakauer*, 140 S. Ct. 676 (2019).

xii. Charvat v. Carnival Corporation & PLC, et. al., USDC, ND. Ill., 1:13-cv-00042, a TCPA class settlement of $12,500,000 granted final approval in April of 2020.

xiii. Loftus v. Sunrun, Inc., USDC, N.D. Ca.., 3:19-cv-1608, a TCPA class settlement of $5,500,000 granted preliminary approval on September 25, 2020.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE SIGNED UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED ON [DATE] IN THE COMMONWEALTH OF MASSACHUSETTS.

*/s/ Anthony I. Paronich*
Anthony I. Paronich