# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

CASE NO.: 25-cv-607-BCW

JEFFERY BLUBAUGH, INDIVIDUALLY AND
ON BEHALF OF A CLASS OF ALL PERSONS
AND ENTITIES SIMILARLY SITUATED,

Plaintiff,

V.

HEALTHCARE SOLUTIONS INSURANCE
AGENCY LLC,

Defendant.

________________________________/

- - -

VIDEOCONFERENCE DEPOSITION OF

BRAD MORGAN

MONDAY, AUGUST 24, 2026

1:37 p.m. - 3:23 p.m.

- - -

Reported by:
Amanda Fulks, Court Reporter
Notary Public, State of Florida



MAGNA LEGAL SERVICES

APPEARANCES:
(Via Zoom)

On behalf of the Plaintiff:
PARONICH LAW, P.C
BY: ALEX JILIZIAN, ESQUIRE
350 LINCOLN ST
SUITE 2400
HINGHAM, MA 02043
(617) 485-0018
alex@paronichlaw.com

On behalf of the Defendant:
PETERSON LAW GROUP
BY: JAMES PETERSON, ESQUIRE
2650 N DIXIE FWY
NEW SMYRNA BEACH, FL 32168
(386) 428-2464
james@petersonlegal.com

ALSO PRESENT:
MATT CENTI, OBSERVING
NIMROD CHAPEL, JR., OBSERVING
JACOB WORRELL, ADDITIONAL WITNESS
JORDAN VICKERS, ADDITIONAL WITNESS



\- - -

INDEX

\- - -


| Testimony of: BRAD MORGAN | PAGE |
| --- | --- |
| BY MR. JILIZIAN | 04, 58 |
| BY MR. PETERSON | 57 |


\- - -

EXHIBITS

\- - -


| NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit-11 | Healthcare Solutions 0022 to 23 | 08 |
| Exhibit-12 | Call Records | 14 |
| Exhibit-13 | Do Not Call Policy | 28 |
| Exhibit-14 | Privacy Policy | 48 |
| Exhibit-15 | Terms Of Service | 48 |
| Exhibit-16 | Communications | 52 |




(P R O C E E D I N G S:)

THE REPORTER: Time is 1:37 p.m. We're now on the record. I'll now swear in the witness.

Mr. Morgan, can you please raise your right hand?

BRAD MORGAN, after having been duly sworn, was examined and testified as follows:

THE REPORTER: I'm sorry, could you repeat that?

THE WITNESS: Yes.

THE REPORTER: Thank you. Counsel, you may proceed.

\- - -

EXAMINATION

\- - -

BY MR. JILIZIAN:

Q. All right. Good afternoon. Could you please just state your name and spell it for the record, please?

A. Brad Morgan, B-R-A-D, M-O-R-G-A-N.

Q. Okay. And, Mr. Morgan, you've been designated to testify on behalf of Healthcare Solutions Insurance Agency, LLC; is that right?

A. Yes.

Q. And today you'll be providing testimony in your capacity as a corporate representative of Healthcare



Solutions; is that correct?

A. Yes.

Q. Okay. And going forward in this deposition, I'm just going to refer to the defendant company as Healthcare Solutions rather than just saying the whole entity name. So can we agree that that's how we'll proceed?

A. Yes.

Q. So as I was asking, you're not here to testify in your individual capacity today; is that correct?

A. Correct.

Q. Okay. I'm going to just put a document in front of you right here and let me know if you see me sharing my screen, please. Can you see that?

A. Yes.

Q. Okay. So this document was previously introduced as Exhibit-1 in the deposition. Do you recognize this document?

A. Yes.

Q. Could you identify it, please?

A. It's a deposition notice.

Q. Okay. And so on this deposition notice, there were several definitions here, and then as I scroll through, there's 31 topics, I believe. You are not here to testify on every single topic here, correct?



MAGNA LEGAL SERVICES

Page 6

A. Correct.
Q. Let me just pull up the next exhibit. This exhibit I'm about to put in front of you was previously introduced as Exhibit-5, I believe, this is the email. So can you see this document?
A. Yes.
Q. So I'll represent to you that this is an email from your counsel today that was sent at the beginning of the deposition. Do you see the timestamp here I've highlighted, today's date, at 7:14 a.m? That's -- I'm on Pacific Time.
A. Yes.
Q. Okay. And you'll see that in the content of this email, do you see that he's identified each deponent here today with yourself as the last and has identified the topics that you're here to testify as to?
A. Yes.
Q. Okay. And so you'll see here, he has listed topics 2, 3, 5 through 7, 11, 13, and 17 through 29, and then the calling operations, Convoso call record system functionality, training, DMC -- sorry, DNC, and call content aspects of topics 8 through 10, 25, 30, and 31. Is that accurate?
A. Except for respect to training, that's out of my scope.

Page 7

Q. Okay.
A. Everything else is correct.
Q. So you're not prepared today to talk about training as to -- for compliance with TCPA laws and other communications laws, but all the other topics listed here, you are prepared for?
A. Correct.
Q. Okay. I'm going to go back here then. Okay. So did you only review -- sorry. So I'll just ask first -- I'll strike that.
Did you review documents in preparation for your deposition today?
A. Yes.
Q. Okay. When you reviewed documents, did you review only those documents which pertained to the topics which I had shown in Exhibit-5, the email, which listed your specific topics that you were here for today, or did you review documents that pertain to all of the topics?
A. I kept it in my scope.
Q. Okay. And if you don't know the answer to a question here today, does that mean necessarily that the company does not know the answer to the question?
A. No.
MR. PETERSON: Object to form.
BY MR. JILIZIAN:

Page 8

Q. Have you ever spoken personally with Mr. Blubaugh, the plaintiff, before?
A. No.
Q. Do you know -- sorry, excuse me. I'll strike that. Okay.
We're going to go -- I'm going to introduce the next exhibit here. This has not been introduced as an exhibit here. Do you see this document here?
A. Yes.
MR. JILIZIAN: Okay. This is -- we'll go ahead and mark this as Exhibit-11.
- - -
(Exhibit-11, Healthcare Solutions 0022 to 23, was marked for identification.)
- - -
BY MR. JILIZIAN:
Q. This is a document I'll represent to you was produced in litigation by your counsel. It's marked as Healthcare Solutions, Bates number Healthcare Solutions 0022 to 23. Do you have any reason to dispute that this was produced by yourself through your counsel?
A. No.
Q. Okay. So can you just -- without, you know -- I can scroll through for you if you like here, but just by the first page alone, can you tell me what this

Page 9

document appears to be or what you understand it to be?
A. I understand this to be a slide from our training.
Q. Okay. Have you ever seen this document before?
A. Yes.
Q. Did you review it as part of your review for your deposition today?
A. Yes.
Q. So you previously said though that you were not prepared to speak about training. So is that because you were not the one that was tasked with training people on TCPA compliance?
A. Correct.
Q. Okay. So were you shown this slide as part of your, I guess, regular course of business and responsibilities?
A. Correct.
Q. Okay. So were you yourself trained on TCPA compliance? Sorry, I'll strike that.
Are you saying that you yourself were trained on TCPA compliance, but you didn't do the training yourself of other employees?
MR. PETERSON: Object to form.
THE WITNESS: Can you clarify that?


MAGNA LEGAL SERVICES

BY MR. JILIZIAN:
Q. Yeah. So I had asked previously if you did -- if you trained employees on TCPA compliance, and you said no, correct?
A. Correct.
Q. I'm asking, were you the recipient of such training on TCPA compliance?
A. No.
Q. No? Okay. But you were shown this slide, you said, correct?
A. Correct.
Q. Was -- so was it shown to you as a part of your normal course of business? Like, in what context was it shown to you?
A. This was shown to me when gathering information for this case.
Q. Okay. So you've only seen this document for the purposes of litigation or preparing for your deposition. You've not seen this document in the normal course of your work?
A. I -- I believe I've seen it before over the years. I can't recall a specific date.
Q. Okay. Let me -- I'm going to go back to an earlier exhibit. This was introduced as Exhibit-10. It's -- can you see? I know these are kind of small.



I'm sorry, it's kind of like this odd CSV file. Sorry. Did you say you could see the document?
A. I can see it. Sorry, I didn't hear the question.
Q. So I'll represent to you here that this document was produced by Healthcare Solutions through your -- apparently through your counsel, and what appeared -- and they are what appear to be the call records in this case. Do you recognize them as such?
A. Yes.
Q. Okay. Were you -- did you take part in the process of gathering these call records to produce them for litigation?
A. Yes.
Q. Okay. So are you familiar with -- if you look at column A, it's titled Phone. Are you familiar with this number here, (641) 347-2682?
A. Yes.
Q. Do you recognize that as the plaintiff's number?
A. Yes.
Q. Okay. And so this document reflects call events or telemarketing communications associated with this phone number; is that correct?
A. Yes.



Q. So looking at this, I mean, they wouldn't line up perfectly with the numbers because these are the call names, but there would be ten calls, it appears, here to the plaintiff; is that correct?
A. I actually think it's less than that.
Q. Okay. Why would it be less than that?
A. I think one of those is an internal transfer.
Q. Oh, I see. Okay. So not counting the one -- is that -- you're referring to number 3, which is marked call transferred here in column O; is that correct?
A. Correct.
Q. Okay. So not counting that one, there would be nine calls to plaintiff that identify --
A. Correct.
Q. Okay. For the plaintiff's phone number. So and then for this -- these, if still looking at column O, if we look at most of them, the first eight, which were sent because they're in ascending order here. So if we look at each of these, it says for status name, it identifies answering machine.
And you can't -- I can't pop this out, but if I -- I can go back, and I'll represent to you it says answering machine detected here. It's cut off, but -- I mean, let me see if I can open this with, you know, Google Sheet. This actually might be a little -- oh,



here. This might -- here. If we -- if we'd like, I can reintroduce this file version as another exhibit if that's agreeable.
MR. JILIZIAN: I mean, counsel, would that be agreeable to you? I mean, I know this technically isn't the format in which it was produced, but if you'd like a second to review too. I mean, I just, I think it might be a little easier to show the -- you know.
MR. PETERSON: And just refresh my memory here, you just turned it into an Excel, is that --
MR. JILIZIAN: Yeah. Yeah. This was the -- this exhibit here, Exhibit-10, the call records, and I just turned it into a Google Sheet here, just because it's impossible to blow this up and see the full.
MR. PETERSON: Yeah. As long as we attach whatever you turned it into as an --
MR. JILIZIAN: Yeah, absolutely. I will go ahead, and we'll produce this, of course. And this will be marked as -- we'll remark it as another exhibit too. This will be marked as Exhibit-12 here.
So this -- just to put it on the record cleanly, this is a Google Sheet version of


Case 4:25-cv-00607-BCW Document 51-7 Filed 09/21/26 Page 5 of 40
MAGNA LEGAL SERVICES

Exhibit-10, which was the call records marked as Bates number 0008. So this is just a Google Sheet version so we can see all the information better.

\- - -

(Exhibit-12, Call Records, was marked for identification.)

\- - -

BY MR. JILIZIAN:
Q. Sorry about that, Mr. Morgan. So looking at column O, you see that we have the first eight calls here in ascending order are labeled, answering machine detected. Do you see that?
A. Correct.
Q. Okay. And so would that indicate that the consumer's phone sent the call to a voicemail or answering machine?
A. I -- I am not sure. I believe the system hears an answering machine.
Q. Okay.
A. I don't know if that detection is always 100 percent, so I couldn't say for certain.
Q. Okay. And we see the call length here, they're identical for each of the voicemails; is that correct?
A. I see 12 seconds.



Q. Okay. Is that because Healthcare Solutions uses a pre-recorded or general voicemail when it leaves a voice message on an answering machine?
A. No.
Q. Okay.
A. We don't leave messages.
Q. So those -- okay. So answering machine detected on this column O -- going back to this -- is that detected by a live agent or is that detected by an automated system? How is that --
A. Automated system.
MR. PETERSON: Object to form.
BY MR. JILIZIAN:
Q. Automated system you said?
A. Yes.
Q. Okay. And so this final status in column O, this MAAEP follow-up most comp plan. What would that indicate?
A. That's a human-driven disposition.
Q. Okay. So you're saying a human manually entered this into here? This is not an auto-generated title?
A. Correct.
Q. Do you know who the person would have been who entered this in?



A. I'd have to look through this document. It'd be one of our agents.
Q. Okay.
A. Anthony.
Q. What's his name? Do you know the full name, if you know?
A. It's cut off. I don't know his full name.
Q. Okay. You see this internal DNC. If you look at the column labeled AC with the title Internal DNC, you see all of these are labeled true. Do you see that?
A. Yes.
Q. So what does a true marker indicate in this internal DNC column?
A. That they're on our dialer's do-not-call list.
Q. Okay. And that internal DNC date, which they were added, was 7/13/2025?
A. Correct.
Q. Okay. And so does that denote -- so how -- do you know how the internal DNC request was lodged by the plaintiff?
A. I don't remember.
Q. Do you know how an internal DNC request, like all the different ways which they can be lodged with Healthcare Solutions?
A. Not off the top of my head. But there's quite



a few.
Q. Do you -- can consumers email your company to lodge an internal DNC request?
A. Yes.
Q. Can they -- does replying "stop" on a sort of texting communication would that constitute an internal DNC request?
A. Yes.
Q. What about if, while on a call with a live agent, they requested that the company stop calling them or sending them telemarketing communications?
A. Yes.
Q. What about if they did that with -- and if there are no automated agents, then you can say that too. But what if there were automated agents calling or some sort of automated voice message system, and they had made some sort of indication to stop calling them on there, either said stop calling or type something in. Is that a way that people can lodge internal DNC requests with Healthcare Solutions?
A. No. We don't dial that way.
Q. Okay. So you're saying no because you don't dial that way, not because people can't lodge that request with, you know, artificial, like the voicemail system?



MAGNA LEGAL SERVICES

A. Correct.
Q. Okay. Okay. I'm going to go back here to your notice of deposition. And I'm going to go to -- and this is Exhibit-1, again. I'm going to go to topic -- too far. Topic 13. Okay.
Can you just read -- and you don't need to read it out loud, but if you could just review Topic 13 real quick. And when you're ready -- so I'll just ask about, are you familiar with this term right here, Five9 or the Five9 review?
A. No.
MR. PETERSON: Object to form.
MR. JILIZIAN: Okay.
MR. PETERSON: Alex, excuse me. May I interject here?
MR. JILIZIAN: Yeah, please.
MR. PETERSON: This is part of my objections, which I -- you weren't on the case at the time.
MR. JILIZIAN: Okay.
MR. PETERSON: So I don't know if you ever saw them. I sent them to Anthony. This is probably a leftover, copy-paste. I can send you my objections if you'd like, if that's helpful. The Five9 stuff, it's simply not relevant to this case.
MR. JILIZIAN: Sorry. Let me just look at the



-- I have those objections here. You know, I -- I'm seeing that now. I'm seeing that now from -- that Anthony had forwarded me. So yeah, I'll go ahead and retract that question about the -- we'll strike that question about the Five9 data.
BY MR. JILIZIAN:
Q. Okay. Sorry about that, Mr. Morgan. I'm going to go back to your 30(b)(6) notice, though, Exhibit-1. And I'm going to go to -- I'm actually going to open up -- sorry, I need to open up one of your other exhibits here. This is the -- okay. This is your -- this was -- I'll scroll to the top of the page first.
This -- I'll represent to you -- or here, I'll just ask you first. Do you recognize this document, Mr. Morgan?
A. Yeah, I'll have to scroll through it. They all kind of look the same.
Q. That's okay. So I'll -- sorry, these AI summaries. I'll represent to you that this is -- I can scroll through it here, but this is Healthcare Solutions's supplemental responses to our first set of interrogatories. Does that refresh your memory here?
A. Yes.
Q. So have you seen -- I'll scroll back to the top here. So have you seen this document?



A. Yes.
Q. Okay. And did you review it before your deposition today in preparation?
A. Yeah.
Q. Going to interrogatory number 2. I want to just highlight this part. So with respect to subpart B, which -- so the interrogatory asks here, identify all employees or vendors involved in making outbound calls as part of the campaign that contacted plaintiff. This includes, but is not limited to, third parties that you contract with who make telemarketing calls to generate leads, the dialing system platform or provider you use to make the calls, and any phone numbers used to make the calls is obtained.
So with subpart B, which asked about dialing system or provider used to make the calls, you had identified -- or Healthcare Solutions had identified, the Convoso platform. Does that seem accurate?
A. Yes.
Q. Okay. Can you describe to me exactly what the Convoso platform is?
A. It's a dialer system.
Q. Okay. So Convoso is a third-party business entity, correct?
A. Correct.



