# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

CASE NO.: 25-cv-607-BCW

JEFFERY BLUBAUGH, INDIVIDUALLY AND
ON BEHALF OF A CLASS OF ALL PERSONS
AND ENTITIES SIMILARLY SITUATED,

Plaintiff,

V.

HEALTHCARE SOLUTIONS INSURANCE
AGENCY LLC,

Defendant.

________________________________/

\- - -

VIDEOCONFERENCE DEPOSITION OF

JACOB WORRELL

MONDAY, AUGUST 24, 2026

10:07 a.m. - 3:47 p.m.

\- - -

Reported by:
Amanda Fulks, Court Reporter
Notary Public, State of Florida



MAGNA LEGAL SERVICES

APPEARANCES:
(Via Zoom)

On behalf of the Plaintiff:
PARONICH LAW, P.C
BY: ALEX JILIZIAN, ESQUIRE
350 LINCOLN ST
SUITE 2400
HINGHAM, MA 02043
(617) 485-0018
alex@paronichlaw.com

On behalf of the Defendant:
PETERSON LAW GROUP
BY: JAMES PETERSON, ESQUIRE
2650 N DIXIE FWY
NEW SMYRNA BEACH, FL 32168
(386) 428-2464
james@petersonlegal.com

ALSO PRESENT:
MATT CENTI, OBSERVING
NIMROD CHAPEL, JR., OBSERVING
JORDAN VICKERS, ADDITIONAL WITNESS
BRAD MORGAN, ADDITIONAL WITNESS



\- - -

INDEX

\- - -


Testimony of: JACOB WORRELL PAGE
BY MR. JILIZIAN 04


\- - -

EXHIBITS

\- - -

| NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit-1 | Deposition Subpoena | 20 |
| Exhibit-2 | Bates Numbered 009 to 21 | 20 |



P R O C E E D I N G S:

THE REPORTER: Time is 10:07 a.m. We are now on the record. I will now swear in the witness.
Mr. Worrell, can you please raise your right hand?
JACOB WORRELL, after having been duly sworn, was examined and testified as follows:
THE WITNESS: Yes.
THE REPORTER: Thank you.
Counsel, you may proceed.
MR. JILIZIAN: All right. Thank you.

\- - -

EXAMINATION

\- - -

BY MR. JILIZIAN:
Q. Could you please state your name for the record?
A. Jake Worrell.
Q. And can you please spell your first and last name?
A. J-A-K-E, W-O-R-R-E-L-L.
Q. And, Jake, today you are designated to testify on behalf of Medicare Health Advisors LLC pursuant to Rule 30(b)(6); is that correct?
A. No, it's not.



Q. Oh, I'm sorry about that. You are designated to testify on behalf of Healthcare Insurance Solutions, LLC pursuant to Rule 30(b)(6) today; is that correct?
A. Healthcare Solutions Group.
Q. I have here health -- is the correct name of the entity, Healthcare Solutions Insurance Agency, LLC?
A. I'm not sure if that's correct. Healthcare Insurance Group, yes.
MR. JILIZIAN: Okay. I'm going to go ahead and put an exhibit in front of you real quick. Let me just make sure I can do this smoothly. Let's see here. Sorry, I just -- something in my system setting here. I just have to change to permit screen sharing.
I'm sorry, do you mind if we go off the record real quick and I join and go back in because it won't let me screen share until I do that.
MR. PETERSON: That's fine.
THE REPORTER: Yeah. Off the record.

\- - -

(A recess was taken.)

\- - -

THE REPORTER: Back on the record.
BY MR. JILIZIAN:
Q. Okay. I'm going to attempt to do this again.



MAGNA LEGAL SERVICES

Okay. Can everybody see my screen here?
A. Yes.
Q. Okay. All right. Okay. Mr. Morgan, do you see this document in front of you?
A. This is Mr. Worrell.
Q. Oh, I'm sorry, Mr. Worrell. My apologies. Mr. Worrell, do you see this document in front of you?
A. Yes.
Q. Do you recognize this document?
A. Yes.
Q. Could you tell me what it is?
A. Looks like notice of the deposition.
Q. Okay. Do you know here -- without me scrolling through here just right now, do you know here which topics that you've been designated to testify to today?
A. Yes.
Q. And which topics are those?
A. Section 1 and 4.
Q. Okay. I'll go ahead and scroll down here. Oh, sorry. So could you read to me topic 1 right here?
A. The general nature and scope of Healthcare Solutions's business and/or services relating to outbound and telemarketing calls. The subject includes, but is not limited to, Healthcare Solutions's business



activities, daily operations, portfolio services offered, and business model as it relates to outbound telemarketing calls.
Q. And sitting here today, are you prepared to testify as to the topic you just read?
A. Yes.
Q. And as we scroll down, you see topic number 4 here, correct?
A. Yes.
Q. And could you just read to me that topic?
A. Healthcare Solutions's efforts to ensure TCPA compliance by third parties and vendors that conduct outbound telemarketing calls for Healthcare Solutions and its own employees, requiring compliance training, audits, procedures to ensure appropriate consent regarding telephone calls, training, and personnel.
Q. And sitting here today, are you prepared to testify as to the topic you just read?
A. Yes.
Q. Okay. You are not testifying in an individual capacity today, correct?
A. Correct.
Q. Okay. You're testifying on behalf of the company today?
A. Yes.



Q. And so if you don't know the answer to a question today, does that mean that the company necessarily doesn't know the answer?
MR. PETERSON: Object to form.
THE WITNESS: No, that does not mean that.
BY MR. JILIZIAN:
Q. Did you personally, like you yourself, obtain the plaintiff's alleged consent to receive telemarketing communications?
A. I don't understand the question.
Q. I'll rephrase. Did you personally, and when I say you, I mean not just the company itself, but did you personally through like an email inbox or through some sort of electronic, I guess, data delivery system. Did you personally receive or obtain the plaintiff's alleged consent in this case to receive telemarketing communications?
A. No.
Q. Okay. Were you present when the plaintiff allegedly provided their consent?
A. No.
Q. Did you witness the plaintiff enter any information online?
A. No.
Q. Have you ever communicated with the plaintiff?



A. No.
Q. So your understanding of consent here is based entirely on records created by others; is that correct?
A. Yes.
Q. And these records, they were created by third parties, correct, not your company itself?
MR. PETERSON: Object to form.
THE WITNESS: Yes.
BY MR. JILIZIAN:
Q. And so your company does not control the system that -- or systems that generated those third-party records?
A. I don't understand the question.
Q. It was, does your company control the systems, or do they have control over the data, I guess, that these third-party records include, that were just referenced in the last question?
A. I mean, we have our internal processes on how we receive them. I don't believe it'd be accurate to say we control what is provided.
Q. I guess I'll -- the third parties are entirely procuring the data, correct, rather than your company?
A. Yes.
Q. Okay. And these third parties are third-party vendors, correct?


MAGNA LEGAL SERVICES

A. Yes.
Q. Okay. So sitting here today, you -- sorry, strike that.
So can it be said that you cannot independently verify the accuracy of this third-party data because your company does not procure the data itself?
MR. PETERSON: Object to form.
THE WITNESS: Can you repeat that?
MR. JILIZIAN: Yeah, Madame Court Reporter, could you please repeat that question back?
THE REPORTER: Yes.
- - -
(A portion of the record was read by the reporter.)
- - -
THE WITNESS: I -- I don't really know.
BY MR. JILIZIAN:
Q. Do you -- so do you know the individual in this case who created the consent record?
A. Are you referring to the -- the plaintiff? Is that -- is that what you're referring to with that question? Do I know the plaintiff?
Q. Well, it's just -- do you know the individual who created the consent record?



A. Do I know the individual, like I -- I don't understand that. Are you referring to the plaintiff in this case, or --
Q. Well, if you believe it to be the plaintiff, then you can answer as such.
A. Do I know them personally?
Q. But just -- do you know who it is who created that record?
A. On a personal -- on a personal level, no. By name, yes.
Q. Okay. But do you know -- do you have personal knowledge that the plaintiff entered their information themselves to create the consent record?
MR. PETERSON: Object to form.
THE WITNESS: I mean, I -- I -- the information was submitted online and transmitted to us. So that's -- that's what I know.
BY MR. JILIZIAN:
Q. Do you know which individual or individuals verified the information that plaintiff allegedly provided, which provides the basis for consent?
A. I do not.
Q. So and please tell me if this is outside your realm of what you were asked to provide testimony on today. Also, I'm going to stop sharing my screen here.



Sorry to pause here. I'm just looking at opposing counsel's email here about the topics.
MR. PETERSON: And, Alex, if you want to attach that as an exhibit, that's fine too, you know, however you want to handle that.
MR. JILIZIAN: Oh, sure. Sure. We can do that. Yeah, I think maybe at the end here today or in between deponents. I think that should be fine.
MR. PETERSON: Sure. Whatever -- however you want to do it.
MR. JILIZIAN: Okay. All right. Thank you. Sorry, I just wanted to look at that real quick.
BY MR. JILIZIAN:
Q. Okay. Mr. Worrell, sorry. So Healthcare -- and can we for the rest of the deposition, when I say Healthcare Solutions, can we agree here that that refers to the defendant in this case?
MR. PETERSON: Yeah, Healthcare Solutions or even HSI, either way.
MR. JILIZIAN: Yeah, sorry. I also wanted to ask the deponent himself that's --
MR. PETERSON: Oh, sorry. Go ahead.
THE WITNESS: Yes.
BY MR. JILIZIAN:
Q. So when Healthcare Solution -- sorry, strike



that, please.
Healthcare Solutions contends that they obtained the plaintiff's lead from an inbounds.com, which is formerly known as Data Prosper; is that correct?
THE WITNESS: No, it's not.
MR. PETERSON: Object to form.
MR. JILIZIAN: Okay. I'm sorry, can we go off the record briefly just for one minute here?
THE REPORTER: Off the record.
- - -
(A recess was taken.)
- - -
THE REPORTER: Okay. Back on the record.
MR. JILIZIAN: Okay. I'm going to share another exhibit with you here. Please just let me know if you can see this. Can everybody see that okay?
THE WITNESS: Yes.
MR. PETERSON: I can. Sure.
BY MR. JILIZIAN:
Q. Okay. Mr. Worrell, do you recognize this document in front of you?
A. Yes.
Q. And what do you recognize this document to be?
A. It was the -- something that was submitted to