Q. Okay. So could -- and so you -- outside of your business relationships with Convoso to make calls, you don't have a -- you're not related business entities. You don't own any part of them, they don't own any part of you; is that correct?
A. Correct.
Q. Okay. I'm going to go to another document here. So I'm going to go back to what was introduced as Exhibit-11, and again, I know you've told me that you're not familiar with the training. I just want to look at this second page here.
Now, we had looked at the first page. This is -- again, I know it covers -- it looks like a training slide, and it is, but, you know, this also covers -- like includes the intake form -- is like a sample intake form here. Do you see that on the second page labeled 0023?
A. Yes.
Q. Okay. And do you see that there's -- it's kind of hard to see. I'll zoom in as much as I can, but do you see that in blue here, there's a disposition here, like a button that can be pressed for SCH appointment, which assumedly stands for schedule appointment. Do you see that?
A. I do.
Q. Okay. And then there is a second line --


MAGNA LEGAL SERVICES

there's a second here, in orange, right, that means no Medicare. You see that?
A. I do.
Q. Okay. And then there's a third option in here that says, not interested, no plan pitched, in pink. You see that?
A. I do.
Q. Okay. So I mean, you're here today to testify as to the call content aspects of the calls, types of calls that Healthcare Solutions makes, specifically in regards to topics 8 through 10, 25, 30, 31; is that correct?
A. You'd have to clarify call content.
Q. Like, so the types of content that would be in telemarketing communications that Healthcare Solutions makes as a part of its regular course of business.
MR. PETERSON: Object to form.
BY MR. JILIZIAN:
Q. Are you -- sorry, I was going to finish. Are you here to testify to that today?
A. I don't believe so, no. I -- my -- my lane is technology.
Q. Okay. So I'll just ask you, and if you don't think you have the information necessary, then please let me know. But don't you -- wouldn't it make sense -- I



mean, if there's a -- you know, there's dispositions here for schedule appointment, not interested, no plan pitch, no Medicare, that suggests that on the content of these calls, people are being pitched with, or potentially pitched with, healthcare or insurance plans. Or and they're having their, for example, Medicare status inquired about. Would that be fair to assume based on these dispositions?
A. I don't know.
Q. Okay. So you don't -- you're only here today to testify about the technical aspects of Convoso and your calling operations, but you don't necessarily know anything about the call content today; is that correct?
A. Correct.
Q. Okay.
MR. PETERSON: Alex, can I interject here?
MR. JILIZIAN: Sure.
MR. PETERSON: I think that my email has -- I've been reviewing my email as you've been questioning.
MR. JILIZIAN: Sure.
MR. PETERSON: I see that I could have worded things better.
MR. JILIZIAN: Sure. Sure.
MR. PETERSON: The training was a flat-out



mistake --
MR. JILIZIAN: Okay.
MR. PETERSON: -- in terms of Brad. The call content I had meant was like, you know, the content of the records.
MR. JILIZIAN: Okay.
MR. PETERSON: Like Brad is our tech guy.
MR. JILIZIAN: Sure.
MR. PETERSON: If we need to revisit another deponent, once you're through with Mr. Morgan, we can talk about that.
MR. JILIZIAN: Okay.
MR. PETERSON: I certainly want to clarify any confusion I provided with my email.
MR. JILIZIAN: No, I'll be frank with you, it's really not a point I planned on getting too much into, at least with Mr. Morgan, but I just kind of wanted to explore this. I will let you know at the end if I think we need to get more into this with someone else, but I don't know if that will be necessary.
MR. PETERSON: Okay. Understood.
MR. JILIZIAN: Thank you. Sorry, let me just get back here.
BY MR. JILIZIAN:



Q. Okay. I will ask though, just on this document, are you familiar at all with this interface right here that we're looking at? Do you have prior familiarity with it?
A. Yes. This is Convoso.
Q. Okay. Can you just generally describe to me what this intake form is, or I guess what this form is?
A. It looks like a representation of lead data in Convoso.
Q. Okay. So are you saying that using this interface -- or here -- I'll strike that. I have a first question.
So would this interface be used by someone at Healthcare Solutions or someone at Convoso?
A. Healthcare Solutions.
Q. Okay. So Convoso merely provides this -- okay. I'll strike that.
Is Convoso making calls on Healthcare Solutions's behalf?
A. You have to clarify.
Q. Okay. Is Convoso -- like, when calls are placed to consumers, are those calls being placed by individuals or systems that are run by Convoso, or are those calls being placed by Healthcare Solutions individuals using Convoso systems?


MAGNA LEGAL SERVICES

MR. PETERSON: Object to form.
THE WITNESS: The latter, to my understanding.
BY MR. JILIZIAN:
Q. Okay. So it's your understanding that -- sorry to repeat. But it's your understanding that Healthcare Solutions's employees, individuals, agents use the Convoso system to place the calls. It's not Convoso themselves placing the calls?
MR. PETERSON: Object to form.
THE WITNESS: Correct.
BY MR. JILIZIAN:
Q. So are you one of the employees who would have been tasked with using this interface as a part of your normal course of your duties in order to maintain lead data?
A. No.
Q. Did you manage employees who did such work?
A. Can you clarify if you're referring to the image on the screen or Convoso itself?
Q. So did you -- I'll rephrase the question. Did you oversee or manage employees who, as a part of their regular duties, were tasked with using this Convoso form?
A. Yes.
Q. Okay. But you did not train them in the use of this form, correct?



A. Maybe clarify. This form is for sales agents; this is not for IT.
Q. Okay. So you're saying because you work in tech in the company, what is -- again, remind me, what is your title with the company?
A. CTO.
Q. Chief technical officer?
A. Correct.
Q. So because you're the chief technical officer, you wouldn't be a sales agent using this to input lead data, rather, you would just be trained on the technical aspects of maintaining these types of databases, correct? Not necessarily how to correctly input leads; is that what you're suggesting?
MR. PETERSON: Object to form.
THE WITNESS: No.
BY MR. JILIZIAN:
Q. Okay.
A. Again, I -- I think I need a little more clarification with that one.
Q. Yeah, that was a tough one. It's okay. I'll say, are you trained -- sorry, I'll strike that.
Do you train employees on the technical aspects of maintaining Convoso databases, or the Convoso database and software used to make calls?



A. Yes. On the maintenance.
Q. Okay. But as a part of your job function, do you train Healthcare Solutions's agents on how to -- like sales agents, on how to properly input information into the form like this?
A. Yeah.
Q. Okay. That's what I was getting at. Okay. I'm going to move on here to the next exhibit. Just let me know if you can see this here. Sorry, I'll make it a little smaller just so you can see the whole page with the Bates number. Do you recognize this document, Mr. Morgan?
A. Yes.
Q. Okay. What do you recognize this document to be?
A. Healthcare Solutions's do not call policy.
MR. JILIZIAN: Sorry. I'll -- we'll introduce this as Exhibit-13 here.
- - -
(Exhibit-13, Do Not Call Policy, was marked for identification.)
- - -
BY MR. JILIZIAN:
Q. Yeah. So this was produced by Healthcare Solutions, Bates numbered Healthcare Solutions 35 to 37,



although it only goes on to really two pages. So I'll ask first. So you see here the effective date, January 1, 2026. Do you see that?
A. Yes.
Q. I'll zoom in a little more now since we see the whole page. So does that indicate that this policy went into effect January 1st of 2026, this year?
A. This is an updated, more detailed policy.
Q. Okay. So you see the next line here is version number. It says 1.0. Do you see that?
A. Yes.
Q. So does that not denote that it's the first version of the policy?
A. It's the first version of this more detailed policy. The --
Q. I see. And also -- oh, sorry. Go ahead. Did I cut you off?
A. No, you didn't.
Q. Okay. I see here too, on the first line -- sorry -- it says policy owner, and it's Chief Technology Officer, Healthcare Solutions. So is that referring to yourself?
A. Yes.
Q. And does that indicate that you were the person that drafted this policy?


MAGNA LEGAL SERVICES

A. Yes.
Q. Okay. Did you draft this all on your own or --
A. Yes.
Q. Okay. Did -- so did you -- and when I say on your own, I -- so I'll just dig into that. Did you draft it with any assistance from legal counsel or any input from anyone else at Healthcare Solutions? I'll ask more -- or did you literally write this start to finish all on your own?
A. I can't remember.
Q. That's okay. And sorry, so, again, you would -- when we were talking about the version, you said this -- so you said -- you had said that this was an older -- this was a later version of an older document, but then I asked about the version number, and then you had said it -- this was an earlier version, the first version, of a now outdated policy. Is that what you were trying to say?
A. No. I said this is a more detailed policy.
Q. Okay. So is this the -- and I can scroll through here if you like. But is this the final version now that Healthcare Solutions today follows of the do not call policy?
A. This is active today, yes.



Q. Okay. How many iterations have there been of the do not call policy in Healthcare Solutions?
A. To my knowledge, it's the second.
Q. The second iteration. Okay. How can you tell that, since the version number here still says 1.0? Like, how can you tell that it's the second version? Like, was there a certain change that you can identify?
A. Just better record keeping. You showed the first version as that PowerPoint slide.
Q. I see. So you're saying there were two. So you've previously testified, just based on all those, there's two iterations of the do not call policy. The first of which is the slide that I showed you as Exhibit-11, and then the second is this; is that correct?
A. That's my understanding. I mean, to clarify, we've always had a do not call policy. The first written form was the PowerPoint.
Q. Okay. And going back to just referencing Exhibit-11, did you draft that as well, the slide? And I can go back if need be. Sorry. So did you draft this right here, Exhibit-11?
A. I helped draft this, from my recollection.
Q. But you were not the sole drafter of this, correct?
A. Correct.



Q. So it's your testimony today that this was the original -- this right here comprised the original do not call policy for Healthcare Solutions?
A. A written sense.
Q. Okay. When was this created?
A. I don't have an exact date.
Q. Do you know what year it was created?
A. I think this is several years old, but I don't have an exact date.
Q. Do you know if it was created -- sorry, that -- last question on this. Do you know if it was created after the plaintiff initiated litigation in this case?
A. No. We've had this for much longer than that.
Q. Okay. And again, though, you had previously testified that even though you had drafted this, you didn't train lower-level employees on DNC compliance. You just drafted this policy, or assisted in the drafting of this policy, but did not train employees on it, correct?
A. Correct.
Q. Okay.
A. That's done by someone else.
Q. Got it. And you also don't train employees on this? Now I'm looking at Exhibit-13 again, on this



second iteration of the policy, correct?
A. Correct.
Q. So is it fair to say before then January 1, 2026, that Exhibit-11, the first page of Exhibit-11, this was your entire written do not call policy?
A. In our written sense, yes.
Q. Okay. And then after January 2026, this policy, which is the first version of a very long -- elongated written policy that's not just a slide deck, but you're characterizing this as the second DNC, written policy. So you -- okay. Sorry, I'll strike that. I guess there wasn't a question there.
But so is it fair to say that this document, Exhibit-13, was created and went into effect on January 1st of 2026, at least partially motivated by this litigation?
MR. PETERSON: Object to form.
THE WITNESS: Yeah, I'm not sure. I think just -- I think this is done on recommendation from legal counsel.
BY MR. JILIZIAN:
Q. Okay. So, again, you were the sole drafter of this policy. So did you -- when you -- were you instructed to make this policy or did you go out and create it on your own, on a whim?


Case 4:25-cv-00607-BCW Document 51-7 Filed 09/21/26 Page 10 of 40
MAGNA LEGAL SERVICES

MR. PETERSON: Object to form.
THE WITNESS: I thought it would be a good idea.
BY MR. JILIZIAN:
Q. So you on your own accord, without being asked, created this DNC policy?
A. A more robust DNC policy.
Q. Okay. Okay. Gotcha. So again, wouldn't you know the motivation then for creating -- since you did -- you were the sole drafter, you did it on your own accord. Wouldn't you know the motivation then? I mean, it would be in your own head?
A. Yeah, I just don't recall all the motivations that went into it. Mainly just something that was a little more official for the company than a PowerPoint slide.
Q. So is it fair to say that you were motivated by general -- I guess, general concern over potentially violating TCPA or other communications laws?
MR. PETERSON: Object to form.
THE WITNESS: No, I don't recall. I think better housekeeping.
BY MR. JILIZIAN:
Q. Okay. What -- can you break down for me -- describe to me what better housekeeping comprises?



A. This is provided to employees when we hire them now during onboarding. It's supplemental to the training that you saw on the other exhibit.
Q. Okay. I'm going to repeat the question because I don't think that exactly answered what I was trying to get. Again, I'm trying to get at the motivation for creating this, and you gave me more of the purpose that it serves, which is to train employees. I understand that the purpose of this document is to train employees and give employees a better sense of how to follow, you know, DNC regulations, TCPA.
What I'm getting at, though, is what was the motivation for your -- what was the primary motivation of your creation of a much more robust written TCPA policy, like the reason for wanting to train employees on this policy?
MR. PETERSON: Objection.
THE WITNESS: This is part of a larger project for me, to update all of our company policies, review them, make sure they're up to date. Again, it's housekeeping. So this, along with other policies, were all updated at once. They -- they look similar. They read similar. Just organization.
BY MR. JILIZIAN:



Q. What -- what other --
MR. PETERSON: Amanda, did you get my objection to that previous question because I spoke over my client for a second? Sorry.
THE REPORTER: I don't believe I did.
MR. PETERSON: Could you please lodge an objection to that previous question?
THE REPORTER: Yes.
MR. PETERSON: Thank you.
BY MR. JILIZIAN:
Q. Okay. I'll ask, so is it your testimony today that -- or sorry. Oh, I had another question actually I wanted to ask before. What other policies did your company change around the same time as changing your DNC TCPA written policies?
A. I can't recall off the top of my head. They're mainly IT related.
Q. Is it your -- mainly IT related policies?
A. (Indiscernible).
Q. Okay. Can you -- so is it your testimony today that the updating of the do not call written policies on January 1, '26, did they -- is it your testimony that they were not motivated at all by this litigation?
MR. PETERSON: Object to form.



THE WITNESS: I don't know. I can't -- I can't say.
BY MR. JILIZIAN:
Q. Okay. So when were -- I see the effective date is January 1, '26, but when were these drafted?
A. I don't recall.
Q. Do you know if it was like just a few days before the 26th? Do you know if it was drafted for months before?
A. I believe it was a few days before, but I can't recall the exact date.
Q. Okay. That's -- the estimate's fine as long as you can give me that. The policy here, it says that it -- sorry. Here, I got to just -- so yeah. Here it is.
If you read this italicized portion right here I've now highlighted. It says this policy form -- formalizes in writing Healthcare Solutions's pre-existing business practices for handling do not call requests, which were previously maintained and communicated to agents through verbal training. Do you see that?
A. Uh-huh. I do.
Q. So this document seems to suggest that DNC policies were not written before, despite your -- I'll go back here -- your characterization of this as your


Case 4:25-cv-00607-BCW Document 51-7 Filed 09/21/26 Page 11 of 40
MAGNA LEGAL SERVICES

written DNC policy. This document seems to go against that and say that the DNC policies were maintained and communicated verbally; is that fair to say?

A. No.

MR. PETERSON: Object to form.

BY MR. JILIZIAN:

Q. Is it fair to say that they were primarily maintained and communicated to its agents through verbal training, you know, in light of the fact that this only slide is what you can point to as a DNC policy?

A. Written DNC policy.

Q. As a written DNC policy?

A. I don't know.

Q. Okay. I'm going to switch here to another exhibit. I'm going back to Exhibit-9. This is your interrogatory responses. Okay. Sorry, let me share the screen now. So this is going back to Exhibit-9. I'm looking at page numbers 12 and 13. So on 12, this is interrogatory number 11. We had asked you to identify and describe the process by which you, or vendors acting on behalf of you, scrub telephone numbers against the National DNC Registry during the relevant time period, and to identify people involved -- so and related information.

In your supplemental response, I want to point



to here, it says, Healthcare Solutions did not utilize a process to scrub telephone numbers against the National DNC Registry before placing outbound calls. Do you see that?

A. I do.

Q. And then also, do you see this here, Healthcare Solutions did not utilize National DNC scrubbing because its business practice was to place outbound calls only to consumers who have provided prior express written consent, even if their phone numbers were on the DNC. You see that?