MAGNA LEGAL SERVICES

you guys, basically the -- the lead path that Plaintiff followed.
Q. Okay. This document was produced to plaintiffs in response to a discovery request in litigation; is that correct?
A. Yes.
Q. Okay. And this comes from a website that is operated under the brand Scoredit; is that correct?
A. I don't know.
Q. Okay. I'm going to try my best here to scroll into the very top left corner of the screen, and it's sort of blurry. But you see right here, it's very small and blurry, but do you see how very faint in the top left, you can see it says --
A. I see that, yes.
Q. -- Scored. So if I represented to you that this comes from a website called Scoredit, would you dispute that?
A. No.
Q. Okay. Does your company own the Scoredit website?
A. No.
Q. Do they control the Scoredit website?
A. No.
Q. Did Healthcare Solutions design -- did they



design the Scoredit website?
A. No.
Q. Do they control how disclosures appear on the Scoredit website?
A. We have our opt-in if it leads to our ad, but I don't -- or anything else that you mentioned, I wouldn't have control of that.
Q. Okay. And the website here, it appears to advertise a free laundry detergent item, with no card needed to be provided; is that correct?
A. That's what it looks like, yes.
Q. Okay. And other than the -- the red text here that denotes the Bates number page, which Healthcare Solutions produced, do you see anywhere on the website itself, a Healthcare Solutions company name? And I can go ahead and scroll through if you need me to.
A. I don't see that as of now, no.
Q. Okay. And so the consumer is asked for a ZIP code, first name, and last name, before any mention of insurance or telemarketing; is that correct?
A. At -- what's displayed at this stage, yes, that looks to be correct.
Q. Okay. And, sorry, at Bates number 12 here -- on Bates page 12, the consumer here you see is asked for an email address. Do you see that here?



A. Yes.
Q. And still though, there is no mention of Healthcare Solutions at this point; is that correct?
A. I can't see that.
Q. Let me see if I can zoom in and make this readable, but if not, then this is -- yeah, I mean, not -- you're not going to be able to read this.
A. That's better. I don't see Healthcare Solutions on that.
Q. If I represented you that this document does not include the words Healthcare Solutions on this page, would you have any reason to dispute that?
MR. PETERSON: Objection.
THE WITNESS: On that particular page, I don't see it.
BY MR. JILIZIAN:
Q. And then -- sorry. On Healthcare Solutions, page 13, the consumer appears to be asked for their birthday and gender here; is that correct?
A. Yes.
Q. Okay. And then here on page 14, after they've provided all this information now, email, birthdate, gender, name, then they're on page 14 here, asked to provide a phone number; is that correct?
A. Yes.



Q. And below this phone number, there appears to be -- and I'll blow this up as much as I can, but there appears to be some sort of consent disclosure here. Do you see that?
A. It's -- I'm having trouble reading it. It's blurry, but I do see a lengthy disclosure of some sort.
MR. JILIZIAN: Yeah, that's okay. And you know, if it's easier for this one, I can go ahead and just email this or drop this in the chat because there are going to be things that I want to reference here. I'm sorry. I thought I'd be able to blow this up a little clearer today. Would that be permissible, Counsel, if I were to --
MR. PETERSON: Yeah, that's fine. I mean, I have some comments, but I will reserve for now.
MR. JILIZIAN: Okay. Okay. Sorry, could we go off the record just briefly while I ask opposing counsel how to go about this the best way.
THE REPORTER: Off the record.
- - -
(A discussion was held off the record.)
- - -
THE REPORTER: Okay. Back on the record.
BY MR. JILIZIAN:
Q. Okay. So -- sorry, we were -- before we went


Case 4:25-cv-00607-BCW Document 51-8 Filed 09/21/26 Page 6 of 27
MAGNA LEGAL SERVICES

off the record briefly, Mr. Worrell, we were talking about the consent record or the consent box here below the phone number on Healthcare Solutions, page 0014; is that correct?
A. That's what we were discussing, yes.
Q. And so the disclosure appears to name as the first entity, Scoredit; is that correct?
A. Where are you seeing that?
Q. So here, let me rephrase. In the text of the consent, when you're reading it, the first name of any sort of entity, like business entity, is the Scoredit entity; is that correct? I believe in the second line.
A. Yes.
Q. Okay. And that disclosure also lists some other companies as well, it appears; is that correct?
A. Yes.
Q. Okay. Can you read out some of the companies that you see here in this alleged consent?
A. It's difficult to read. Can I pull it up out of my email?
Q. Oh, yeah, please. Sorry. That's what I had intended you had done. It's hard to read from here.
A. What slide is that on? Are you on number 6 or item number?
Q. It's on Healthcare Solutions 0014. Should be



the consumer journey document.
MR. PETERSON: Alex, is there a question pending?
MR. JILIZIAN: Sorry, I had asked him to name the companies -- the business entities that he can identify in the alleged consent box here. He's looking at his email right now so he could see a little closer.
MR. PETERSON: Can we go off the record?
MR. JILIZIAN: Yes, we can.
THE REPORTER: Off the record.
\- - -
(A discussion was held off the record.)
\- - -
THE REPORTER: We are back on the record.
MR. JILIZIAN: Okay. Mr. Worrell, I'm, again, sharing my screen here with the document we were talking about last. And sorry, before I get into the questioning, I conferred with Counsel and I just wanted to clean up that we're going to mark the first exhibit that was introduced, which is the deposition subpoena, as Exhibit-1. And then the second exhibit, which is this one right in front of me, the one Bates numbered 009 to 21, will be Bates numbered as -- or sorry, will be marked as



Exhibit-2.
\- - -
(Exhibit-1, Deposition Subpoena, was marked for identification.)
\- - -
(Exhibit-2, Bates Numbered 009 to 21, was marked for identification.)
\- - -
BY MR. JILIZIAN:
Q. Okay. So, Mr. Worrell, we were looking at this document before, which your counsel has now sent me an enhanced version, which I appreciate. Do you see this document in front?
A. Yes.
Q. Okay. And can you read it clearly here? I know there's what looks to be a cursor here in this group, but can you, for the most part, read it clearly?
A. Yes.
Q. Okay. And even though this doesn't have the same Bates numbering as the exhibit which was actually produced, does this version appear to be the same document as the Bates numbered version?
A. Without being able to read the other one, it's hard to tell.
MR. PETERSON: Alex, I'll stipulate that it



is.
MR. JILIZIAN: Yeah. Sure. Sure.
BY MR. JILIZIAN:
Q. Could you -- or I'll just ask on the record, do you acknowledge that your counsel, just off the record about five minutes ago, just sent this and represented that it was a clearer version of the document of Exhibit-2?
A. Yes.
Q. Okay. So the question I had asked previously was in this text box here, below the -- where it asks the consumer for the phone number. Can you identify, other than Scoredit, which we already identified, can you identify other -- all other business entities which you see in -- business entity names which you see in this agreement here?
A. I -- I can see them, yes.
Q. Could you identify them for the record?
A. Meaning what? Reading them back to you or identify them as and if I know or --
Q. Just read them to me, the ones you see.
A. So just following Scoredit, I see Boundless Media, Coupon Cart, Daily Samples Network, Free Sample Guide, Unified Marketing Partners, its subsidiaries, National Health Advisors, National Capital Advisors


MAGNA LEGAL SERVICES

Partner Network, as well as authorized third parties.
Q. Okay. And so in what you just read, you did not identify Healthcare Solutions as one of the business entities; is that correct?
A. No, not on that slide. That is correct.
Q. And this check box when a consumer visits the website, do you know if the box is pre-checked when they fill out this form, or do they have to check it themselves?
MR. PETERSON: Object to form.
THE WITNESS: I don't really know that. Those types of questions would probably be better answered by Jordan. It doesn't appear to be checked automatically, but again, I -- I -- I, you know, Jordan would probably be more apt to answer the -- the journey of this -- of this lead source.
MR. JILIZIAN: Okay. With that, I believe we can go ahead and move on to the next witness. Let me just make sure here.
MR. PETERSON: Yeah, take your time because I definitely want to know that you're done once we move on, so.
MR. JILIZIAN: Yeah, I am done here with Mr. Worrell. So I do not have any further questioning for him.



MR. PETERSON: I have no questions for Mr. Worrell. We will read.
THE REPORTER: All right. And will anyone be ordering a copy of this transcript today?
MR. JILIZIAN: We'll just take the normal copy, we don't need like a rough or anything.
THE REPORTER: Okay.
MR. PETERSON: I will hold off for now, discuss with my client.
THE REPORTER: Okay. Sounds good. With that, we will go off the record at 10:48 a.m.
---
(A recess was taken.)
---
THE REPORTER: We're on the record.
BY MR. JILIZIAN:
Q. All right. Mr. Worrell, thanks for joining us again. I just have a short line of questioning related to Healthcare Solutions's training procedures. I'll first just start by saying -- representing to you that Mr. Morgan, who provided testimony just a minute ago, Counsel had represented at first that he would provide training testimony, but he informed us that that was actually a mistake and that you were the correct individual to do so.



So are you prepared to provide testimony about training procedures at Healthcare Solutions today?
A. Yeah. I think the clarity or the -- was between training for IT purposes or training for sales operations type things, which is -- a lot of your questions kind of came on that aspect. So that's why --
Q. Not a problem. Not a problem. And thank you for the clarification. That's helpful. So, have you -- I'll ask, did you ever train sales agents personally on TCPA or do not call list compliance?
A. Yes. But it's -- yes. But not at extreme length other than what was provided to you.
Q. Okay. So what I'm trying to get at though is you actually personally took part in the training sessions of agents rather than just preparing training materials for other people to give; is that correct?
A. Myself and sales managers, yes.
Q. Okay. Can you name some of the other individuals that were -- played a significant role in the training of employees on TCPA and DNC compliance?
A. Our two sales managers, which are John Baker and Dalton Hill.
Q. John Baker, Dalton Hill. Okay. I'm going to share my screen here and go back to this exhibit we marked after your testimony. This is Exhibit-13. And



this -- are you familiar with this document?
A. Yes.
Q. Okay. And what do you recognize this document to be?
A. Our explanation of our internal DNC processes regarding TCPA as well.
Q. Okay. And this went into effect on January 1st of 2026, correct?
A. It was updated in the handbook.
Q. Okay.
A. But into effect wouldn't be an accurate statement. It was essentially in effect prior; we just elaborated further on that for the employee handbook.
Q. Okay. So before this document existed, was there -- did there exist written do not call compliance policies at Healthcare Solutions?
A. The slide that was provided during training and onboarding that was shared as another exhibit.
Q. Okay. And that would be this one here, Exhibit-11?
A. Yeah.
Q. And so this here, this slide right here, marked Healthcare Solutions 0022, this is the only written TCPA policies, right, that you have at this point before January 21, 20 -- before January 1, 2026?