A. I do.

Q. Okay. But prior to 2026, correct, there was no -- other than the slide that you pointed to, Exhibit-11 here -- there was no written processes that existed within Healthcare Solutions that instructed employees on how to properly navigate calling DNC consumers; is that correct?

MR. PETERSON: Object to form.

THE WITNESS: Sorry, what was the question? I apologize.

BY MR. JILIZIAN:

Q. Prior to January 1, 2026, there was no written policy, other than Exhibit-11 here, the one slide, which trained employees on how to -- sorry, which in writing,



trained employees on how to navigate calling consumers who are on the do not call registry; is that correct?

A. That's my understanding.

MR. PETERSON: Object to form to prior question.

BY MR. JILIZIAN:

Q. Can you -- so because the agent that called Plaintiff from Healthcare Solutions called before January 21st -- it's -- called before January 1, 2026, that means that the agent did not receive any training based on that written Healthcare Solutions's DNC policy; is that correct?

MR. PETERSON: Object to form.

THE WITNESS: It's not correct.

BY MR. JILIZIAN:

Q. Well, wasn't the document created after -- so I guess I'll rephrase the question. I'll strike that. I'll rephrase.

Isn't it true -- because the document was created, the written training, Exhibit-13, was created -- so went into effect January 1st of 2026 -- that the agent who called the plaintiff must not have received any training based on that Exhibit-13 written procedures at the time he called the plaintiff. Mustn't that be true?

MR. PETERSON: Object to form.



THE WITNESS: Yeah, and they would have used the other written policy.

BY MR. JILIZIAN:

Q. So they would have only been trained on -- going back to Exhibit-11 -- just based on this slide right here, and then the verbal training that was referenced in the other training, the Exhibit-13, and in your discovery responses; is that correct?

A. Correct. That -- that other one was provided to agents.

Q. So do you know, as a part of that -- either -- and I -- I'll look this up, because I'm going to ask a few questions about -- within this or in the verbal training -- so this, I think pre January 1, 2026, to before the second DNC policy went into effect.

So do you know, within this slide, or within the verbal training, pre 2026, what the agents' guidance would have been in response to finding out that the number called was on the DNC?

A. I don't understand the question. I'm sorry.

Q. I'll rephrase here. Can you describe to me, outside of this slide, what sort of verbal guidance that that agent would have received as it related to DNC call procedures?

A. I can't.



MAGNA Legal Services

Case 4:25-cv-00607-BCW Document 51-7 Filed 09/21/26 Page 12 of 40

Q. And so are you saying you can't describe because you are --
A. It's not my scope.
Q. Oh --
A. Sorry to interrupt you.
Q. Oh, that's okay. Because you did not do the verbal training, correct?
A. Correct.
Q. Okay. So because there was no written procedure, so which you -- okay, I'll strike that.
You drafted the written procedure, which served as this -- which you characterize as the second written DNC procedure. Did you have any hand in drafting any documents or any materials that were meant to assist in the verbal training for DNC procedures?
A. Again, can you clarify?
Q. So, for example, let's say that verbal training was given to a set of sales agents with united -- or sorry, with Healthcare Solutions. Would you have had -- and I know you've represented to me already, you wouldn't have done that training, but would you have had any hand in drafting materials which would have prepared those trainers for doing the verbal training of the agents?
A. I believe I already stated I helped draft this



one. I provided a screenshot, with an arrow, from my recollection.
Q. And when you say this one, you mean Exhibit-11? That's right?
A. Correct. 0022.
Q. Okay. Got you. Okay. So you do have some familiarity then with -- even if you weren't doing the training yourself, you do have some familiarity with how agents were trained, because you just represented to me that you drafted some of the materials which would have assisted those doing the verbal training prior to 2026; is that correct?
A. Yes. I provided the screenshot on the slide from my recollection.
Q. Okay. So, again, that -- that's why I asked, because even though you represented to me -- yes, I'm not going to ask you about the actual training itself, because you've represented that you didn't do that, you're not familiar, but you have now represented to me that you assisted in the drafting of training materials for the people who were giving that verbal training; is that correct?
A. Yes.
Q. Okay. So that's why I ask now, because I'm not necessarily asking you just training, you know, it



also relates generally to just your DNC policies. And evidence is that -- you know, can you say -- like just sitting here today, can you recall what type of verbal training would have been given to an agent prior to 2026, as someone who has said they assisted in drafting the preparation documents?
A. No.
Q. Okay. Can you identify who would have done that sort of verbal training prior to 2026?
A. No.
Q. Okay.
A. That's not my scope.
Q. Okay. Can you identify when that verbal guidance would have been given, like what date any verbal training occurred?
A. No.
Q. Do you know how often that verbal training occurred on telecommunications laws?
A. No.
Q. Do you have any estimate of whether it was like once a month, once a year?
A. I don't know.
Q. Okay. Was it the verbal -- and I'm -- again, I'm talking about verbal training prior to -- on telecommunications laws prior to January 1, 2026. Do you



know if it would have been over -- let's go during the relevant time period. Or let's just -- okay. I'll strike that.
In the two years prior to 2026, so January 1st of 2024, to December 31st of 2025, do you know if they would -- the verbal training sessions would have been more than five training sessions over those two years?
MR. PETERSON: Object to form.
THE WITNESS: I don't know. That's out of my scope.
BY MR. JILIZIAN:
Q. Okay. So are you saying then that you -- even though you may have drafted the materials, that you don't necessarily know anything about -- like the training materials, that you don't necessarily know anything about the frequency, the nature, or the other details about how agents were trained?
A. That is correct.
MR. PETERSON: Object to form.
BY MR. JILIZIAN:
Q. Okay. And that's still the case today, right? Even though you've now made the written procedure that that's been marked Exhibit-13, you stand by that that's still the case today? That you don't actually assist in the training of agents based on those policies?



Case 4:25-cv-00607-BCW Document 51-7 Filed 09/21/26 Page 13 of 40
MAGNA Legal Services

A. That's correct.
Q. Okay. Did your company conduct systemic audits, or any audits of vendors or agents who were tasked with making telecommunications, like telephone calls or texts? Did you audit any of them prior to January 2026?
A. I don't know.
Q. Okay. Do you have any records of any audit prior to 2026?
A. Can you clarify what you mean by audit?
Q. Yeah. So when I say audit, I mean, auditing a vendor. So what will often happen is when a company works with, for example, a Scoredit, for example, they will commonly audit the company to make sure that their lead list that they're sending calls out to, like don't have anyone on the DNC, for example.
So having now just described that, did your company -- did Healthcare Solutions perform any audits or anything similar to what I just described for anyone making calls on its behalf prior to 2026?
A. I'm not sure.
Q. Okay. Do you have any written records of any audit like that being conducted?
A. I don't know, but that's not my scope.
Q. Okay. Do you know if any audit was conducted



after 2026?
A. I don't know.
MR. JILIZIAN: Sure. All right. I think this is a good chance to take a five-minute break here, and then I'll come back probably for our last session here.
MR. PETERSON: Okay.
MR. JILIZIAN: Yeah, sounds good. I figured we've been going for like an hour ten, so.
THE REPORTER: Off the record.
- - -
(A recess was taken.)
- - -
THE REPORTER: Back on the record.
MR. JILIZIAN: Mr. Morgan, I'll represent to you that during the break when we were off the record, your counsel had produced a couple of documents to us over email. And I'm going to show you them right now here. I'm just going to enter these exhibits both at the same time. We'll go ahead and do this one first.
We'll mark this Exhibit-14. This is the privacy policy -- one labeled privacy policy, Bates numbered Healthcare Solutions 39 to 47. And then, Exhibit-15 will be the one labeled Terms of Service



at the top, Bates numbered Healthcare Solutions 48 to 57.
- - -
(Exhibit-14, Privacy Policy, was marked for identification.)
- - -
(Exhibit-15, Terms Of Service, was marked for identification.)
- - -
BY MR. JILIZIAN:
Q. I'll stay here on this, so we'll actually just stay on the terms of service first, Exhibit-15. So, Mr. Morgan, are you familiar -- and I can scroll through too if you need, but are you familiar with this document here?
A. I'm familiar of its existence.
Q. Okay. Did you assist -- well, what do you recognize this document to be?
A. It -- I mean, just reading it, it says terms of service.
Q. Okay. If I represented to you that this was Healthcare Solutions's current effects, Terms of Service, would you have any reason to dispute that?
A. No reason.
Q. Okay. And do you see -- sorry. Do you see



this heading number 4 here, titled Communication Consent? If you could please just read through -- sorry, it's highlighting everything. But if you could just read through all that right here, take a second, and just let me know when you're finished.
A. Okay.
Q. Okay. So do you recognize that as kind of standard TCPA and DNC consent language?
A. I -- I don't know.
Q. Or I'll strike that. I'll rephrase. Do you recognize this as what appears to be TCPA consent language and DNC consent language that you include in your terms of service?
A. They look familiar.
Q. They look -- so how would you characterize this section 4 here? Like, how would you describe it briefly?
A. Communication consent.
Q. Do you see this last updated -- sorry, it's not highlighting very well, but do you see this last updated date July 1, 2026?
A. I do.
Q. Okay. So is it fair to say that this terms of service, the last update was July 1st of 2026?
A. I guess, yeah.


Case 4:25-cv-00607-BCW Document 51-7 Filed 09/21/26 Page 14 of 40
MAGNA LEGAL SERVICES

Q. Do you take any part in drafting or maintaining the terms of service?
A. No.
Q. Okay. So can you say -- or do you have any knowledge as to whether before July 1, 2026, that this section 4, communication consent, would have either existed at all or existed in the same state it does after July 1, 2026?
A. I don't know.
Q. Okay. Going back to Exhibit-14 here, the privacy policy. Sorry, at the bottom. This doesn't have an updated date here, but we do see at the bottom here, it's cut off, but if you can see here, it says all copyright 2026 by Healthcare Solutions. Do you see that on the very last page? Sorry.
A. I see it.
Q. And so is it fair to say that this privacy policy then, just based on the face of the document, likely, in its current state, went into effect in 2026?
A. I don't know.
Q. Okay. So do you have any personal knowledge about when this privacy policy was last updated?
A. I don't.
Q. And we see here that there's another communication consent. It's a bit shorter than the terms



of use, but if you want to just review this here. Do you see that?
A. I do.
Q. Okay. So is it your testimony -- let me ask this actually -- I'll strike that.
Who do you -- or, if you know, do you know who drafts the terms of service and privacy policy?
A. I believe that's our marketing department.
Q. Okay. Do you know if legal counsel has a hand in drafting privacy policy and, sorry, terms of service?
A. I don't know.
Q. Okay. So what I'm trying to get at is, your terms of service and privacy policy both have a communication consent. You've said that you did not draft these, even though you've drafted other written DNC TCPA related policies. So I'm trying to get, do you have any idea where this language had come from?
A. This is probably something from marketing or Jordan. He maintains our -- he maintains the website.
Q. That's Jordan Vickers, you're referring to?
A. Yes.
MR. JILIZIAN: Okay. Let me go back here. Okay. I'm now sharing what we're going to mark Exhibit-16. This is -- and they're Bates numbered Healthcare Solutions 24 to 32.



- - -
(Exhibit-16, Communications, was marked for identification.)
- - -
BY MR. JILIZIAN:
Q. These I will represent to you are communications between Healthcare Solutions and Convoso. Mr. Morgan, do you recognize -- and I can scroll through a little bit, but do you recognize this set of communications?
A. Yes.
Q. Okay. And you see -- is this your email address here in the from field?
A. Yes.
Q. Okay. And we see this communication is dated January 21, 2026, to what appears to be Convoso, right, and cc'ing a bunch of others, Jordan Vickers, Jake Worrell, and some other Healthcare Solutions personnel; is that accurate?
A. Yes.
Q. And so this letter that was sent on January 27th, the purpose here, and correct me if I'm wrong, is to tell Convoso to preserve all records related to calls made on behalf of Healthcare Solutions. So basically a litigation hold is commonly referred to; is that correct?



A. My understanding.
Q. And again, this letter was sent January 27, 2026. Do you know when the alleged calls were sent -- sorry, the alleged -- I'll strike that.
Do you know when the alleged violative calls were sent in this case?
A. Forget that date. It was like July 2025.
Q. Okay. And so do you know why the company waited so long, like six months, it looks like, from the initiation of the calls to initiate this litigation hold?
A. I sent this on advice of counsel. I'm not sure.
Q. Did you draft this letter yourself or --
A. No.
Q. This was drafted by counsel?
A. Yes.
Q. Moving on here to page 0028. And it looks like we see here this was sent by a Paul St. Clair of Convoso. Do you know what position he holds with Convoso?
A. Compliance something. I don't honestly remember his exact title.
Q. Okay. And it looks like he sent this email August 6, 2026, so only about a couple weeks ago here. And he said, we're preserving what we can, but the letter





MAGNA LEGAL SERVICES

in January went to legal notice's spam, but we're preserving records now. So is it accurate to say that Convoso didn't start properly preserving records for this litigation until what looks to be only this month?

MR. PETERSON: Object to form.

THE WITNESS: I don't know. I mean, I don't know.

BY MR. JILIZIAN:

Q. Okay. And we see here also that on May 12th -- so a couple months before this, that some -- a Stephen Kass at Convoso wrote that, technically, Convoso provides 30 days of access to call recordings for all accounts. Call logs are retained for a minimum of 60 days. As to why you're able to pull calls for a year plus, I'm not positive outside of that. We simply haven't purged that data yet.

So it's a bit confusing, but is it fair to say that based on the information that you were given here, that Convoso typically only intentionally means to preserve call recordings for 30 days?

MR. PETERSON: Object to form.

THE WITNESS: I don't know. I -- I don't have that understanding, actually.

BY MR. JILIZIAN:

Q. Because you see here that he says in the



second sentence -- I can't highlight it -- but he says in the second sentence, as to why you're able to pull calls for a year plus, I'm not positive outside of that we simply haven't purged that data yet.

So doesn't this suggest that you were only able to pull the calls from that time period because they had mistakenly held on to the data for longer than they intended?

MR. PETERSON: Object to form.

THE WITNESS: I don't know. I'd be speculating.

BY MR. JILIZIAN:

Q. Okay. So we see here that they gave a formal response to your January 27th letter, on Friday, July 17th. So this is nearly six -- this is nearly six months later. Do you see that on Healthcare Solutions, page 31?

A. I see that, yes.

Q. Do you know if between -- we see communications here, from Monday, May 11, 2026, but we don't see anything from between -- on this email thread, we don't see anything between January 27th and May 11th of 2026. So do you know whether any communications took place between Healthcare Solutions and Convoso between those dates, just about anything?

A. About anything? I -- I don't know. I



couldn't tell you.

Q. Okay. Do you know if yourself or anyone from Healthcare Solutions reached out for an update on the litigation hold -- for a response on the litigation hold letter, after January -- it was sent and before May 11th, that we see on this email?

A. I -- I think just an email, but I'm not 100 percent sure.

Q. Okay. So you're -- it's your testimony today that you believe the May 11th email, is that email that was sent the first follow-up email that was sent?

A. Yeah, I don't know. I -- I don't know.

Q. Okay. I mean, we're -- so, I mean the question I have to ask is, was anyone at Healthcare Solutions, did they raise the issue of data spoilation in this case, considering that, you know, the letter went unanswered for what appears to be, you know, at least three or four months before an email follow-up was sent, and then, you know, a formal response didn't come until almost six months after the letter was sent.

So did -- what I'm asking is, did anyone at Healthcare Solutions raise any concerns over the lack of data being preserved?

A. I don't know.

MR. JILIZIAN: Okay. Okay. Well, I believe



that's all I have for you today. Yeah, I should be good here. James, did you have any redirect for today?

MR. PETERSON: Just a couple quick things, and then afterwards, I'll put a couple things on the record and give you a chance to respond.

MR. JILIZIAN: Sure. And then, yeah, did you want to take a break here too, or did you want to just go right into redirect? It's up to you.

MR. PETERSON: Yeah, I'm just going to go right in. I don't think this is going to take long.

\- - -

EXAMINATION

\- - -

BY MR. PETERSON:

Q. So, Mr. Morgan, I think you testified that HSI doesn't audit third parties, making calls for HSI; is that right?

A. Correct.

Q. Is that -- do any third parties make any calls for HSI?

A. Not to my knowledge.

Q. Okay. So how could you audit them?

A. I think that's why I answered that way.

MR. PETERSON: Okay. I don't have anything.