Case 4:25-cv-00607-BCW Document 51-8 Filed 09/21/26 Page 8 of 27

A. I just think there's a distinction between TCPA and what the do not call is referring to.
Q. Okay. So I'll rephrase. Is this -- before January 1, 2026, when this went into effect, Exhibit-13, did you have written DNC compliance procedures other than this?
A. Written, no.
Q. Okay.
A. Verbally extending off this, yes.
Q. Right. In your discovery response, I want to say the interrogatory is number 9. I won't go back to it at this point, but I believe you had said there was no written -- sorry. That before this, it was mainly verbal training; is that correct?
A. Yes. In addition to this slide, yes.
Q. Okay. So going back to Exhibit-13, do you know if the verbal training -- can you say with certainty whether the verbal training received prior to January 1, 2026, by sales agents, would it have comprised all the information included on this document, Exhibit-13?
A. With certainty, no, but a -- that's a lengthier version.
Q. Okay. So do you know maybe how much of this -- like the percent of the content of this document, what percent of the content of this document would have



been communicated to sales agents during verbal training before January 1, 2026?
A. I can tell you what you're displaying right now, number 4 --
Q. And I can scroll through if you like. Please let me know.
A. Yes. All -- all of that.
Q. When you say all of that, you mean this whole second page, which comprises 4 through 7?
A. 4 through 6. 7 wasn't a big part of the verbal training, that's more back-end, kind of behind the scenes.
Q. Okay. I'll go to this first page too. I think everything should be on here.
A. Yes. So verbally, I would attest that that is all discussed and has been. The last part 7, how the -- how when someone reaches our do not call list is stored, don't -- that's not -- that's the -- that's how we handle it. That's not really relevant to the agent.
Q. Okay. So it's your testimony today that the verbal training from before July -- or sorry, January 1, 2025 (sic) would have included all of this content except for point 7, because sales agents don't really do record keeping?
A. Yes.



Q. Okay. Do you know, prior to January 1, 2026, how often, and maybe you can answer -- however it's easiest to answer, like how often or how much total time was spent training agents in the last, let's say two years, 2024 and 2025?
MR. CENTI: Hey, I just, this is Matt. I just wanted to interrupt here quickly. We just lost power at the building.
MR. JILIZIAN: Yeah, he's frozen.
MR. CENTI: We lost Jake and some others, so just give it a little bit before the internet comes back on.
MR. JILIZIAN: Okay. Will do.
MR. PETERSON: I thought he was thinking.
MR. JILIZIAN: I thought so too. I was going to offer to reexplain, but we can go off the record then.
MR. PETERSON: Let's take a, I don't know, five-minute break, see how that goes.
MR. JILIZIAN: Sure. Yeah, I'll -- I mean, I'll just probably stick around here, turn my camera off, and stick around until --
MR. PETERSON: Okay.
THE REPORTER: Off the record.
- - -



(A recess was taken.)
- - -
THE REPORTER: Back on the record.
BY MR. JILIZIAN:
Q. So before we had got interrupted there, I had asked, so pre-2026, in the two years preceding that, 2024 and 2025, do you know approximately how much total time would have been spent training sales agents on DNC compliance?
A. Total time is hard to answer, but it's definitely part of every training class and onboarding that we have with new agents.
Q. I see. So you're saying that not all of that verbal training would have been sitting down existing agents and training them, that a lot of it was just a part of the onboarding process; is that fair to say?
A. No, I don't think that'd be fair to say. Every agent that's on the floor went through, at that point, the verbal portion of that slide. Newer agents, definitely, but even existing agents at that time.
Q. Okay. Let's not count onboarding or anything like that. Just for periodic trainings in 2024 and 2025, how often would you say that a training occurred related to DNC where they got the sales agents together and trained them, whether they were new or older agents, on


Case 4:25-cv-00607-BCW Document 51-8 Filed 09/21/26 Page 9 of 27
MAGNA LEGAL SERVICES

Page 30

DNC policies? How often in 2024 and 2025?
A. Every agent went through it. How often beyond that? At a minimum, twice a year. But it could have been brought up in conversations beyond that, that would have been, you know, unverifiable. Our DNC process is pretty straightforward. If someone has stated a request not to be called, then they are subsequently marked as such and we move on.
Q. Sure. Yeah. So it's your testimony that it was likely around two -- a minimum you said of two training sessions that everyone had taken part in during that period, but that they may have received -- well, they would have received -- every single one of them would have received DNC calling trainings as a result of onboarding; is that correct?
MR. PETERSON: Object to form.
THE WITNESS: Everybody would -- everybody has received the DNC training, definitely at onboarding and existing agents.
BY MR. JILIZIAN:
Q. Okay. Okay. As a part of the onboarding training, did you ever produce any documents related to this onboarding training that they receive currently now, or would this have been all verbal?
A. I don't understand the question. Pertaining

Page 31

to what?
Q. Here, I'll ask -- the onboarding training specifically, is that all verbal training? I'll ask in time periods. Before 2026, was the onboarding training all verbal training?
A. Pertaining to DNC or to all aspects of our company operations?
Q. Pertaining to DNC.
A. Was it all verbal? It was verbal in addition to that slide.
Q. To the single slide. Okay. After 2026, was onboarding training alone still the same, just verbal with the one slide, or are you showing them more now?
A. Verbal slide as well as the updated exhibit that you provided that can be referenced back in the handbook.
Q. Got it. Okay. What -- in the onboarding -- verbal onboarding trainings and the slide, I guess, was there anything added or emphasized post-2026, that would have been missing from the -- and I asked this similar question with just the verbal training in general, like was that -- and we went through each, and you said all of them except 7.
I'm saying in the verbal onboarding training, do you think everything on here would have been included

Page 32

in that verbal onboarding training, or do you think it would -- oh, oops -- do you think it would be missing some content from here?
A. I think, as I stated, it would comprise of the majority of that except for the last section and how the data is stored when it reaches that DNC status internally.
Q. Gotcha. Okay. I'm going to go back to this slide. Do you know when this slide was first used or made?
A. I don't see a slide being shared by you. Are you referring to --
Q. Oh, sorry. My bad. I'm not sharing my screen here. All right. So I'm looking at Exhibit-11 now, back at the slide that you contend is the first written training here.
A. Yeah.
Q. Do you -- so do you know when this slide was created?
A. Exact date, no. Several years though.
Q. Okay. So this would have been in use for significantly longer before this litigation started?
A. Yes.
Q. Okay. Can you confirm that all -- so all the way up until 2026, was -- this slide was unchanged; is

Page 33

that correct?
A. The only thing that may change is some of the colors to the right because sometimes we add those, so.
Q. But any of the content of it?
A. No.
Q. Okay. Do you -- does -- as a part of both onboarding and just routine training for existing employees, and both back then and -- before 2026, and now, does Healthcare Solutions make employees pass some sort of compliance test?
A. Pertaining to what?
Q. Pertaining to DNC compliance or just TCPA telecommunications laws in general?
A. No.
Q. Do you know if Mr. Anthony Carbone, which is the agent who was alleged to have spoken with Plaintiff. Do you know if he would have completed the specific -- the verbal training, plus the slide, in Exhibit-11? Would he have received that training plus seeing this slide, before July 2025?
A. Yes.
Q. Okay. Does Healthcare Solutions audit its agents to see whether they are following training correctly and following DNC procedures?
A. Training, are you referring to -- stemming


MAGNA Legal Services

solely around DNC procedures or what are you referring to?

Q. Sure. So like for example, like does Healthcare Solutions, like, perform some sort of tests periodically, or ever, to audit its sales agents to make sure they are complying with DNC procedures?

A. No. Because we are reaching out to people that, you know, have -- have opted in, so they're -- they're just reaching out on that behalf. So like their internal DNC procedures that we would monitor -- excuse me -- would be something as simple as if someone requests not to be called anymore, did they place that person in our internal DNC bucket? That would be monitored, yes.

MR. JILIZIAN: Okay. All right. That's all I have for you today, Mr. Worrell. I appreciate your testimony.

MR. PETERSON: I have nothing for Mr. Worrell. He will read as before.

THE WITNESS: All right. Thank you.

THE REPORTER: We'll go off the record at 3:47 p.m.

\- - -

(Whereupon, the Witness was excused.)

\- - -

(Whereupon, the deposition concluded at



approximately 3:47 p.m.)

\- - -



CERTIFICATE OF REPORTER

I, Amanda Fulks, Court Reporter and Notary Public, do hereby certify:

That the foregoing deposition was taken before me on the date and at the time and location stated on Page 1 of this transcript; that the deponent was duly sworn to testify to the truth, the whole truth, and nothing but the truth; that the foregoing deposition as typed is a true, accurate, and complete record of objections made at the time of the examination to the best of my ability.

I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof.