MAGNA LEGAL SERVICES

Alex, if you have anything, let me know.
MR. JILIZIAN: I think we should be -- I have one more thing on -- kind of on re-redirect now that I do want to do. It'll be really quick.
MR. PETERSON: Sure.
MR. JILIZIAN: All right. So can we go back on the record, Madam Court Reporter?
MR. PETERSON: I think we are on the record.
THE REPORTER: Yes, we're on the record.
MR. JILIZIAN: Perfect.

\- - -

EXAMINATION

\- - -

BY MR. JILIZIAN:
Q. Here, I'm going to share my screen. I'm going to go back to Exhibit-9. This is the interrog responses. This is interrogatory number 11. We had asked you to identify and describe in detail the process by which you scrubbed telephone numbers against the DNC registry, you or any vendor on your behalf. And in your supplemental response you said that during the time that which plaintiff received calls, Healthcare Solutions did not utilize a process to scrub numbers against the DNC before placing outbound calls; is that correct?
A. Correct.



Q. And so when I was asking about DNC audits, right, even if it may be correct that you don't -- that third parties don't place calls on your behalf, thus, you don't need to audit those, it is true that -- I'll strike that.
So is it true then, that you now perform scrubbing of DNC lists for either your own calls that you make or vendors making calls on your behalf?
A. We -- yeah. We -- we do have a process for that.
Q. Okay. And you were not conducting those audits or scrubs before, that's correct?
A. You have to clarify audit.
Q. You were not scrubbing your own DNC list or lists maintained by your vendors to make sure that people on the DNC list were not getting calls before the plaintiff allegedly received those calls, correct?
MR. PETERSON: Object to form.
THE WITNESS: No. If I could clarify. Our own DNC list is a preventative mechanism. It doesn't allow calls in or out of our system.
BY MR. JILIZIAN:
Q. Okay. But -- and did you scrub that list to make sure that it was accurate before the plaintiff received the calls in July of 2025?



MR. PETERSON: Object to form.
THE WITNESS: Again, just to clarify, we wouldn't be able to make an outbound call to a number on our DNC. It's not technically possible.
MR. JILIZIAN: Okay. Thank you. All right. That's all I have. Thank you.
MR. PETERSON: My client will read, and I -- I'd like to stay on the record for the following:
Alex, we -- I recognize that my email caused a little bit of confusion. So if you'd like, HSI is providing Jake Worrell again, for its official position on training and call content.
MR. JILIZIAN: Okay.
MR. PETERSON: And in terms of the documents that I provided during the deposition, HSI is providing Jordan Vickers, again, if you like, at your discretion, to answer questions about those, the terms of service and the privacy policy. So whichever one you would like to start with, if at all, that's certainly your call.
MR. JILIZIAN: Are they -- I mean, are they around right now?
MR. PETERSON: They're -- I think they're still on.
MR. JILIZIAN: Okay.



MR. PETERSON: Like, yeah. They're all still on.
MR. JILIZIAN: You know, I don't really care to ask questions about the privacy policy or terms of service. So I think Jordan can get off, but you said if I could do a short line of questioning for training with Jake, then that would be nice.
MR. PETERSON: Yup. That he'll be -- he's prepared. That was my oversight in the email. He's prepared and will be the voice of HSI on that issue.
MR. JILIZIAN: Sure.
MR. PETERSON: But I do think maybe just a quick bathroom break would be great.
MR. JILIZIAN: Yeah. Yeah. That's fine. We can take a quick break.
MR. PETERSON: Okay. Five minutes. Thank you.
MR. JILIZIAN: No problem.
THE REPORTER: Okay. We'll go off the record.

\- - -

(Whereupon, the Witness was excused.)

\- - -

(Deposition concluded at 3:23 p.m.)





MAGNA LEGAL SERVICES

Page 62

---

Page 63

CERTIFICATE OF REPORTER

I, Amanda Fulks, Court Reporter and Notary Public, do hereby certify:

That the foregoing deposition was taken before me on the date and at the time and location stated on Page 1 of this transcript; that the deponent was duly sworn to testify to the truth, the whole truth, and nothing but the truth; that the foregoing deposition as typed is a true, accurate, and complete record of objections made at the time of the examination to the best of my ability.

I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof.

______________________________

Amanda Fulks, a
Court Reporter and Notary Public
Date: 08/24/2026

Page 64

ERRATA SHEET

IN RE : JEFFERY BLUBAUGH V. HEALTHCARE SOLUTIONS INSURANCE AGENCY, LLC
DEPONENT: BRAD MORGAN
TAKEN : MONDAY, AUGUST 24, 2026

*****************************************************

DO NOT make any marks or changes on the transcript itself. Enter any changes here.

Page/Line Change Reason for change

________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________
________ ___________________ _________________

Page 65

ACKNOWLEDGMENT OF DEPONENT

I, Brad Morgan, do hereby certify that I have read the foregoing pages, 04 - 60, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_______________________ _________________

BRAD MORGAN DATE

Subscribed and sworn to before me this ________ day of _____________, 20_____.

My commission expires: _____________

_______________________________________

Notary Public





MAGNA LEGAL SERVICES

LAWYER'S NOTES

PAGE LINE


Case 4:25-cv-00607-BCW Document 51-7 Filed 09/21/26 Page 19 of 40
MAGNA LEGAL SERVICES

**A**

**ability**
63:13
**able**
54:14 55:2,6 60:3
**about**
6:3 7:3 9:11 14:9 17:9,13 18:9 19:4,5 19:7 20:15 23:7,11 23:13 24:11 30:13 30:16 41:13 43:17 44:24 45:14,15,16 50:22 53:24 55:24 55:25 59:1 60:17 61:4
**absolutely**
13:19
**AC**
16:9
**access**
54:12
**accord**
34:5,10
**accounts**
54:13
**accurate**
6:23 20:18 52:19 54:2 59:24 63:11
**ACKNOWLEDG...**
65:1
**acting**
38:20
**active**
30:25
**actual**
43:17
**actually**
12:5,25 19:9 36:12 45:24 48:11 51:5 54:23
**added**
16:16
**ADDITIONAL**
2:16,16
**address**
52:13
**advice**
53:11
**after**
4:6 32:12 33:7 40:16 47:1 50:7 56:5,20
**afternoon**
4:17
**afterwards**
57:5
**again**
18:4 21:9,13 27:4,19 30:12 32:15,25 33:22 34:8 35:6,20 42:16 43:15 44:23 53:2 60:2,11,16
**against**
38:1,21 39:2 58:19 58:23
**Agency**
1:11 4:22 64:3
**agent**
15:9 17:10 27:10 40:7,10,21 41:23 44:4
**agents**
16:2 17:14,15 26:6 27:1 28:3,4 37:21 38:8 41:10,17 42:18 42:24 43:9 45:17,25 46:3
**ago**
53:24
**agree**
5:6
**agreeable**
13:3,5
**ahead**
8:11 13:20 19:3 29:16 47:21
**AI**
19:18
**Alex**
2:4 18:14 23:16 58:1 60:9
**alex@paronichlaw...**
2:6
**all**
1:6 4:17 7:5,18 14:3 16:10,23 19:17 20:7 25:2 30:2,10 31:11 34:13 35:19,22 36:23 47:3 49:4 50:7,13 52:23 54:12 57:1 58:6 60:5,6,20 61:1
**alleged**
53:3,4,5
**allegedly**
59:17
**allow**
59:21
**almost**
56:20
**alone**
8:25
**along**
35:21
**already**
42:20,25
**also**
2:14 21:14 29:16 32:24 39:6 44:1 54:9
**although**
29:1
**always**
14:20 31:16
**am**
14:17 63:15
**Amanda**
1:24 36:2 63:3,21
**an**
6:7 8:8 10:23 12:7 13:11,18 14:18 15:3 15:9,21 16:22 17:3 17:6 29:8 30:14,15 30:17 32:6,9 36:6 43:1 44:4 47:9 50:12 56:3,7,18 60:3
**another**
13:2,21 21:7 24:9 36:12 38:14 50:24
**answer**
7:20,22 60:17
**answered**
35:5 57:24
**answering**
12:20,23 14:11,16,18 15:3,7
**answers**
65:5
**Anthony**
16:4 18:21 19:3
**any**
8:20 20:13 21:4,5 24:13 30:7,7 40:10 40:22 42:13,14,14 42:22 44:14,20 46:3 46:5,8,8,18,22,22 46:25 48:23 50:1,4 50:21 51:17 55:22 56:22 57:2,20,20 58:20 63:16 64:7,8 65:7
**anyone**
30:8 46:16,19 56:2 56:14,21
**anything**
23:13 45:14,15 46:19 55:20,21,24,25 57:25 58:1
**apologize**
39:21
**apparently**
11:7
**appear**
11:8
**APPEARANCES**
2:1
**appeared**
11:8
**appears**
9:1 12:3 49:11 52:16 56:17
**appointment**
21:21,22 23:2




MAGNA LEGAL SERVICES

**are**
5:24 7:6 9:21 10:25 11:8,15,16 12:2 14:11 16:10 17:14 18:9 22:19,19 23:4 25:2,10,21,22,23,23 26:12 27:22 40:2 42:1,2 45:12 48:13 48:14 52:6 54:13 58:8 60:21,21
**around**
36:14 60:22
**arrow**
43:1
**artificial**
17:24
**as**
4:7,25 5:4,9,17,23 6:4,15,16 7:4 8:7,11 8:18 9:7,15 10:12 10:24 11:9,19 13:2 13:17,17,18,21,21 13:22 14:1 20:8 21:8,19,19 22:9,16 23:19 26:13,21 28:2 28:18 31:9,13,19 33:10 36:14 37:12 37:13,25 38:10,12 41:11,23 42:12,12 44:5 49:7,11 50:5 54:14 55:2 63:11
**ascending**
12:18 14:11
**ask**
7:9 18:8 19:14 22:23 25:1 29:2 30:8 36:11,13 41:12 43:17,24 51:4 56:14 61:4
**asked**
10:2 20:15 30:16 34:6 38:19 43:15 58:18
**asking**
5:9 10:6 43:25 56:21 59:1
**asks**
20:7
**aspects**
6:22 22:9 23:11 27:12,24
**assist**
42:14 45:25 48:17
**assistance**
30:7
**assisted**
32:18 43:11,20 44:5
**associated**
11:23
**assume**
23:7
**assumedly**
21:22
**at**
6:8,10 11:16 12:1,16 12:17,19 14:9 16:9 18:18,25 21:10,12 24:17,18 25:2,3,13 25:14 28:7 30:8 32:25 33:15 35:6,12 35:22 36:23 38:18 40:23 47:20 48:1 50:7,11,12 51:12 54:11 56:14,17,21 60:16,19 61:25 63:7 63:12
**attach**
13:17
**attached**
65:8
**audit**
46:5,8,10,11,14,23 46:25 57:17,23 59:4 59:13
**auditing**
46:11
**audits**
46:3,3,18 59:1,12
**August**
1:19 53:24 64:5
**automated**
15:10,11,14 17:14,15 17:16
**auto-generated**
15:21
**a.m**
6:10

**B**

**B**
3:9 20:6,15
**back**
7:8 10:23 12:22 15:8 18:2 19:8,24 21:8 24:24 31:18,20 37:25 38:15,17 41:5 47:5,14 50:10 51:22 58:6,16
**based**
23:7 31:11 40:10,23 41:5 45:25 50:18 54:18
**basically**
52:24
**Bates**
8:19 14:2 28:11,25 47:23 48:1 51:24
**bathroom**
61:14
**be**
4:24 9:1,1,2 11:8 12:3,6,13,25 13:4,8 13:21,22 16:2,23 21:21 22:14 23:7 24:15,20 25:13 27:10,11 28:15 31:20 34:2,12 40:24 47:25 48:18 49:11 52:16 54:4 55:10 56:17 57:1 58:2,4 59:2 60:3 61:7,8,10 61:14
**BEACH**
2:10
**because**
9:11 12:2,18 13:15 15:1 17:22,23 27:3 27:9 35:5 36:3 39:8 40:7,19 41:12 42:2 42:6,9 43:9,16,18 43:24 54:25 55:6
**been**
4:6,20 8:7 15:24 23:19,19 26:13 31:1 41:4,18 44:4,14 45:1,6,23 47:9
**before**
8:2 9:5 10:21 20:2 33:3 36:13 37:8,9 37:10,24 39:3 40:8 40:9 41:15 50:5 54:10 56:5,18 58:24 59:12,16,24 63:6 65:13
**beginning**
6:8
**behalf**
1:6 2:3,8 4:21 25:19 38:21 46:20 52:24 58:20 59:3,8
**being**
23:4 25:22,24 34:5 46:23 56:23
**believe**
5:24 6:4 10:21 14:17 22:21 36:5 37:10 42:25 51:8 56:10,25
**best**
63:13
**better**
14:3 23:23 31:8 34:22,25 35:10
**between**
52:7 55:18,20,21,23 55:23
**bit**
50:25 52:9 54:17 60:10
**blow**
13:15
**Blubaugh**
1:5 8:2 64:2
**blue**
21:20



MAGNA LEGAL SERVICES

**both**
47:20 51:13
**bottom**
50:11,12
**Brad**
1:18 3:4 4:6,19 24:3 24:7 64:4 65:3,11
**break**
34:24 47:4,16 57:8 61:14,16
**briefly**
49:17
**bunch**
52:17
**business**
9:16 10:13 20:23 21:2,3 22:16 37:19 39:8
**but**
7:5 8:24 9:22 10:9 12:3,21,23 13:6 16:25 17:15 18:7 19:20 20:10 21:14 21:19 22:25 23:12 24:17,20 26:5,24 28:2 30:16,22 31:23 32:8,19 33:10,13 37:5,10 39:13 42:21 43:19 46:24 48:14 49:3,20 50:12,13 51:1 52:9 53:25 54:1,17 55:1,19 56:7 59:23 61:5,13 63:10
**button**
21:21
**by**
1:23 2:4,9 3:5,6 4:16 7:25 8:16,18,21,25 10:1 11:6 14:8 15:9 15:9,13 16:19 19:6 22:18 24:25 25:13 25:22,23,24 26:3,11 27:17 28:23,24 32:23 33:15,21 34:4 34:18,23 35:25 36:10,23 37:3 38:6 38:20 39:22 40:6,15 41:3 45:11,20,23 46:10 48:10 50:14 52:5 53:15,18 54:8 54:24 55:12 57:15 58:14,19 59:15,22 65:5
**B-R-A-D**
4:19

**C**

**C**
4:1
**call**
3:13,14 6:20,21 11:8 11:12,22 12:2,10 13:13 14:1,5,15,22 17:9 22:9,13 23:13 24:3 28:16,20 30:24 31:2,12,16 32:3 33:5 36:21 37:19 40:2 41:23 54:12,13 54:20 60:3,12,20
**called**
40:7,8,9,22,24 41:19
**calling**
6:20 17:10,15,17,18 23:12 39:17 40:1
**calls**
12:3,13 14:10 20:8 20:11,13,14,16 21:2 22:9,10 23:4 25:18 25:21,22,24 26:7,8 27:25 39:3,9 46:5 46:15,20 52:23 53:3 53:5,10 54:14 55:2 55:6 57:17,20 58:22 58:24 59:3,7,8,16 59:17,21,25
**campaign**
20:9
**can**
4:4 5:6,14 6:5 8:23 8:24,25 9:25 10:25 11:3 12:22,24 13:1 14:3 16:23 17:2,5 17:14,19 18:6,22 19:19 20:20 21:19 21:21 23:16 24:11 25:6 26:18 28:9,10 30:21 31:4,6,7,20 34:24 36:20 37:13 38:10 40:7 41:21 42:16 44:2,3,8,13 46:10 48:13 50:4,13 52:8 53:25 58:6 61:5,16
**can't**
10:22 12:21,21 17:23 30:11 36:16 37:1,2 37:11 41:25 42:1 55:1
**capacity**
4:25 5:10
**care**
61:3
**case**
1:3 10:16 11:9 18:18 18:24 32:13 45:21 45:24 53:6 56:16
**cause**
63:16
**caused**
60:9
**cc'ing**
52:17
**CENTI**
2:15
**certain**
14:21 31:7
**certainly**
24:13 60:20
**CERTIFICATE**
63:1
**certify**
63:4,15 65:3
**chance**
47:4 57:6
**change**
31:7 36:14 64:9,9
**changes**
64:7,8 65:7
**changing**
36:14
**CHAPEL**
2:15
**characterization**
37:25
**characterize**
42:12 49:15
**characterizing**
33:10
**chief**
27:7,9 29:20
**Clair**
53:18
**clarification**
27:20
**clarify**
9:25 22:13 24:13 25:20 26:18 27:1 31:15 42:16 46:10 59:13,19 60:2
**CLASS**
1:6
**cleanly**
13:25
**client**
36:4 60:7
**column**
11:16 12:10,16 14:10 15:8,16 16:9,13
**come**
47:5 51:17 56:19
**commission**
65:15
**commonly**
46:14 52:25
**communicated**
37:20 38:3,8
**communication**
17:6 49:1,18 50:6,25 51:14 52:15
**communications**
3:17 7:5 11:23 17:11 22:15 34:19 52:2,7 52:10 55:19,22