______________________________

REPORTER NAME, a
Court Reporter and Notary Public
Date: 08/24/2026



ERRATA SHEET

IN RE : Jeffery Blubaugh v. Healthcare Solutions Insurance Agency, LLC

DEPONENT: Jacob Worrell

TAKEN : MONDAY, AUGUST 24, 2026

****************************************************

DO NOT make any marks or changes on the transcript itself. Enter any changes here.

| Page/Line | Change | Reason for change |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



Case 4:25-cv-00607-BCW Document 51-8 Filed 09/21/26 Page 11 of 27

MAGNA LEGAL SERVICES

ACKNOWLEDGMENT OF DEPONENT

I, Jacob Worrell, do hereby certify that I have read the foregoing pages, 04 - 35, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____________________ __________________

JACOB WORRELL DATE

Subscribed and sworn to before me this
________ day of ____________, 20_____.
My commission expires: ____________

____________________________________

Notary Public



LAWYER'S NOTES

PAGE LINE



MAGNA LEGAL SERVICES

**A**

**ability**
36:13
**able**
16:7 17:11 20:23
**about**
5:1 12:2 17:18 18:2 19:18 21:6 24:1
**accuracy**
10:5
**accurate**
9:19 25:11 36:11
**acknowledge**
21:5
**ACKNOWLEDG...**
38:1
**activities**
7:1
**actually**
20:20 23:24 24:14
**ad**
15:5
**add**
33:3
**added**
31:19
**addition**
26:15 31:9
**ADDITIONAL**
2:16,16
**address**
15:25
**advertise**
15:9
**Advisors**
4:23 21:25,25
**after**
4:6 16:21 24:25 31:11
**again**
5:25 19:16 22:14 23:18
**Agency**
1:11 5:6 37:3
**agent**
27:19 29:18 30:2 33:16
**agents**
24:9,15 26:19 27:1 27:23 28:4 29:8,12 29:15,19,20,24,25 30:19 33:23 34:5
**ago**
21:6 23:21
**agree**
12:16
**agreement**
21:16
**ahead**
5:9 6:20 12:22 15:16 17:8 22:18
**Alex**
2:4 12:3 19:2 20:25
**alex@paronichlaw...**
2:6
**all**
1:6 4:11 6:3 12:11 16:22 21:14 23:3,17 26:19 27:7,7,8,16 27:22 29:13 30:24 31:3,5,6,9,22 32:14 32:24,24 34:14,14 34:19
**alleged**
8:8,15 18:18 19:6 33:16
**allegedly**
8:20 11:20
**alone**
31:12
**already**
21:13
**also**
2:14 11:25 12:20 18:14
**am**
22:23 36:15
**Amanda**
1:24 36:3
**an**
5:10 7:20 8:13 12:4 13:3 15:25 20:12 25:11
**and/or**
6:23
**another**
13:15 25:18
**answer**
8:1,3 11:5 22:15 28:2 28:3 29:10
**answered**
22:12
**answers**
38:5
**Anthony**
33:15
**any**
8:22 15:19 16:12 18:10 22:24 30:22 33:4 36:16 37:7,8 38:7
**anymore**
34:12
**anyone**
23:3
**anything**
15:6 23:6 29:21 31:19
**anywhere**
15:14
**apologies**
6:6
**appear**
15:3 20:21 22:13
**APPEARANCES**
2:1
**appears**
15:8 16:18 17:1,3 18:6,15
**appreciate**
20:12 34:15
**appropriate**
7:15
**approximately**
29:7 35:1
**apt**
22:15
**are**
4:2,22 5:1 6:18 7:4 7:17,20 9:21,24 10:21 11:2 17:10 18:8,23 19:15 24:1 24:21 25:1 30:7 31:13 32:11 33:23 33:25 34:1,6,7
**around**
28:21,22 30:10 34:1
**as**
4:7 7:2,5,7,18 11:5 12:4 13:4 15:17 17:2,2 18:6,15 19:22,25,25 20:20 20:22 21:20 22:1,1 22:3 25:6,18 30:7 30:14,21 31:14,14 32:4 33:6 34:11,11 34:18 36:11
**ask**
12:21 17:17 21:4 24:9 31:2,3
**asked**
11:24 15:18,24 16:18 16:23 19:4 21:10 29:6 31:20
**asks**
21:11
**aspect**
24:6
**aspects**
31:6
**at**
12:1,7,12 15:21,21 15:23 16:3 19:7 20:10 23:11,22 24:2 24:11,13 25:16,24 26:12 28:8 29:18,20 30:3,18 32:14,15 34:20,25 36:7,12
**attach**
12:4
**attached**
38:8
**attempt**

5:25
**attest**
27:15
**audit**
33:22 34:5
**audits**
7:14
**AUGUST**
1:19 37:5
**authorized**
22:1
**automatically**
22:14
**a.m**
1:20 4:2 23:11

**B**

**B**
3:9
**back**
5:16,23 10:11 13:13 17:23 19:15 21:19 24:24 26:11,16 28:12 29:3 31:15 32:8,14 33:8
**back-end**
27:11
**bad**
32:13
**Baker**
24:21,23
**based**
9:2
**basically**
14:1
**basis**
11:21
**Bates**
3:13 15:13,23,24 19:24,24 20:6,20,22
**be**
9:19 10:4 11:4 12:8 13:24 15:10,22 16:7 16:18 17:2,3,10,11 17:13 18:25 19:24 19:25 20:16,21 22:12,13,15 23:3 25:4,11,19 27:14 29:17 30:7 31:15 32:2 34:11,12,13
**BEACH**
2:10
**because**
5:16 10:6 17:9 22:20 27:23 33:3 34:7
**been**
4:6 6:15 27:1,16 29:8 29:14 30:4,5,24 31:20,25 32:21
**before**
15:19 17:25 19:18 20:11 25:14,25,25 26:3,13 27:2,21 28:11 29:5 31:4 32:22 33:8,20 34:18 36:6 38:13
**behalf**
1:6 2:3,8 4:23 5:2 7:23 34:9
**behind**
27:11
**being**
20:23 32:11
**believe**
9:19 11:4 18:12 22:17 26:12
**below**
17:1 18:2 21:11
**best**
14:10 17:18 36:13
**better**
16:8 22:12
**between**
12:8 24:4 26:1
**beyond**
30:2,4
**big**
27:10
**birthdate**
16:22
**birthday**
16:19
**bit**
28:11
**blow**
17:2,12
**Blubaugh**
1:5 37:2
**blurry**
14:12,13 17:6
**both**
33:6,8
**Boundless**
21:22
**box**
18:2 19:6 21:11 22:6 22:7
**BRAD**
2:16
**brand**
14:8
**break**
28:19
**briefly**
13:8 17:17 18:1
**brought**
30:4
**bucket**
34:13
**building**
28:8
**business**
6:23,25 7:2 18:11 19:5 21:14,15 22:3
**but**
6:24 8:12 11:7,11 14:12,13 15:5 16:6 17:2,6,15 20:17 22:14 23:23 24:11 24:11 25:11 26:12 26:21 28:16 29:10 29:20 30:3,12 33:4 36:10
**by**
1:23 2:4,9 3:5 4:15 5:24 7:12 8:6 9:3,5 9:9 10:14,18 11:9 11:18 12:13,24 13:20 16:16 17:24 20:9 21:3 22:13 23:16,20 26:19 29:4 30:20 32:11 38:5

**C**

**C**
4:1
**call**
24:10 25:15 26:2 27:17
**called**
14:17 30:7 34:12
**calling**
30:14
**calls**
6:24 7:3,13,16
**came**
24:6
**camera**
28:21
**can**
4:4,19 5:11 6:1 10:4 10:9 11:5 12:6,15 12:16 13:7,16,16,19 14:14 15:15 16:5 17:2,8 18:17,19 19:5,9,10 20:15,17 21:12,13,17 22:18 24:18 26:17 27:3,5 28:2,16 31:15 32:24
**cannot**
10:4
**can't**
16:4
**capacity**
7:21
**Capital**
21:25
**Carbone**
33:15
**card**
15:9
**Cart**
21:23
**case**

1:3 8:16 10:20 11:3 12:17
**cause**
36:16
**CENTI**
2:15 28:6,10
**certainty**
26:17,21
**CERTIFICATE**
36:1
**certify**
36:4,15 38:3
**change**
5:13 33:2 37:9,9
**changes**
37:7,8 38:7
**CHAPEL**
2:15
**chat**
17:9
**check**
22:6,8
**checked**
22:13
**clarification**
24:8
**clarity**
24:3
**class**
1:6 29:11
**clean**
19:20
**clearer**
17:12 21:7
**clearly**
20:15,17
**client**
23:9
**closer**
19:8
**code**
15:19
**colors**
33:3
**comes**
14:7,17 28:11
**comments**
17:15
**commission**
38:15
**communicated**
8:25 27:1
**communications**
8:9,17
**companies**
18:15,17 19:5
**company**
7:24 8:2,12 9:6,10,14 9:22 10:6 14:20 15:15 31:7
**complete**
36:12
**completed**
33:17
**compliance**
7:12,14 24:10,20 25:15 26:5 29:9 33:10,12
**complying**
34:6
**comprise**
32:4
**comprised**
26:19
**comprises**
27:9
**concluded**
34:25
**conduct**
7:12
**conferred**
19:19
**confirm**
32:24
**consent**
7:15 8:8,16,20 9:2 10:20,25 11:13,21 17:3 18:2,2,10,18 19:6
**consumer**
15:18,24 16:18 19:1 21:12 22:6
**contend**
32:15
**contends**
13:2
**content**
26:24,25 27:22 32:3 33:4
**control**
9:10,14,15,20 14:23 15:3,7
**conversations**
30:4
**copy**
23:4,6
**corner**
14:11
**correct**
4:24 5:3,5,7 7:8,21 7:22 9:3,6,22,25 13:4 14:5,8 15:10 15:20,22 16:3,19,24 18:4,7,12,15 22:4,5 23:24 24:16 25:8 26:14 30:15 33:1 38:5
**corrections**
38:7
**correctly**
33:24
**could**
4:16 6:11,21 7:10 10:11 17:16 19:7 21:4,18 30:3
**counsel**
4:10 17:13,18 19:19 20:11 21:5 23:22 36:16
**counsel's**
12:2
**count**
29:21
**Coupon**
21:23
**Court**
1:1,24 10:10 36:3,22
**create**
11:13
**created**
9:3,5 10:20,25 11:7 32:19
**currently**
30:23
**cursor**
20:16

**D**

**D**
3:2 4:1
**daily**
7:1 21:23
**Dalton**
24:22,23
**data**
8:14 9:15,22 10:6,6 13:4 32:6
**date**
32:20 36:7,23 38:11
**day**
38:14
**defendant**
1:12 2:8 12:17
**definitely**
22:21 29:11,20 30:18
**delivery**
8:14
**denotes**
15:13
**deponent**
12:21 36:8 37:4 38:1
**deponents**
12:8
**deposition**
1:17 3:12 6:12 12:15 19:22 20:3 34:25 36:6,11
**DESCRIPTION**
3:11
**design**
14:25 15:1
**designated**
4:22 5:1 6:15
**detergent**