MAGNA
LEGAL SERVICES

**comp**
15:17
**company**
5:4 7:22 17:2,10 27:4 27:5 34:15 35:19 36:14 46:2,12,14,18 53:8
**complete**
63:12
**compliance**
7:4 9:13,20,22 10:3,7 32:17 53:21
**comprised**
32:2
**comprises**
34:25
**concern**
34:18
**concerns**
56:22
**concluded**
61:25
**conduct**
46:2
**conducted**
46:23,25
**conducting**
59:11
**confusing**
54:17
**confusion**
24:14 60:10
**consent**
39:10 49:2,8,11,12 49:18 50:6,25 51:14
**considering**
56:16
**constitute**
17:6
**consumers**
17:2 25:22 39:9,18 40:1
**consumer's**
14:15
**contacted**
20:9
**content**
6:13,22 22:9,13,14 23:3,13 24:4,4 60:12
**context**
10:13
**contract**
20:11
**Convoso**
6:20 20:18,21,23 21:2 23:11 25:5,9 25:14,16,18,21,23 25:25 26:7,7,19,22 27:24,24 52:7,16,23 53:19,20 54:3,11,11 54:19 55:23
**copyright**
50:14
**copy-paste**
18:22
**corporate**
4:25
**correct**
5:1,10,11,25 6:1 7:2 7:7 9:14,18 10:4,5 10:10,11 11:24 12:4 12:10,11,14 14:13 14:24 15:23 16:17 18:1 20:24,25 21:5 21:6 22:12 23:13,14 26:10,25 27:8,13 31:14,24,25 32:20 32:21 33:1,2 39:13 39:18 40:2,12,14 41:8,9 42:7,8 43:5 43:12,22 45:18 46:1 52:22,25 57:19 58:24,25 59:2,12,17 65:5
**corrections**
65:7
**correctly**
27:13
**could**
4:8,17 5:20 11:2 18:7 21:1 23:22 36:6 49:2,3 57:23 59:19 61:6
**couldn't**
14:21 56:1
**counsel**
4:11 6:8 8:18,21 11:7 13:4 30:7 33:20 47:17 51:9 53:11,15 63:16
**counting**
12:8,12
**couple**
47:17 53:24 54:10 57:4,5
**course**
9:16 10:13,20 13:20 22:16 26:14
**Court**
1:1,24 58:7 63:3,22
**covers**
21:13,14
**create**
33:25
**created**
32:5,7,10,12 33:14 34:6 40:16,20,20
**creating**
34:9 35:7
**creation**
35:14
**CSV**
11:1
**CTO**
27:6
**current**
48:22 50:19
**cut**
12:23 16:7 29:17 50:13

**D**

**D**
3:2 4:1
**data**
19:5 25:8 26:15 27:11 54:16 55:4,7 56:15,23
**database**
27:25
**databases**
27:12,24
**date**
6:10 10:22 16:15 29:2 32:6,9 35:20 37:5,11 44:14 49:21 50:12 53:7 63:7,23 65:11
**dated**
52:15
**dates**
55:24
**day**
65:14
**days**
37:7,10 54:12,14,20
**December**
45:5
**deck**
33:9
**defendant**
1:12 2:8 5:4
**definitions**
5:23
**denote**
16:18 29:12
**department**
51:8
**deponent**
6:14 24:10 63:8 64:4 65:1
**deposition**
1:17 5:3,17,21,22 6:9 7:12 9:8 10:19 18:3 20:3 60:15 61:25 63:6,11
**describe**
20:20 25:6 34:25 38:20 41:21 42:1 49:16 58:18
**described**
46:17,19
**DESCRIPTION**


MAGNA LEGAL SERVICES

3:11
**designated**
4:20
**despite**
37:24
**detail**
58:18
**detailed**
29:8,14 30:20
**details**
45:16
**detected**
12:23 14:12 15:8,9,9
**detection**
14:20
**dial**
17:21,23
**dialer**
20:22
**dialer's**
16:14
**dialing**
20:12,15
**did**
7:9,11,14,17 9:7 10:2 11:2,11 17:13 20:2 26:17,17,20,20,24 29:16 30:2,5,5,6,9 31:19,20 32:19 33:23,24 34:9,10 36:2,5,13,22 39:1,7 40:10 42:6,13 46:2 46:5,17,18 48:17 51:14 53:13 56:15 56:21,21 57:2,7,8 58:22 59:23
**didn't**
9:22 11:3 29:18 32:17 43:18 54:3 56:19
**different**
16:23
**dig**
30:6
**discovery**
41:8
**discretion**
60:17
**disposition**
15:19 21:20
**dispositions**
23:1,8
**dispute**
8:20 48:23
**DISTRICT**
1:1,2
**DIXIE**
2:9
**DMC**
6:21
**DNC**
6:21 16:8,9,13,15,19 16:22 17:3,7,19 32:17 33:10 34:6,7 35:11 36:14 37:23 38:1,2,10,11,12,22 39:3,7,11,17 40:11 41:15,19,23 42:13 42:15 44:1 46:16 49:8,12 51:15 58:19 58:23 59:1,7,14,16 59:20 60:4
**document**
5:12,16,18 6:5 8:8,17 9:1,4 10:17,19 11:2 11:6,22 16:1 19:14 19:25 21:7 25:2 28:11,14 30:15 33:13 35:9 37:23 38:1 40:16,19 48:14 48:18 50:18
**documents**
7:11,14,15,18 42:14 44:6 47:18 60:14
**does**
7:21,22 16:12,18 17:5 19:22 20:18 29:6,12,24 50:7
**doesn't**
50:11 55:5 57:17 59:21
**doing**
42:23 43:7,11
**done**
32:23 33:19 42:21 44:8
**don't**
7:20 14:20 15:6 16:7 16:21 17:21,22 18:6 18:20 21:3,4,4 22:21,23,25 23:9,10 23:12 24:20 32:6,8 32:24 34:13,21 35:5 36:5 37:1,6 38:13 41:20 44:22 45:9,13 45:15,24 46:7,15,24 47:2 49:9 50:9,20 50:23 51:11 53:21 54:6,6,22,22 55:10 55:20,21,25 56:12 56:12,24 57:11,25 59:2,3,4 61:3
**down**
34:24
**do-not-call**
16:14
**draft**
30:2,6 31:19,20,22 42:25 51:15 53:13
**drafted**
29:25 32:16,18 37:5 37:8 42:11 43:10 45:13 51:15 53:15
**drafter**
31:23 33:22 34:10
**drafting**
32:18 42:13,22 43:20 44:5 50:1 51:10
**drafts**
51:7
**duly**
4:6 63:9
**during**
35:2 38:22 45:1 47:16 58:21 60:15
**duties**
26:14,22

**E**

**E**
3:2,9 4:1,1
**each**
6:14 12:19 14:23
**earlier**
10:24 30:17
**easier**
13:8
**effect**
29:7 33:14 40:21 41:15 50:19
**effective**
29:2 37:4
**effects**
48:22
**eight**
12:17 14:10
**either**
17:18 41:11 50:6 59:7
**elongated**
33:9
**else**
7:2 24:20 30:8 32:23
**email**
6:4,7,14 7:16 17:2 23:18,19 24:14 47:18 52:12 53:23 55:20 56:6,7,10,10 56:11,18 60:9 61:9
**employees**
9:23 10:3 20:8 26:6 26:12,17,21 27:23 32:17,19,24 35:1,8 35:10,10,15 39:17 39:25 40:1
**end**
24:19
**enter**
47:19 64:8
**entered**
15:21,25
**entire**
33:5


MAGNA LEGAL SERVICES

**entities**
1:7 21:4
**entity**
5:6 20:24
**Errata**
64:1 65:8
**ESQUIRE**
2:4,9
**estimate**
44:20
**estimate's**
37:12
**even**
32:16 39:10 43:7,16 45:12,22 51:15 59:2
**events**
11:23 63:17
**ever**
8:1 9:4 18:20
**every**
5:25
**everything**
7:2 49:3
**evidence**
44:2
**exact**
32:6,9 37:11 53:22
**exactly**
20:20 35:5
**examination**
4:14 57:13 58:12 63:13
**examined**
4:7
**example**
23:6 42:17 46:13,13 46:16
**Excel**
13:11
**except**
6:24 65:6
**excuse**
8:4 18:14
**excused**
61:23
**exhibit**
6:2,3 8:7,8 10:24 13:2,13,22 28:8 35:3 38:15
**exhibits**
19:11 47:20
**Exhibit-1**
5:17 18:4 19:9
**Exhibit-10**
10:24 13:13 14:1
**Exhibit-11**
3:12 8:11,13 21:9 31:14,19,21 33:4,4 39:15,24 41:5 43:4
**Exhibit-12**
3:13 13:22 14:5
**Exhibit-13**
3:14 28:18,20 32:25 33:14 40:20,23 41:7 45:23
**Exhibit-14**
3:15 47:22 48:4 50:10
**Exhibit-15**
3:16 47:25 48:7,12
**Exhibit-16**
3:17 51:24 52:2
**Exhibit-5**
6:4 7:16
**Exhibit-9**
38:15,17 58:16
**existed**
39:16 50:7,7
**existence**
48:16
**expires**
65:15
**explore**
24:18
**express**
39:10

**F**

**face**
50:18
**fact**
38:9
**fair**
23:7 33:3,13 34:17 38:3,7 49:23 50:17 54:17
**familiar**
11:15,16 18:9 21:10 25:2 43:19 48:13,14 48:16 49:14
**familiarity**
25:4 43:7,8
**far**
18:5
**few**
17:1 37:7,10 41:13
**field**
52:13
**figured**
47:8
**file**
11:1 13:2
**final**
15:16 30:22
**finding**
41:18
**fine**
37:12 61:15
**finish**
22:19 30:9
**finished**
49:5
**first**
7:10 8:25 12:17 14:10 19:12,14,21 21:12 25:11 29:2,12 29:14,19 30:17 31:9 31:13,16 33:4,8 47:21 48:12 56:11
**five**
45:7 61:17
**five-minute**
47:4
**Five9**
18:9,10,23 19:5
**FL**
2:10
**flat-out**
23:25
**Florida**
1:25
**follow**
35:11
**following**
60:8
**follows**
4:7 30:23
**follow-up**
15:17 56:11,18
**for**
1:2 4:18 6:24 7:4,6 7:11,17 8:14,24 9:7 10:16,17,18 11:13 12:15,16,19 14:5,21 14:23 21:21,22 23:2 23:6 27:1,2 28:20 32:3,14 34:9,15,24 35:7,13,15,19 36:4 37:8,19 42:15,17,23 43:21 46:13,13,16 46:19 47:5,9 48:4,7 52:2 54:3,12,13,14 54:20 55:3,7 56:3,4 56:17 57:1,2,17,21 59:7,9 60:8,11 61:6 63:16 64:9 65:6
**foregoing**
63:6,10 65:4
**Forget**
53:7
**form**
7:24 9:24 15:12 18:12 21:15,15 22:17 25:7,7 26:1,9 26:22,25 27:1,15 28:5 31:17 33:17 34:1,20 36:25 37:17 38:5 39:19 40:4,13 40:25 45:8,19 54:5 54:21 55:9 59:18 60:1 65:7
**formal**
55:13 56:19
**formalizes**



MAGNA LEGAL SERVICES

37:18
**format**
13:6
**forward**
5:3
**forwarded**
19:3
**four**
56:18
**frank**
24:15
**frequency**
45:16
**Friday**
55:14
**from**
6:8 9:2 19:2 30:7,8 31:22 33:19 40:8 43:1,14 51:17,18 52:13 53:9 55:6,19 55:20 56:2
**front**
5:13 6:3
**Fulks**
1:24 63:3,21
**full**
13:16 16:5,7
**function**
28:2
**functionality**
6:21
**further**
63:15
**FWY**
2:9

**G**

**G**
4:1
**gathering**
10:15 11:12
**gave**
35:7 55:13
**general**
15:2 34:18,18
**generally**
25:6 44:1
**generate**
20:11
**get**
24:19,24 35:6,6 36:2 51:12,16 61:5
**getting**
24:16 28:7 35:12 59:16
**give**
35:10 37:13 57:6
**given**
42:18 44:4,14 54:18 65:5
**giving**
43:21
**go**
7:8 8:6,10 10:23 12:22 13:19 18:2,3 18:4 19:3,8,9 21:7,8 29:16 31:20 33:24 37:24 38:1 45:1 47:20 51:22 57:9,10 58:6,16 61:20
**goes**
29:1
**going**
5:3,4,12 7:8 8:6,6 10:23 15:8 18:2,3,4 19:8,9,9 20:5 21:7,8 22:19 28:8 31:18 35:4 38:14,15,17 41:5,12 43:17 47:9 47:18,19 50:10 51:23 57:10,11 58:15,15
**good**
4:17 34:2 47:4,8 57:2
**Google**
12:25 13:14,25 14:2
**got**
32:24 37:14 43:6
**Gotcha**
34:8
**great**
61:14
**GROUP**
2:8
**guess**
9:16 25:7 33:12 34:18 40:17 49:25
**guidance**
41:17,22 44:14
**guy**
24:7

**H**

**H**
3:9
**had**
7:16 10:2 17:16 19:3 20:16,17 21:12 24:4 30:14,17 31:16 32:14,15,16 36:12 38:19 42:20,22 47:17 51:17 55:7 58:17
**hand**
4:5 42:13,22 51:9
**handling**
37:19
**happen**
46:12
**hard**
21:19
**has**
6:15,18 8:7 23:18 44:5 51:9
**have**
8:1,20 9:4 14:10 15:24 16:1 19:1,16 19:24,25 21:3 22:13 22:24 23:22 25:3,11 25:20 26:12 31:1 32:6,9 39:9 40:22 41:1,4,18,23 42:13 42:20,21,21,22 43:6 43:8,10,19 44:4,8 44:14,20 45:1,6,13 46:8,16,22 48:23 50:4,6,11,21 51:13 51:16 54:22 56:14 57:1,2,25 58:1,2 59:9,13 60:6 65:4
**haven't**
54:16 55:4
**having**
4:6 23:6 46:17
**he**
6:18 40:24 51:19,19 53:19,23,25 54:25 55:1
**head**
16:25 34:12 36:16
**heading**
49:1
**healthcare**
1:10 3:12 4:21,25 5:5 8:13,19,19 11:6 15:1 16:24 17:20 19:20 20:17 22:10 22:15 23:5 25:14,15 25:18,24 26:6 28:3 28:16,24,25 29:21 30:8,23 31:2 32:3 37:18 39:1,7,16 40:8,11 42:19 46:18 47:24 48:1,22 50:14 51:25 52:7,18,24 55:16,23 56:3,14,22 58:22 64:2
**hear**
11:3
**hears**
14:18
**held**
55:7
**helped**
31:22 42:25
**helpful**
18:23
**hereby**
63:4 65:3
**he'll**
61:8
**he's**
6:14 61:8,9
**highlight**

20:6 55:1
**highlighted**
6:10 37:17
**highlighting**
49:3,20
**HINGHAM**
2:5
**hire**
35:1
**his**
16:5,7 53:22
**hold**
52:25 53:10 56:4,4
**holds**
53:19
**honestly**
53:21
**hour**
47:9
**housekeeping**
34:22,25 35:21
**how**
5:6 15:10 16:18,19 16:22 27:13 28:3,4 31:1,4,6 35:10 39:17,25 40:1 43:8 44:17 45:16 49:15 49:16 57:23
**HSI**
57:16,17,21 60:10,15 61:10
**human**
15:20
**human-driven**
15:19