15:9
**did**
8:7,11,12,14,22 14:25,25 22:2 24:9 25:15 26:5 30:22 34:12
**difficult**
18:19
**disclosure**
17:3,6 18:6,14
**disclosures**
15:3
**discovery**
14:4 26:10
**discuss**
23:9
**discussed**
27:16
**discussing**
18:5
**discussion**
17:21 19:13
**displayed**
15:21
**displaying**
27:3
**dispute**
14:18 16:12
**distinction**
26:1
**DISTRICT**
1:1,2
**DIXIE**
2:9
**DNC**
24:20 25:5 26:5 29:8 29:24 30:1,5,14,18 31:6,8 32:6 33:12 33:24 34:1,6,10,13
**do**
5:11,15,17,25 6:3,7,9 6:13,14 9:15 10:19 10:19,23,24 11:1,6 11:7,11,11,19,22 12:6,10 13:21,24 14:13,23 15:3,14,25 17:3,6 20:12 21:5 22:7,8,24 23:25 24:10 25:3,15 26:2 26:16,23 27:17,23 28:1,13 29:7 31:25 32:1,2,9,18,18 33:6 33:15,17 36:4 37:7 38:3
**document**
6:4,7,9 13:22,24 14:3 16:10 19:1,17 20:11 20:13,22 21:7 25:1 25:3,14 26:20,24,25
**documents**
30:22
**does**
8:2,5 9:10,14 10:6 14:20 16:10 20:21 33:6,9,22 34:3
**doesn't**
8:3 20:19 22:13
**done**
18:22 22:21,23
**don't**
8:1,10 9:13,19 10:17 11:1 14:9 15:6,17 16:8,14 22:11 23:6 27:18,23 28:18 29:17 30:25 32:11
**down**
6:20 7:7 29:14
**drop**
17:9
**duly**
4:6 36:9
**during**
25:17 27:1 30:11

**E**

**E**
3:2,9 4:1,1
**each**
31:22
**easier**
17:8
**easiest**
28:3
**effect**
25:7,11,12 26:4
**efforts**
7:11
**either**
12:19
**elaborated**
25:13
**electronic**
8:14
**else**
15:6
**email**
8:13 12:2 15:25 16:22 17:9 18:20 19:7
**emphasized**
31:19
**employee**
25:13
**employees**
7:14 24:20 33:8,9
**end**
12:7
**enhanced**
20:12
**ensure**
7:11,15
**enter**
8:22 37:8
**entered**
11:12
**entirely**
9:3,21
**entities**
1:7 19:5 21:14 22:4
**entity**
5:6 18:7,11,11,12 21:15
**Errata**
37:1 38:8
**ESQUIRE**
2:4,9
**essentially**
25:12
**even**
12:19 20:19 29:20
**events**
36:17
**ever**
8:25 24:9 30:22 34:5
**every**
29:11,18 30:2,13
**everybody**
6:1 13:16 30:17,17
**everyone**
30:11
**everything**
27:14 31:25
**Exact**
32:20
**examination**
4:13 36:13
**examined**
4:7
**example**
34:3
**except**
27:22 31:23 32:5 38:6
**excuse**
34:10
**excused**
34:23
**exhibit**
5:10 12:4 13:15 19:21,23 20:20 24:24 25:18 31:14
**Exhibit-1**
3:12 19:22 20:3
**Exhibit-11**
25:20 32:14 33:18
**Exhibit-13**
24:25 26:4,16,20
**Exhibit-2**
3:13 20:1,6 21:8
**exist**
25:15
**existed**
25:14
**existing**



MAGNA LEGAL SERVICES

29:14,20 30:19 33:7
**expires**
38:15
**explanation**
25:5
**extending**
26:9
**extreme**
24:11

## F

**faint**
14:13
**fair**
29:16,17
**familiar**
25:1
**fill**
22:8
**fine**
5:18 12:4,8 17:14
**first**
4:19 15:19 18:7,10 19:21 23:20,22 27:13 32:9,15
**five**
21:6
**five-minute**
28:19
**FL**
2:10
**floor**
29:18
**Florida**
1:25
**followed**
14:2
**following**
21:22 33:23,24
**follows**
4:7
**for**
1:2 4:16 7:13 11:21 12:15 13:8 15:18,24 16:18 17:8,15 20:3 20:7,17 21:12,18 22:25 23:1,8,17 24:4,4,8,16 25:13 27:23 29:22 32:5,21 33:7 34:3,15,17 36:16 37:9 38:6
**foregoing**
36:6,10 38:4
**form**
8:4 9:7 10:8 11:14 13:6 22:8,10 30:16 38:7
**formerly**
13:4
**free**
15:9 21:23
**from**
13:3 14:7,17 18:22 27:21 31:20 32:3
**front**
5:10 6:4,7 13:22 19:23 20:13
**frozen**
28:9
**Fulks**
1:24 36:3
**further**
22:24 25:13 36:15
**FWY**
2:9

## G

**G**
4:1
**gender**
16:19,23
**general**
6:22 31:21 33:13
**generated**
9:11
**get**
19:18 24:13
**give**
24:16 28:11
**given**
38:5
**go**
5:9,15,16 6:20 12:22 13:7 15:16 17:8,17 17:18 19:9 22:18 23:11 24:24 26:11 27:13 28:16 32:8 34:20
**goes**
28:19
**going**
5:9,25 11:25 13:14 14:10 16:7 17:10 19:20 24:23 26:16 28:15 32:8
**good**
23:10
**got**
29:5,24 31:17
**Gotcha**
32:8
**group**
2:8 5:4,8 20:17
**guess**
8:14 9:15,21 31:18
**Guide**
21:24
**guys**
14:1

## H

**H**
3:9
**had**
18:21,22 19:4 21:10 23:22 26:12 29:5,5 30:11
**hand**
4:5
**handbook**
25:9,13 31:16
**handle**
12:5 27:18
**hard**
18:22 20:24 29:10
**has**
20:11 27:16 30:6,17
**have**
5:5,13 8:25 9:15,18 11:11 15:5,7 16:12 17:15 20:19 22:8,24 23:1,18 24:8 25:24 26:5,19,25 27:22 29:8,12,14 30:3,5 30:12,13,14,24 31:20,25 32:21 33:16,17,19 34:8,8 34:15,17 38:4
**having**
4:6 17:5
**he**
19:5,7 23:22,23 28:14 33:17,19 34:18
**health**
4:23 5:5 21:25
**Healthcare**
1:10 5:2,4,6,7 6:22 6:25 7:11,13 12:14 12:16,18,25 13:2 14:25 15:13,15 16:3 16:8,11,17 18:3,25 22:3 23:19 24:2 25:16,23 33:9,22 34:4 37:2
**held**
17:21 19:13
**helpful**
24:8
**here**
5:5,12,13 6:1,13,14 6:14,20,21 7:4,8,17 9:2 10:2 11:25 12:1 12:2,7,16 13:8,15 14:10,12 15:8,12,23 15:24,25 16:19,21 16:23 17:3,11 18:2 18:9,18,22 19:6,17 20:15,16 21:11,16 22:19,23 24:24 25:19,22,22 27:14 28:7,21 31:2,25 32:3,14,16 37:8
**hereby**


Case 4:25-cv-00607-BCW Document 51-8 Filed 09/21/26 Page 17 of 27

36:4 38:3
**Hey**
28:6
**he's**
19:6 28:9
**Hill**
24:22,23
**him**
19:4 22:25
**himself**
12:21
**HINGHAM**
2:5
**his**
19:7
**hold**
23:8
**how**
9:18 14:13 15:3 17:18 26:23 27:16 27:17,18 28:2,3,3 28:19 29:7,23 30:1 30:2 32:5
**however**
12:5,9 28:2
**HSI**
12:19

**I**

**identification**
20:4,7
**identified**
21:13
**identify**
19:6 21:12,14,18,20 22:3
**if**
5:7,15 8:1 11:4,23 12:3 13:16 14:16 15:5,16 16:5,6,10 17:8,13 21:20 22:7 26:17 27:5 30:6 33:15,17 34:11 38:7
**in**
1:1 4:3 5:10,12,16 6:4,7 7:20 8:16 9:17 10:19 11:2 12:8,17 13:22 14:4,4,13 16:5 17:9 18:9,12 18:18 19:6,23 20:13 20:16 21:11,15,15 22:2 24:14,19 25:9 25:12 26:10,15 28:4 29:6,22 30:1,4,11 31:3,9,15,17,21,24 32:1,21 33:13,18 34:8,12 36:17 37:2 38:7,8
**inbounds.com**
13:3
**inbox**
8:13
**include**
9:16 16:11
**included**
26:20 27:22 31:25
**includes**
6:24
**independently**
10:5
**individual**
7:20 10:19,24 11:1 11:19 23:25
**INDIVIDUALLY**
1:5
**individuals**
11:19 24:19
**information**
8:23 11:12,16,20 16:22 26:20
**informed**
23:23
**insurance**
1:10 5:2,6,8 15:20 37:3
**intended**
18:22
**interested**
36:17
**internal**
9:18 25:5 34:10,13
**internally**
32:7
**internet**
28:11
**interrogatory**
26:11
**interrupt**
28:7
**interrupted**
29:5
**into**
14:11 19:18 25:7,11 26:4
**introduced**
19:21
**is**
4:2,24 5:3,5 6:5,11 6:24 9:2,3,20 10:21 10:22 11:7,23 13:4 13:4 14:5,7,8 15:10 15:18,20,24 16:2,3 16:6,19,24 18:3,7 18:11,12,15,23 19:2 19:21,23 21:1 22:4 22:5,7 24:5,13,16 24:25 25:23 26:2,3 26:11,14 27:15,17 28:6 29:10,16 30:5 30:15 31:3 32:6,15 32:25 33:2,15 36:11 38:5
**it**
5:16 6:11 7:2 9:14 10:4 11:4,7 12:10 13:25 14:14 15:5,8 15:11 16:15 17:5 18:10,15,19 20:15 20:17,25 21:7,11 22:8,13 24:4 25:9 25:12 26:11,13,19 27:19 28:11 29:15 30:2,3,9 31:9,9,17 32:1,2,4,6 33:4
**item**
15:9 18:24
**its**
7:14 21:24 33:22
34:5
**itself**
8:12 9:6 10:7 15:15 37:8
**it'd**
9:19
**it's**
4:25 10:24 13:5 14:11,12 17:5,5,8 18:19,22,25 20:23 24:11 27:20 28:2 29:10 30:9
**I'd**
17:11
**I'll**
6:20 8:11 9:21 17:2 20:25 21:4 23:19 24:9 26:3 27:13 28:20,21 31:2,3
**I'm**
5:1,7,9,15,25 6:6 11:25 12:1 13:7,14 14:10 17:5,11 19:16 24:13,23 31:24 32:8 32:13,14