**I**

**idea**
34:3 51:17
**identical**
14:23
**identification**
8:14 14:6 28:21 48:5 48:8 52:3
**identified**
6:14,15 20:17,17
**identifies**
12:20
**identify**
5:20 12:13 20:7 31:7 38:19,23 44:8,13 58:18
**if**
5:13 7:20 8:24 10:2,3 11:15 12:16,17,18 12:21,24 13:1,1,2,6 14:20 16:6,8 17:9 17:13,13,15 18:7,20 18:23,23 22:23 23:1 24:9,19,20 26:18 28:9 30:22 31:20 32:10,11 37:7,8,16 39:10 43:7 45:1,5 46:25 48:14,21 49:2 49:3 50:13 51:1,6,9 52:22 55:18 56:2 58:1 59:2,19 60:10 60:16,19 61:6 65:7
**image**
26:19
**impossible**
13:15
**in**
1:1 4:3,24 5:3,10,12 5:17 6:3,13 7:11,16 7:19 8:18 10:13,19 11:9,11 12:10,18 13:6 14:11 15:16,25 16:12 17:18 20:3,8 21:19,20 22:1,4,5 22:10,14 24:3 25:8 26:14,24 27:3,4 29:5 31:2 32:12,18 33:6 34:12 37:18 38:9,25 39:25 41:7 41:7,13,18 42:13,15 42:22 43:20 44:5 45:4,25 49:12 50:1 50:7,19,19 51:10 52:13 53:6 54:1,25 55:1 56:15 57:11 58:18,20 59:21,25 60:14 61:9 63:17 64:2 65:7,8
**include**
49:12
**includes**
20:10 21:15
**indicate**
14:14 15:18 16:12 29:6,24
**indication**
17:17
**Indiscernible**
36:19
**individual**
5:10
**INDIVIDUALLY**
1:5
**individuals**
25:23,25 26:6
**information**
10:16 14:3 22:24 28:4 38:24 54:18
**initiate**
53:10
**initiated**
32:12
**initiation**
53:10
**input**
27:10,13 28:4 30:7
**inquired**
23:7
**instructed**
33:24 39:16
**insurance**
1:10 4:21 23:5 64:3
**intake**
21:15,15 25:7
**intended**
55:8
**intentionally**
54:19
**interested**
22:5 23:2 63:17
**interface**
25:2,11,13 26:13
**interject**
18:15 23:16
**internal**
12:7 16:8,9,13,15,19 16:22 17:3,6,19
**interrog**
58:16
**interrogatories**
19:22
**interrogatory**
20:5,7 38:16,19 58:17
**interrupt**
42:5
**into**
13:11,14,18 15:21 24:17,19 28:4 29:7 30:6 33:14 34:14 40:21 41:15 50:19 57:9
**introduce**
8:6 28:17
**introduced**
5:17 6:4 8:7 10:24 21:8
**involved**
20:8 38:23
**isn't**
13:6 40:19
**issue**
56:15 61:11
**it**
4:18 5:20 7:19 9:1,7 10:12,14,21 11:3 12:3,6,19,19,22 13:6,8,11,14,18,21 13:24 15:2 18:7 19:16,20 20:2 21:13 21:13,14 22:25 25:4 25:8 27:2 28:9 29:1 29:10,20 30:7,17 32:7,10,11,19,24 33:3,13,25 34:2,10 34:11,14,17 35:8 36:11,17,18,18,20 36:22 37:7,8,10,13


MAGNA LEGAL SERVICES

37:14,14,17 38:7 39:1 40:19 41:23 43:25 44:20,23 45:1 48:19,19,19 49:16 49:23 50:7,13,16,17 51:4 53:7,9,17,23 54:2,17 55:1 56:5 59:2,4,6,20,24
**italicized**
37:16
**iteration**
31:4 33:1
**iterations**
31:1,12
**its**
22:16 38:8 39:8 46:20 48:16 50:19 60:11
**itself**
26:19 43:17 64:8
**It'd**
16:1
**It'll**
58:4
**it's**
5:21 8:18 10:25 11:1 11:16 12:5,23 13:15 16:7 18:24 20:22 21:18 24:16 26:4,5 26:7 27:21 29:12,14 29:20 31:3,6 32:1 35:2,21 40:9,14 42:3 49:3,19 50:13 50:25 54:17 56:9 57:9 60:4
**I'd**
16:1 55:10 60:8
**I'll**
4:3 6:7 7:9,10 8:4,17 9:20 11:5 12:22 18:8 19:3,12,13,13 19:16,18,19,24 21:19 22:23 24:15 25:11,17 26:20 27:21,22 28:9,17 29:1,5 30:6,8 33:11 36:11 37:24 40:17 40:17,18 41:12,21 42:10 45:2 47:5,15 48:11 49:10,10 51:5 53:4 57:5 59:4
**I'm**
4:8 5:4,12 6:3,10 7:8 8:6 10:6,23 11:1 18:2,3,4 19:1,2,7,9 19:9 21:7,8 28:8 32:25 33:18 35:4,6 35:12 38:14,15,17 41:12,20 43:16,24 44:23,24 46:21 47:18,19 48:16 51:12,16,23 52:22 53:11 54:15 55:3 56:7,21 57:10 58:15 58:15
**I've**
6:9 10:21 23:19 37:17

**J**

**JACOB**
2:16
**Jake**
52:17 60:11 61:7
**James**
2:9 57:2
**james@petersonle...**
2:11
**January**
29:2,7 33:3,7,14 36:22 37:5 39:23 40:8,9,21 41:14 44:25 45:4 46:6 52:16,21 53:2 54:1 55:14,21 56:5
**JEFFERY**
1:5 64:2
**JILIZIAN**
2:4 3:5 4:16 7:25 8:10,16 10:1 13:4 13:12,19 14:8 15:13 18:13,16,19,25 19:6 22:18 23:17,21,24 24:2,6,8,12,15,23 24:25 26:3,11 27:17 28:17,23 33:21 34:4 34:23 35:25 36:10 37:3 38:6 39:22 40:6,15 41:3 45:11 45:20 47:3,8,15 48:10 51:22 52:5 54:8,24 55:12 56:25 57:7 58:2,6,10,14 59:22 60:5,13,21,25 61:3,12,15,19
**job**
28:2
**Jordan**
2:16 51:19,20 52:17 60:16 61:5
**JR**
2:15
**July**
49:21,24 50:5,8 53:7 55:14 59:25
**just**
4:18 5:4,5,12 6:2 7:9 8:23,24 13:7,10,11 13:14,14,24 14:2 18:6,7,8,25 19:14 20:6 21:10 22:23 24:17,23 25:1,6 27:11 28:8,10 30:6 31:8,11,18 32:18 33:9,19 34:13,14 35:23 37:7,14 41:5 43:9,25 44:1,2 45:2 46:17,19 47:19 48:11,19 49:2,3,4 50:18 51:1 55:24 56:7 57:4,9,10 60:2 61:13

**K**

**Kass**
54:11
**keeping**
31:8
**kept**
7:19
**kind**
10:25 11:1 19:17 21:19 24:17 49:7 58:3
**know**
5:13 7:20,22 8:4,23 10:25 12:24 13:5,9 14:20 15:24 16:5,6 16:7,19,22 17:24 18:20 19:1 21:9,13 21:14 22:25 23:1,9 23:12 24:4,18,20 28:9 32:7,10,11 34:9,11 35:11 37:1 37:7,8 38:9,13 41:11,16 42:20 43:25 44:2,17,22 45:1,5,9,14,15 46:7 46:24,25 47:2 49:5 49:9 50:9,20 51:6,6 51:9,11 53:3,5,8,19 54:6,7,22 55:10,18 55:22,25 56:2,12,12 56:16,17,19,24 58:1 61:3
**knowledge**
31:3 50:5,21 57:22

**L**

**labeled**
14:11 16:9,10 21:16 47:23,25
**lack**
56:22
**lane**
22:21
**language**
49:8,12,12 51:17
**larger**
35:18
**last**
6:15 32:11 47:5 49:19,20,24 50:15 50:22


MAGNA LEGAL SERVICES

**later**
30:15 55:16
**latter**
26:2
**LAW**
2:3,8
**laws**
7:4,5 34:19 44:18,25
**LAWYER'S**
66:1
**lead**
25:8 26:14 27:10 46:15
**leads**
20:12 27:13
**least**
24:17 33:15 56:17
**leave**
15:6
**leaves**
15:2
**leftover**
18:22
**legal**
30:7 33:20 51:9 54:1
**length**
14:22
**less**
12:5,6
**let**
5:13 6:2 10:23 12:24 18:25 22:24 24:18 24:23 28:8 38:16 49:4 51:4,22 58:1
**letter**
52:21 53:2,13,25 55:14 56:5,16,20
**let's**
42:17 45:1,2
**light**
38:9
**like**
8:24 10:13 11:1 13:1 13:7 16:22 17:24 18:23 21:13,14,15 21:21 22:14 24:4,7 25:8,21 28:3,5 30:22 31:6,7 35:15 37:7 44:2,14,21 45:14 46:4,15,23 47:9 49:16 53:7,9,9 53:18,23 60:8,10,16 60:19 61:1
**likely**
50:19
**limited**
20:10
**LINCOLN**
2:4
**line**
12:1 21:25 29:9,19 61:6 66:2
**list**
16:14 46:15 59:14,16 59:20,23
**listed**
6:18 7:5,16
**lists**
59:7,15
**literally**
30:9
**litigation**
8:18 10:18 11:13 32:12 33:16 36:24 52:25 53:10 54:4 56:4,4
**little**
12:25 13:8 27:19 28:10 29:5 34:15 52:9 60:10
**live**
15:9 17:9
**LLC**
1:11 4:22 64:3
**location**
63:7
**lodge**
17:3,19,23 36:6
**lodged**
16:19,23
**logs**
54:13
**long**
13:17 33:8 37:12 53:9 57:11
**longer**
32:14 55:7
**look**
11:15 12:17,19 16:1 16:8 18:25 19:17 21:10 35:23 41:12 49:14,15
**looked**
21:12
**looking**
12:1,16 14:9 25:3 32:25 38:18
**looks**
21:13 25:8 53:9,17 53:23 54:4
**loud**
18:7
**lower-level**
32:17

**M**

**MA**
2:5
**MAAEP**
15:17
**machine**
12:20,23 14:11,16,18 15:3,7
**Madam**
58:7
**made**
17:16 45:22 52:24 63:12
**mainly**
34:14 36:17,18
**maintain**
26:14
**maintained**
37:20 38:2,8 59:15
**maintaining**
27:12,24 50:2
**maintains**
51:19,19
**maintenance**
28:1
**make**
20:11,13,13,16 21:2 22:25 27:25 28:9 33:24 35:20 46:14 57:20 59:8,15,24 60:3 64:7
**makes**
22:10,16
**making**
20:8 25:18 46:4,20 57:17 59:8
**manage**
26:17,21
**manually**
15:20
**many**
31:1
**mark**
8:11 47:22 51:23
**marked**
8:14,18 12:9 13:21 13:22 14:1,5 28:20 45:23 48:4,7 52:2
**marker**
16:12
**marketing**
51:8,18
**marks**
64:7
**materials**
42:14,22 43:10,20 45:13,15
**MATT**
2:15
**may**
4:11 18:14 45:13 54:9 55:19,21 56:5 56:10 59:2
**maybe**
27:1 61:13
**me**
5:13,13 6:2 8:4,25 10:15,23 12:24 18:14,25 19:3 20:20



Case 4:25-cv-00607-BCW Document 51-7 Filed 09/21/26 Page 29 of 40

21:9 22:25 24:23 25:6 27:4 28:9 34:24,25 35:7,19 37:13 38:16 41:21 42:20 43:9,16,19 49:5 51:4,22 52:22 58:1 63:7 65:5,13
**mean**
7:21 12:1,24 13:4,5,7 22:8 23:1 31:15 34:11 43:3 46:10,11 48:19 54:6 56:13,13 60:21
**means**
22:1 40:9 54:19
**meant**
24:4 42:14
**mechanism**
59:20
**Medicare**
22:2 23:3,6
**memory**
13:10 19:22
**merely**
25:16
**message**
15:3 17:16
**messages**
15:6
**might**
12:25 13:1,8
**minimum**
54:13
**minutes**
61:17
**MISSOURI**
1:2
**mistake**
24:1
**mistakenly**
55:7
**Monday**
1:19 55:19 64:5
**month**
44:21 54:4
**months**
37:9 53:9 54:10 55:15 56:18,20
**more**
24:19 27:19 29:5,8 29:14 30:9,20 34:7 34:15 35:7,14 45:7 58:3
**Morgan**
1:18 3:4 4:4,6,19,20 14:9 19:7,15 24:10 24:17 28:12 47:15 48:13 52:8 57:16 64:4 65:3,11
**most**
12:17 15:17
**motivated**
33:15 34:17 36:23
**motivation**
34:9,11 35:7,13,13
**motivations**
34:13
**move**
28:8
**Moving**
53:17
**much**
21:19 24:17 32:14 35:14
**must**
40:22
**Mustn't**
40:24
**my**
5:14 6:25 7:19 13:10 16:25 18:17,22 22:21,21 23:18,19 24:14 26:2 31:3,15 31:22 36:2,4,16 40:3 42:3 43:1,14 44:12 45:9 46:24 53:1 57:22 58:15 60:7,9 61:9 63:13 65:15
**M-O-R-G-A-N**
4:19

**N**

**N**
2:9 3:2 4:1
**name**
4:18 5:6 12:19 16:5,5 16:7
**names**
12:3
**National**
38:22 39:2,7
**nature**
45:16
**navigate**
39:17 40:1
**nearly**
55:15,15
**necessarily**
7:21 23:12 27:13 43:25 45:14,15
**necessary**
22:24 24:21
**need**
18:6 19:10 24:9,19 27:19 31:20 48:14 59:4
**neither**
63:15
**NEW**
2:10
**next**
6:2 8:7 28:8 29:9
**nice**
61:7
**NIMROD**
2:15
**nine**
12:13
**no**
1:3 3:11 7:23 8:3,22 10:4,8,9 15:4 17:14 17:21,22 18:11 22:1 22:5,21 23:2,3 24:15 26:16 27:16 29:18 30:20 32:14 34:21 38:4 39:14,15 39:23 42:9 44:7,10 44:16,19 48:24 50:3 53:14 59:19 61:19
**nor**
63:16
**normal**
10:13,19 26:14
**not**
3:14 5:9,24 7:3,22 8:7 9:11,12 10:19 12:8,12 14:17 15:21 16:25 17:23 18:24 20:10 21:3,10 22:5 23:2 24:16 26:7,24 27:2,13 28:16,20 29:12 30:23 31:2,12 31:16,23 32:2,19 33:5,9,18 36:21,23 37:19,24 39:1,7 40:2,10,14,22 42:3 42:6 43:16,19,25 44:12 46:21,24 49:20 51:14 53:11 54:15 55:3 56:7 57:22 58:23 59:11 59:14,16 60:4 64:7
**Notary**
1:25 63:3,22 65:18
**noted**
65:8
**NOTES**
66:1
**nothing**
63:10
**notice**
5:21,22 18:3 19:8
**notice's**
54:1
**now**
4:2,3 19:2,2 21:12 29:5 30:18,23 32:25 35:2 37:17 38:17 43:19,24 45:22 46:17 47:19 51:23 54:2 58:3 59:6 60:22

**number**
8:19 11:17,20,24 12:9,15 14:2 20:5 28:11 29:10 30:16 31:5 38:19 41:19 49:1 58:17 60:4
**numbered**
28:25 47:24 48:1 51:24
**numbers**
12:2 20:13 38:18,21 39:2,10 58:19,23