**J**

**Jacob**
1:18 3:4 4:6 37:4 38:3,11
**Jake**
4:18,22 28:10
**JAMES**
2:9
**james@petersonle...**
2:11
**January**
25:7,25,25 26:4,18 27:2,21 28:1
**Jeffery**
1:5 37:2
**JILIZIAN**
2:4 3:5 4:11,15 5:9 5:24 8:6 9:9 10:10 10:18 11:18 12:6,11 12:13,20,24 13:7,14


MAGNA Legal Services

13:20 16:16 17:7,16 17:24 19:4,10,16 20:9 21:2,3 22:17 22:23 23:5,16 28:9 28:13,15,20 29:4 30:20 34:14
**John**
24:21,23
**join**
5:16
**joining**
23:17
**Jordan**
2:16 22:13,15
**journey**
19:1 22:16
**JR**
2:15
**July**
27:21 33:20
**just**
5:11,12,13 6:14 7:5 7:10,18 8:12 9:16 10:24 11:7 12:1,12 13:8,15 17:9,17 19:19 21:4,5,6,21 21:22 22:2,19 23:5 23:18,20,21 24:15 25:12 26:1 28:6,6,7 28:11,21 29:15,22 31:12,21 33:7,12 34:9
**J-A-K-E**
4:21

**K**

**keeping**
27:24
**kind**
24:6 27:11
**know**
6:13,14 8:1,3 10:17 10:19,23,24 11:1,6 11:7,11,17,19 12:5 13:16 14:9 17:8 20:16 21:20 22:7,11 22:14,21 26:17,23 27:6 28:1,18 29:7 30:5 32:9,18 33:15 33:17 34:8
**knowledge**
11:12
**known**
13:4

**L**

**last**
4:19 9:17 15:19 19:18 27:16 28:4 32:5
**laundry**
15:9
**LAW**
2:3,8
**laws**
33:13
**LAWYER'S**
39:1
**lead**
13:3 14:1 22:16
**leads**
15:5
**left**
14:11,14
**length**
24:12
**lengthier**
26:22
**lengthy**
17:6
**let**
5:10,17 13:15 16:5 18:9 22:18 27:6
**let's**
5:11 28:4,18 29:21
**level**
11:9
**like**
6:12 8:7,13 11:1 15:11 18:11 23:6 26:24 27:5 28:3 29:22 31:21 34:3,3 34:4,9
**likely**
30:10
**limited**
6:25
**LINCOLN**
2:4
**line**
18:12 23:18 39:2
**list**
24:10 27:17
**lists**
18:14
**litigation**
14:5 32:22
**little**
17:12 19:8 28:11
**LLC**
1:11 4:23 5:3,6 37:3
**location**
36:7
**longer**
32:22
**look**
12:12
**looking**
12:1 19:7 20:10 32:14
**looks**
6:12 15:11,22 20:16
**lost**
28:7,10
**lot**
24:5 29:15

**M**

**MA**
2:5
**Madame**
10:10
**made**
32:10 36:12
**mainly**
26:13
**majority**
32:5
**make**
5:11 16:5 22:19 33:9 34:5 37:7
**managers**
24:17,21
**mark**
19:20
**marked**
19:25 20:3,7 24:25 25:23 30:7
**Marketing**
21:24
**marks**
37:7
**materials**
24:16
**Matt**
2:15 28:6
**may**
4:10 30:12 33:2
**maybe**
12:7 26:23 28:2
**me**
5:11,17 6:11,13,21 7:10 11:23 13:15 15:16 16:5 18:9 19:24 20:11 21:21 22:19 27:6 34:11 36:7 38:5,13
**mean**
8:2,5,12 9:18 11:15 16:6 17:14 27:8 28:20
**Meaning**
21:19
**Media**
21:23
**Medicare**
4:23
**mention**
15:19 16:2
**mentioned**
15:6
**mind**
5:15
**minimum**



MAGNA LEGAL SERVICES

30:3,10
**minute**
13:8 23:21
**minutes**
21:6
**missing**
31:20 32:2
**MISSOURI**
1:2
**mistake**
23:24
**model**
7:2
**MONDAY**
1:19 37:5
**monitor**
34:10
**monitored**
34:13
**more**
22:15 27:11 31:13
**Morgan**
2:16 6:3 23:21
**most**
20:17
**move**
22:18,22 30:8
**Mr**
3:5 4:4,11,15 5:9,18 5:24 6:3,5,6,7 8:4,6 9:7,9 10:8,10,18 11:14,18 12:3,6,9 12:11,13,14,18,20 12:22,24 13:6,7,14 13:19,20,21 16:13 16:16 17:7,14,16,24 18:1 19:2,4,9,10,16 19:16 20:9,10,25 21:2,3 22:10,17,20 22:23,23 23:1,1,5,8 23:16,17,21 28:6,9 28:10,13,14,15,18 28:20,23 29:4 30:16 30:20 33:15 34:14 34:15,17,17
**much**
17:2 26:23 28:3 29:7
**my**
5:12 6:1,6 11:25 14:10 18:20 19:17 23:9 24:24 28:21 32:13,13 36:13 38:15
**Myself**
24:17

**N**

**N**
2:9 3:2 4:1
**name**
4:16,20 5:5 11:10 15:15,19,19 16:23 18:6,10 19:4 24:18 36:21
**names**
21:15
**National**
21:25,25
**nature**
6:22
**necessarily**
8:3
**need**
15:16 23:6
**needed**
15:10
**neither**
36:15
**Network**
21:23 22:1
**new**
2:10 29:12,25
**Newer**
29:19
**next**
22:18
**NIMROD**
2:15
**no**
1:3 3:11 4:25 8:5,18 8:21,24 9:1 11:9 13:5 14:19,22,24 15:2,9,17 16:2 22:5 23:1 26:7,12,21 29:17 32:20 33:5,14 34:7
**nor**
36:16
**normal**
23:5
**not**
4:25 5:7 6:25 7:20 8:5,12 9:6,10 10:6 11:22 13:5 16:6,7,7 16:11 22:3,5,24 24:7,7,10,11 25:15 26:2 27:17,18,19 29:13,21 30:7 32:13 34:12 37:7
**Notary**
1:25 36:3,22 38:18
**noted**
38:8
**NOTES**
39:1
**nothing**
34:17 36:10
**notice**
6:12
**now**
4:2,3 6:14 15:17 16:22 17:15 19:7 20:11 23:8 27:4 30:23 31:13 32:14 33:9
**number**
7:7 15:13,23 16:24 17:1 18:3,23,24 21:12 26:11 27:4
**numbered**
3:13 19:24,25 20:6 20:22
**numbering**
20:20

**O**

**O**
4:1
**Object**
8:4 9:7 10:8 11:14 13:6 22:10 30:16
**Objection**
16:13
**objections**
36:12
**OBSERVING**
2:15,15
**obtain**
8:7,15
**obtained**
13:3
**occurred**
29:23
**of**
1:2,6,6,17,25 2:3,8 3:4 4:23 5:2,5,10 6:4,7,12,22 7:23 8:14 9:2 10:5,14 11:24 12:15 13:22 14:11,12 15:7,17,19 16:2 17:3,6 18:9,10 18:11,17,20 19:23 21:7,7 22:3,12,16 22:16 23:4,18 24:5 24:6,15,18,20 25:5 25:8 26:23,24,24,25 26:25 27:7,8,10,11 27:22 29:11,13,15 29:16,19 30:10,13 30:14,21 31:6,22 32:4,5 33:2,4,4,6,10 34:4 36:1,8,12,12 36:13 38:1,5,14
**off**
5:15,19 13:7,9 17:17 17:19,21 18:1 19:9 19:11,13 21:5 23:8 23:11 26:9 28:16,22 28:24 34:20
**offer**
28:16
**offered**
7:1
**often**


MAGNA LEGAL SERVICES

28:2,3 29:23 30:1,2
**oh**
5:1 6:6,21 12:6,22 18:21 32:2,13
**okay**
5:9,25 6:1,3,3,13,20 7:20,23 8:19 9:24 10:2 11:11 12:11,14 13:7,13,14,17,21 14:3,7,10,20 15:8 15:12,18,23 16:21 17:7,16,16,23,25 18:14,17 19:16 20:10,15,19 21:10 22:2,17 23:7,10 24:13,18,23 25:3,7 25:10,14,19 26:3,8 26:16,23 27:13,20 28:1,13,23 29:21 30:21,21 31:11,17 32:8,21,24 33:6,22 34:14
**older**
29:25
**on**
1:6 2:3,8 4:3,23 5:2 5:23 7:23 9:3,18 11:9,9,24 13:13 15:3,14,24 16:9,11 16:14,17,21,23 17:23 18:3,23,23,25 19:15 21:4 22:5,18 22:22 23:15 24:6,9 24:20 25:7,13 26:20 27:14 28:12 29:3,8 29:18,25 30:8 31:25 34:9 36:7,8 37:7
**onboarding**
25:18 29:11,16,21 30:15,18,21,23 31:2 31:4,12,17,18,24 32:1 33:7
**once**
22:21
**one**
13:8 17:8 19:23,24 20:23 22:3 25:19 30:13 31:13
**ones**
21:21
**online**
8:23 11:16
**only**
25:23 33:2
**oops**
32:2
**operated**
14:8
**operations**
7:1 24:5 31:7
**opposing**
12:1 17:17
**opted**
34:8
**opt-in**
15:5
**or**
8:13,15 9:11,15 11:3 11:19 12:7,18 15:6 15:20 17:9 18:2,23 19:25 21:4,19,20 22:8 23:6 24:3,4,10 27:21 28:3 29:21,25 30:24 31:6,13,19 32:1,9 33:12 34:1,5 36:16 37:7 38:7,7
**ordering**
23:4
**other**
15:12 18:15 20:23 21:12,14,14 24:12 24:16,18 26:5
**others**
9:3 28:10
**our**
9:18 15:5,5 24:21 25:5,5 27:17 30:5 31:6 34:13
**out**
18:17,19 22:8 34:7,9
**outbound**
6:23 7:2,13
**outside**
11:23
**over**
9:15
**own**
7:14 14:20