**O**

**O**
4:1 12:10,16 14:10 15:8,16
**Object**
7:24 9:24 15:12 18:12 22:17 26:1,9 27:15 33:17 34:1,20 36:25 38:5 39:19 40:4,13,25 45:8,19 54:5,21 55:9 59:18 60:1
**objection**
35:17 36:3,7
**objections**
18:17,22 19:1 63:12
**OBSERVING**
2:15,15
**obtained**
20:14
**occurred**
44:15,18
**odd**
11:1
**off**
12:23 16:7,25 29:17 36:16 47:10,16 50:13 61:5,20
**officer**
27:7,9 29:21
**official**
34:15 60:11
**often**
44:17 46:12
**oh**
12:8,25 29:16 36:12 42:4,6
**old**
32:8
**older**
30:15,15
**onboarding**
35:2
**once**
24:10 35:22 44:21,21
**one**
9:12 12:7,8,12 16:2 19:10 26:12 27:20 27:21 39:24 41:9 43:1,3 47:21,23,25 58:3 60:19
**only**
7:9,15 10:17 23:10 29:1 38:9 39:9 41:4 53:24 54:4,19 55:5
**open**
12:24 19:10,10
**operations**
6:20 23:12
**option**
22:4
**or**
7:17 9:1 10:18 11:23 14:15 15:2,9 17:11 17:15,18 18:10 19:13 20:8,12,16,17 23:4,5,5 25:7,11,14 25:23,23 26:19,21 27:24 30:3,7,9 32:18 33:24 34:19 36:12 38:20 41:13 41:16 42:14,19 45:2 45:16 46:3,3,5,18 49:10 50:1,4,7 51:6 51:18 53:13 56:2,18 57:8 58:20 59:8,12 59:14,21 61:4 63:16 64:7 65:7,7
**orange**
22:1
**order**
12:18 14:11 26:14
**organization**
35:24
**original**
32:2,2
**other**
7:4,5 9:23 19:10 34:19 35:3,21 36:1 36:13 39:14,24 41:2 41:7,9 45:16 51:15 52:18
**others**
52:17
**our**
9:2 16:2,14 19:21 24:7 33:6 35:19 47:5 51:8,19 59:19 59:21 60:4
**out**
6:24 12:21 18:7 33:24 41:18 45:9 46:15 56:3 59:21
**outbound**
20:8 39:3,9 58:24 60:3
**outdated**
30:18
**outside**
21:1 41:22 54:15 55:3
**over**
10:21 34:18 36:4 45:1,7 47:18 56:22
**oversee**
26:21
**oversight**
61:9
**own**
21:4,4 30:2,6,10 33:25 34:5,10,12 59:7,14,20
**owner**
29:20

**P**

**P**
4:1
**Pacific**
6:11
**page**
3:4,11 8:25 19:12 21:11,12,16 28:10 29:6 33:4 38:18 50:15 53:17 55:16 63:8 66:2
**pages**
29:1 65:4
**Page/Line**
64:9
**PARONICH**
2:3
**part**
9:7,15 10:12 11:11 18:17 20:6,9 21:4,5 22:16 26:13,21 28:2 35:18 41:11 50:1
**partially**
33:15
**parties**
20:10 57:17,20 59:3
**party**
63:16
**Paul**
53:18
**pending**
63:16
**people**
9:12 17:19,23 23:4 38:23 43:21 59:15
**percent**
14:21 56:8
**Perfect**
58:10
**perfectly**
12:2
**perform**
46:18 59:6
**period**
38:22 45:2 55:6



MAGNA LEGAL SERVICES

**person**
15:24 29:25
**personal**
50:21
**personally**
8:1
**personnel**
52:18
**PERSONS**
1:6
**pertain**
7:18
**pertained**
7:15
**PETERSON**
2:8,9 3:6 7:24 9:24 13:10,17 15:12 18:12,14,17,20 22:17 23:16,18,22 23:25 24:3,7,9,13 24:22 26:1,9 27:15 33:17 34:1,20 35:17 36:2,6,9,25 38:5 39:19 40:4,13,25 45:8,19 47:7 54:5 54:21 55:9 57:4,10 57:15,25 58:5,8 59:18 60:1,7,14,23 61:1,8,13,17
**phone**
11:16,24 12:15 14:15 20:13 39:10
**pink**
22:5
**pitch**
23:2
**pitched**
22:5 23:4,5
**place**
26:7 39:8 55:23 59:3
**placed**
25:22,22,24
**placing**
26:8 39:3 58:24
**plaintiff**
1:8 2:3 8:2 12:4,13 16:20 20:9 32:12 40:8,22,24 58:22 59:17,24
**plaintiff's**
11:19 12:15
**plan**
15:17 22:5 23:2
**planned**
24:16
**plans**
23:5
**platform**
20:12,18,21
**please**
4:4,17,18 5:14,20 18:16 22:24 36:6 49:2
**plus**
54:15 55:3
**point**
24:16 38:10,25
**pointed**
39:14
**policies**
35:19,22 36:13,15,18 36:22 37:24 38:2 44:1 45:25 51:16
**policy**
3:14,15 28:16,20 29:6,8,13,15,20,25 30:18,20,24 31:2,12 31:16 32:3,18,19 33:1,5,8,9,11,23,24 34:6,7 35:14,16 37:13,17 38:1,10,11 38:12 39:24 40:11 41:2,15 47:23,23 48:4 50:11,18,22 51:7,10,13 60:18 61:4
**pop**
12:21
**portion**
37:16
**position**
53:19 60:12
**positive**
54:15 55:3
**possible**
60:4
**potentially**
23:4 34:18
**PowerPoint**
31:9,17 34:15
**practice**
39:8
**practices**
37:19
**pre**
41:14,17
**preparation**
7:11 20:3 44:6
**prepared**
7:3,6 9:11 42:23 61:9 61:10
**preparing**
10:18
**PRESENT**
2:14
**preserve**
52:23 54:20
**preserved**
56:23
**preserving**
53:25 54:2,3
**pressed**
21:21
**preventative**
59:20
**previous**
36:3,7
**previously**
5:16 6:3 9:10 10:2 31:11 32:15 37:20
**pre-existing**
37:18
**pre-recorded**
15:2
**primarily**
38:7
**primary**
35:13
**prior**
25:3 39:9,13,23 40:4 43:11 44:4,9,24,25 45:4 46:5,9,20
**privacy**
3:15 47:23,23 48:4 50:11,17,22 51:7,10 51:13 60:18 61:4
**probably**
18:21 47:5 51:18
**problem**
61:19
**procedure**
42:10,11,13 45:22
**procedures**
40:23 41:24 42:15
**proceed**
4:12 5:7
**process**
11:12 38:20 39:2 58:18,23 59:9
**processes**
39:15
**produce**
11:12 13:20
**produced**
8:18,21 11:6 13:6 28:24 47:17
**project**
35:18
**properly**
28:4 39:17 54:3
**propounded**
65:6
**provided**
24:14 35:1 39:9 41:9 43:1,13 60:15
**provider**
20:12,16
**provides**
25:16 54:12
**providing**
4:24 60:11,16
**Public**
1:25 63:4,22 65:18
**pull**



MAGNA Legal Services

6:2 54:14 55:2,6
**purged**
54:16 55:4
**purpose**
35:8,9 52:22
**purposes**
10:18
**put**
5:12 6:3 13:24 57:5
**P.C**
2:3
**p.m**
1:20,20 4:2 61:25

**Q**

**question**
7:21,22 11:4 19:4,5 25:12 26:20 32:11 33:12 35:4 36:3,7 36:12 39:20 40:5,17 41:20 56:14
**questioning**
23:20 61:6
**questions**
41:13 60:17 61:4 65:6
**quick**
18:8 57:4 58:4 61:14 61:16
**quite**
16:25

**R**

**R**
4:1
**raise**
4:4 56:15,22
**rather**
5:5 27:11
**RE**
64:2
**reached**
56:3
**read**
18:6,7 35:23 37:16 49:2,3 60:7 65:4
**reading**
48:19
**ready**
18:8
**real**
18:8
**really**
24:16 29:1 58:4 61:3
**reason**
8:20 35:15 48:23,24 64:9
**recall**
10:22 34:13,21 36:16 37:6,11 44:3
**receive**
40:10
**received**
40:22 41:23 58:22 59:17,25
**recess**
47:12
**recipient**
10:6
**recognize**
5:18 11:9,19 19:14 28:11,14 48:18 49:7 49:11 52:8,9 60:9
**recollection**
31:22 43:2,14
**recommendation**
33:19
**record**
4:3,18 6:20 13:24 31:8 47:10,14,17 57:6 58:7,8,9 60:8 61:21 63:12
**recordings**
54:12,20
**records**
3:13 11:9,12 13:13 14:1,5 24:5 46:8,22 52:23 54:2,3
**redirect**
57:2,9
**refer**
5:4
**referenced**
41:7
**referencing**
31:18
**referred**
52:25
**referring**
12:9 26:18 29:21 51:20
**reflects**
11:22
**refresh**
13:10 19:22
**regards**
22:11
**registry**
38:22 39:3 40:2 58:20
**regular**
9:16 22:16 26:22
**regulations**
35:11
**reintroduce**
13:2
**related**
21:3 36:17,18 38:23 41:23 51:16 52:23 63:15
**relates**
44:1
**relationships**
21:2
**relevant**
18:24 38:22 45:2
**remark**
13:21
**remember**
16:21 30:11 53:22
**remind**
27:4
**repeat**
4:8 26:5 35:4
**rephrase**
26:20 40:17,18 41:21 49:10
**replying**
17:5
**Reported**
1:23
**Reporter**
1:24 4:2,8,11 36:5,8 47:10,14 58:7,9 61:20 63:1,3,22
**represent**
6:7 8:17 11:5 12:22 19:13,19 47:15 52:6
**representation**
25:8
**representative**
4:25
**represented**
42:20 43:9,16,18,19 48:21
**request**
16:19,22 17:3,7,24
**requested**
17:10
**requests**
17:19 37:19
**respect**
6:24 20:6
**respond**
57:6
**response**
38:25 41:18 55:14 56:4,19 58:21
**responses**
19:21 38:16 41:8 58:17
**responsibilities**
9:17
**retained**
54:13
**retract**
19:4
**review**
7:9,11,15,18 9:7,7 13:7 18:7,10 20:2 35:20 51:1
**reviewed**
7:14
**reviewing**

23:19
**revisit**
24:9
**re-redirect**
58:3
**right**
4:4,17,22 5:13 18:9 22:1 25:3 31:21 32:2 37:16 41:6 43:4 45:22 47:3,19 49:4 52:16 57:9,11 57:18 58:6 59:2 60:5,22
**robust**
34:7 35:14
**run**
25:23

**S**

**S**
3:9 4:1
**said**
9:10 10:3,10 15:14 17:18 30:13,14,14 30:17,20 44:5 51:14 53:25 58:21 61:6
**sales**
27:1,10 28:4 42:18
**same**
19:17 36:14 47:20 50:7 65:4
**sample**
21:15
**saw**
18:20 35:3
**say**
11:2 14:21 17:14 27:22 30:5,19 33:3 33:13 34:17 37:2 38:2,3,7 42:17 43:3 44:2 46:11 49:23 50:4,17 54:2,17
**saying**
5:5 9:21 15:20 17:22 25:10 27:3 31:10 42:1 45:12
**says**
12:19,22 22:5 29:10 29:20 31:5 37:13,17 39:1 48:19 50:13 54:25 55:1
**SCH**
21:21
**schedule**
21:22 23:2
**scope**
6:25 7:19 42:3 44:12 45:10 46:24
**Scoredit**
46:13
**screen**
5:14 26:19 38:17 58:15
**screenshot**
43:1,13
**scroll**
5:23 8:24 19:12,16 19:20,24 30:21 48:13 52:8
**scrub**
38:21 39:2 58:23 59:23
**scrubbed**
58:19
**scrubbing**
39:8 59:7,14
**scrubs**
59:12
**second**
13:7 21:11,16,25 22:1 31:3,4,6,14 33:1,10 36:4 41:15 42:12 49:4 55:1,2
**seconds**
14:25
**section**
49:16 50:6
**see**
5:13,14 6:5,9,13,14 6:18 8:8 10:25 11:2 11:3 12:8,24 13:15 14:3,10,12,22,25 16:8,10,10 21:16,18 21:19,20,23 22:2,6 23:22 28:9,10 29:2 29:3,5,9,10,16,19 31:10 37:4,21 39:3 39:6,11 48:25,25 49:19,20 50:12,13 50:14,16,24 51:2 52:12,15 53:18 54:9 54:25 55:13,16,17 55:18,20,21 56:6
**seeing**
19:2,2
**seem**
20:18
**seems**
37:23 38:1
**seen**
9:4 10:17,19,21 19:24,25
**send**
18:22
**sending**
17:11 46:15
**sense**
22:25 32:4 33:6 35:10
**sent**
6:8 12:18 14:15 18:21 52:21 53:2,3 53:6,11,18,23 56:5 56:11,11,18,20
**sentence**
55:1,2
**served**
42:12
**serves**
35:8
**service**
3:16 47:25 48:7,12 48:20,22 49:13,24 50:2 51:7,10,13 60:18 61:5
**session**
47:6
**sessions**
45:6,7
**set**
19:21 42:18 52:9
**several**
5:23 32:8
**share**
38:16 58:15
**sharing**
5:14 51:23
**Sheet**
12:25 13:14,25 14:2 64:1 65:8
**short**
61:6
**shorter**
50:25
**should**
57:1 58:2
**show**
13:8 47:18
**showed**
31:8,13
**shown**
7:16 9:15 10:9,12,14 10:15
**similar**
35:23,23 46:19
**SIMILARLY**
1:7
**simply**
18:24 54:15 55:4
**since**
29:5 31:5 34:9
**single**
5:25
**sitting**
44:3
**SITUATED**
1:7
**six**
53:9 55:15,15 56:20
**slide**
9:2,15 10:9 21:14 31:9,13,19 33:9 34:16 38:10 39:14 39:24 41:5,16,22

43:13
**small**
10:25
**smaller**
28:10
**SMYRNA**
2:10
**software**
27:25
**sole**
31:23 33:22 34:10
**Solutions**
1:10 3:12 4:21 5:1,5 8:13,19,19 11:6 15:1 16:24 17:20 20:17 22:10,15 25:14,15,24 28:25 28:25 29:21 30:8,23 31:2 32:3 39:1,7,16 40:8 42:19 46:18 47:24 48:1 50:14 51:25 52:7,18,24 55:16,23 56:3,15,22 58:22 64:2
**Solutions's**
19:21 25:19 26:6 28:3,16 37:18 40:11 48:22
**some**
17:15,17 43:6,8,10 52:18 54:10
**someone**
24:20 25:13,14 32:23 44:5
**something**
17:18 34:14 51:18 53:21
**sorry**
4:8 6:21 7:9 8:4 9:20 11:1,1,3 14:9 18:25 19:7,10,18 22:19 24:23 26:5 27:22 28:9,17 29:16,20 30:12 31:20 32:10 33:11 36:4,12 37:14 38:16 39:20,25
41:20 42:5,19 48:25 49:2,19 50:11,15 51:10 53:4
**sort**
17:5,16,17 41:22 44:9
**sounds**
47:8
**spam**
54:1
**speak**
9:11
**specific**
7:17 10:22
**specifically**
22:10
**speculating**
55:11
**spell**
4:18
**spoilation**
56:15
**spoke**
36:3
**spoken**
8:1
**St**
2:4 53:18
**stand**
45:23
**standard**
49:8
**stands**
21:22
**start**
30:9 54:3 60:19
**state**
1:25 4:18 50:7,19
**stated**
42:25 63:7
**STATES**
1:1
**status**
12:19 15:16 23:6
**stay**
48:11,12 60:8
**Stephen**
54:11
**still**
12:16 31:5 45:21,24 60:24 61:1
**stop**
17:5,10,17,18
**strike**
7:10 8:4 9:20 19:4 25:11,17 27:22 33:11 40:17 42:10 45:3 49:10 51:5 53:4 59:4
**stuff**
18:23
**subpart**
20:6,15
**Subscribed**
65:13
**substance**
65:7
**such**
10:6 11:9 26:17
**suggest**
37:23 55:5
**suggesting**
27:14
**suggests**
23:3
**SUITE**
2:5
**summaries**
19:19
**supplemental**
19:21 35:2 38:25 58:21
**sure**
14:17 23:17,21,24,24 24:8 33:18 35:20 46:14,21 47:3 53:12 56:8 57:7 58:5 59:15,24 61:12
**swear**
4:3
**switch**
38:14
**sworn**
4:6 63:9 65:13
**system**
6:20 14:17 15:10,11 15:14 17:16,25 20:12,16,22 26:7 59:21
**systemic**
46:2
**systems**
25:23,25

**T**

**T**
3:9
**take**
11:11 47:4 49:4 50:1 57:8,11 61:16
**taken**
47:12 63:6 64:5
**talk**
7:3 24:11
**talking**
30:13 44:24
**tasked**
9:12 26:13,22 46:4
**TCPA**
7:4 9:13,19,22 10:3,7 34:19 35:11,14 36:15 49:8,11 51:16
**tech**
24:7 27:4
**technical**
23:11 27:7,9,11,23
**technically**
13:5 54:11 60:4
**technology**
22:22 29:20
**telecommunications**
44:18,25 46:4
**telemarketing**
11:23 17:11 20:11 22:15
**telephone**
38:21 39:2 46:4 58:19