**P**

**P**
4:1
**page**
3:4,11 15:13,24 16:11,14,18,21,23 18:3 27:9,13 36:8 39:2
**pages**
38:4
**Page/Line**
37:9
**PARONICH**
2:3
**part**
20:17 24:14 27:10,16 29:11,16 30:11,21 33:6
**particular**
16:14
**parties**
7:12 9:6,21,24 22:1
**Partner**
22:1
**Partners**
21:24
**party**
36:16
**pass**
33:9
**path**
14:1
**pause**
12:1
**pending**
19:3 36:16
**people**
24:16 34:7
**percent**
26:24,25
**perform**
34:4
**period**
30:12
**periodic**
29:22
**periodically**
34:5
**periods**
31:4
**permissible**
17:13
**permit**
5:13
**person**
34:12
**personal**
11:9,9,11
**personally**
8:7,11,13,15 11:6 24:9,14
**personnel**
7:16
**PERSONS**
1:6
**Pertaining**
30:25 31:6,8 33:11 33:12
**PETERSON**
2:8,9 5:18 8:4 9:7 10:8 11:14 12:3,9 12:18,22 13:6,19 16:13 17:14 19:2,9 20:25 22:10,20 23:1 23:8 28:14,18,23 30:16 34:17
**phone**
16:24 17:1 18:3 21:12
**place**
34:12
**plaintiff**
1:8 2:3 8:19,22,25 10:21,23 11:2,4,12 11:20 14:1 33:16



MAGNA Legal Services

**plaintiffs** 14:4
**plaintiff's** 8:8,15 13:3
**played** 24:19
**please** 4:4,16,19 10:11 11:23 13:1,15 18:21 27:5
**plus** 33:18,19
**point** 16:3 25:24 26:12 27:23 29:19
**policies** 25:16,24 30:1
**portfolio** 7:1
**portion** 10:14 29:19
**post-2026** 31:19
**power** 28:8
**preceding** 29:6
**prepared** 7:4,17 24:1
**preparing** 24:15
**present** 2:14 8:19
**pretty** 30:6
**previously** 21:10
**pre-checked** 22:7
**pre-2026** 29:6
**prior** 25:12 26:18 28:1
**probably** 22:12,15 28:21
**problem** 24:7,7
**procedures** 7:15 23:19 24:2 26:5 33:24 34:1,6,10
**proceed** 4:10
**process** 29:16 30:5
**processes** 9:18 25:5
**procure** 10:6
**procuring** 9:22
**produce** 30:22
**produced** 14:3 15:14 20:21
**propounded** 38:6
**Prosper** 13:4
**provide** 11:24 16:24 23:22 24:1
**provided** 8:20 9:20 11:21 15:10 16:22 23:21 24:12 25:17 31:15
**provides** 11:21
**Public** 1:25 36:4,22 38:18
**pull** 18:19
**purposes** 24:4
**pursuant** 4:23 5:3
**put** 5:10
**P.C** 2:3
**p.m** 1:20 34:21 35:1

**Q**

**question** 8:2,10 9:13,17 10:11 10:23 19:2 21:10 30:25 31:21
**questioning** 19:19 22:24 23:18
**questions** 22:12 23:1 24:6 38:6
**quick** 5:10,16 12:12
**quickly** 28:7

**R**

**R** 4:1
**raise** 4:4
**rather** 9:22 24:15
**RE** 37:2
**reaches** 27:17 32:6
**reaching** 34:7,9
**read** 6:21 7:5,10,18 10:14 16:7 18:17,19,22 20:15,17,23 21:21 22:2 23:2 34:18 38:4
**readable** 16:6
**reading** 17:5 18:10 21:19
**real** 5:10,16 12:12
**really** 10:17 22:11 27:19,23
**realm** 11:24
**reason** 16:12 37:9
**receive** 8:8,15,16 9:19 30:23
**received** 26:18 30:12,13,14,18 33:19
**recess** 5:21 13:11 23:13 29:1
**recognize** 6:9 13:21,24 25:3
**record** 4:3,17 5:15,19,23 10:14,20,25 11:8,13 13:8,9,13 17:17,19 17:21,23 18:1,2 19:9,11,13,15 21:4 21:5,18 23:11,15 27:23 28:16,24 29:3 34:20 36:12
**records** 9:3,5,12,16
**red** 15:12
**reexplain** 28:16
**reference** 17:11
**referenced** 9:17 31:15
**referring** 10:21,22 11:2 26:2 32:12 33:25 34:1
**refers** 12:16
**regarding** 7:15 25:6
**related** 23:18 29:23 30:22 36:15
**relates** 7:2
**relating** 6:23
**relevant** 27:19
**repeat**

10:9,11
**rephrase**
8:11 18:9 26:3
**Reported**
1:23
**reporter**
1:24 4:2,9 5:19,23 10:10,12,15 13:9,13 17:19,23 19:11,15 23:3,7,10,15 28:24 29:3 34:20 36:1,3 36:21,22
**represented**
14:16 16:10 21:6 23:22
**representing**
23:20
**request**
14:4 30:6
**requests**
34:11
**requiring**
7:14
**reserve**
17:15
**response**
14:4 26:10
**rest**
12:15
**result**
30:14
**right**
4:4,11 6:3,14,21 12:11 14:12 19:7,23 23:3,17 25:22,24 26:10 27:3 32:14 33:3 34:14,19
**role**
24:19
**rough**
23:6
**routine**
33:7
**Rule**
4:24 5:3

## S

**S**
3:9 4:1
**said**
10:4 26:12 30:10 31:22
**sales**
24:4,9,17,21 26:19 27:1,23 29:8,24 34:5
**same**
20:20,21 31:12 38:4
**Sample**
21:23
**Samples**
21:23
**say**
8:12 9:19 12:15 26:11,17 27:8 28:4 29:16,17,23
**saying**
23:20 29:13 31:24
**says**
14:14
**scenes**
27:12
**scope**
6:22
**Scored**
14:16
**Scoredit**
14:8,17,20,23 15:1,4 18:7,11 21:13,22
**screen**
5:14,17 6:1 11:25 14:11 19:17 24:24 32:13
**scroll**
6:20 7:7 14:10 15:16 27:5
**scrolling**
6:14
**second**
18:12 19:23 27:9
**section**
6:19 32:5
**see**
5:11 6:1,4,7 7:7 13:16,16 14:12,13 14:14,15 15:14,17 15:24,25 16:4,5,8 16:15 17:4,6 18:18 19:7 20:12 21:15,15 21:17,21,22 28:19 29:13 32:11 33:23
**seeing**
18:8 33:19
**sent**
20:11 21:6
**services**
6:23 7:1
**sessions**
24:15 30:11
**setting**
5:13
**Several**
32:20
**share**
5:17 13:14 24:24
**shared**
25:18 32:11
**sharing**
5:14 11:25 19:17 32:13
**Sheet**
37:1 38:8
**short**
23:18
**should**
12:8 18:25 27:14
**showing**
31:13
**sic**
27:22
**significant**
24:19
**significantly**
32:22
**similar**
31:20
**SIMILARLY**
1:7
**simple**
34:11
**single**
30:13 31:11
**sitting**
7:4,17 10:2 29:14
**SITUATED**
1:7
**slide**
18:23 22:5 25:17,22 26:15 29:19 31:10 31:11,13,14,18 32:9 32:9,11,15,18,25 33:18,20
**small**
14:12
**smoothly**
5:11
**SMYRNA**
2:10
**so**
6:21 8:1 9:2,10 10:2 10:4,19 11:17,23 12:14,25 14:16 15:18 17:25 18:6,9 19:7 20:10 21:10,22 22:2,22,24 23:25 24:1,6,8,13 25:14 25:22 26:3,16,23 27:15,20 28:10,15 29:5,6,13 30:9 32:14,18,21,24 33:3 34:3,8,9
**solely**
34:1
**Solution**
12:25
**Solutions**
1:10 5:2,4,6 7:13 12:16,18 13:2 14:25 15:14,15 16:3,9,11 16:17 18:3,25 22:3 24:2 25:16,23 33:9 33:22 34:4 37:2
**Solutions's**



Case 4:25-cv-00607-BCW Document 51-8 Filed 09/21/26 Page 23 of 27

6:23,25 7:11 23:19
**some**
8:13 17:3,6,15 18:14 18:17 24:18 28:10 32:3 33:2,9 34:4
**someone**
27:17 30:6 34:11
**something**
5:12 13:25 34:11
**sometimes**
33:3
**sorry**
5:1,12,15 6:6,21 10:2 12:1,12,14,20,22,25 13:7 15:23 16:17 17:11,16,25 18:21 19:4,18,25 26:13 27:21 32:13
**sort**
8:14 14:12 17:3,6 18:11 33:10 34:4
**Sounds**
23:10
**source**
22:16
**specific**
33:17
**specifically**
31:3
**spell**
4:19
**spent**
28:4 29:8
**spoken**
33:16
**ST**
2:4
**stage**
15:21
**start**
23:20
**started**
32:22
**state**
1:25 4:16
**stated**
30:6 32:4 36:7
**statement**
25:12
**STATES**
1:1
**status**
32:6
**stemming**
33:25
**stick**
28:21,22
**still**
16:2 31:12
**stipulate**
20:25
**stop**
11:25
**stored**
27:17 32:6
**straightforward**
30:6
**strike**
10:3 12:25
**subject**
6:24
**submitted**
11:16 13:25
**subpoena**
3:12 19:22 20:3
**Subscribed**
38:13
**subsequently**
30:7
**subsidiaries**
21:24
**substance**
38:7
**such**
11:5 30:8
**SUITE**
2:5
**sure**
5:7,11 12:6,6,9 13:19 21:2,2 22:19 28:20 30:9 34:3,6
**swear**
4:3
**sworn**
4:6 36:9 38:13
**system**
5:12 8:14 9:11
**systems**
9:11,14