MAGNA LEGAL SERVICES

**tell**
8:25 31:4,6 52:23 56:1
**ten**
12:3 47:9
**term**
18:9
**terms**
3:16 24:3 47:25 48:7 48:12,19,22 49:13 49:23 50:2,25 51:7 51:10,13 60:14,18 61:4
**testified**
4:7 31:11 32:16 57:16
**testify**
4:21 5:9,25 6:16 22:8 22:20 23:11 63:9
**testimony**
3:4 4:24 32:1 36:11 36:20,23 51:4 56:9
**texting**
17:6
**texts**
46:5
**than**
5:5 12:5,6 32:14 34:15 39:14,24 45:7 50:25 55:7
**Thank**
4:11 24:23 36:9 60:5 60:6 61:17
**that's**
5:6 6:10,24 13:3 15:19 18:23 19:18 28:7 30:12 31:15 32:23 33:9 37:12 40:3 42:6 43:4,15 43:24 44:12 45:9,21 45:23,24 46:1,24 51:8,20 57:1,24 59:12 60:6,20 61:15
**their**
23:6 26:21 39:10 46:14
**them**
11:9,12 12:17 17:10 17:11,17 18:21,21 21:4 26:24 35:2,20 46:5 47:19 57:23
**themselves**
26:8
**then**
5:23 6:20 7:8 12:16 17:14 21:25 22:4,24 30:16,16 31:14 33:3 33:7 34:9,11 39:6 41:6 43:7 45:12 47:5,24 50:18 56:19 57:5,7 59:6 61:7
**there**
5:22 12:3,12 17:14 17:15,17 21:25 31:1 31:7,10 33:12,12 39:13,15,23 42:9
**therein**
65:6
**thereof**
63:17
**there's**
5:24 16:25 21:18,20 22:1,4 23:1,1 31:12 50:24
**these**
10:25 11:12 12:2,16 12:19 16:10 19:18 23:3,8 27:12 37:5 47:20 51:15 52:6
**they**
11:8 12:1 16:15,23 17:5,10,13,16 19:16 21:4 35:22,22,23 36:22,23 38:7 41:1 41:4 44:5 45:5 46:13 49:14,15 55:6 55:7,13 56:15 60:21 60:21
**they're**
12:18 14:23 16:14 23:6 35:20 36:17 46:15 51:24 60:23 60:23 61:1
**thing**
58:3
**things**
23:23 57:4,5
**think**
12:5,7 13:8 22:24 23:18 24:19 27:19 32:8 33:18,19 34:21 35:5 41:14 47:3 56:7 57:11,16,24 58:2,8 60:23 61:5 61:13
**third**
20:10 22:4 57:17,20 59:3
**third-party**
20:23
**those**
7:15 12:7 15:7 19:1 25:22,24 31:11 42:23 43:11 45:7,25 55:24 59:4,11,17 60:17
**though**
9:10 19:8 25:1 32:15 32:16 35:12 43:16 45:13,22 51:15
**thought**
34:2
**thread**
55:20
**three**
56:18
**through**
5:24 6:19,19,22 8:21 8:24 11:6,7 16:1 19:16,20 22:11 24:10 30:22 37:21 38:8 48:13 49:2,4 52:8
**thus**
59:3
**time**
4:2 6:11 18:18 36:14 38:22 40:24 45:2 47:20 55:6 58:21 63:7,12
**timestamp**
6:9
**title**
15:22 16:9 27:5 53:22
**titled**
11:16 49:1
**today**
4:24 5:10 6:8,15 7:3 7:12,17,21 9:8 20:3 22:8,20 23:10,13 30:23,25 32:1 36:11 36:21 44:3 45:21,24 56:9 57:1,3
**today's**
6:10
**told**
21:9
**too**
13:7,22 17:14 18:5 24:16 29:19 48:13 57:8
**took**
55:22
**top**
16:25 19:12,25 36:16 48:1
**topic**
5:25 18:4,5,7
**topics**
5:24 6:16,19,22 7:5 7:15,17,18 22:11
**tough**
27:21
**train**
26:24 27:23 28:3 32:17,19,24 35:8,9 35:15
**trained**
9:19,21 10:3 27:11 27:22 39:25 40:1 41:4 43:9 45:17
**trainers**
42:23



MAGNA LEGAL SERVICES

**training**
6:21,24 7:4 9:3,11,12 9:22 10:7 21:10,13 23:25 35:3 37:21 38:9 40:10,20,23 41:6,7,14,17 42:7 42:15,18,21,23 43:8 43:11,17,20,21,25 44:4,9,15,17,24 45:6,7,14,25 60:12 61:7
**transcript**
63:8 64:7
**transcription**
65:5
**transfer**
12:7
**transferred**
12:10
**true**
16:10,12 40:19,24 59:4,6 63:11
**truth**
63:9,9,10
**trying**
30:19 35:6,6 51:12 51:16
**turned**
13:11,14,18
**two**
29:1 31:10,12 45:4,7
**type**
17:18 44:3
**typed**
63:11
**types**
22:9,14 27:12
**typically**
54:19

**U**

**Uh-huh**
37:22
**unanswered**
56:17
**understand**
9:1,2 35:9 41:20
**understanding**
26:2,4,5 31:15 40:3 53:1 54:23
**Understood**
24:22
**united**
1:1 42:19
**until**
54:4 56:19
**up**
6:2 12:2 13:15 19:10 19:10 35:20 41:12 57:9
**update**
35:19 49:24 56:3
**updated**
29:8 35:22 49:19,21 50:12,22
**updating**
36:21
**us**
47:18
**use**
20:12 26:6,24 51:1
**used**
20:13,16 25:13 27:25 41:1
**uses**
15:2
**using**
25:10,25 26:13,22 27:10
**utilize**
39:1,7 58:23

**V**

**V**
1:9 64:2
**vendor**
46:12 58:20
**vendors**
20:8 38:20 46:3 59:8 59:15
**verbal**
37:21 38:8 41:6,13 41:17,22 42:7,15,17 42:23 43:11,21 44:3 44:9,13,14,17,23,24 45:6
**verbally**
38:3
**version**
13:2,25 14:3 29:10 29:13,14 30:13,15 30:16,17,18,22 31:5 31:6,9 33:8
**very**
33:8 49:20 50:15
**Via**
2:1
**Vickers**
2:16 51:20 52:17 60:16
**VIDEOCONFER...**
1:17
**violating**
34:19
**violative**
53:5
**voice**
15:3 17:16 61:10
**voicemail**
14:15 15:2 17:24
**voicemails**
14:23

**W**

**waited**
53:9
**want**
20:5 21:10 24:13 38:25 51:1 57:8,8 58:4
**wanted**
24:18 36:13
**wanting**
35:15
**was**
4:6 5:9,16 6:3,8 8:14 8:17,21 9:12 10:12 10:12,14,15,24 11:6 13:6,12 14:1,5 16:16,19 19:12 21:8 22:19 23:25 24:4 27:21 28:7,20,24 30:14,15,17 31:7,17 32:1,5,7,10,11 33:5 33:14 34:14 35:5,12 35:13 37:7,8,10 39:8,13,15,20,23 40:19,20 41:6,9,19 42:9,18 44:20,23 46:25 47:12 48:4,7 48:21 49:24 50:22 52:2,21 53:2,7,15 53:18 56:5,11,11,14 56:18,20 59:1,24 61:9,23 63:6,8
**wasn't**
33:12 40:16
**way**
17:19,21,23 57:24
**ways**
16:23
**we**
5:6 12:17,18 13:1,17 14:3,10,22 15:6 17:21 21:12 24:9,10 24:19 29:5 30:13 35:1 38:19 47:16 50:12,24 52:15 53:18,25 54:9,15 55:3,13,18,19,21 56:6 58:2,6,8,17 59:9,9,9 60:2,9 61:15
**website**
51:19
**weeks**
53:24
**well**
31:19 40:16 48:17 49:20 56:25
**went**
29:7 33:14 34:14 40:21 41:15 50:19 54:1 56:16



MAGNA LEGAL SERVICES

**were**
5:23 7:17 9:10,12,15 9:19,21 10:6,9 11:11 12:17 16:16 17:15 26:22 29:24 30:13,18 31:10,23 33:22,23 34:10,17 35:22 36:23 37:4,5 37:20,24 38:2,7 39:10 42:14 43:9,21 45:17 46:3 47:16 53:3,6 54:18 55:5 59:11,14,16
**weren't**
18:18 43:7
**WESTERN**
1:2
**we'd**
13:1
**we'll**
5:6 8:10 13:20,21 19:4 28:17 47:20,22 48:11 61:20
**we're**
4:2 8:6 25:3 51:23 53:25 54:1 56:13 58:9
**we've**
31:16 32:14 47:9
**what**
8:25 9:1 10:13 11:7,8 15:17 16:12 17:9,13 17:15 20:20 21:8 25:7,7 27:4,4,14 28:7,14 30:18 32:7 34:24,25 35:5,12,12 35:13 36:1,1,13 38:10 39:20 41:17 41:22 44:3,14 46:10 46:12,19 48:17 49:11 51:12,23 52:16 53:19,25 54:4 56:17,21
**whatever**
13:18
**What's**
16:5
**when**
7:14 10:15 15:2 18:8 25:21 30:5,13 32:5 33:23 35:1 37:4,5 43:3 44:13 46:11,12 47:16 49:5 50:22 53:3,5 59:1
**where**
51:17
**Whereupon**
61:23
**whether**
44:20 50:5 55:22
**which**
7:15,16,16 12:9,17 13:6 14:1 16:15,23 18:18 20:7,15 21:22 31:13 33:8 35:8 37:20 38:20 39:24 39:25 42:10,11,12 42:22 43:10 58:19 58:22
**whichever**
60:19
**while**
17:9
**whim**
33:25
**who**
15:24,24 20:11 26:12 26:17,21 39:9 40:2 40:22 43:21 44:5,8 46:3 51:6,6
**whole**
5:5 28:10 29:6 63:9
**why**
12:6 43:15,24 53:8 54:14 55:2 57:24
**will**
13:19,21,22 24:18,20 25:1 46:12,14 47:25 52:6 60:7 61:10
**with**
6:15 7:4 8:1 9:12 11:15,16,23 12:2,24 16:9,23 17:9,13,19 17:24 18:9 20:6,11 20:15 21:2,10 23:4 23:5 24:10,14,15,17 24:20 25:2,4 26:13 26:22 27:5,20 28:10 30:7 35:21 42:18,19 43:1,7,8 46:4,13 48:14 53:19 60:19 61:7
**within**
39:16 41:13,16,16
**without**
8:23 34:5
**witness**
2:16,16 4:3,10 9:25 26:2,10 27:16 33:18 34:2,21 35:18 37:1 39:20 40:14 41:1 45:9 54:6,22 55:10 59:19 60:2 61:23
**worded**
23:22
**work**
10:20 26:17 27:3
**works**
46:13
**Worrell**
2:16 52:18 60:11
**would**
12:3,6,12 13:4 14:14 15:17,24 17:6 22:14 23:7 25:13 26:12 27:11 30:13 34:2,11 41:1,4,18,23 42:19 42:21,22 43:10 44:4 44:8,14 45:1,6,6 48:23 49:15,16 50:6 60:19 61:7,14
**wouldn't**
12:1 22:25 27:10 34:8,11 42:21 60:3
**write**
30:9
**writing**
37:18 39:25
**written**
31:16 32:4 33:5,6,9 33:10 35:14 36:15 36:21 37:24 38:1,11 38:12 39:10,15,23 40:11,20,23 41:2 42:9,11,13 45:22 46:22 51:15
**wrong**
52:22
**wrote**
54:11

**X**

**X**
3:2,9

**Y**

**yeah**
10:2 13:12,12,17,19 18:16 19:3,16 20:4 27:21 28:6,24 33:18 34:13 37:14 41:1 46:11 47:8 49:25 56:12 57:1,7,10 59:9 61:1,15,15
**year**
29:7 32:7 44:21 54:14 55:3
**years**
10:22 32:8 45:4,7
**yes**
4:10,23 5:2,8,15,19 6:6,12,17 7:13 8:9 9:6,9 11:10,14,18 11:21,25 15:15 16:11 17:4,8,12 19:23 20:1,19 21:17 25:5 26:23 28:1,13 29:4,11,23 30:1,4 30:25 33:6 36:8 43:13,16,23 51:21 52:11,14,20 53:16 55:17 58:9
**yet**
54:16 55:4


MAGNA LEGAL SERVICES

**your**
4:4,18,25 5:10 6:8 7:12,17 8:18,21 9:7 9:8,16 10:13,18,20 11:7,7 17:2 18:3 19:8,10,11,22 20:2 21:2 23:12 26:4,5 26:13,14 27:5 28:2 30:2,6,10 32:1 33:5 33:25 34:5,10,12 35:13,14 36:11,13 36:14,18,20,22 37:24,25,25 38:15 38:25 41:8 44:1 46:2,17 47:17 49:13 51:4,12 52:12 55:14 56:9 58:20,20 59:3 59:7,8,14,15 60:17 60:20
**yourself**
6:15 8:21 9:19,21,23 29:22 43:8 53:13 56:2
**you'd**
13:7 18:23 22:13 60:10
**you'll**
4:24 6:13,18
**you're**
5:9 6:16 7:3 12:9 15:20 17:22 18:8 21:3,9 22:8 23:10 24:10 26:18 27:3,9 27:14 31:10 33:10 43:19 49:5 51:20 54:14 55:2 56:9
**you've**
4:20 10:17,19 21:9 23:19 31:11 42:20 43:18 45:22 51:14 51:15
**Yup**
61:8

**Z**

**zoom**
2:1 21:19 29:5

**0**

**0008**
14:2
**0022**
3:12 8:13,20 43:5
**0023**
21:16
**0028**
53:17
**02043**
2:5
**04**
3:5 65:4
**08**
3:12
**08/24/2026**
63:23

**1**

**1**
29:3 33:3 36:22 37:5 39:23 40:9 41:14 44:25 49:21 50:5,8 63:8
**1st**
29:7 33:15 40:21 45:4 49:24
**1.0**
29:10 31:5
**1:37**
1:20 4:2
**10**
6:22 22:11
**100**
14:20 56:7
**11**
6:19 38:19 55:19 58:17
**11th**
55:21 56:5,10
**12**
14:25 38:18,18
**12th**
54:10
**13**
6:19 18:5,7 38:18
**14**
3:13
**17**
6:19
**17th**
55:15

**2**

**2**
6:19 20:5
**20**
65:14
**2024**
45:5
**2025**
45:5 53:7 59:25
**2026**
1:19 29:3,7 33:4,7,15 39:13,23 40:9,21 41:14,17 43:11 44:4 44:9,25 45:4 46:6,9 46:20 47:1 49:21,24 50:5,8,14,19 52:16 53:3,24 55:19,22 64:5
**21**
52:16
**21st**
40:9
**23**
3:12 8:13,20
**24**
1:19 51:25 64:5
**2400**
2:5
**25**
6:22 22:11
**25-cv-607-BCW**
1:3
**26**
36:22 37:5
**26th**
37:8
**2650**
2:9
**27**
53:2
**27th**
52:22 55:14,21
**28**
3:14
**29**
6:19

**3**

**3**
6:19 12:9
**3:23**
1:20 61:25
**30**
6:22 22:11 54:12,20
**30(b)(6)**
19:8
**31**
5:24 6:22 22:11 55:16
**31st**
45:5
**32**
51:25
**32168**
2:10
**347-2682**
11:17
**35**
28:25
**350**
2:4
**37**
28:25
**386**
2:10
**39**
47:24

**4**

**4**
49:1,16 50:6
**428-2464**
2:10

**47**
47:24
**48**
3:15,16 48:1
**485-0018**
2:6

**5**

**5**
6:19
**52**
3:17
**57**
3:6 48:2
**58**
3:5

**6**

**6**
53:24
**60**
54:13 65:4
**617**
2:6
**641**
11:17

**7**

**7**
6:19
**7/13/2025**
16:16
**7:14**
6:10

**8**

**8**
6:22 22:11



MAGNA
LEGAL SERVICES