**T**

**T**
3:9
**take**
22:20 23:5 28:18
**taken**
5:21 13:11 23:13 29:1 30:11 36:6 37:5
**talking**
18:1 19:18
**TCPA**
7:11 24:10,20 25:6 25:24 26:2 33:12
**telecommunications**
33:13
**telemarketing**
6:24 7:3,13 8:8,16 15:20
**telephone**
7:16
**tell**
6:11 11:23 20:24 27:3
**test**
33:10
**testified**
4:7
**testify**
4:22 5:2 6:15 7:5,18 36:9
**testifying**
7:20,23
**testimony**
3:4 11:24 23:21,23 24:1,25 27:20 30:9 34:16
**tests**
34:4
**text**
15:12 18:9 21:11
**than**
9:22 15:12 21:13 24:12,15 26:5
**thank**
4:9,11 12:11 24:7 34:19
**thanks**
23:17
**that'd**
29:17
**that's**
5:7,18 11:17,17 12:4 12:21 15:11 16:8 17:7,14 18:5,21 24:6,8 26:21 27:11 27:18,18,18,19 29:18 34:14
**their**
8:20 11:12 16:18 34:9
**them**
9:19 11:6 21:17,18 21:19,20,21 29:15 29:25 30:13 31:13 31:23
**themselves**
11:13 22:9
**then**
11:5 16:6,17,21,23 19:22 28:17 30:7 33:8
**there**
16:2 17:1,2,10 19:2 25:15,15 26:12 29:5 31:19
**therein**
38:6
**thereof**
36:17
**there's**
20:16 26:1
**these**
9:5,16,24



MAGNA LEGAL SERVICES

9:5,16,24
**they**
9:5,15 13:2 14:23,25 15:3 22:7,8 29:24 29:25 30:7,12,13,23 33:23 34:6,12
**they're**
16:23 34:8,9
**they've**
16:21
**thing**
33:2
**things**
17:10 24:5
**think**
12:7,8 24:3 26:1 27:14 29:17 31:25 32:1,2,4
**thinking**
28:14
**third**
7:12 9:5,21,24 22:1
**third-party**
9:12,16,24 10:5
**this**
5:11,25 6:4,5,7,9 8:16 10:5,20 11:3 11:23 12:17 13:16 13:21,24 14:3,7,17 15:21 16:3,5,6,7,10 16:11,22 17:1,2,8,9 17:9,12,18 18:18 19:23 20:11,12,16 20:19,21 21:6,11,15 22:6,8,16,16 23:4 24:24,25 25:1,1,3,7 25:14,19,22,22,23 25:24 26:3,4,6,9,12 26:13,15,20,24,24 26:25 27:8,13,22 28:6 30:23,24 31:20 32:8,9,18,21,22,25 33:19 36:8 38:13
**those**
6:18 9:11 22:11 33:3
**though**
16:2 20:19 24:13 32:20
**thought**
17:11 28:14,15
**through**
6:14 8:13,13 15:16 27:5,9,10 29:18 30:2 31:22
**time**
4:2 22:20 28:3 29:7 29:10,20 31:4 36:7 36:12
**today**
4:22 5:3 6:16 7:4,17 7:21,24 8:2 10:2 11:25 12:7 17:12 23:4 24:2 27:20 34:15
**together**
29:24
**too**
12:4 27:13 28:15
**took**
24:14
**top**
14:11,13
**topic**
6:21 7:5,7,10,18
**topics**
6:15,18 12:2
**total**
28:3 29:7,10
**train**
24:9
**trained**
29:25
**training**
7:14,16 23:19,23 24:2,4,4,14,15,20 25:17 26:14,17,18 27:1,11,21 28:4 29:8,11,14,15,23 30:11,18,22,23 31:2 31:3,4,5,12,21,24 32:1,16 33:7,18,19 33:23,25
**trainings**
29:22 30:14 31:18
**transcript**
23:4 36:8 37:7
**transcription**
38:5
**transmitted**
11:16
**trouble**
17:5
**true**
36:11
**truth**
36:9,9,10
**try**
14:10
**trying**
24:13
**turn**
28:21
**twice**
30:3
**two**
24:21 28:4 29:6 30:10,10
**type**
24:5
**typed**
36:11
**types**
22:12

**U**

**unchanged**
32:25
**under**
14:8
**understand**
8:10 9:13 11:2 30:25
**understanding**
9:2
**Unified**
21:24
**UNITED**
1:1
**until**
5:17 28:22 32:25
**unverifiable**
30:5
**up**
17:2,12 18:19 19:20 30:4 32:25
**updated**
25:9 31:14
**us**
11:17 23:17,23
**use**
32:21
**used**
32:9

**V**

**v**
1:9 37:2
**vendors**
7:12 9:25
**verbal**
26:13,17,18 27:1,11 27:21 29:14,19 30:24 31:3,5,9,9,12 31:14,18,21,24 32:1 33:18
**verbally**
26:9 27:15
**verified**
11:20
**verify**
10:5
**version**
20:12,21,22 21:7 26:22
**very**
14:11,12,13
**Via**
2:1
**VICKERS**
2:16
**VIDEOCONFER...**
1:17
**visits**
22:6

**W**

**want**
12:3,5,10 17:10 22:21 26:10
**wanted**
12:12,20 19:20 28:7
**was**
4:7 5:21 9:14 10:14 11:16 13:11,25,25 14:3 17:21 19:13,21 20:3,6,20 21:7,11 23:13,23 24:3,12 25:9,12,14,17,18 26:12,13 28:4,14,15 29:1,15 30:10 31:4 31:9,9,11,18,22 32:9,18,25,25 33:16 34:23 36:6,8
**wasn't**
27:10
**way**
12:19 17:18 32:25
**we**
4:2 5:15 7:7 9:18,19 9:20 12:6,15,16 13:7 15:5 17:16,25 17:25 18:1,5 19:9 19:10,15,17 20:10 21:13 22:17,21 23:2 23:6,11 24:24 25:12 27:18 28:7,10,16 29:5,12 30:8 31:22 33:3 34:7,10
**website**
14:7,17,21,23 15:1,4 15:8,14 22:7
**well**
10:24 11:4 18:15 22:1 25:6 30:12 31:14
**went**
17:25 25:7 26:4 29:18 30:2 31:22
**were**
8:19 9:5,16 11:24 17:13,25 18:1,5 19:17 20:10 23:24 24:19 29:25
**WESTERN**
1:2
**We'll**
23:5 34:20
**we're**
19:20 23:15
**what**
6:11 9:20 10:22 11:17,24 13:24 15:11 18:5,21,23 20:16 21:19 22:2 24:12,13 25:3 26:2 26:25 27:3 31:1,17 33:11 34:1
**Whatever**
12:9
**what's**
15:21
**when**
8:11,19 12:15,25 18:10 22:6,7 26:4 27:8,17 32:6,9,18
**where**
18:8 21:11 29:24
**Whereupon**
34:23,25
**whether**
26:18 29:25 33:23
**which**
6:15,18 11:19,21 13:3 15:13 19:21,23 20:11,12,20 21:13 21:14,15 24:5,21 27:9 33:15
**while**
17:17
**who**
10:20,25 11:7,7 23:21 33:16
**whole**
27:8 36:9
**why**
24:6
**will**
4:3 17:15 19:24,25 23:2,3,8,11 28:13 34:18
**with**
8:25 10:22 13:15 15:9 19:17,19 22:17 22:23 23:9,10 25:1 26:17,21 29:12 31:13,21 33:16 34:6
**without**
6:13 20:23
**witness**
2:16,16 4:3,8 8:5,22 9:8 10:9,17 11:15 12:23 13:5,18 16:14 22:11,18 30:17 34:19,23
**won't**
5:17 26:11
**words**
16:11
**Worrell**
1:18 3:4 4:4,6,18 6:5 6:6,7 12:14 13:21 18:1 19:16 20:10 22:24 23:2,17 34:15 34:18 37:4 38:3,11
**would**
14:17 16:12 17:12 22:12,15 23:22 25:19 26:19,25 27:15,22 29:8,14,23 30:4,13,14,17,24 31:19,25 32:2,2,4 32:21 33:17,19 34:10,11,13
**wouldn't**
15:7 25:11
**written**
25:15,24 26:5,7,13 32:15
**W-O-R-R-E-L-L**
4:21

**X**

**X**
3:2,9

**Y**

**yeah**
5:19 10:10 12:7,18 12:20 16:6 17:7,14 18:21 21:2 22:20,23 24:3 25:21 28:9,20 30:9 32:17
**year**
30:3
**years**
28:5 29:6 32:20
**yes**
4:8 5:8 6:2,8,10,17 7:6,9,19,25 9:4,8,23 10:1,12 11:10 12:23 13:18,23 14:6,15 15:11,21 16:1,20,25 18:5,13,16 19:10 20:14,18 21:9,17 24:11,11,17 25:2 26:9,15,15 27:7,15 27:25 32:23 33:21 34:13
**your**
4:4,16,19 9:2,6,10,14 9:22 10:6 11:23 14:20 20:11 21:5 22:20 24:5,25 26:10 27:20 30:9 34:15
**yourself**
8:7
**you're**
7:23 10:22 16:7 18:10 22:21 27:3 29:13
**you've**
6:15

**Z**

**ZIP**
15:18
**zoom**
2:1 16:5

**0**

**0014**
18:3,25
**0022**
25:23
**009**
3:13 19:24 20:6
**02043**
2:5
**04**
3:5 38:4
**08/24/2026**
36:23

**1**

**1**
6:19,21 25:25 26:4 26:18 27:2,21 28:1 36:8
**1st**
25:8
**10:07**
1:20 4:2
**10:48**
23:11
**12**
15:23,24
**13**
16:18
**14**
16:21,23

**2**

**20**
3:12,13 25:25 38:14
**2024**
28:5 29:6,22 30:1
**2025**
27:22 28:5 29:7,22 30:1 33:20
**2026**
1:19 25:8,25 26:4,19 27:2 28:1 31:4,11 32:25 33:8 37:5
**21**
3:13 19:24 20:6 25:25
**24**
1:19 37:5
**2400**
2:5
**25-cv-607-BCW**
1:3
**2650**
2:9

**3**

**3:47**
1:20 34:20 35:1
**30(b)(6)**
4:24 5:3
**32168**
2:10
**35**
38:4
**350**
2:4
**386**
2:10

**4**

**4**
6:19 7:7 27:4,9,10
**428-2464**
2:10
**485-0018**
2:6

**6**

**6**
18:23 27:10
**617**
2:6

**7**

**7**
27:9,10,16,23 31:23

**9**

**9**
26:11



MAGNA LEGAL SERVICES