IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

WESTERN DIVISION

JEFFERY BLUBAGH, individually,
And on behalf of a class of all
Persons and entities similarly situated,
Plaintiff,

Vs. CASE NO: 4:25-cv-00607-BCW

HEALTHCARE SOLUTIONS INSURANCE
AGENCY, LLC,
Defendant.

---

DEPOSITION OF

JEFFERY BLUBAUGH

---

VOLUME 1. (PAGES 1-115)

Monday, August 31, 2026

10:26 a.m. - 2:53 p.m.

ZOOM VIDEOCONFERENCE

Reported by:

Megan Haase, CCR, CCR No. 1569

APPEARANCES:

*****

On behalf of the Plaintiff:
Mr. Dana Oliver
Oliver Law Center, Inc
9681 Business Center Dr
Rancho Cucamonga, California, 91730

On behalf of the Defendant:
Mr. James Peterson
Peterson Legal P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida, 33334

Also present: Joe Vicari - Videographer
Brad Morgan - Observer
Jake Wornell - Observer
Megan Haase, CCR, CCR No. 1569



INDEX

*****


| | Page |
|---|---|
| Examination by Mr. James Peterson | 4. |


EXHIBITS

*****

DEFENDANT'S EXHIBITS


| | Page |
|---|---|
| Defendant's Exhibit A | 54 |
| Defendant's Exhibit B | 70 |
| Defendant's Exhibit C | 74 |
| Defendant's Exhibit D | 79 |
| Defendant's Exhibit E | 86 |
| Defendant's Exhibit F | 88 |
| Defendant's Exhibit G | 92 |




(BEGAN AT 10:26 A.M.)
THE VIDEOGRAPHER: We are now on the record and the time is 10:26 a.m. central time. This is the video deposition of Jeffery Blubaugh in the matter of Jeffery Blubaugh et al, vs. Healthcare Solutions Insurance Agency, LLC. This deposition is being held remotely by a Zoom meeting on Monday, August 31, 2026. The videographer is Joe Vicari. The court reporter is Megan Haase. Now at this time will counsel appearing remotely please identify yourselves for the record and who you represent beginning with the noticing attorney.
MR. JAMES PETERSON: James Peterson on behalf of the defendant.
MR. DANA OLIVER: Dana Oliver on behalf of the plaintiff.
THE VIDEOGRAPHER: Thank you very much counsel, will you please swear in the witness?
JEFFERY BLUBAUGH,
having first been called by the Defendant, was duly sworn, examined, and testified as follows:
DIRECT EXAMINATION
BY MR. JAMES PETERSON:
**Q. Good morning Mr. Blubaugh, my name is James Peterson. I represent Healthcare Solutions in this action. How are you today?**



A. Good.
**Q. First, before we start any substantive questions I may have, I'd like to go over some rules of the deposition so that we can agree to them and hopefully create a smoother process. Is that okay?**
A. Yes, it is.
**Q. So first of all, you'll see that Megan Haase is -- well, you may not see it, but she is taking down your words to transcribe them onto paper. Do you understand that?**
A. Yes.
**Q. So for that reason, we need to answer audibly. We need to answer with yes's and no's and words, so shakes of the head, nodding. Or even vaguely verbal grunts or mhm's aren't going to suffice. Do you understand?**
A. Yes, I do.
**Q. Okay. If you need a break at any time, please let me know. I do not need to know why, but you can take a break at any point. The only time I cannot grant a break is if I have asked a question that you've not yet answered. Do you understand?**
A. Yes, I do.
**Q. Otherwise, we can take a break for any reason. We are going to go through the lunch hour, depending on**

how long we think the deposition may go, we can talk about taking a lunch break. I don't know that that will be necessary, but we can always talk about it and see, because certainly I am not trying to keep anybody hungry or hostage while I ask questions, okay?
A. Okay.
Q. Are you currently under the effects of alcohol?
A. No.
Q. Are you currently under the effects of any mind altering drugs?
A. No.
Q. Are you taking any medication that would affect your ability to recall events or testify accurately today?
A. No.
Q. We are conducting this deposition over a Zoom meeting. Meaning there's a lot of technology involved. For that reason, and really any other reason, if you don't understand a question that I've asked you, please let me know, okay?
A. Okay.
Q. If you don't hear it for any reason, just let me know and I'll repeat it, okay?
A. Okay.
Q. If you have any technological issue, a power



outage or something, we'll make sure that we get everything on the record and I'll repeat any question I have, okay?
A. Okay.
Q. If you answer a question that I have, I will assume that you understood the question, is that fair?
A. Yes.
Q. I ask that you wait until I finish the question before you answer. It's very easy to get conversational on these things, but what we need to do is work our best towards a clear transcript. So please let me finish the question before you begin answering, do you understand?
A. Yes.
Q. Likewise, I will make sure to do my best to let you finish a complete answer before I ask the next question, okay?
A. Okay.
Q. What is your date of birth?
A. September 15th, 1957.
Q. And how old are you today?
A. 68.
Q. Could you state your full legal name for the record?
A. Jeffrey Ray Blubaugh.
Q. And could you spell your entire name, please.



For clarity.
A. J-E-F-F-E-R-Y, Jeffery, and then Ray is, R-A-Y, and last name Blubaugh is, B-L-U-B-A-U-G-H.
Q. Mr. Blubaugh, where do you live?
A. I live in Independence, Missouri.
Q. And yes, what is your address?
A. 9601 E. US Highway 40, Lot 21, Independence, Missouri 64055.
Q. And how long have you lived there?
A. Approximately, like six years.
Q. Do you recall the date you moved to that address?
A. No.
Q. So around 2020, is that when you moved in?
A. Yes, I believe so.
Q. And where were you before that?
A. In Lee's Summit, Missouri.
Q. For how long were you there?
A. About two years.
Q. Where were you born?
A. Waukesha, Minnesota.
Q. Are you currently employed?
A. No.
Q. What was the last employment that you had?
A. About five years ago or more. With a construction company.



Q. What was your position there?
A. Project manager.
Q. Are you retired?
A. Yes.
Q. So you are no longer seeking employment anywhere?
A. No.
Q. What is your -- do you have a telephone number?
A. Yes.
Q. And what is that number?
A. (641) 347-2682.
Q. Is that a cellular phone number?
A. Yes.
Q. Do you have any other phone numbers?
A. No.
Q. Who is your carrier for that phone number?
A. Metro PCS.
Q. And how long have you had that carrier?
A. I would say 2 to 3 years. Probably longer than two years, probably three years.
Q. And how long have you had that phone number?
A. Three years, probably.
Q. Did you have a phone number before that?
A. Yes.
Q. And what was that phone number?
A. Honestly, I couldn't tell you.

**Q. Why did you switch phone numbers?**
A. Because of all of the calls.
**Q. All of what calls, could you clarify?**
A. From telemarketers.
**Q. Did changing phone numbers reduce those calls?**
A. For a little bit.
**Q. For how long would you say they reduced the number?**
A. Month or two.
**Q. What area code is 641?**
A. Iowa.
**Q. Did you live in Iowa at any point?**
A. Yes.
**Q. When was that?**
A. I was raised there, and I moved out in 1986.
**Q. So how long have you had -- when did you move to Missouri?**
A. 1987. '97, I'm sorry. '97.
**Q. Have you ever had a Missouri area code?**
A. Yes. Until I changed my number last time.
**Q. So before this current number, you had a Missouri phone number?**
A. Yes.
**Q. And where did you obtain the Iowa number? Where were you when you obtained that?**



A. In Missouri. I did that to help stop the calls.
**Q. What was the process to obtain an Iowa area code from Missouri?**
A. Just through the carrier. I told them that's where I wanted my area code.
**Q. Did you have to provide any proof of residency or anything?**
A. No.
**Q. And that was at Metro PCS?**
A. Actually, it was at Walmart I started, and then I transferred my number onto Metro PCS when I changed carriers.
**Q. So who gave you an Iowa area code number?**
A. I think it was TracFone.
**Q. And what is TracFone?**
A. The phone carrier that you get at Walmart.
**Q. So this 641 number, just to make sure I'm understanding, and if at any time I say something that is incorrect, please let me know, okay?**
A. Okay.
**Q. So the 641 number started with TracFone and then you changed to Metro PCS?**
A. Yes.
**Q. Do you know when that change occurred?**
A. Not off the top of my head.



**Q. Is this phone number listed on the national do not call Registry?**
A. Yes.
**Q. And when did that occur?**
A. I did that, I believe in 2024, about the middle of the year.
**Q. Did you do that yourself?**
A. Yes.
**Q. How did you find out about the national do not call Registry?**
A. Online somehow.
**Q. Do you own a computer?**
A. I own a laptop.
**Q. What kind of laptop?**
A. Dell.
**Q. How long have you owned it?**
A. A couple of years.
**Q. Did you have a laptop before that one?**
A. I've had several.
**Q. When you got the new Dell, was it new or used?**
A. New.
**Q. When you got the new Dell, what happened to your old computer?**
A. It was just turned to trash.
**Q. Did you throw it away?**



A. I really don't recall what I did with it.
**Q. Do you have internet at your house?**
A. Yes.
**Q. Who is that through?**
A. At the moment it is through AT&T.
**Q. Okay. How long has that been true?**
A. Probably 4 months.
**Q. Who was it before then?**
A. Spectrum.
**Q. And how long had you been with Spectrum?**
A. Couple of years.
**Q. Do you recall the start date with Spectrum?**
A. Not really.
**Q. Who did you have before Spectrum?**
A. I couldn't tell you.
**Q. Did you have internet before Spectrum?**
A. Yes.
**Q. And I am still talking always at your house, correct?**
A. Yes.
**Q. Other than -- what kind of cell phone do you have?**
A. I have -- what the heck is it -- can I look at it and see what kind -- it's a.
MR. DANA OLIVER: This is all according to

your recollection. Let's do it that way.
THE WITNESS: It's a -- let me think a second here. I kind of have brain fog right now with that. It's -- I just can't recall right now.
BY MR. JAMES PETERSON:
**Q. Okay. Is it a smart phone?**
A. Yes.
**Q. Meaning you can access the internet on it?**
A. Yes.
**Q. It has apps -- you use various apps on it?**
A. Yes.
**Q. Did you use it to access the internet?**
A. Occasionally.
**Q. What for?**
A. If I want to look something up.
**Q. Like, Google?**
A. Yes.
**Q. That particular phone, how long have you had it?**
A. I would say a year at the end of this year. I would say 7 or 8 months.
**Q. Okay. What was the phone before that?**
A. They are both Galaxy's. I had Galaxy's, that's what it was.
**Q. Is that Samsung?**
A. Yes.



**Q. Do you recall the model or version numbers?**
A. No.
**Q. And you had -- before the new one, you had a Samsung Galaxy before that?**
A. Yes.
**Q. And how long did you have that?**
A. Probably a year or so.
**Q. And what did you have before that one?**
A. I couldn't tell you.
**Q. Was it also a Galaxy?**
A. When you get rid of something, you kind of don't hang onto the thoughts on it, ya know.
**Q. Was it also a Galaxy?**
A. Possibly.
**Q. But you don't recall for sure?**
A. No.
**Q. You'll find, and just for clarity and maybe to help with my questions, you'll find that I'm most interested in 2024 and 2025. That's why I'm asking, okay?**
A. Okay.
**Q. Do you recall which of these phones you had in 2024?**
A. Possibly my previous phone.
**Q. The one that you can't recall?**



A. Yes, a little bit.
**Q. What about July 2025, do you recall which phone you had then?**
A. I would of had my last one.
**Q. The prior Galaxy?**
A. Yes.
**Q. And to be more specific about 2024, in September 2024, do you recall which phone you had?**
A. I believe I would've had my last phone.
**Q. The Galaxy?**
A. Yes.
**Q. Do you have any receipts or anything that would show you when you changed phones?**
A. No.
**Q. Where did you purchase your current phone?**
A. Metro PCS, I believe. Yes.
**Q. And where did you purchase the Galaxy before that?**
A. I believe at Walmart.
**Q. And what was the payment method you used to purchase that phone?**
A. Cash.
**Q. And what about your current phone. What payment method did you use?**
A. Cash.



**Q. Other than your laptop and your phone -- and let's just talk about present day for right now -- do you have any other internet capable devices at your residence?**
A. No, I don't believe so.
**Q. What about in July of 2025, how many internet capable devices would you have had at your residence?**
A. July of '25, last year, possibly just those two and maybe I had a notebook.
**Q. And let's clarify. What do you mean by notebook?**
A. A tablet.
**Q. What brand?**
A. Let's see here, what kind was it. It was possibly one that I got at Metro PCS, I believe. It was when I opened up a new service, or sometime in there.
**Q. And how did you have that tablet?**
A. 6 or 8 months, maybe.
**Q. And what happened to it?**
A. It just got real slow and that, and I believe I erased it and gave it to a friend.
**Q. Other than -- your Dell Laptop, you would have had in July 2025, right? Your current laptop?**
A. Yes, I believe so.
**Q. So other than the Dell, your phone, and a tablet, did you have any other internet capable devices in July**

of 2025?
A. I don't believe so.
Q. So let's go to September 2024. What laptop capable devices did you have -- did you own, at that point?
A. September of 2024, you said?
Q. Yes. I may have misspoke. What internet capable devices did you own at that point?
A. September of '24. That's two years ago. I had a phone and maybe my other laptop that got trashed.
Q. And then nothing else?
A. No, I don't believe so.
Q. Do you live with anybody?
A. No.
Q. Are you married?
A. No.
Q. Do you have any children that come over to your house and use the Internet?
A. No.
Q. Do you have any grandchildren that come over to your house and use the internet.
A. No.
Q. Do you have any children at all?
A. Yes.
Q. And what are their ages?



A. 29 and 31.
Q. And what are their names?
A. Michelle and Megan.
Q. Which one is Michelle?
A. The oldest.
Q. And what is her last name?
A. Blubaugh.
Q. And what is Megan's last name?
A. Blubaugh.
Q. And do you have any grandchildren?
A. No.
Q. Do you consider yourself knowledgeable about how to navigate the internet?
A. Somewhat.
Q. Do Michelle and Megan ever assist you in any internet-related tasks?
A. No.
Q. Do you currently have health insurance?
A. Yes.
Q. What kind?
A. I have Medicaid, Medicare, and I have my advantage plan with United Healthcare.
Q. And how long have you had Medicare?
A. Since I was -- oh, Medicare I just got it when I turned 66.



Q. Do you recall, was that exactly on your birthday or some other date?
A. It was another date. I had to be 66 and 4 months or something like that.
Q. Do you have documentation showing that's when you began with Medicare?
A. Maybe an e-mail or something.
Q. What is your e-mail address?
A. Jrblubaugh@gmail.com.
Q. How long have you had that e-mail address?
A. A long time.
Q. More than five years?
A. At least.
Q. Did you have it while you were still in the working force?
A. Yes.
Q. Is that your primary e-mail address?
A. Yes.
Q. Do you have any other e-mail addresses?
A. I just started one here about a month ago.
Q. And what is that e-mail address?
A. Mavrikware@gmail.com.
Q. Was that like maverick wear?
A. Yes.
Q. Do you use either of these e-mail addresses in



any sort of professional capacity?
A. No.
Q. Do you have any other e-mail addresses?
A. No.
Q. And how long have you had maverick wear?
A. Possibly a month or a little more.
Q. So in September 2024, would jrbluebaugh have been your only e-mail address?
A. Yes.
Q. And what about in July 2025, would that have been your only e-mail address?
A. Yes.
Q. How long have you had Medicaid?
A. Since probably -- I would have to set here and run through my figures -- I filed for early retirement at 62, or little after 62. I can't tell you when it was, but I filed then, and then I got on through Medicaid.
Q. Are you familiar with the requirements to qualify for Medicare?
A. For Medicare?
Q. Yeah, Medicare.
A. I think you have to be retirement age.
Q. Do you know what that age is?
A. Mine was 66 and a few months, like 4 months, if I

remember right.
**Q. How did you obtain Medicare?**
A. It just came to me.
**Q. What do you mean by that?**
A. I was old enough to receive and I believe they started taking money out of my check.
**Q. And what check would that be?**
A. My Social Security check.
**Q. So your Social Security check would show how long you been receiving Medicare?**
A. Possibly, but Medicaid took over my Medicare payment.
**Q. When did that happen?**
A. 3 or 4 months afterwards. After I paid for it. I paid like three or four times maybe and I got that money returned to me.
**Q. So if I'm doing my math right, you would have started receiving Medicare around 2024, is that right?**
A. Let me see, we're saying Medicare. Yeah.
**Q. Do you ever do any online shopping?**
A. A little bit.
**Q. When you're shopping online, would that be through your laptop?**
A. Possibly.
**Q. What other devices might you use?**



A. My phone.
**Q. So you might use either to shop online?**
A. Yes.
**Q. Do you know what your Part A, Medicare Part A effective date is?**
A. Not of the top of my head.
**Q. If you had to find that out, where would you look?**
A. I would probably go to that website.
**Q. What website would that be?**
A. I would punch in Medicare on my search.
**Q. Is this a website that you visited before?**
A. I'm sure I have been there.
**Q. Can you describe this website a little bit more? For example, is it a government website?**
A. Yes.
**Q. And do you have an account with that website?**
A. I probably do if I'm using that service.
**Q. You have a username and password?**
A. It's probably stored in my laptop and phone.
**Q. Like an auto population type thing?**
A. Password manager.
**Q. Do you have Medicare Part B?**
A. Yes.
**Q. And what was the effective date?**



A. I couldn't tell you. Probably the same day as I got Medicare.
**Q. And again, where would you go to find out that information, if you had to?**
A. I would punch up Medicare on Google.
**Q. Were you provided any sort of physical Medicare card?**
A. See here, possibly. I have a couple of cards. I just use -- possibly.
**Q. When you say you have a couple cards, what are you referring to?**
A. My United Healthcare card and my -- it's either Medicare or Medicaid.
**Q. You still actually have those cards and know where they're at?**
A. I could find them.
**Q. So if I requested them through your attorney, he would be able to provide them?**
A. You're going to request them -- oh, through my attorney, yes.
**Q. Mr. Blubaugh, I just want to run through some general background information. Do you have a high school diploma?**
A. Yes.
**Q. And where is that from?**



A. Creston, Iowa.
**Q. You said Preston?**
A. Creston with a C.
**Q. Okay. Creston, Iowa. Just Creston High School?**
A. Yes.
**Q. What year was that diploma?**
A. 1975.
**Q. Do you have any post high school education?**
A. Yes.
**Q. What education is that? Where was that?**
A. I went to a Carpenters Apprenticeship Program. I graduated from Vatterott in HVAC class. And I took a college tennis class.
**Q. Did those classes confer any sort of diplomas or certifications or licenses?**
A. Yes. In my apprenticeship program I became a Journeymen Carpenter in the union. With my HVAC call, I am HVAC certified. And tennis, I had some type of a paper. That was a long time ago.
**Q. Anything else other than that in terms of either college lever or post high school education?**
A. No.
**Q. You mentioned you were a project manager at the time you retired, is that correct?**
A. Yes.

**Q. And who were you a project manager for?**
A. Interior Specialists.
**Q. How long had you been there?**
A. Ten years or more.
**Q. Where were they located?**
A. In Kansas.
**Q. Where specifically?**
A. What was the town -- I know it was in Kansas. In the Kansas City area. It's a little sub town, like, possibly Lee Wood.
MR. JAMES PETERSON: I actually need to take a quick five-minute break. I need to get some more water. My mouth is getting dry. We can just make it 12:15, is that okay with everybody?
MR. DANA OLIVER: 12:15, so 9 minutes. Okay. 12:15.
MR. JAMES PETERSON: Yeah. 11:15 Central. I realize you're in Central Time, Mr. Blubaugh.
THE VIDEOGRAPHER: Okay, counsel, I heard that. We're going off the video record. The time is 11:06 a.m.
(Off the record at 11:06 a.m. for a short break.)
(Back on the record at 11:49 a.m.)
THE VIDEOGRAPHER: We are back on the video



record. The time is 11:49 a.m.
BY MR. JAMES PETERSON:
**Q. Mr. Blubaugh, after the long break, now that we're back on the record, do you understand that you're still under oath?**
A. Yes.
**Q. You mentioned that you have an advantage plan with United currently, is that correct?**
A. Yes.
**Q. Can you clarify who United is?**
A. United Healthcare. It's an advantage plan insurance.
**Q. And how long have you had that plan?**
A. I would say a couple of years anyway, at least.
**Q. How did you find that plan?**
A. Apparently, maybe through a Robocaller. Can I say something here?
MR. DANA OLIVER: Hold on a moment. I don't want you saying something that I don't know what's coming out of your mouth. So if you need to talk to me for a moment we can take a short break. I don't know what it is, James's but I think it's better for me to know what it is before it's said on the record.
THE WITNESS: Okay. Just take a second.
MR. DANA OLIVER: Before we do that, is this



pertaining to something -- let's just take two minutes.
THE WITNESS: I can't --
MR. DANA OLIVER: I don't want to talk about it. Just hold on a second.
MR. JAMES PETERSON: Certainly I object to any coaching that may occur on this conversation.
MR. DANA OLIVER: Well, you can see what just happened and I don't know what's going on, so I just need to know since he's asking to tell something and I don't know what it is. Mr. Blubaugh, I'm going to call you real quickly. Turn off your audio and turn off your video.
MR. JAMES PETERSON: We'll go off the record.
THE VIDEOGRAPHER: All right Counsel, I heard you both agree. We're going off the video record. The time is 11:51 a.m.)
(Off the record for a short break at 11:51 a.m.)
(Back on the record at 11:54 a.m.)
THE VIDEOGRAPHER: We're back on the video record. The time is 11:54 a.m.)
BY MR. JAMES PETERSON:
**Q. Mr. Blubaugh, did you just have a -- I'm not asking what you discussed, but did you just have a**



**telephone conversation with your attorney?**
A. Yes.
**Q. Prior to that short break, you had said that you wanted to mention something. What was that something?**
A. Okay. Apparently I assume no one here has been retired but me, and I just wanted to say that I know you have a lot of questions, but I just wanted to state that robocalls, they should be outlawed. I had over 80 calls in one day. And even though I'm on the do not call register from the 1st of August through the 20th, I had over 60 of these calls. I changed my number to an out of state number and all of those calls are just from the 641 area code and none of them are from there. These guys really run you through hell. I just wanted to state that. It might save some questions or it might bring more on. I don't know, but that's what I've went through. I just wanted to say that so you guys could know what it's like on this end.
**Q. Okay. Thank you, Mr. Blubaugh. Of those calls you received, how many of them were from my client, Healthcare Solutions?**
A. I couldn't tell you, because they only use one number most of the time, but they'll call you from ten different numbers, maybe just one number off. A digit or something.

**Q. Who is they?**
A. I haven't answered them in quite a while.
**Q. Who is they that you're referring to?**
A. The robocalls.
**Q. Okay so you're -- just to clarify -- you're not referring to any one company or person right now?**
A. No.
**Q. Okay. You mentioned that you had potentially been put in touch with United and your current plan possibly through a robocall?**
A. Yes.
**Q. How do you define a Robocall?**
A. When you answer it there's a break and then some noise and then somebody comes on. Sometimes it's a robot.
**Q. But in your definition it's not always a robot?**
A. No.
**Q. So your definition, it sounds like depends more on the break than any sort of pre-recorded message, is that fair to say?**
MR. DANA OLIVER: Objection to the form of the question. If you understand the questions, you can answer it.
THE WITNESS: I can't see what it was. Can you run that by me again?



BY MR. JAMES PETERSON:
**Q. Sure. Sure. I'm just trying to understand what your definition of a Robocall is. You had told me -- and tell me again if I'm misstating anything -- that a Robocall under your definition does not necessarily result in a robot voice, is that correct?**
A. Correct. There is always a break. When you have to say hello to make sure somebody is on there, then you can tell that it just clicked on.
**Q. So your definition of a Robocall depends more on the break than any robot voice, is that correct?**
MR. DANA OLIVER: I'm going to object to the form of the question, but if you understand you can answer.
THE WITNESS: It's hard to say.
BY MR. JAMES PETERSON:
**Q. Did Healthcare Solutions ever make any of these Robocalls to you?**
A. I couldn't tell you.
**Q. And why is that?**
MR. JAMES PETERSON: Hold on. Mr. Blubaugh, sorry. I object to the form of the question, but if you still remember the question you can answer if you know the answer.
THE WITNESS: Yes they did. I



misunderstood. I thought you were talking about my insurance company.
BY MR. JAMES PETERSON:
**Q. So just to clarify, your saying the defendant in this action, Healthcare Solutions made Robocalls to you?**
A. Yes.
**Q. Do you remember when?**
A. Not off the top of my head.
**Q. Did you speak with your attorneys in preparation for this deposition? And I'm not asking the content of that discussion, I am just simply asking, did you speak with any of your attorneys in preparation for today's deposition?**
A. I have spoke to several of my attorneys. Yes I have.
**Q. Okay. Which attorney's did you speak with?**
A. I've spoken with Anthony and Dana and -- I'm trying to think of her name that works for Heidarpour, their secretary.
**Q. By Anthony, are you referencing Anthony Paronich?**
A. Yes.
**Q. And by Dana are you talking about Dana Oliver?**
A. Yes.
**Q. Okay. Again, I'm not asking about any of the contents of these discussions, but when did you speak**



**with Anthony Paronich?**
A. I would say a month ago or so.
**Q. And when did you speak with Dana Oliver?**
A. Towards the end of this week, when he was telling me about this coming up.
**Q. Okay. So today is Monday, would you actually mean the end of last week?**
A. Yes.
**Q. And when did you speak with the secretary?**
A. Last week some time. She reminded me that we had this coming up.
**Q. Is Andrew Heidarpour one of your attorney's related to this action?**
A. Yes.
**Q. How long has he been your attorney?**
A. Since this case started.
**Q. Do you recall when this case started?**
A. I believe last year sometime.
**Q. The complaint was filed on August 1, 2025. Does that sound about right to you?**
A. Yes.
THE WITNESS: Can I turn my phone off real quick?
MR. JAMES PETERSON: Certainly.
///

BY MR. JAMES PETERSON:
**Q. When was your first contact with Andrew Heidarpour or his firm?**
A. Possibly the year before.
**Q. So in 2024?**
A. Yes.
**Q. What month?**
A. Possibly mid summer to late summer or so.
**Q. Had you met Mr. Oliver prior to meeting or being in contact with Andrew Heidarpour?**
A. No.
**Q. Had you met Anthony Paronich prior to being in contact with Andrew Heidarpour?**
A. No.
**Q. How did you find Mr. Heidarpour?**
A. I believe I answered an ad on calls like this.
**Q. Where was that ad?**
A. Where was the ad? I came across it online somewhere.
**Q. You don't recall where?**
A. No.
**Q. Do you have a Facebook account?**
A. Yes.
**Q. And what is the name that your Facebook account is under?**



A. Mine?
**Q. Your full name?**
A. Yes.
**Q. Did you see an ad from Mr. Heidarpour on Facebook?**
A. I couldn't tell you.
**Q. And how did you first contact him?**
A. By text. I contacted his secretary.
**Q. So again, tell me if I'm wrong, I don't want to put words in your mouth, but the ad had a phone number you could send a text message to, is that what you're saying?**
A. Yes.
**Q. Have you ever spoken with Andrew Heidarpour directly?**
A. Possibly when we first started, but if so, only once.
**Q. Were you involved in the decision at all to hire Mr. Oliver to represent you?**
MR. DANA OLIVER: Objection to the form of the question. If you can answer that without referring to any communications between you and counsel, that's fine, but if you have to refer to knowledge obtained through communication with counsel or the Heidarpour firm, then you (inaudible) answer.



THE WITNESS: I would assume not answer.
MR. JAMES PETERSON: Dana, are you invoking a privilege there?
MR. DANA OLIVER: In as far as it requires him to answer using information obtained through communications with the firm, yes.
BY MR. JAMES PETERSON:
**Q. Mr. Blubaugh, you -- independently of Heidarpour Law Firm, did you ever see an ad or respond to an ad for Mr. Oliver's services as an attorney?**
A. No.
**Q. Independently of Heidarpour law firm, did you ever see an ad or respond to an ad to retain the services of Anthony Paronich as your attorney?**
A. No.
**Q. Have you ever been deposed before?**
A. Have I ever been deposed -- I don't even know what that is.
**Q. Let me speak more clearly. We are in a deposition right now, where I am asking you questions under oath, and I am wondering if this as ever occurred to you before. Have you ever been deposed before today?**
A. Not that I can recall.
**Q. Do you ever recall having a court reporter take down your words under oath before?**



A. Not online, no.
**Q. Has that happened in person at any point?**
A. Maybe in a court.
**Q. When would that have been?**
A. Probably ten years ago, maybe, or so. I don't know. It's been a long time.
**Q. What I'm really getting at is, was that in a similar action where you were claiming violations of the telephone consumer protection act?**
A. No.
**Q. Have you filed other law suits claiming violation of the telephone consumer protection act?**
A. Yes.
**Q. How many other lawsuits?**
A. I believe four altogether.
**Q. Including this one?**
A. Yes.
**Q. Are you aware of the status of the other three?**
A. I was paid some money on two of them, and one is on hold.
**Q. Do you know why the one is on hold?**
A. Just a judge to make a decision.
**Q. Okay. Who were your attorneys in those other three cases?**
A. Same.

**Q. When you say same, are you talking about Heidarpour firm?**
A. Yes.
**Q. Are you also talking about Mr. Oliver?**
A. No.
**Q. Are you also talking about Mr. Paronich?**
A. Yes.
**Q. Did you have health insurance through your employer prior to retirement?**
A. No.
**Q. When you retired did you immediately seek to purchase health insurance?**
A. No. I got on Medicaid.
**Q. At what point did you decide you wanted to seek the United Insurance?**
A. Several years. A couple years, anyway.
**Q. If we wanted to know -- go ahead sir.**
A. When you're retired you don't pay much attention to dates back. That's why I'm a little foggy on my dates.
**Q. Okay. Understood. And that's why I'll try to be specific when I can. If we wanted to determine the exact date that you became covered by United, how would we do that?**
A. I would contact them.



**Q. Did they provide you any documentation confirmation that you had coverage?**
A. Well, they had to.
**Q. Do you recall if you received anything by US mail?**
A. I don't recall. I do now, somewhat on expenses. I'm sure it's probably e-mail or something.
**Q. Do you have any sort of filing system at your residence where you keep, you know, the information on your healthcare coverage insurance?**
A. I have files, but most of them I read and just toss.
**Q. Is United the first plan you had other than Medicaid after retirement?**
A. No. I believe I had Aetna.
**Q. And what period of time did you have Aetna?**
A. I believe that is what I started with, then I went to UnitedHealthcare.
**Q. When would you have started Aetna?**
A. I couldn't really tell you. Whenever they came up with advantage plan probably, and I couldn't tell you when that was.
**Q. Well, let's try to use your retirement as a guidepost. Did you have Aetna before you retired?**
A. No, afterwards.



**Q. How did you find Aetna?**
A. I don't know. I couldn't tell you. That was four years ago, or so. 4 or 5 years ago, probably. I'm 68, it would be 6 years ago, probably.
**Q. Do you recall using an insurance agent to purchase Aetna coverage?**
A. No.
**Q. Let me ask a better question, did you use an insurance agent to purchase Aetna coverage?**
A. I had to.
**Q. Okay. Who was that agent?**
A. I have no idea.
**Q. How did you find that agent?**
A. I don't know. It was given to me, apparently.
**Q. By who?**
A. I don't know.
**Q. Did you have Aetna at the time you were contacted to change to United?**
A. Yes. I went from Aetna to United.
**Q. And did someone assist you with that change?**
A. Apparently. I didn't look for it on my own.
**Q. Was it an insurance agent?**
A. I couldn't tell you.
**Q. Was that because you don't remember?**
A. Well, I didn't necessarily pay attention.



**Q. So does that mean you don't remember?**
A. Correct.
**Q. Have you ever requested assistance with health insurance through online submissions?**
A. Run that by me again.
**Q. Sure, no problem. Have you ever requested assistance shopping for health insurance coverage by using online submission forms?**
A. No, not that I recall.
**Q. Have you ever requested that a Medicare company assist you with the Medicare plans by submitting an online form?**
A. No, I can't recall doing it. Everything is paid for with my insurance, so what's the use of going out and looking for something else.
**Q. And when you say everything is paid for, who pays for it?**
A. Medicaid or Medicare and UnitedHealthcare.
**Q. You have no out-of-pocket expenses when it comes to your health insurance?**
A. None.
**Q. No, premiums?**
A. No.
**Q. Do you have any co-pays?**
A. Just this year I have a $2 co-pay on some of my

scripts. Depending on what it is.
**Q. Are you saying that changed recently?**
A. Just this year.
**Q. How familiar are you with different types of health insurance plans?**
MR. DANA OLIVER: I'm going to object to the form of the question, but you can answer.
THE WITNESS: How familiar am I? Only what the Robocalls that I've answered.
BY MR. JAMES PETERSON:
**Q. So you don't have any knowledge about whether different companies can offer different types of coverage?**
A. No I have a --
MR. JAMES PETERSON: Objection to the form of the coverage. Hold on Mr. Blubaugh. When I talk just go ahead and hold on a second. I just wanted to object to the form of the question, but you might have to read back the question or something, because I may have disturbed the information.
MR. JAMES PETERSON: Mr. Blubaugh, do you recall the question?
THE WITNESS: No.
MR. JAMES PETERSON: Megan, would you be able to read that back for us?



MR. DANA OLIVER: You're on mute, Megan.
(The court reporter read back the last question.)
MR. JAMES PETERSON: Did you hear that Mr. Blubaugh?
THE WITNESS: Yeah. I believe they all have different types of coverage if they're different insurance companies.
BY MR. JAMES PETERSON:
**Q. Do you know what a class action is Mr. Blubaugh?**
A. Yes.
**Q. What is it?**
A. It's where, I believe, a lawsuit starts and a group of other individuals that have the same issue all combine into the same lawsuit.
**Q. Are you seeking to represent a class in this lawsuit?**
A. I believe somewhat.
**Q. And what do you mean by somewhat?**
A. My case might be the original first one, maybe.
**Q. And what difference would that make, to your understanding?**
A. What difference would that -- I don't think it makes any difference. I think were all as one.
**Q. Are you aware of anyone else that has alleged --**



**well, let me back up. What is it exactly that you're alleging against my client, the defendant?**
A. Well first off, they bug the hell out of me. Second, they haven't charged me any money or anything I don't believe, but just the inconvenience that it's caused me and the things that it's caused me to have to do.
**Q. And what do you mean by they bug the hell out of you. Could you elaborate on that?**
A. When you get 80 plus phone calls a day from robocalls and such, I would consider that bugging.
**Q. Are you claiming my client called you 80 plus times a day?**
A. No.
**Q. Do you know how many times you're claiming they called you?**
A. I can't say. I don't know how many times they called me, but I believe I know of five times or so.
**Q. And what were the dates of those calls?**
A. Off the top of my head, I don't know.
**Q. What would we look at to confirm those dates?**
A. I would suppose you look when my lawyers filed the lawsuit.
**Q. Are you referring to the complaint, which is the initial document in the lawsuit?**



A. Yes. I believe it is stated on there.
**Q. You mentioned five times, why does that number come into your head?**
A. It was either four or five times, I know.
**Q. You just recall that off of memory, is that what you're saying?**
A. Yes.
**Q. Do you know of anybody else -- well, let me go back. You mentioned that they bug the hell out of you. Are you claiming anything else that my client did improperly under the law?**
MR. DANA OLIVER: Object to the form of the question, but if you understand you can answer that.
THE WITNESS: Just the calls. I asked them not to call me no more.
BY MR. JAMES PETERSON:
**Q. When did you ask them not to call?**
A. I couldn't tell you, but possibly the first time.
**Q. So you don't recall for certain?**
MR. DANA OLIVER: Object to the form of the question. Go ahead.
BY MR. JAMES PETERSON:
**Q. Did they ever call you after you asked them not to call you?**
A. I'm sure I did.

**Q. Why are you sure?**
A. I didn't need insurance. I had the best I know of.
**Q. I guess my question was a bit different. I think what you're saying, and let me clarify. You're saying you definitely recall asking them, my client, not to call anymore, is that correct?**
A. Yes.
**Q. Okay. And I wanted something a little more specific. After you asked, did my client call anymore?**
A. Yes. More than likely wasn't the same agent, but yes.
**Q. What agent was it?**
A. I have no idea.
**Q. These other three lawsuits that you filed, were they all Medicare related companies?**
MR. DANA OLIVER: Objection to the form of the question. You can answer if you know.
THE WITNESS: It wasn't about Medicaid.
BY MR. JAMES PETERSON:
**Q. So what kind of calls did you get from the other three companies that you filed lawsuits against?**
A. All for my advantage plan.
**Q. Those weren't about Medicare?**
A. Well, that is what the advantage plan is.



Medicare Advantage Plan.
**Q. So all four of these lawsuits were companies seeking to assist you with Medicare?**
A. Advantage Plan.
**Q. Okay. Tell me the difference. When I say Medicare, you clarify the Advantage Plan. What is the difference?**
A. Medicare basically is forced upon you when you retire, and you have to be of the full retirement age before that kicks in. And then, they have other plans where other insurance companies come in and assist. That's what my thoughts are on it.
**Q. So these other companies that called you were all calling you to assist?**
A. Yes.
**Q. How many calls did you answer from my client, Healthcare Solutions?**
A. I would say four or five.
**Q. Is sounds like if there were other lawsuits against other companies assisting you with -- seeking to assist you with medicare, that means you were getting calls from other companies in the same industry. Is that fair to say?**
A. Yes.
**Q. Is it possible that some of these calls were from other companies and not my client?**



MR. DANA OLIVER: Objection to the --
THE WITNESS: No.
MR. DANA OLIVER: Objection to the form of the question.
THE WITNESS: In order to --
MR. JAMES PETERSON: Go ahead.
THE WITNESS: In order to do the lawsuit I had to send records in of my call logs.
BY MR. JAMES PETERSON:
**Q. And how do those call logs help you determine that it was just one company?**
MR. DANA OLIVER: Objection to the form of the question. You can answer if you know the answer.
THE WITNESS: Run that by me again?
BY MR. JAMES PETERSON:
**Q. Well, you said in order to do this lawsuit you had to send in call logs, is that correct?**
A. Yes. I had to take screen shots.
**Q. Are you saying that the screen shots you send in were all from the same company?**
A. Yes. The same number.
**Q. It was the same phone number, is that what you're saying?**
A. Yes.



**Q. Let's go ahead and take a look at those. I'm going to share my screen with you. First, let me ask you Mr. Blubaugh, what device are you currently attending the zoom deposition on?**
A. My laptop. My Dell.
**Q. Okay. So if I show you documents on screen you will be able to see them?**
A. Yes.
**Q. Okay. If you can't see them for any reason, please let me know, okay?**
A. Okay.
**Q. So we'll just do Composite Exhibit A, which is Plaintiff's document production.**
MR. DANA OLIVER: James, is this going to be an exhibit as well?
MR. JAMES PETERSON: Yes. It's only 21 pages, so I was just going to attach it.
MR. DANA OLIVER: You can stick it in the chat?
MR. JAMES PETERSON: Sure. Let me do that first.
BY MR. JAMES PETERSON:
**Q. Okay. Mr. Blubaugh, do you see what is on your screen right now?**
A. Potential spam.

**Q. One second. I think I'm showing you what has been marked as Blubuagh.Heel1 at the bottom.**

MR. JAMES PETERSON: Dana, are you seeing that.

MR. DANA OLIVER: I can see it, yes.

BY MR. JAMES PETERSON:

**Q. Mr. Blubaugh, are you seeing the entire document on your screen, including the bottom red letters?**

A. No. All I see is a potential spam.

**Q. Okay. Do you know how to maximize your screen view? You may have to do that.**

MR. DANA OLIVER: There is a menu on the bottom there. I can see it now. (Inaudible) it cover's it up sometimes.

THE WITNESS: I think I have it. I can't scroll down on it.

MR. JAMES PETERSON: I'll be the one scrolling down. I just want to confirm that you see the whole page on your screen. Can you see the red letters at the bottom?

THE WITNESS: No. I just see the top of it.

MR. JAMES PETERSON: The other option you can do is, I put the document in your chat. If you're able you can simply open it up from that chat and follow along with me, if you would like?



THE WITNESS: Where is chat at?

MR. JAMES PETERSON: It's on the bottom.

THE WITNESS: I need to back out of this or something. It's got my whole page. (Inaudible.) I see the chat here, it says to everyone, but.

THE VIDEOGRAPHER: Mr. Blubaugh, if he sent you the file, you should see it attached.

MR. DANA OLIVER: There is a chat icon at the bottom. Right in the middle. It says chat. If you click that it will open up on the right hand side.

THE WITNESS: It says meeting chat.

THE VIDEOGRAPHER: He's in the meeting chat feature.

THE WITNESS: It just says everyone and type message here.

THE VIDEOGRAPHER: You should see a message from Mr. Peterson in there with an attachment. You don't see that?

THE WITNESS: No. All I see is everyone and type message here. That's all I got.

MR. JAMES PETERSON: Let me confirm I sent it to everyone. I did.

THE WITNESS: I hit the attachment here and there isn't one.

THE VIDEOGRAPHER: Yeah. I have it.



MR. JAMES PETERSON: Dana, did you get that?

MR. DANA OLIVER: I see it. Mr. Blubaugh, is it at the top? Can you look at the top of the chat window, at the very top. Do you see anything up on the top?

THE WITNESS: All it says is Meeting Chat with an X. Everyone can see it and type my message here. That's all I got.

MR. JAMES PETERSON: Maybe we can go back to me sharing the screen and I can just scroll through?

THE WITNESS: Okay.

MR. JAMES PETERSON: Let's try that for a little bit.

THE WITNESS: All right. I'll turn this chat box off.

THE VIDEOGRAPHER: Mr. Blubaugh, do you see that? I just sent it to you again. You don't see it?

THE WITNESS: Okay. I have a little something here. I can't move it or anything.

THE VIDEOGRAPHER: You tap it and then you download it to your computer.

MR. JAMES PETERSON: Sorry, I shared it again Mr. Blubaugh, so I took sharing off if you can figure out how to download the other document, that would be great.



THE VIDEOGRAPHER: You can just tap that document in the chat and it will open up Mr. Blubaugh.

THE WITNESS: I tried. Dammit. Let me -- my whole screen. Let me back up here. Probably leave and come back. It's got my whole screen here.

THE VIDEOGRAPHER: Sorry Mr. Peterson, why he's not seeing that chat screen it doesn't make sense. He should see it full screen on his laptop, whether it's speaker view or gallery view.

MR. JAMES PETERSON: We'll get it figured out.

THE WITNESS: Chat box again. I get the same thing every time. What do you want me to push?

THE VIDEOGRAPHER: Mr. Blubaugh, do you see the shared PDF document in the chat?

THE WITNESS: Yeah.

THE VIDEOGRAPHER: You just tap that and you can download it to your computer.

THE WITNESS: I'm clicking on it and I don't get nothing. I'm not getting anything. Meeting chat and all it says is to everyone. I click on it and nothing.

MR. DANA OLIVER: The share screen might be the best idea, James.

THE WITNESS: Recording is on. Only you.

THE VIDEOGRAPHER: Do you want to go off record counsel so we can resolve this?
MR. JAMES PETERSON: Yeah, that's fine. Let's go off the record.
THE VIDEOGRAPHER: All right. Mr. Oliver, I'm going to go off the record, okay?
MR. DANA OLIVER: Sure. No problem.
THE VIDEOGRAPHER: Actually, this will end Media Unit Number 1 in the deposition of Jeffery Blubaugh. The time is 12:42 p.m.
(Off the record at 12:42 p.m. for a short break.)
(Back on the record at 12:47 p.m.)
THE VIDEOGRAPHER: This is the start of Media Unit Number 2 in the deposition of Jeffery Blubaugh. The time is 12:47 p.m.
BY MR. JAMES PETERSON:
**Q. Mr. Blubaugh, what I'm attempting to do is show you an exhibit that we marked as Composite Exhibit A, which is Complainant's, your document production. I'm showing you the first page of it, which has been labeled Bates Blubaugh.Heel00001. For your information Mr. Blubaugh, Bates number are numbers that attorney's put somewhere on documents so that we can identify them for these exact purposes. Easily identify documents on**



**a record. So my first question to you, Mr. Blubaugh is can you see something on your screen?**
(Defendant's Exhibit A was marked for identification.)
A. Yes.
**Q. And what do you see on your screen?**
A. I see a potential spam, or maybe a screen shot. It has a number on there. Something like I would see on my phone. It has missed calls down there underneath.
**Q. And do you see red lettering at the very bottom?**
A. Yes.
**Q. Do you see number one within the red lettering?**
A. Well you know, it was here and now it disappeared. I don't know how to get that to come back up. It's clear at the very bottom of my page. I can't really see it. Can you scroll up on it?
MR. DANA OLIVER: Don't touch your mouse at all.
THE WITNESS: I'm not.
MR. DANA OLIVER: Click in the middle if you can, but don't touch any buttons after that and the menu should stay gone.
THE WITNESS: Okay. Well, it came right back. It shows and then it disappears and goes back out. I haven't touched my mouse.



BY MR. JAMES PETERSON:
**Q. When it disappears, what is the lowest thing you can see on the document?**
A. The red lettering. Heel 00001.
**Q. Yeah. That's what I'm referring to. You can see that?**
A. Yeah.
**Q. Okay. Great. So were on the same page. I'm going to working through these documents one by one. First off, I just want to know. Do you recognize this document?**
A. Not really.
**Q. Okay. Do you recognize the number, the number that's listed in the middle of the document?**
A. Yes. I don't recognize the number, but I see it.
**Q. Can you read it just to make sure we're all discussing the same thing? 9?**
A. (641) 728-6244.
**Q. Mr. Blubaugh, do you require any sort of glasses?**
A. I have a pair. Let me see if I have them right here, otherwise their out -- I got them right here.
**Q. Would they assist with reviewing these documents?**
A. Maybe somewhat. Yeah a little bit. 6244 is the number.
**Q. Do you see this document well enough to feel**



**comfortable answering questions about them?**
A. Yes.
**Q. You previously said you don't recognize this document, is that true still?**
A. Yes. It has no way of telling me it's mine or anything.
**Q. I'm sorry, could you repeat that?**
A. I see the document, but I have no way to tell if that was my document or what.
**Q. Okay. So I've now switched to the second page, Bates label two, and I would like to know if you can see that document?**
A. Barely. It's small.
**Q. Let me see if I can zoom in for you. Does that help at all?**
A. Yes, it did.
**Q. Do you recognize this document?**
A. Well --
MR. DANA OLIVER: Just read the whole thing so then you know what you're looking at.
THE WITNESS: Nothing on here says it's mine.
BY MR. JAMES PETERSON:
**Q. Okay. Do you see an e-mail listed in the "to" section. In the "to" field.**

A. My e-mail, no. It says who it's from. Oh, yeah I do see it right here. Yes.
**Q. Can you read that e-mail address?**
A. Jrblubaugh@gmail.com.
**Q. And is that your e-mail address?**
A. Yes.
**Q. There is a number within the text of the e-mail that says phone number ending in 2682. Do you see that?**
A. Yes.
**Q. Is that your phone number?**
A. Yes.
**Q. It says it has been registered since July 2nd, 2024. Do you see that?**
A. Yes.
**Q. Is that when you registered your number on the national do not call Registry?**
A. It must be.
**Q. Does that sound right to you?**
A. Yes.
**Q. You testified that you did that yourself, correct?**
A. Yes.
**Q. What device did you do that from?**
A. It was another phone with the same number.
**Q. So you think you did it from your phone?**



A. My previous phone, yes. I believe so, probably.
**Q. Was that the Galaxy?**
A. Yes.
**Q. Now I'm going to move to Bates 3. Let me zoom in so you can see it. Do you recognize this document?**
A. Yes.
**Q. What is this?**
A. It's a notification of Federal Telemarketing Law violation healthcare solutions.
**Q. Had you seen this document before today?**
A. I must have.
**Q. Do you recall for sure?**
A. Well, it's addressed to me, and I probably did read it. I read my e-mails.
**Q. Why do you say this is addressed to you?**
A. Pre suit notification. (Inaudible) solutions. One message. Man, I can't possibly say because I don't see my name anywhere.
**Q. So I skipped ahead from -- skipped over Bates 4 to Bates 5. Mr. Blubaugh, can you see this document? The page that is on your screen right now?**
A. Yes.
**Q. What is this?**
A. That's about my phone.
**Q. Okay. Did you provide this document to your**



**attorneys?**
A. I can't say I did or didn't.
**Q. Okay. The Galaxy A16 5G, do you see where it says that?**
A. Yes.
**Q. Is that your current phone?**
A. Yes.
**Q. You see where it says a phone number, (641) 347-2682?**
A. Yes.
**Q. Is that your phone number?**
A. Yes.
**Q. So then I'm at Bates 6. Do you see this document?**
A. Yes.
**Q. I want to make sure you see the full document. Do you see the Blubaugh Heel 6 at the bottom?**
A. No. You have to raise it. It's on the very bottom. Okay. Well, I did see it.
**Q. Okay. It sounds like you're seeing -- do you see where it says no results?**
A. There I can see it. Now I can see it.
**Q. Okay.**
A. It just went back off.
**Q. That's okay.**



A. I do see the document. Now I see the whole thing.
**Q. Okay. What is this?**
A. It's my activity, I guess. September 10th, 2024.
**Q. Did you provide this screen shot to your attorneys?**
A. I can't say. I don't recall doing this screen shot.
**Q. Do you recall searching your Google activity for September 10th, 2024?**
A. That's almost two years ago, so how am I supposed to know. I don't recall. It's possibly gotta be mine, but I don't recall.
**Q. Do you see where there is a picture in the upper right corner?**
A. Yes.
**Q. Is that you?**
A. Yes.
**Q. Are you familiar with what myactivity.google.com is?**
A. Yes.
**Q. What is it?**
A. Record's your history.
**Q. What history?**
A. Of what you do on Google.

**Q. Okay.**
A. Your activity or history.
**Q. Does it record your history -- this looks like a phone screen shot, would you agree with that?**
A. Yes.
**Q. Do you browse the internet on a daily basis?**
A. Yes.
**Q. Okay. Do you ever delete your history?**
A. I don't believe so.
**Q. Are you aware of any auto delete on your Gmail account?**
A. I possibly have. Now that I think about it, maybe I have. Maybe I have it set to auto delete. I don't know.
**Q. Do you know how you would find that out for certain?**
A. I could possibly get in my account and settings and find out, maybe.
**Q. Are you signed into your Gmail account on your phone?**
A. Yes.
**Q. Do you sign in through your browser?**
A. Yes.
**Q. What about your laptop? Are you signed into you gmail account through your browser on your laptop?**



A. Yes.
**Q. Are you aware of any syncing functions between the two devices when you sign into your Gmail account?**
A. I'm familiar with syncing.
**Q. Do you know if your phone and laptop do that through your Gmail account?**
A. No, I don't know. Can I ask a question?
MR. JAMES PETERSON: You can, but I will probably not answer.
MR. DANA OLIVER: Yeah, I wouldn't, sir.
THE WITNESS: Okay. I'm not worried about it then.
BY MR. JAMES PETERSON:
**Q. Do you have any sort of weekly habits when it comes to internet browsing?**
MR. DANA OLIVER: Objection --
THE WITNESS: Do I have any what?
MR. DANA OLIVER: Hold on. Hold on. Objection to the form of the question, but go ahead and answer.
BY MR. JAMES PETERSON:
**Q. Do you have any weekly habits when it comes to internet browsing?**
A. (Inaudible.)
**Q. For example, do you order groceries online?**



A. No.
**Q. You do shop online sometimes, right?**
A. Yes.
**Q. Do you do that on a particular day of the week?**
A. No.
**Q. Have you ever submitted your phone number online for any reason?**
A. Yes.
**Q. What reasons, do you recall?**
A. Usually if they ask. I'm particular, but I couldn't tell you why or what.
**Q. Who is they?**
A. Wherever I'm at online.
**Q. Can you recall some examples of places you've submitted your phone number?**
A. If you order something, sometimes.
**Q. And where are some places you've ordered things through?**
A. Amazon. I order bike parts once in a while. Maybe (inaudible) I don't know.
**Q. What was that last one?**
A. Maybe a job app, or something.
**Q. Like, in terms of looking for jobs?**
A. Yeah, a part-time job, maybe.
**Q. Have you looked for part-time jobs since you've retired?**



A. A couple of times and that's been it. It never comes through.
**Q. I'm still sharing. Let me go back to the Plaintiff's document production. I'm going back down to -- this looks similar, but it is actually a different Bates number. It's Bates number 7 at the bottom. Do you see that?**
A. On September 10th date on there, is that what you're talking about or is that the same one?
**Q. This is a different -- this is actually a different document looking at it. It's labeled Bates 7 of Plaintiff's production. I just want --**
A. Okay. Yeah. I see it.
**Q. It actually is a different document, and I wanted to know if you recognize this document?**
A. I don't recall it having -- I don't see it having my name there and I don't recall these documents. Or this document.
**Q. Do you see in the upper right -- the previous document had your picture?**
A. Yes.
**Q. And what does this document have?**
A. J.
**Q. Do you know what that J stands for?**

A. I suppose it's Jeff.
**Q. Do know that for sure?**
A. No.
**Q. Do you have any other Google accounts other than the JR Blubaugh?**
A. Google account. The two that I spoke of earlier.
**Q. And there is no other account that you have that you recall?**
A. Not that I can recall or any that I've used for quite awhile. In my past I have maybe had a couple e-mails, but that was years ago.
**Q. Okay. I'm going to go onto Bates 8 and I want to make sure you can see this.**
MR. DANA OLIVER: James, do you think we could do 5 minutes real quick?
MR. JAMES PETERSON: Yeah. I do have just a question pending for him, so I would like him to respond, but sure, after that, no problem.
THE WITNESS: Did you ask me a question?
MR. JAMES PETERSON: I did. I asked if you recognize this document.
THE WITNESS: No.
MR. JAMES PETERSON: Let's go to 15 after. Off the record.
THE VIDEOGRAPHER: Okay counsel, I heard



that. We're going off the video record. The time is 1:07 p.m.
(Off the record at 1:07 p.m. for a short break.)
(Back on the record at 1:16 p.m.)
THE VIDEOGRAPHER: We're back on the video record. The time is 1:16 p.m.
BY MR. JAMES PETERSON:
**Q. Mr. Blubaugh, we had been working through your document production, which I think I'm still sharing, correct?**
A. Yes.
**Q. And right now there should be Bates 8 on your screen?**
A. Yes.
**Q. At the top it says OnlyFans records. Do you see this?**
A. Yes.
**Q. I think before the break you had mentioned you do not recall this document, is that correct?**
A. Yes. I never recall seeing that.
**Q. Do you know what your IP address is for your phone?**
A. Not off the top of my head.
**Q. Do you know what the IP address for your laptop**



**is?**
A. No.
**Q. Are you familiar with what IP address is?**
A. Yes.
**Q. What is it?**
A. It's the address with a bunch of numbers on it that locates your the address what your internet coming through or whatever it is. That's your address that associates you with the internet I believe.
**Q. Other than that, do you have any understanding of how their assigned or verified or anything of that nature?**
A. No.
**Q. This says T-Mobile USA. Are you aware of any relationship between T-Mobile and Metro PCS?**
A. I believe Metro PCS is an off branch of T-Mobile.
**Q. Have you ever been to Kansas City, Kansas?**
A. I occasionally probably drift over that way.
**Q. Is it a regular occurrence?**
A. Not really. Not anymore.
**Q. What was the change be attributed to?**
A. My job.
**Q. So since you retired you don't make it that way as much anymore?**
A. No.



**Q. I'm showing you what is Bates 9. Do you see this document?**
A. Yes. You can zoom in if you want.
**Q. Sure. Sure. I just want to confirm -- do you see where your name is listed and an address under that?**
A. Yes.
**Q. Is that your current address?**
A. Yes.
**Q. That is where you have been -- remind me, how long have you been at that address?**
A. I believe six years, possibly.
**Q. I'm going to move on to -- actually backing up. I'm just going to move through these. So now I'm at Bates 19. Do you see the document that's on your screen?**
A. Yes. Can you zoom it up?
**Q. Sure. Feel free to review it as much as you need to.**
A. It's my Spectrum Internet.
**Q. I'm sorry?**
A. It's my Spectrum Internet. My bill or whatever. I can't really read it yet.
**Q. Let me try zooming in just a little bit more.**
A. Okay.
**Q. Let me know when you've had a chance to review**

it.
A. I can see it. (Inaudible.)
Q. And this statement -- there is a date on it of March 1, 2026, correct?
A. I see March 1st through March 31st. I don't see the year on it anywhere.
Q. Okay. I see what you're saying. That's okay. I just need to make sure that this is your internet provider currently, correct?
A. No. My current provider is AT&T.
Q. Oh that's right. Thank you for reminding me. Was this your internet provider in September of 2024?
A. More than likely.
Q. Do you still have statements from your internet provider from September 2024?
A. No. E-mails if I have them.
Q. Did you search your e-mail for internet statements for this litigation?
A. No. Not that I recall.
MR. JAMES PETERSON: Okay. I'm going to stop sharing. That's all I have for Composite Exhibit A.
So I'm going to share another document, we'll mark it Exhibit B. I'll put it in the chat. It's been produced by Defendant as Bates 38.



(Defendant's Exhibit B was marked for identification.)
THE WITNESS: How do I get back to the chat?
MR. JAMES PETERSON: I can share screen again. I'm actually going to do it right now.
MR. DANA OLIVER: It sounded like you were going to put that in the chat, but I don't see it. Just double checking.
MR. JAMES PETERSON: One second. I thought I did. I didn't hit send. I just hit send. That was the issue.
THE VIDEOGRAPHER: Mr. Blubaugh, while they're doing that you're sorta falling off the screen.
THE WITNESS: Can I what?
THE VIDEOGRAPHER: We can't see your mouth.
THE WITNESS: Oh, okay. I turned it down so I could read it.
BY MR. JAMES PETERSON:
Q. Mr. Blubaugh, I'm sharing and it has also been provided in chat, though we know that you had difficulty locating the chat. I'm sharing what is produced as Healthcare Solutions 38. Do you see a document on your screen?
A. Yes.
Q. Can you just describe it generally for me?



A. It's Medicare Advantage Plans.
Q. Okay. Do you see the portion of it that has red lettering, Healthcare Solutions 0038?
A. Yes.
Q. I want to ask you some questions about this document. Please review it first, and if you need me to zoom in, please let me know.
A. Yeah, you can zoom in.
Q. First, I'll just focus on the top part with the brown background. Do you see what I'm talking about?
A. Yes.
Q. Take a moment to review that.
A. I've reviewed it and never seen it before.
Q. Okay. And that's my question. Let me clarify my question. Have you ever seen this brown background advertisement before?
A. No.
Q. I'm going to focus now on the bottom part, which his more text. I'm trying to zoom in at a level that you can hopefully see. Can you read the text that is there right now or do you need more magnification?
A. More magnification. I see my phone number there though.
Q. Okay. One second. I'm cutting off the right side of the text, but I think that might be a necessary



evil for the magnification. Can you read this now?
A. Yes.
Q. Take a moment to look through this. I can also scroll to the right if necessary, but then I want to ask you some questions about this.
A. Yeah, go ahead. I've read enough.
Q. Have you ever seen this language before?
A. No.
Q. Is it your position that you never agreed to this language in order for Healthcare Solutions to contact you?
A. Yes, I agree to it. I don't need new insurance.
Q. Well, you don't need new insurance now, is that correct?
A. I haven't for a long time.
Q. Okay. When was the last time you needed new insurance?
A. I never really have needed it. From the beginning I was given it.
Q. Are you aware of any other consumer that has alleged to be called by Healthcare Solutions?
A. Doing I know any other who?
Q. Consumers. Do you know any other people that have been alleged to have been called by Healthcare Solutions?

A. No.
**Q. Do you have any knowledge of any people that have been called by Healthcare Solutions other than yourself?**
A. No.
**Q. Do you have any knowledge of any consent language other people have provided to Healthcare Solutions to be called?**
MR. DANA OLIVER: Objection to the form of the question. You can answer if you know.
THE WITNESS: No. That's not something you talk about.
BY MR. JAMES PETERSON:
**Q. What do you mean by that?**
A. Well, I don't sit around talk about my insurance or whose calling who or what.
**Q. Have you ever been involved in any sort of online groups or chats about telephone consumer protection acts violations?**
A. No.
MR. DANA OLIVER: Mr. Blubaugh, can you put yourself in the screen a little better. Your head is cut off. That way they'll be happy. Thank you.
MR. JAMES PETERSON: I'm going to share -- we're going to do Exhibit C. Which will be Plaintiffs's -- sorry, Defendant's Production Bates 2.



(Defendant's Exhibit C was marked for identification.)
BY MR. JAMES PETERSON:
**Q. Mr. Blubaugh, I'm going to share screen again. Just generally speaking, tell me what you see on your screen?**
A. Some form here. If you can zoom it in. I don't see anything in it really.
**Q. Certainly. One second. Did that help at all?**
A. A little bit.
**Q. I can zoom in farther if you'd like.**
A. It has my address here. Some other little things.
**Q. And it goes onto the right. I can scroll for you, but I'd like to start at the left, if you don't mind?**
A. All right.
**Q. So tell me, just to make sure were the same page. Tell me the -- let me actually scroll and make sure I'm all the way to the left. Tell me what you see. Do you see a column A?**
A. Yes.
**Q. Tell me what you see in Column A?**
A. First name Jeff.
**Q. In rows one, do you see first name?**



A. Row two.
**Q. Row two you see the word Jeff, correct?**
A. Yes.
**Q. And in row one you see the words first name?**
A. Yes.
**Q. I don't expect you to have seen this document before, but I want to do is review some of the information within it.**
A. Can I ask where did it come from?
**Q. This is my client's record of a lead they received. Giving them permission to call. So what I would like to do is just confirm a couple of things. In column's A and B -- I'm going to highlight row two. Do you see that?**
A. Yes.
**Q. For columns A and B, what do you see in row two?**
A. My name.
**Q. Is that correct?**
A. Yes.
**Q. In column D row two what do you see?**
A. My e-mail.
**Q. Let me try to be clear. D as in dog. Do you see that column?**
A. Yes.
**Q. What you see?**



A. Phone number.
**Q. What phone number?**
A. Mine.
**Q. Moving onto row E, sorry, column E as in eat. What do you see there?**
A. My e-mail.
**Q. Is that the correct e-mail?**
A. Yes.
**Q. Column F, do you see what's marked there?**
A. Male.
**Q. Are you male?**
A. I am hope so.
**Q. I need a --**
A. I am, yes.
**Q. Column G, do you see what's listed there?**
A. Yes.
**Q. And what is that?**
A. My birth date.
**Q. Okay.**
THE WITNESS: Let me turn that off. Another insurance call.
BY MR. JAMES PETERSON:
**Q. Just back to Column G. Is that your actual birth date?**
A. Yes.

Q. And I think you can kind of see the pattern here. Column H --
A. Yes.
Q. I'll need to clarify the question before you answer though. What do you see in column H?
A. Part of my address.
Q. What is missing?
A. Lot 21.
Q. But otherwise is that accurate?
A. Yes.
Q. And then column I, what do you see?
A. Independence, Missouri.
Q. Is that where you live?
A. Yes.
Q. And then column K, what do you see?
A. My ZIP code. Area code.
Q. I believe it's ZIP code, is that correct?
A. Yeah.
Q. Is that your ZIP Code?
A. Yes.
Q. I'm going to scroll so that we ca see the rest of it. Do you see column L?
A. Yes.
Q. And what do you see there?
A. Medicare advantage.



Q. Have you ever been interested in Medicare advantage as a product?
A. Way back then, whenever that was I started.
Q. When would that have been?
A. Whenever it was introduced to me.
Q. And who introduced it to you?
A. I couldn't tell you.
Q. Do you see column M?
A. Yes.
Q. Did you know that is?
A. No.
Q. All right. I'll represent to you that my client believes that is an IP address. Do you know if that is your IP address?
A. I've never seen that address before.
Q. Okay. Do you know that it is not your address?
A. I would say more than likely it isn't. I've never seen it before. I can't recall.
Q. Are you able to recall your current IP addresses?
A. No, not of the top of my head. Not something I remember.
Q. Okay. So how would you know that this one was not yours?
A. I just never recall seeing it.
Q. Have you ever been to Hutchinson, Kansas?



A. No.
Q. Have you heard of it before?
A. Yes.
Q. What is your understanding of where it is?
A. It's somewhere west of here.
Q. West of here meaning west of Independence, Missouri?
A. Kansas City.
THE VIDEOGRAPHER: Mr. Blubaugh, can you tilt your screen so we can see you again?
THE WITNESS: Okay.
MR. JAMES PETERSON: I'm done sharing that particular document.
MR. JAMES PETERSON: So I will move on to Exhibit D. I'll put it in the chat, which has been produced as Bates 8 by defendant.
(Defendant's Exhibit D was marked for identification.)
BY MR. JAMES PETERSON:
Q. Okay Mr. Blubaugh, I will again show you -- it's a spreadsheet. One second I'm just doing some formatting. Okay Mr. Blubaugh I've again shared a spreadsheet that I don't expect you to be familiar with, but I do want to ask some questions about it.
A. Can you zoom it, please?



Q. Sure. I'm mainly concerned about columns O through Q. I can even highlight those for you if you would like. Are you able to see that?
A. Yeah if you could zoom it a little more.
Q. Sure.
A. Okay. I can see it.
Q. Mr. Blubaugh, what I'll represent to you is that this is the records that my client has of calling you. Did you get a chance to just review this?
A. Yeah I see it.
Q. Okay. Previously you had testified that you had spoken to my client, Healthcare Solutions, I think you said four or five times. Is that your recollection still?
A. Did I say I spoke with them or did I say they called me?
Q. I believe you said you spoke with them, but if that's inaccurate tell me?
A. I don't see a reason why I spoke to them four or five times. I might have spoke with them once or so, but the other times I think they were just calls. I didn't answer them.
Q. And that's what I'm trying to get to the bottom of. None of this is a test, I'm just trying to understand the facts and how they played out. That's

**what I wanted to know. My client shows records of only having spoken to you once. Do you disagree with that?**
A. I can't really answer that. I can't tell you who I really talked to. I know I've spoken to the I want to say at least once, possibly twice. The other ones were calls.
**Q. Do you recall who you spoke with?**
A. No.
**Q. How many different Medicare related companies have you spoken to over the past few years?**
A. I couldn't tell you. 99 percent of the time it was, "Don't call me again. I don't need you."
**Q. Do you recall ever telling my client not to call them -- for them to not call you anymore?**
A. I can't individually pick them all out, but that's what I told them all the time. I've told them all sorts of things for them to quit calling me.
**Q. And when you say them -- go ahead.**
A. Insurance companies.
**Q. When you say them, you're referring to insurance companies?**
A. Do you know how irritating it is to have 80 calls a day by insurance companies. I be on the no call list and I tried to explain it to you 60 times. Over six times in 20 days last month. Do you know how irritating



that is. You've never had that happen, so I don't doubt if you can realize how bad that is.
**Q. And when you say they, you're talking about insurance companies, correct?**
A. Yes.
**Q. My client alleges you did not tell them to stop calling until July 8th, 2025. Do you have any reason to doubt that?**
A. I don't know. You can see here how many times they called me in one day.
**Q. You previously testified -- let me clarify. Do you think my client called you after you told them not to call anymore?**
A. I can't recall. You can see here answering machine. A lot of times I just don't answer. I turn my ringer off. I miss many other calls because of that.
**Q. What other calls do you miss?**
A. Important calls from certain people.
**Q. Like who?**
A. Is that any of your real business who my friends are who call me.
**Q. You're alleging that these calls have caused you issue, so yeah, I'm seeking to clarify. What issues have they caused you?**
A. For one, my time and much irritation, and I turn



my ringer off so I don't have to listen to 80 calls a day for one. Yeah. I even changed my phone number and it didn't matter. Then I got locked out of several apps that I'm on because I couldn't get my codes. This has been a nightmare.
**Q. What apps have you been locked out of?**
A. Google, Facebook. Just a couple of the top of my head.
**Q. Any other that you recall?**
A. Several, but that was a couple years ago.
**Q. Did you eventually recover your access?**
A. It took me three months to get back onto Google or Facebook.
**Q. I'm going to go back to what was marked as Exhibit C, which was Bates 2. I'll try to blow this up for you so you can see it. Do you see this document? If you need me to zoom in let me know.**
A. Yes.
**Q. We went through a lot of these categories. Do you recall and they all seemed to have the correct information, correct?**
A. Yes.
**Q. I'll actually highlight the row there. Other than the IP address which you said you didn't think that was your, is that correct?**



A. Yes.
**Q. How did my client get all of this information in September of 2024?**
A. I couldn't tell you.
MR. DANA OLIVER: Hold on. Hold on. Hold on. Mr. Blubaugh, please. Objection to the form of the question. Listen to the question, if you know the answer you can answer. If you don't know make sure you indicate that.
THE WITNESS: Okay.
MR. JAMES PETERSON: Object to form is sufficient, Dana.
BY MR. JAMES PETERSON:
**Q. Mr. Blubaugh, how could my client have gotten all of this information? It's all accurate, yes?**
MR. DANA OLIVER: Objection to the form of the question.
BY MR. JAMES PETERSON:
**Q. Mr. Blubaugh, I'll ask a just a refresh my memory question. The highlighted information, is that accurate?**
A. Not completely.
**Q. What is inaccurate?**
A. My address.
**Q. It's missing 21, correct?**

A. Yes. And I always put that there.
**Q. Okay. Is there anything else inaccurate about this information?**
A. Not that I can see.
**Q. Okay. So how did my client get this information in September of 2024?**
A. You can find that information anywhere online. More than likely without the Lot 21, they got it online.
**Q. Who is they?**
A. Whoever this came from.
**Q. When did you first get in touch with the Heidarpour Firm?**
A. Pardon me, I didn't catch that.
**Q. When did you first get in touch with the Heidarpor Law Firm?**
A. I believe it was a couple of years ago.
**Q. Did you have to provide them your name and phone number?**
A. Yes.
**Q. What about your e-mail address?**
A. Yes.
**Q. What about your date of birth?**
A. That I don't know.
**Q. What about your address?**
A. Yes, I had to give that to them.



MR. JAMES PETERSON: I'm going to mark as Exhibit E, Plaintiff's Complaint. I'm going to share this with you. I'll actually put it in the chat as well.
(Defendant's Exhibit E was marked for identification.)
BY MR. JAMES PETERSON:
**Q. Okay Mr. Blubaugh, I belive I'm sharing a document with you. Do you see anything on your screen?**
A. Yes.
**Q. And what do you see?**
A. I believe -- can you zoom it in a little bit?
**Q. Certainly. One second. Is that enough?**
A. Yeah. What I see is -- looks like the preliminary statement of the complaint.
**Q. Would you like me to scroll through this before I ask any questions?**
A. Yeah, go ahead.
**Q. I'm not asking you to read it word for word unless you want to?**
A. No, I'm good. I've read this before.
**Q. That's my first question. Have you seen this document before?**
A. Yes.
**Q. When did you first see this document?**



A. I would say it was about a year ago, or maybe a little less, possibly.
**Q. Have you reviewed it recently?**
A. Yes, I have.
**Q. When was the last time you reviewed it?**
A. Probably a week or so ago.
**Q. Was that in preparation for this deposition?**
A. Yes.
**Q. You see on the page I'm at, it says Plaintiff's telephone number and it has the last four digits x-ed out. But the first digits are (641)347. Is that accurate?**
A. Can you zoom it up?
**Q. Sure.**
A. I can see it now. Yes.
MR. JAMES PETERSON: I'm going to mark as Exhibit F, Plaintiff's response to interrogatories. Let me put it in the chat first. With the verification page because that was actually sent separately.
(Defendant's Exhibit F was marked for identification.)
BY MR. JAMES PETERSON:
**Q. Before I get to that. Are you familiar with Lenexa, Kansas?**
A. Yes.



**Q. And where is that?**
A. It's like a suburb of Kansas City.
**Q. Have you ever been there before?**
A. Yes.
**Q. And when was last time you were there?**
A. It's been a while. Let me think here. I would say -- I belive my daughter works over there and it might have been a month ago.
**Q. Which daughter would that be?**
A. My youngest daughter, Megan.
**Q. How often do you visit her at work?**
A. At that job, I visited her once. In 8 months. She's worked there about 8 months.
**Q. What is that job? What is the employer?**
A. Reliable Furniture. She's an interior design specialist.
**Q. And where did she work before that?**
A. She went to college and she worked at a restaurant bar.
**Q. Was that also in Lenexa?**
A. No. That was in Lee's Summit, Missouri.
**Q. Do any of your daughter's have any connection to Lenexa other than Megan's current employment?**
A. No.
**Q. Do either of your daughter's have any connection**

to Hutchinson, Kansas?
A. No.
Q. Are you familiar with Marshall, Missouri?
A. I know where it's at. Never been there.
Q. Where is it?
A. It's East of here about an hour, I belive or a little more. I've seen the sign.
Q. Do either of your daughters have any connection to Marshall, Missouri?
A. No.
Q. Okay. So I will share a screen with you. Again, this is what I've marked as Exhibit F. Plaintiff's responses to interrogatories. Mr. Blubaugh, do you see what's on screen right now?
A. Yes.
Q. I would like you to review this document before i ask questions about it. I'm going to try to zoom in a bit. Is that zoomed in enough or do you need more?
A. Yeah, that's good.
Q. Okay. Let me scroll through it. That was the entire document. Is there anything that you would like to review before I start asking you questions? Anything specifically, I should say?
A. No.
Q. Let me scroll back to the top. Have you seen



this document before?
A. Yes.
Q. When was the last time you saw this document?
A. Whenever I signed it.
Q. Do you recall when that was exactly?
A. No?
Q. Let me show you the signature. Let me know if this -- do you see this now?
A. Yes.
Q. What does it say?
A. July 1st, 2026.
Q. I just want -- no, the title of the document.
A. Verification.
Q. Is that your signature?
A. Yes.
Q. So I just wanted to scroll through, again this is Plaintiff's Response to Interrogatories, very quickly and do some clarification. Response to number four mentions Mitchell Blubaugh. Who is that?
A. Michelle.
Q. Did she undergo a name change?
A. No. That's just misspelled. They didn't add the E on the end or something.
Q. And then when it says Plaintiff's son, is that really supposed to be daughter?



A. Yes. I didn't catch that either.
Q. Okay. And then, let me back up. For number two, it says plaintiff has not been employed at any time during the past ten years. Is that correct?
A. Not exactly. I did some work under the table. That was my one job, my last one.
Q. The Project Manager job?
A. Yes.
Q. So that did occur within the last ten years, correct?
A. Yeah. When I signed it I was on my phone more than likely and I just scrolled down through it, looked good and there it was. I signed it. I didn't look at that -- to me wasn't the important information that I needed. That I thought was important.
Q. This piece where you had a previous phone listed as a Galaxy A3. Do you belive that to be accurate?
A. Yeah that one is accurate.
MR. JAMES PETERSON: I'm going to stop sharing on that. I'm going to mark Exhibit G, which will be the audio recording. I'll put it in the chat. What is the best -- Joe, maybe you're the guy to answer this. What is the best way to play this so that --
(Defendant's Exhibit G was marked for identification.)



THE VIDEOGRAPHER: Just make sure enable in the share allow sounds. It will be on your right side in the share screen.
MR. DANA OLIVER: James, before you play that can we do a fiver real fast?
MR. JAMES PETERSON: Yeah, that's fine. Let's do 15 after, sure.
THE VIDEOGRAPHER: We going off the record then, Mr.
MR. JAMES PETERSON: Yes.
THE VIDEOGRAPHER: We're going off the video record. The time is 2:10 p.m.
(Off the record for a short break at 2:10 p.m.)
(Back on the record at 2:19 p.m.)
THE VIDEOGRAPHER: We're back on the video record. The time is 2:19 p.m.
BY MR. JAMES PETERSON:
Q. Mr. Blubaugh, I would like to play an audio recording. It is approximately 4 minutes 17 seconds long. I don't necessarily have questions about the entire length of the recording, although you are entitled to listen to the entire length if you like. I'm at least going to play the first 30 seconds or so, and then you tell me if -- well, let me ask you. Do you

**want to listen to the whole thing?**
A. I don't know.
**Q. Okay. Well let me start playing it, and then I'll pause at some point. You can tell me if you want to listen to the whole thing, okay?**
A. Okay.
(Audio played as follows:)
Video speaker 1: Good to hear that. My name is Anthony Carbone, I'm a licensed agent with Healthcare Solutions on a recorded line. I'll be taking care of you today.
Video speaker 2: Anthony who?
Video speaker 1: Anthony Carbone.
Video speaker 2: Car phone?
Video speaker 1: Carbone.
Video speaker 2. Oh okay. Are you (inaudible) companies?
Video speaker 1: Yeah. You're area is Aetna, Signa, Humana, (inaudible).
Video speaker 2: Okay.
Video speaker 1: What we're going to be doing is getting your Medicare profile (inaudible) that you're going to be entitled to at no cost. I have your ZIP code here as 65055, is that right?



(End of audio playback.)
BY MR. JAMES PETERSON:
**Q. So that was about 37 seconds. I can play the whole thing if you would like?**
A. Yeah, sure.
**Q. You want me to play the whole thing?**
A. Yeah.
MR. JAMES PETERSON: Is very important that we all be quiet so that we're not --
THE WITNESS: That's AI that's on there.
MR. DANA OLIVER: Let's just hear the recording.
MR. JAMES PETERSON: Okay. Let's play the recording, okay. I'm starting now. Let's all be quiet until it finishes thank you.
(Audio played as follows:)
Video speaker 1: (Inaudible)just a couple of qualifying questions. Do you have Medicare and Medicaid or just Medicare?
Video speaker 2: Both.
Video speaker 1: Both. Okay. Do you know what carrier you have for your Medicare/Medicaid? Like, Humana, Healthcare, Aetna?
Video speaker 2: Healthcare.



Video speaker 1: Okay. I'll get you pulled up here. You do have a couple (inaudible) it looks like. How much are they giving you monthly on your allowance card?
Video speaker 2: 730 or I mean 273, I think.
Video speaker 1: 273, okay. Let me see if there are any other amounts that are close to that. Are you trying to go for the highest food allowance card, or are you looking for something specific?
Video speaker 2: Well, somewhat that and I need dental and they lowered my dental and I --
Video speaker 1: I do see here that the dental looks like it dropped down to $2500.
(End of audio playback)
THE WITNESS: You can stop this.
MR. JAMES PETERSON: Who was that that just spoke?
THE WITNESS: I did, Jeff. This is just recently.
MR. JAMES PETERSON: Okay. So let me just



take a note that I stopped around the 2 minute 9 second mark. There's about 2 minutes 8 seconds left. I stopped at the request of Mr. Blubaugh, the deponent.
BY MR. JAMES PETERSON:
**Q. I have some questions for you, Mr. Blubaugh. First of all, do you recognize the voices in that recording?**
A. Yes. It's AI.
**Q. One second. Who were the voices in that recording?**
A. It was an AI.
**Q. What do you mean by that?**
A. The only reason I answered this phone call and talked to him was so that I could get his name. And I don't recall getting it. That was just done this year. That has nothing to do with this case.
**Q. Why do you think that this is AI?**
A. Just by the sound of it. He never did give me a name, I don't believe. And that was just this year that this went on, so it has nothing to do with this case.
**Q. Is that your voice as well?**
A. I believe so, but what I said, they've lowered my card, that just happened here just a couple of months ago.
**Q. That had not happened in 2025?**

A. No. It just happened here about two months ago or so. This has nothing to do with my case.

**Q. Does the name Anthony Carbone mean anything to you?**

A. Anthony Carbone. Not off the top of my head.

**Q. Okay. What I would like to do, since we played that much of the call, I would just like to finish it out, okay?**

A. Okay.

MR. JAMES PETERSON: I'm going to be starting exactly where we left off at the 2:09 mark, okay.

(Audio played as follows:)

Video speaker 1: Do you need like full dentures or do you just need.

Video speaker 2: I have them.

Video speaker 1: You have them?

Video speaker 2: Yeah, but they're only good for like five years.

Video speaker 1: Yeah, it's usually per carrier, so if you change carriers you can get a new set. Do you know when you need a new pair of dentures, do you still have a couple years?

Video speaker 2: I would like to get them



now. I lost one. I haven't found it yet.

Video speaker 1: Okay. So the option that you have, it, would, lower your allowance card, but it would let you get $5,000 for dental which would cover dentures. The (inaudible) card would be lower but, what you can do is you can change over, get a pair of dentures, and then in October you can pretty much switch back, and go right back over to United with the higher food card. The only other thing with high dental is Humanae. Again, it pretty much has $5,000 for dental, which is (inaudible) especially a pair of dentures. There's a big different between a $2,500 pair of dentures and a $5,000 pair. The food card does drop down to $140 though. You would have about $120 less a month, but you would be getting an extra $2,500 for the denture situation, so you would pretty much be able to immediately just get a $5,000 pair of dentures and then you could pretty much switch back your



plan in October, which would be about 3 or 4 months that you would have the plan for.

Speaker 2: Okay. (Inaudible.)

Speaker 1: No problem. Please take your time.

Speaker 2: I'm going to check around a little bit or something, you know.

(End of audio playback.)

MR. JAMES PETERSON: That is the end of the recording.

THE WITNESS: I ask that be struck, taken off. That was just in the last couple months and it has nothing to do with this case, because I remember that phone call. And I answered it to get his number or his name, because apparently they had called me several times.

MR. DANA OLIVER: Mr. Blubaugh, your attorney's can handle anything like that. Just answer his questions.

THE WITNESS: Okay. I apologize.

THE VIDEOGRAPHER: Can we see Mr. Blubaugh back in the screen, because we're not seeing your mouth when you speak, Mr. Blubaugh.

THE WITNESS: Oh, I'm sorry.



THE VIDEOGRAPHER: Just hit the video icon on the lower left side. There you go.

THE WITNESS: Yeah, I got it.

BY MR. JAMES PETERSON:

**Q. So Mr. Blubaugh, you mentioned not having received a name on that call. What I would like to do is share again, and replay just the beginning.**

A. I don't care to hear it. It has nothing to do with this case.

MR. DANA OLIVER: Mr. Blubaugh, he is leading this deposition, just let him ask his questions. You don't have to --

THE WITNESS: Okay. I apologize. It's just irritating for him to throw something in here like that.

(Audio played as follows:)

Video speaker 1: My name is Anthony Carbone. I'm a licensed agent with Healthcare Solutions on a recorded line.

(End of audio playback.)

BY MR. JAMES PETERSON:

**Q. So did you hear that part, Mr. Blubaugh?**

A. Yes, I did.

**Q. Did he provide a name?**

A. It doesn't matter to this case. I refused to

answer questions on it. It's immaterial.
**Q. Mr. Blubaugh, I'll ask again. Did he provide you a name?**
A. Yeah.
**Q. And what was that name?**
A. Anthony somebody. I don't know. It's immaterial to me.
**Q. Did he also tell you what company he worked for?**
A. I didn't even catch it. It's immaterial to me.
**Q. Let me play it again.**
(Audio played as follows:)
Video speaker 1: Good to hear. My name is Anthony Carbone. I'm a licensed agent with Healthcare Solutions on a recorded line. )
(End of audio playback.)
BY MR. JAMES PETERSON:
**Q. Do you need to turn your volume up, Mr. Blubaugh? I just want to make sure.**
A. No. I got it. Home care solutions.
**Q. What was that?**
A. Home Care Solutions, I belive.
**Q. Okay. It's my clients position that Anthony Carbone worked for Healthcare Solutions. Are you disputing that that's what the recording says?**
A. I thought it said Home Care something. Play it


again.
**Q. Okay. Here we go.**
(Audio played as follows:)
Video speaker 1: Good to hear. My name is Anthony Carbone. I'm a licensed agent with Healthcare Solutions on a recorded line.
(End of audio playback)?
BY MR. JAMES PETERSON:
**Q. What is it that you heard Mr. Blubaugh?**
A. Home Care Solutions, and probably a fake name, because they do that all the time.
**Q. So your position on this recording is that it's someone with a fake name calling from Home Care Solutions, is that correct?**
MR. DANA OLIVER: Objection to the form of the question. If you know the answer you can answer, if you know the answer.
THE WITNESS: Is thee a questions?
BY MR. JAMES PETERSON:
**Q. Yes, Mr. Blubaugh. When you Counsel objects to form you can still answer if you know the answer. My question is, regarding this recording that we just listened to, is it your assertion that that was a fake name provided by someone that worked for Home Care Solutions?**


MR. DANA OLIVER: Same objection. You can answer.
THE WITNESS: I don't know anything for sure. I do know that I tried filing other case and it come back fake names. And that sounded like AI to me.
BY MR. JAMES PETERSON:
**Q. Why did it sound like AI?**
A. Just the way they speak.
**Q. Could you elaborate on that, help me understand?**
A. I've had AI's call me because and things that turned out to be AI's. I've had calls that I've answered that is AI to begin with. And then they transfer ya.
**Q. Is it -- so to you the other voice in this recording sounds like AI?**
A. Yes.
**Q. What about your voice, does that sound like your voice?**
A. Well, it about has to be because I remember this phone call just within the last month or two.
**Q. So this recording -- the recording just played to you as Exhibit G, according to you was not recorded on July 8th, 2025?**
A. No way. My insurance never got cut until the last couple months.


**Q. Tell me about that. What do you mean by your insurance never got cut?**
A. I have a food card and it got cut from 270 something down to 120 something.
**Q. And when did that happen?**
A. Just in the last couple of months.
**Q. Can plans change mid year?**
MR. DANA OLIVER: Objection to the form of the question.
THE WITNESS: I'm sorry.
MR. DANA OLIVER: Objection to the form of the question.
BY MR. JAMES PETERSON:
**Q. And the questions was, which I understand there is an objection to, can plans change mid year?**
A. They must be able to.
**Q. If you needed to prove -- what was it about your plan that changed, I'm sorry?**
A. They give you a food and medical card with my insurance, and it was 270 something and now it's down to like 120.
**Q. It's like a card with a credit on it, is that what you're saying?**
A. Yes. A monthly credit.
**Q. That you can use at grocery stores, is that what**

**it is?**
A. Grocery stores, over the counter meds, anything like that. Only for good food.
**Q. If you had to prove when that changed, how would you do that?**
A. I would probably go to my UnitedHealthcare and look it up on their site. Because in the recording I said my card just got dropped down.
**Q. Have you ever said something to a telemarketers that wasn't true?**
MR. DANA OLIVER: Objection to the form of the question. If you know the answer, you can answer.
THE WITNESS: Not that I know of.
BY MR. JAMES PETERSON:
**Q. Did your card get reduced in 2025, your food card?**
A. No. Since I've had this insurance it's always been there.
**Q. But at the same level you mean, right?**
A. Yes.
MR. JAMES PETERSON: I think if we take a 5 minute break just for me to look at my notes. Go off the record. I'm very close to being done.
MR. DANA OLIVER: Okay.
MR. JAMES PETERSON: Call it 45 after, 15 till?



THE VIDEOGRAPHER: Please stay on Mr. Blubaugh. Are you going to be cross examining for awhile after this?
MR. DANA OLIVER: If I have any questions it will be very few.
THE VIDEOGRAPHER: I'm just going to end this media unit then. This will end Media Unit Number 2 in the deposition of Jeffery Blubaugh. The time is 2:38 p.m.
(Off the record for a short break at 2:38 p.m.)
(Back on the record at 2:45 p.m.)

THE VIDEOGRAPHER: This is the start of Media Unit Number 3 in the deposition of Jeffery Blubaugh. The time is 2:46 p.m.
BY MR. JAMES PETERSON:
**Q. Mr. Blubaugh, I just need to clarify something going back to the recording. The defendant provided that recording in this litigation, and you belive that recording was made recently, correct?**
A. Yes.
**Q. Is it your position that the defendant has called you during the course of this litigation?**



MR. DANA OLIVER: I'm going to object to the form of the question. If you understand the question you can answer?
THE WITNESS: What is considered litigation, since I filed the case or what?
BY MR. JAMES PETERSON:
**Q. Yeah. I can clarify that. When you filed the case and it was, I can refresh your memory. We had agreed that August 1st, 2025 sounded about right, correct?**
A. Yes.
**Q. Is it your position that the defendant has called you since the inception of that litigation?**
MR. DANA OLIVER: Same objection. If you know you can answer.
THE WITNESS: Yes.
BY MR. JAMES PETERSON:
**Q. Would that be true if what you heard on the audio recording was Home Care Solutions?**
A. Yes.
**Q. So your position is that Home Care Solutions and Healthcare Solutions are the same company, is that correct?**
A. No. I might be off there. They sound a lot alike. That conversation just happened in the last couple months. And I wouldn't have answered my phone if they hadn't already called me several times.



**Q. Do you know what it means to act as a class representative?**
A. Fill me in on that. No. I am questioning my (inaudible) that's something I just learned about.
**Q. I'm sorry, I didn't really understand that. What did you say Mr. Blubaugh?**
A. Ask me the question again, please?
**Q. Sure. Earlier in the deposition we confirmed that you are seeking to represent a class, I believe. Is that correct?**
A. Yes.
**Q. What is your understanding of the duties of a class representative?**
A. My duties is to -- I belive I'm just the start of the case that I started and the decided to put it in as a class filing, and they bring in others who have the same issues or same law suits.
**Q. Do you have any knowledge if any of these proposed class members provided consent to be called by Healthcare Solutions?**
A. No.
**Q. Do you have any knowledge of any proposed class members that revoked consent to be called?**

A. No.
**Q. Did you ever exchange text messages with Healthcare solutions?**
A. Not that I can recall.
**Q. Did you ever exchange e-mails with anyone at Healthcare Solutions?**
A. Not that I can recall.
MR. JAMES PETERSON: Okay. I have no further questions.
MR. DANA OLIVER: I have no questions.
THE VIDEOGRAPHER: Counsel, are we going to ask the witness to read or waive?
MR. DANA OLIVER: Yes. He needs to be able to read that and sign that.
THE VIDEOGRAPHER: Megan, do you want to go through order's with counsel?
MR. JAMES PETERSON: We're not going to order just yet.
MR. DANA OLIVER: Yeah. We're not ordering right now, but I just need him to at least sign and double check before we're done. I'll give lead counsel your information and if they want a transcript they can order that from you.
THE VIDEOGRAPHER: Will there be anything else from the court reporter.



THE REPORTER: Nothing further.
THE VIDEOGRAPHER: Thank's Megan. Will either party be ordering video?
MR. JAMES PETERSON: Not at this time for Defendant.
MR. DANA OLIVER: Not for Plaintiff at this time.
THE VIDEOGRAPHER: Okay, counsel. Do both attorney's agree to go off the record?
MR. JAMES PETERSON: Yes.
MR. DANA OLIVER: Yes.
THE VIDEOGRAPHER: Then we're going off the record in the deposition of Jeffery Blubaugh. The time is 2:54 p.m.
(CONCLUDED AT 2:53 P.M.)



Ballew Reporting Services
2213 State Route W, Fayette 65248
573-864-3014

October 4, 2026

Zoom

In re:
Witness Name: Mr. Jeffery Blubaugh
Case name: Jeffery Blubaugh v. Healthcare Solutions Ins.
Case No.: 4:25-cv-00607-BCW
Date taken: August 31, 2026

Dear Mr. Blubaugh

Please find enclosed your copy of the deposition taken on August 31, 2026, in the above-referenced case. Also enclosed is the original signature page and errata sheet.

Please read your copy of the transcript, indicate any changes and/or corrections desired on the errata sheet, and sign the signature page before a Notary Public.

Please return the errata sheet and notarized signature page too Mr. Dana Oliver for filing prior to the trial date.

Thank you for your attention to this matter.

Sincerely,

/s/ Megan Haase, CCR, CCR No. 1569



WITNESS ERRATA SHEET
Witness Name: Jeffery Blubaugh
Case Name: Jeffery Blubaugh v. Healthcare Solutions Ins.
Case No.: 4:25-cv-00607-BCW
Date taken: August 31, 2026

Page: Line: Should read:
Reason for change:

Page: Line: Should read:
Reason for change:

Page: Line: Should read:
Reason for change:

Page: Line: Should read:
Reason for change:

Page: Line: Should read:
Reason for change:

Page: Line: Should read:
Reason for change:
Page: Line: Should read:
Reason for change:

Page: Line: Should read:
Reason for change:

Page: Line: Should read:
Reason for change:

Reporter: Megan Haase, CCR 1569

STATE OF MISSOURI }
WESTERN DISTRICT }

I, JEFFERY BLUBAUGH, do hereby certify that I have read the foregoing deposition;

That I have made such changes in form and/or substance within the deposition as might be necessary to render the same true and correct;

That having made such changes thereon, I hereby subscribe my name to the deposition.

I declare under penalty or perjury that the foregoing is true and correct.

Executed this of 2026.

-----------------------
Jeffery Blubaugh

Subscribed and sworn to before me, the undersigned Notary Public in and for the State of Missouri, by said witness, Jeffery Blubaugh , on this day of , 2026.

--------------------------------
NOTARY PUBLIC, STATE OF MISSOURI
MY COMMISSION EXPIRES:

Signature page to Jeffery Blubaugh

Jeffery Blubaugh v. Healthcare Solutions Ins.
Case No.: 4:25-cv-00607-BCW
Date Take: August 31, 2026



C E R T I F I C A T E

I, Megan Haase and a Notary Public within and for the County of Greene, State of Missouri, do hereby certify that there appeared before me the deponent, Jeffery Blubaugh, via zoom, on August 31, 2026, who was thereupon first duly sworn by me to testify the truth and nothing but the truth in response to questions propounded to said deponent at the taking of the foregoing deposition relating to the above-captioned cause now pending and undetermined in said court.

I further certify that said transcript being a true and correct transcription of testimony given then and there was taken by me at the time and place herein named and was thereafter transcribed into typewriting under my direction, and that the foregoing transcript is a true and accurate record of said testimony given by said deponent at said time and place.

I further certify that I am not related by blood or marriage to any of the parties to said suit, nor am I an employee of any of the parties or of their attorneys or agents, nor am I interested in any way, financially or otherwise, in the outcome of said litigation.

I further certify signature was not waived.

Dated at Springfield, Missouri, this October 4, 2026.

/s/ Megan Haase
Megan Haase, CCR
CCR No. 1569

**$**

**$120**
99:20

**$140**
99:19

**$2**
41:25

**$2,500**
99:17,21

**$2500**
96:18

**$5,000**
99:6,15,18,24

**(**

**(641)347**
88:11

**(inaudible)just**
95:17

**0**

**00001**
56:4

**0038**
72:3

**1**

**1**
33:19 54:9 70:4 94:8,13,15,18,21 95:17,21 96:1,8,16 98:14,17,20 99:3 100:5 101:16 102:12 103:4

**10:26**
4:1,3

**10th**
61:4,10 65:9

**11:06**
26:21,22

**11:15**
26:17

**11:49**
26:24 27:1

**11:51**
28:17,18

**11:54**
28:20,22

**120**
105:4,21

**12:15**
26:14,15,16

**12:42**
54:10,11

**12:47**
54:13,16

**15**
66:23 93:7 106:25

**1569**
112:21 113:24

**15th**
7:19

**17**
93:20

**19**
69:14

**1957**
7:19

**1975**
25:7

**1986**
10:15

**1987**
10:18

**1:07**
67:2,3

**1:16**
67:5,7

**1st**
29:10 70:5 91:11 108:9

**2**

**2**
9:18 54:15 74:25 84:15 94:12,14,16, 20 95:20,25 96:6, 13 97:1,2 98:16, 18,25 100:4,7 107:8

**20**
82:25

**2020**
8:13

**2024**
12:5 15:19,23 16:7,8 18:3,6 21:7 22:18 34:5 58:13 61:4,10 70:12,15 85:3 86:6

**2025**
15:19 16:2 17:6,22 18:1 21:10 33:19 83:7 97:25 104:23 106:15 108:9

**2026**
4:7 70:4 91:11 112:3,8,11 113:5

**20th**
29:10

**21**
8:7 49:17 78:8 85:25 86:8

**24**
18:9

**25**
17:8

**2682**
58:8

**270**
105:3,20

**273**
96:6,8

**29**
19:1

**2:09**
98:11

**2:10**
93:12,13

**2:19**
93:15,17

**2:38**
107:9,11

**2:45**
107:13

**2:46**
107:17

**2:53**
111:15

**2:54**
111:14

**2nd**
58:12

**3**

**3**
9:18 22:14 59:4 100:1 107:16

**30**
93:24

**31**
4:7 19:1 112:8,11 113:5

**31st**
70:5

**37**
95:3

**38**
70:25 71:22

**4**

**4**
13:7 20:3 21:25 22:14 40:3 59:19 93:20 100:2 112:3

**40**
8:7

**45**
106:25

**4:25-cv-00607-bcw**
112:7 113:4

**5**

**5**
40:3 59:20 66:15 106:21

**573-864-3014**
112:2

**5G**
60:3

**6**

**6**
17:17 40:4 60:13, 17

**60**
29:11 82:24

**62**
21:16

**6244**
56:23

**64055**
8:8

**641**
10:10 11:17,21 29:13

**641 347-2682**
9:10 60:9

**641 728-6244**
56:18

**65055**
94:24

**65248**
112:1

**66**
19:25 20:3 21:25

**68**
7:21 40:4

**7**

**7**
14:20 65:7,12

**730**
96:6

**8**

**8**
14:20 17:17 66:12 67:13 80:16 89:12, 13 97:2

**80**
29:8 44:10,12 82:22 84:1

**8th**
83:7 104:23

**9**

**9**
26:15 56:17 69:1 97:1

**9601**
8:7

**97**
10:18

**99**
82:11

**A**

**a.m.**
4:1,3 26:21,22,24 27:1 28:17,19,20, 22

**A16**
60:3

**A3**
92:17

**ability**
6:13

**able**
24:18 42:25 49:7 50:24 79:19 81:3 99:23 105:16 110:13

**about**
6:2,3 8:18,24 12:5, 9 16:2,7,23 17:2,6 19:12 20:20 21:10 28:3 32:1,22,24 33:5,20 38:1,4,6 42:11 46:19,24 57:1 59:24 62:12, 24 63:11 65:10 72:5,10 73:5 74:11,14,17 80:24 81:1 83:3 86:2,20, 22,24 88:1 89:13 90:6,17 93:21 95:3 97:2 98:1 99:20 100:1 104:17,19 105:1,17 108:9 109:6

**above-referenced**
112:11

**access**
14:8,12 84:11

**according**
13:25 104:22

**account**
23:17 34:22,24 62:11,17,19,25 63:3,6 66:6,7

**accounts**
66:4

**accurate**
78:9 85:15,21 88:12 92:17,18

**accurately**
6:13

**across**
34:18

**act**
37:9,12 109:3

**action**
4:25 32:5 33:13 37:8 43:10

**activity**
61:4,9 62:2

**acts**

74:17

**actual**
77:23

**actually**
11:10 24:14 26:11 33:6 54:8 65:6,11, 15 69:12 71:5 75:19 84:23 87:3 88:19

**ad**
34:16,17,18 35:4, 10 36:9,13

**add**
91:22

**address**
8:6,11 20:8,10,17, 21 21:8,11 58:3,5 67:22,25 68:3,6,7, 8 69:5,7,10 75:12 78:6 79:13,14,15, 16 84:24 85:24 86:20,24

**addressed**
59:13,15

**addresses**
20:19,25 21:3 79:19

**advantage**
19:22 27:7,11 39:21 46:23,25 47:1,4,6 72:1 78:25 79:2

**advertisement**
72:16

**Aetna**
39:15,16,19,24 40:1,6,9,17,19 94:18 95:24

**affect**
6:12

**after**
21:16 22:14 27:3 39:14 45:23 46:10 55:21 66:18,23 83:12 93:7 106:25 107:4

**afterwards**
22:14 39:25

**again**
24:3 30:25 31:4 32:24 35:9 41:5 48:15 52:17,23 53:12 71:5 75:4 80:10,20,22 82:12 90:11 91:16 99:14 101:7 102:2,10 103:1 109:9

**against**
44:2 46:22 47:20

**age**
21:23,24 47:9

**Agency**
4:6

**agent**
40:5,9,11,13,22 46:11,13 94:9 101:17 102:13 103:5

**ages**
18:25

**ago**
8:24 18:9 20:20 25:19 33:2 37:5 40:3,4 61:11 66:11 84:10 86:16 88:1,6 89:8 97:24 98:1

**agree**
5:4 28:16 62:4 73:12 111:9

**agreed**
73:9 108:9

**ahead**
38:17 42:17 45:21 48:7 49:1 59:19 63:19 73:6 82:18 87:18

**AI**
95:10 97:8,11,17 104:5,7,12,15

**AI's**
104:10,11

**alcohol**
6:7

**alike**
108:25

**all**
5:7 10:2,3 13:25 18:23 28:15 29:12 35:18 43:6,14,24 46:16,23 47:2,13 48:21 50:9 51:19, 20 52:6,8,14 53:21 54:5 55:18 56:16 57:15 70:21 75:9, 17,20 79:12 82:15, 16,17 84:20 85:14, 15 95:9,14 97:6 103:11

**alleged**
43:25 73:21,24

**alleges**
83:6

**alleging**
44:2 83:22

**allow**
93:2

**allowance**
96:5,11 99:5

**almost**
61:11

**along**
50:25

**already**
109:2

**also**
15:10,13 38:4,6 71:19 73:3 89:20 102:8 112:11

**altering**
6:10

**although**
93:22

**altogether**
37:15

**always**
6:3 13:18 30:16 31:7 86:1 106:17

**am**
6:4 13:18 25:18 32:11 36:20,21 42:8 61:11 77:12, 14 109:5

**Amazon**
64:19

**amounts**
96:9

**and/or**
112:14

**Andrew**
33:12 34:2,10,13 35:14

**another**
20:3 58:24 70:23 77:20

**answer**
5:12,13 7:5,9,15 30:13,23 31:14,23, 24 35:21,25 36:1,5 42:7 45:13 46:18 47:16 48:14 63:9, 20 74:9 78:5 81:22

82:3 83:15 85:8 92:22 100:19 102:1 103:16,17, 21 104:2 106:12 108:3,15

**answered**
5:22 30:2 34:16 42:9 97:13 100:15 104:12 109:1

**answering**
7:12 57:1 83:14

**Anthony**
32:17,20 33:1 34:12 36:14 94:9, 12,13 98:3,5 101:16 102:6,12, 22 103:4

**any**
5:2,18,20,24 6:9, 12,18,22,25 7:2 9:13 10:12 11:6,18 16:12 17:3,25 18:17,20,23 19:10, 15 20:19 21:1,3 22:20 24:6 25:8,14 28:6 30:6,19 31:11,17 32:12,24 35:22 37:2 39:1,8 41:24 42:11 43:24 44:4 49:9 55:21 56:19 62:10 63:2, 14,17,22 64:7 66:4,9 68:10,14 73:20,22,23 74:2, 5,16 83:7,20 84:9 87:17 89:22,25 90:8 92:3 96:9 107:5 109:20,24 112:14

**anybody**
6:4 18:13 45:8

**anymore**
46:7,10 68:20,24

82:14 83:13

**anyone**
43:25 110:5

**anything**
11:7 16:12 25:20 31:4 39:4 44:4 45:10 52:4,19 53:20 57:6 68:11 75:8 86:2 87:9 90:21,22 98:3 100:19 104:3 106:2 110:24

**anyway**
27:14 38:16

**anywhere**
9:5 59:18 70:6 86:7

**apologize**
100:21 101:13

**app**
64:22

**apparently**
27:16 29:5 40:14, 21 100:16

**appearing**
4:9

**apprenticeship**
25:11,16

**approximately**
8:10 93:20

**apps**
14:10 84:3,6

**area**
10:10,19 11:2,5,13 26:9 29:13 78:16 94:18

**aren't**
5:15

**around**
8:13 22:18 74:14 97:1 100:7

**ask**
6:5 7:8,15 40:8 45:17 49:2 63:7 64:10 66:19 72:5 73:4 76:9 80:24 85:19 87:17 90:17 93:25 100:12 101:11 102:2 109:9 110:12

**asked**
5:21 6:19 45:14,23 46:10 66:20

**asking**
15:19 28:9,25 32:10,11,24 36:20 46:6 87:19 90:22

**assertion**
103:23

**assigned**
68:11

**assist**
19:15 40:20 41:11 47:3,11,14,21 56:22

**assistance**
41:3,7

**assisting**
47:20

**associates**
68:9

**assume**
7:6 29:5 36:1

**AT&T**
13:5 70:10

**attach**
49:17

**attached**
51:7

**attachment**
51:17,23

**attempting**
54:18

**attending**
49:4

**attention**
38:18 40:25 112:19

**attorney**
4:11 24:17,20 29:1 33:15 36:10,14

**attorney's**
32:16 33:12 54:23 100:19 111:9

**attorneys**
32:9,12,14 37:23 60:1 61:6

**attributed**
68:21

**audibly**
5:12

**audio**
28:11 92:21 93:19 94:7 95:1,16 96:19 98:13 100:9 101:15,20 102:11, 15 103:3,7 108:18

**August**
4:7 29:10 33:19 108:9 112:8,11 113:5

**auto**
23:21 62:10,13

**aware**
37:18 43:25 62:10 63:2 68:14 73:20

**away**
12:25

**awhile**
66:10 107:4

**B**

**B-L-U-B-A-U-G-H**
8:3

**back**
26:24,25 27:4 28:20,21 38:19 42:19,25 43:2 44:1 45:9 51:3 52:9 53:4,5 54:13 55:14,24 60:24 65:4,5 67:5,6 71:3 77:23 79:3 84:12, 14 90:25 92:2 93:15,16 99:11,25 100:23 104:5 107:13,20

**background**
24:22 72:10,15

**backing**
69:12

**bad**
83:2

**Ballew**
112:1

**bar**
89:19

**Barely**
57:13

**basically**
47:8

**basis**
62:6

**Bates**
54:22,23 57:11 59:4,19,20 60:13 65:7,12 66:12 67:13 69:1,14 70:25 74:25 80:16 84:15

**became**
25:16 38:23

**because**
6:4 10:2 29:22 40:24 42:19 59:17 83:16 84:4 88:19 100:14,16,23 103:11 104:10,19 106:7

**before**
5:2 7:9,12,15 8:15 9:22 10:21 12:18 13:8,14,16 14:21 15:3,4,8 16:17 23:12 27:23,25 34:4 36:16,22,25 39:24 47:10 59:10 67:19 72:13,16 73:7 76:7 78:4 79:15,18 80:2 87:16,21,23 88:23 89:3,17 90:16,22 91:1 93:4 110:21 112:14

**began**
4:1 20:6

**begin**
7:12 104:12

**beginning**
4:11 73:19 101:7

**behalf**
4:13,14

**believe**
8:14 12:5 16:9,16, 19 17:5,14,19,23 18:2,12 22:5 33:18 34:16 37:15 39:15, 17 43:6,13,18 44:5,18 45:1 59:1 62:9 68:9,16 69:11 78:17 81:17 86:16 87:12 97:19,22 109:11

**believes**
79:13

**belive**
87:8 89:7 90:6 92:17 102:21 107:21 109:16

**best**
7:10,14 46:2 53:24 92:22,23

**better**
27:22 40:8 74:21

**between**
35:22 63:2 68:15 99:17

**big**
99:17

**bike**
64:19

**bill**
69:21

**birth**
7:18 77:18,23 86:22

**birthday**
20:1

**bit**
10:6 16:1 22:21 23:14 46:4 52:13 56:23 69:23 75:10 87:12 90:18 100:8

**blow**
84:15

**Blubaugh**
4:4,5,18,23 7:24 8:3,4 19:7,9 24:21 26:18 27:3 28:10, 24 29:19 31:21 36:8 42:16,21 43:5,10 49:3,23 50:7 51:6 52:2,16, 23 53:2,14 54:10, 16,18,23 55:1 56:19 59:20 60:17 66:5 67:9 71:12,19 74:20 75:4 80:9, 20,22 81:7 85:6, 14,19 87:8 90:13 91:19 93:19 97:3,5 100:18,22,24 101:5,10,22 102:2, 17 103:9,20 107:3, 9,17,19 109:8 111:13 112:6,9 113:2,3

**Blubaugh. heel00001.**
54:22

**Blubuagh.heel1**
50:2

**born**
8:19

**both**
14:22 28:16 95:20, 21 111:8

**bottom**
50:2,8,13,20 51:2, 9 55:10,15 60:17, 19 65:7 72:18 81:23

**box**
52:15 53:12

**brain**
14:3

**branch**
68:16

**brand**
17:12

**break**

5:18,20,21,24 6:2 26:12,23 27:3,21 28:18 29:3 30:13, 19 31:7,11 54:12 67:4,19 93:13 106:22 107:11

**bring**
29:16 109:18

**brown**
72:10,15

**browse**
62:6

**browser**
62:22,25

**browsing**
63:15,23

**bug**
44:3,8 45:9

**bugging**
44:11

**bunch**
68:6

**business**
83:20

**buttons**
55:21

**C**

**ca**
78:21

**call**
12:2,10 25:17 28:11 29:9,23 45:15,17,23,24 46:7,10 48:9,11,18 58:16 76:11 77:21 82:12,13,14,23 83:13,21 97:13 98:7 100:15 101:6 104:10,20 106:25

**called**
4:19 44:12,16,18 47:13 73:21,24 74:3,7 81:16 83:10,12 100:16 107:24 108:12 109:2,21,25

**calling**
47:14 74:15 81:8 82:17 83:7 103:13

**calls**
10:2,3,5 11:1 29:8, 11,12,19 34:16 44:10,19 45:14 46:21 47:16,22,25 55:9 81:21 82:6,22 83:16,17,18,22 84:1 104:11

**came**
22:3 34:18 39:20 55:23 86:10

**can**
5:4,19,24 6:1,3 13:23 14:8 23:14 26:13 27:10,16,21 28:7 30:22,24 31:9,13,23 33:22 35:21 36:23 38:22 42:7,12 45:13 46:18 48:14 49:18 50:5,13,19,23,24 52:3,7,9,10,23 53:1,18 54:2,24 55:2,16,21 56:3,5, 16 57:11,14 58:3 59:5,20 60:22 63:7,8 64:14 66:9, 13 69:3,16 70:2 71:4,14,25 72:8,20 73:1,3 74:9,20 75:7,11,14 76:9 78:1 80:9,10,25 81:2,6 83:2,9,14 84:16 85:8 86:4,7 87:12 88:13,15 93:5 94:4 95:3 96:20 98:22 99:8, 10 100:19,22 103:16,21 104:1 105:7,15,25 106:12 108:3,7,8, 15 110:4,7,22

**can't**
14:4 15:25 21:16 28:2 30:24 41:13 44:17 49:9 50:15 52:19 55:15 59:17 60:2 61:7 69:22 71:15 79:18 82:3, 15 83:14

**cannot**
5:20

**capable**
17:3,7,25 18:4,7

**capacity**
21:1

**Car**
94:14

**Carbone**
94:9,13,15 98:3,5 101:17 102:13,23 103:5

**card**
24:7,12 96:5,11 97:23 99:5,7,12,19 105:3,19,22 106:8, 15,16

**cards**
24:8,10,14

**care**
94:10 101:8 102:19,21,25 103:10,13,24 108:19,21

**Carpenter**
25:17

**Carpenters**
25:11

**carrier**
9:15,17 11:4,16 95:22 98:21

**carriers**
11:12 98:21

**case**
33:16,17 43:20 97:16,20 98:2 100:14 101:9,25 104:4 108:5,8 109:17 112:6,7,11 113:3,4

**cases**
37:24

**Cash**
16:22,25

**catch**
86:13 92:1 102:9

**categories**
84:19

**caused**
44:6 83:22,24

**CCR**
112:21 113:24

**cell**
13:21

**cellular**
9:11

**central**
4:3 26:17,18

**certain**
45:19 62:16 83:18

**certainly**
6:4 28:5 33:24 75:9 87:13

**certifications**
25:15

**certified**
25:18

**chance**
69:25 81:9

**change**
11:24 40:18,20 68:21 91:21 98:21 99:9 105:7,15 113:7,9,11,13,15, 17,18,20,22

**changed**
10:20 11:11,22 16:13 29:11 42:2 84:2 105:18 106:4

**changes**
112:14

**changing**
10:5

**charged**
44:4

**chat**
49:19 50:23,24 51:1,5,8,9,11,12 52:3,6,15 53:2,7, 12,15,20 70:24 71:3,7,20,21 80:15 87:3 88:18 92:21

**chats**
74:17

**check**
22:6,7,8,9 100:7 110:21

**checking**
71:8

**children**
18:17,23

**City**
26:9 68:17 80:8
89:2

**claiming**
37:8,11 44:12,15 45:10

**clarification**
91:18

**clarify**
10:3 17:10 27:10 30:5 32:4 46:5 47:6 72:14 78:4 83:11,23 107:19 108:7

**clarity**
8:1 15:17

**class**
25:12,13 43:10,16 109:3,11,15,18,21, 24

**classes**
25:14

**clear**
7:11 55:15 76:22

**clearly**
36:19

**click**
51:10 53:21 55:20

**clicked**
31:9

**clicking**
53:19

**client**
29:20 44:2,12 45:10 46:6,10 47:16 48:1 79:12 81:8,12 82:1,13 83:6,12 85:2,14 86:5

**client's**
76:10

**clients**
102:22

**close**
96:10 106:23

**co-pay**
41:25

**co-pays**
41:24

**coaching**
28:6

**code**
10:10,19 11:2,5,13 29:13 78:16,17,19 94:24

**codes**
84:4

**college**
25:13,21 89:18

**column**
75:21,23 76:20,23 77:4,9,15,23 78:2, 5,11,15,22 79:8

**column's**
76:13

**columns**
76:16 81:1

**combine**
43:15

**come**
18:17,20 45:3 47:11 53:5 55:14 76:9 104:5

**comes**
30:14 41:19 63:15, 22 65:3

**comfortable**
57:1

**coming**
27:20 33:5,11 68:7

**communication**
35:24

**communications**
35:22 36:6

**companies**
42:12 43:8 46:16, 22 47:2,11,13,20, 22 48:1 82:9,19, 21,23 83:4 94:17

**company**
8:25 30:6 32:2 41:10 48:12,21 102:8 108:22

**Complainant's**
54:20

**complaint**
33:19 44:24 87:2, 15

**complete**
7:15

**completely**
85:22

**Composite**
49:12 54:19 70:21

**computer**
12:12,23 52:21 53:18

**concerned**
81:1

**CONCLUDED**
111:15

**conducting**
6:16

**confer**
25:14

**confirm**
44:21 50:18 51:21 69:4 76:12

**confirmation**
39:2

**confirmed**
109:10

**connection**
89:22,25 90:8

**consent**
74:5 109:21,25

**consider**
19:12 44:11

**considered**
108:4

**construction**
8:25

**consumer**
37:9,12 73:20 74:17

**Consumers**
73:23

**contact**
34:2,10,13 35:7 38:25 73:10

**contacted**
35:8 40:17

**content**
32:10

**contents**
32:25

**conversation**
28:6 29:1 108:25

**conversational**
7:9

**copy**
112:10,13

**corner**
61:15

**correct**
13:19 25:24 27:8 31:6,7,11 41:2 46:7 48:18 58:21 67:11,20 70:4,9 73:14 76:2,18 77:7 78:17 83:4 84:20, 21,25 85:25 92:4, 10 103:14 107:22 108:10,23 109:12

**corrections**
112:14

**cost**
94:24

**could**
7:22,25 10:3 24:16 29:17 35:11 44:9 57:7 62:17 66:15 71:17 81:4 85:14 97:14 99:25 104:9

**couldn't**
9:25 13:15 15:9 24:1 29:22 31:19 35:6 39:20,21 40:2,23 45:18 64:11 79:7 82:11 84:4 85:4

**counsel**
4:9,17 26:19 28:15 35:22,24 54:2 66:25 103:20 110:11,16,21 111:8

**counter**
106:2

**couple**
12:17 13:11 24:8, 10 27:14 38:16 65:2 66:10 76:12 84:7,10 86:16 95:17 96:2 97:23 98:24 100:13 104:25 105:6 109:1

**course**
107:25

**court**
4:8 36:24 37:3 43:2 110:25

**cover**
99:6

**cover's**
50:13

**coverage**
39:2,10 40:6,9 41:7 42:13,16 43:7

**covered**
38:23

**create**
5:5

**credit**
105:22,24

**Creston**
25:1,3,4

**cross**
107:3

**current**
10:21 16:15,23 17:22 30:9 60:6 69:7 70:10 79:19 89:23

**currently**
6:7,9 8:21 19:18 27:8 49:3 70:9

**cut**
74:22 104:24 105:2,3

**cutting**
72:24

**D**

**daily**
62:6

**Dammit**
53:3

**Dana**
4:14 13:25 26:15 27:18,25 28:3,7 30:21 31:12 32:17, 22 33:3 35:20 36:2,4 42:6 43:1 45:12,20 46:17 48:2,4,13 49:14,18 50:3,5,12 51:8 52:1,2 53:23 54:7 55:17,20 57:19 63:10,16,18 66:14 71:6 74:8,20 85:5, 12,16 93:4 95:11 100:18 101:10 103:15 104:1 105:8,11 106:11, 24 107:5 108:1,14 110:10,13,19 111:6,11 112:17

**date**
7:18 8:11 13:12 20:2,3 23:5,25 38:23 65:9 70:3 77:18,24 86:22 112:8,17 113:5

**dates**
38:19,20 44:19,21

**daughter**
89:7,9,10 91:25

**daughter's**
89:22,25

**daughters**
90:8

**day**
17:2 24:1 29:9 44:10,13 64:4 82:23 83:10 84:2

**days**
82:25

**Dear**
112:9

**decide**
38:14

**decided**
109:17

**decision**
35:18 37:22

**defendant**
4:13,19 32:4 44:2 70:25 80:16 107:20,24 108:12 111:5

**defendant's**
55:3 71:1 74:25 75:1 80:17 87:5 88:20 92:24

**define**
30:12

**definitely**
46:6

**definition**
30:16,18 31:3,5,10

**delete**
62:8,10,13

**Dell**
12:15,20,22 17:21, 24 49:5

**dental**
96:14,15,17 99:6, 13,15

**denture**
99:22

**dentures**
98:15,23 99:7,9, 16,18,24

**depending**
5:25 42:1

**depends**
30:18 31:10

**deponent**
97:3

**deposed**
36:16,17,22

**deposition**
4:4,6 5:4 6:1,16 32:10,13 36:20 49:4 54:9,15 88:7 101:11 107:9,16 109:10 111:13 112:10

**describe**
23:14 71:25

**design**
89:15

**desired**
112:14

**determine**
38:22 48:11

**device**
49:3 58:23

**devices**
17:3,7,25 18:4,8 22:25 63:3

**didn't**
40:21,25 46:2 60:2 71:10 81:22 84:3, 24 86:13 91:22 92:1,13 102:9 109:7

**difference**
43:21,23,24 47:5,7

**different**
29:24 42:4,12 43:7 46:4 65:6,11,12,15 82:9 99:17

**difficulty**
71:20

**digit**
29:24

**digits**
88:10,11

**diploma**
24:23 25:6

**diplomas**
25:14

**DIRECT**
4:21

**directly**
35:15

**disagree**
82:2

**disappeared**
55:14

**disappears**
55:24 56:2

**discussed**
28:25

**discussing**
56:17

**discussion**
32:11

**discussions**
32:25

**disputing**
102:24

**disturbed**
42:20

**document**
44:25 49:13 50:7, 23 52:24 53:2,15 54:20 56:3,11,14, 25 57:4,8,9,12,17 59:5,10,20,25 60:14,16 61:1 65:5,12,15,16,19, 21,23 66:21 67:10, 20 69:2,14 70:23 71:22 72:6 76:6 80:13 84:16 87:9, 23,25 90:16,21 91:1,3,12

**documentation**
20:5 39:1

**documents**
49:6 54:24,25 56:9,22 65:18

**doesn't**
53:7 101:25

**dog**
76:22

**don't**
6:2,19,22 13:1 15:11,15 17:5 18:2,12 27:18,19, 21 28:3,8,10 29:16 34:20 35:9 36:17 37:5 38:18 39:6 40:2,14,16,24 41:1 42:11 43:23 44:5, 17,20 45:19 51:18 52:17 53:19 55:14, 17,21 56:15 57:3 59:17 61:7,12,13 62:9,14 63:7 64:20 65:17,18 68:23 70:5 71:7 73:12,13 74:14 75:7,15 76:6 80:23 81:19 82:12 83:1,9,15 84:1 85:8 86:23 93:21 94:2 97:15,19 101:8,12 102:6 104:3

**done**
80:12 97:15 106:23 110:21

**double** 71:8 110:21

**doubt** 83:1,8

**down** 5:8 36:25 50:16,18 55:9 65:5 71:16 92:12 96:17 99:19 105:4,20 106:8

**download** 52:21,24 53:18

**drift** 68:18

**drop** 99:19

**dropped** 96:17 106:8

**drugs** 6:10

**dry** 26:13

**duly** 4:19

**during** 92:4 107:25

**duties** 109:14,16

**E**

**e-mail** 20:7,8,10,17,19, 21,25 21:3,8,11 39:7 57:24 58:1,3, 5,7 70:17 76:21 77:6,7 86:20

**e-mails** 59:14 66:11 70:16 110:5

**earlier** 66:6 109:10

**early** 21:15

**Easily** 54:25

**East** 90:6

**easy** 7:9

**eat** 77:4

**education** 25:8,10,21

**effective** 23:5,25

**effects** 6:7,9

**either** 20:25 23:2 24:12 25:20 45:4 89:25 90:8 92:1 111:3

**elaborate** 44:9 104:9

**else** 18:11 25:20 41:15 43:25 45:8,10 86:2 110:25

**employed** 8:21 92:3

**employer** 38:9 89:14

**employment** 8:23 9:5 89:23

**enable** 93:1

**enclosed** 112:10,11

**end** 14:19 29:18 33:4,7 54:8 91:23 95:1 96:19 100:9,10 101:20 102:15 103:7 107:7,8

**ending** 58:8

**enough** 22:5 56:25 73:6 87:13 90:18

**entire** 7:25 50:7 90:21 93:22,23

**entitled** 93:23 94:23

**erased** 17:20

**errata** 112:12,14,16 113:1

**especially** 99:16

**et al** 4:5

**events** 6:13

**eventually** 84:11

**every** 53:13

**everybody** 26:14

**everyone** 51:5,14,19,22 52:7 53:21

**everything** 7:2 41:13,16

**evil** 73:1

**exact** 38:23 54:25

**exactly** 20:1 44:1 91:5 92:5 98:11

**EXAMINATION** 4:21

**examined** 4:20

**examining** 107:3

**example** 23:15 63:25

**examples** 64:14

**exchange** 110:2,5

**exhibit** 49:12,15 54:19 55:3 70:21,24 71:1 74:24 75:1 80:15, 17 84:15 87:2,5 88:17,20 90:12 92:20,24 104:22

**expect** 76:6 80:23

**expenses** 39:6 41:19

**explain** 82:24

**extra** 99:21

**F**

**Facebook** 34:22,24 35:5

84:7,13

**facts**
81:25

**fair**
7:6 30:20 47:23

**fake**
103:10,13,23 104:5

**falling**
71:13

**familiar**
21:19 42:4,8 61:19 63:4 68:3 80:23 88:23 90:3

**far**
36:4

**farther**
75:11

**fast**
93:5

**Fayette**
112:1

**feature**
51:13

**Federal**
59:8

**feel**
56:25 69:17

**few**
21:25 82:10 107:6

**field**
57:25

**figure**
52:24

**figured**
53:10

**figures**
21:15

**file**
51:7

**filed**
21:15,17 33:19 37:11 44:22 46:15, 22 108:5,7

**files**
39:11

**filing**
39:8 104:4 109:18 112:17

**Fill**
109:5

**find**
12:9 15:17,18 23:7 24:3,16 27:15 34:15 40:1,13 62:15,18 86:7 112:10

**fine**
35:23 54:3 93:6

**finish**
7:8,11,15 98:7

**finishes**
95:15

**firm**
34:3 35:25 36:6,9, 12 38:2 86:12,15

**first**
4:19 5:2,7 34:2 35:7,16 39:13 43:20 44:3 45:18 49:2,21 54:21 55:1 56:10 72:6,9 75:24,25 76:4 86:11,14 87:22,25 88:11,18 93:24 97:6

**five**
8:24 20:12 44:18 45:2,4 47:18 81:13,20 98:19

**five-minute**
26:12

**fiver**
93:5

**focus**
72:9,18

**fog**
14:3

**foggy**
38:19

**follow**
50:24

**follows**
4:20 94:7 95:16 98:13 101:15 102:11 103:3

**food**
96:11 99:12,18 105:3,19 106:3,15

**force**
20:15

**forced**
47:8

**form**
30:21 31:13,22 35:20 41:12 42:7, 15,18 45:12,20 46:17 48:4,13 63:19 74:8 75:7 85:6,11,16 103:15, 21 105:8,11 106:11 108:2

**formatting**
80:22

**forms**
41:8

**found**
99:1

**four**
22:15 37:15 40:3 45:4 47:2,18 81:13,19 88:10 91:18

**free**
69:17

**friend**
17:20

**friends**
83:20

**from**
10:4 11:3 24:25 25:12 29:10,12,13, 20,23 35:4 40:19 44:10 46:21 47:16, 22,25 48:21 50:24 51:17 58:1,23,25 59:19 70:14,15 73:18 76:9 83:18 86:10 103:13 105:3 110:23,25

**full**
7:22 35:2 47:9 53:8 60:16 98:14

**functions**
63:2

**Furniture**
89:15

**further**
110:9 111:1

**G**

**Galaxy**
15:4,10,13 16:5, 10,17 59:2 60:3 92:17

**Galaxy's**
14:22

**gallery**
53:9

**gave**
11:13 17:20

**general**
24:22

**generally**
71:25 75:5

**get**
7:1,9 11:16 15:11 26:12 44:10 46:21 52:1 53:10,12,20 55:14 62:17 71:3 81:9,23 84:4,12 86:5,11,14 88:23 96:1 97:14 98:22, 25 99:5,9,24 100:15 106:15

**get all**
85:2

**getting**
26:13 37:7 47:21 53:20 94:22 97:15 99:21

**give**
86:25 97:18 105:19 110:21

**given**
40:14 73:19

**giving**
76:11 96:4

**glasses**
56:19

**gmail**
62:10,19,25 63:3,6

**go**
5:3,25 6:1 18:3 23:9 24:3 28:13 38:17 42:17 45:8, 21 48:7 49:1 52:9 54:1,4,6 63:19 65:4 66:12,23 73:6 82:18 84:14 87:18 96:10 99:11 101:2 103:2 106:6,22 110:15 111:9

**goes**
55:24 75:14

**going**
5:15,25 24:19 26:20 28:8,10,16 31:12 41:14 42:6 49:2,14,17 54:6 56:9 59:4 65:5 66:12 67:1 69:12, 13 70:20,23 71:5,7 72:18 74:23,24 75:4 76:13 78:21 84:14 87:1,2 88:16 90:17 92:19,20 93:8,11,24 94:21, 23 98:10 100:7 107:3,7,20 108:1 110:11,17 111:12

**gone**
55:22

**good**
4:23 5:1 87:21 90:19 92:13 94:8 98:19 102:12 103:4 106:3

**Google**
14:16 24:5 61:9,25 66:4,6 84:7,12

**gotta**
61:12

**gotten**
85:14

**government**
23:15

**graduated**
25:12

**grandchildren**
18:20 19:10

**grant**
5:20

**great**
52:25 56:8

**groceries**
63:25

**grocery**
105:25 106:2

**group**
43:14

**groups**
74:17

**grunts**
5:15

**guess**
46:4 61:4

**guidepost**
39:24

**guy**
92:22

**guys**
29:14,17

**H**

**Haase**
4:9 5:7 112:21 113:24

**habits**
63:14,22

**had**
8:23 9:17,20 10:16,19,21 12:19 13:10 14:18,22 15:3,22 16:3,4,8,9 17:7,9,22 18:9 19:23 20:3,10 21:5,13 23:7 24:4 25:18 26:3 27:13 29:3,8,10 30:8 31:3 33:10 34:9,12 35:10 39:2,3,13,15 40:10 46:2 48:9, 18,19 59:10 65:21 66:10 67:9,19 69:25 71:20 81:11 83:1 86:25 92:16 97:25 100:16 104:10,11 106:4, 17 108:8

**hadn't**
109:2

**hand**
51:10

**handle**
100:19

**hang**
15:12

**happen**
22:13 83:1 105:5

**happened**
12:22 17:18 28:8 37:2 97:23,25 98:1 108:25

**happy**
74:22

**hard**
31:15

**has**
13:6 14:10 29:5 33:15 37:2 43:25 50:1 54:21 55:8,9 57:5 58:12 71:19 72:2 73:20 75:12 80:15 81:8 84:4 88:10 92:3 97:16, 20 98:2 99:14 100:13 101:8 104:19 107:24

108:12

**have**
5:3,21 6:25 7:3,5 8:9 9:7,13,17,20, 22 10:16,19 11:6 12:16,18 13:2,14, 16,22,23 14:3,18 15:6,8 16:12 17:3, 7,16,21,25 18:4,7, 17,20,23 19:10,18, 21,23 20:5,10,14, 19 21:3,5,7,10,13, 14,23 22:17 23:13, 17,19,23 24:8,10, 14,22 25:8 27:7,13 28:24,25 29:7 31:7 32:14,15 34:22 35:14,23 36:16,17, 22 37:4,11 38:8 39:8,11,16,19,24 40:12,17 41:3,6, 10,19,24,25 42:11, 14,18,20 43:6,14 44:6 46:14 47:9,10 50:11,15 51:25 52:18 56:20 57:8 59:11 60:18 62:12, 13 63:14,17,22 64:6,25 65:23 66:4,7,10,16 68:10,17 69:9,10 70:14,16,21 72:15 73:7,18,24 74:2,5, 6,16 76:6 79:1,4, 25 80:2 81:20 82:10,22 83:7,22, 24 84:1,6,20 85:14 86:17 87:22 88:3,4 89:3,8,22,25 90:8, 25 93:21 94:24 95:18,22 96:2 97:5 98:16,17,24 99:4, 20 100:2 101:12 105:3 106:9 107:5 109:1,18,20,24

110:8,10

**haven't**
30:2 44:4 55:25 73:15 99:1

**having**
4:19 36:24 65:17 82:2 101:5

**he**
24:17 33:4,15 51:6 53:8 97:18 101:10, 24 102:2,8 110:13

**he's**
28:9 51:12 53:7

**head**
5:14 11:25 23:6 32:8 44:20 45:3 67:24 74:21 79:20 84:8 98:5

**health**
19:18 38:8,12 41:3,7,20 42:5

**healthcare**
4:5,24 19:22 24:12 27:11 29:21 31:17 32:5 39:10 47:17 59:9 71:22 72:3 73:10,21,24 74:3,6 81:12 94:9 95:24, 25 101:18 102:14, 23 103:5 108:22 109:22 110:3,6 112:6 113:3

**hear**
6:22 43:4 94:8 95:11 101:8,22 102:12 103:4

**heard**
26:19 28:16 66:25 80:2 103:9 108:18

**heck**
13:23

**Heel**
56:4 60:17

**Heidarpor**
86:15

**Heidarpour**
32:18 33:12 34:3, 10,13,15 35:4,14, 24 36:8,12 38:2 86:12

**held**
4:6

**hell**
29:14 44:3,8 45:9

**hello**
31:8

**help**
11:1 15:18 48:11 57:15 75:9 104:9

**her**
19:6 32:18 89:11, 12

**here**
14:3 17:13 20:20 21:14 24:8 27:17 29:5 51:5,15,20,23 52:7,19 53:4,5 55:13 56:21 57:21 58:2 75:7,12 78:1 80:5,6 83:9,14 89:6 90:6 94:24 96:2,16 97:23 98:1 101:14 103:2

**high**
24:22 25:4,8,21 99:13

**higher**
99:12

**highest**
96:11

**highlight**
76:13 81:2 84:23

**highlighted**
85:20

**Highway**
8:7

**him**
35:7 36:5 66:17 97:14 101:11,14 110:20

**hire**
35:18

**his**
34:3 35:8 53:8 72:19 97:14 100:15,20 101:11

**history**
61:23,24 62:2,3,8

**hit**
51:23 71:10 101:1

**hold**
27:18 28:4 31:21 37:20,21 42:16,17 63:18 85:5

**Home**
102:19,21,25 103:10,13,24 108:19,21

**Honestly**
9:25

**hope**
77:12

**hopefully**
5:4 72:20

**hostage**
6:5

**hour**
5:25 90:6

**house**
13:2,18 18:18,21

**Humana**
94:19 95:23

**Humanae**
99:14

**hungry**
6:4

**Hutchinson**
79:25 90:1

**HVAC**
25:12,17,18

**I**

**I'D**
5:3 75:15

**I'LL**
6:23 7:2 38:21 50:17 52:14 70:24 72:9 78:4 79:12 80:15 81:7 84:15, 23 85:19 87:3 92:21 94:4,10 96:1 102:2 110:21

**I'M**
10:18 11:17 15:18, 19 22:17 23:13,18 28:10,24 29:9 31:2,4,12 32:10, 17,24 35:9 37:7 38:19 39:7 40:3 42:6 45:25 49:1 50:1 53:19,20 54:6,18,20 55:19 56:5,8 57:7 59:4 60:13 63:4,11 64:10,13 65:4,5 66:12 67:10 69:1, 12,13,20 70:20,23 71:5,19,21 72:10, 18,19,24 74:23 75:4,19 76:13 78:21 80:12,21 81:1,23,24 83:23 84:4,14 87:1,2,8, 19,21 88:9,16 90:17 92:19,20 93:24 94:9 95:14 98:10 100:7,25 101:17 102:13 103:5 105:10,18 106:23 107:7 108:1 109:7,16

**I'VE**
6:19 12:19 29:16 32:17 42:9 57:10 66:9 72:13 73:6 79:15,17 80:22 82:4,16 87:21 90:7,12 104:10,11 106:17

**icon**
51:8 101:1

**idea**
40:12 46:14 53:24

**identification**
55:4 71:2 75:2 80:18 87:6 88:21 92:25

**identify**
4:10 54:24,25

**immaterial**
102:1,6,9

**immediately**
38:11 99:23

**important**
83:18 92:14,15 95:8

**improperly**
45:11

**in**
4:4,17,24 8:5,13, 16 10:12,15 11:1 12:5 15:19,22 16:7 17:6,15,22,25 19:15 20:14,25 21:7,10 23:11,20 25:12,16,17,20 26:6,8,18 29:9 30:2,9,16 31:6 32:4,9,12 34:5,10, 12 35:10,18 36:4, 19 37:2,3,7,23 43:16 44:25 47:10, 11,22 48:6,8,9,17, 18,20 49:18 50:23 51:9,12,17 53:2,15 54:9,15 55:20 56:14 57:14,24,25 58:8 59:4 61:14 62:17,22 64:19,23 65:20 66:10 69:3, 23 70:12,24 71:7, 20 72:7,8,19 73:10 74:16,21 75:7,8, 11,23,25 76:4,12, 16,20,22 77:4 78:5 79:1 80:15 82:25 83:10 84:17 85:2 86:6,11,14 87:3,12 88:7,18 89:12,20, 21 90:17,18 92:21 93:1,3 97:6,9,25 99:10 100:1,13,23 101:14 104:14 105:6 106:7,15 107:9,16,21 108:25 109:5,10, 17,18 111:13 112:5,11

**inaccurate**
81:18 85:23 86:2

**inaudible**
35:25 50:13 51:4 59:16 63:24 64:20 70:2 94:16,19,22 96:3 99:7,15 100:4 109:6

**inception**
108:13

**including**
37:16 50:8

**inconvenience**
44:5

**incorrect**
11:19

**Independence**
8:5,7 78:12 80:6

**independently**
36:8,12

**indicate**
85:9 112:13

**individually**
82:15

**individuals**
43:14

**industry**
47:22

**information**
24:4,22 36:5 39:9 42:20 54:22 76:8 84:21 85:2,15,20 86:3,5,7 92:14 110:22

**initial**
44:25

**Ins**
112:7 113:3

**insurance**
4:6 19:18 27:12 32:2 38:8,12,15 39:10 40:5,9,22 41:4,7,14,20 42:5 43:8 46:2 47:11 73:12,13,17 74:14 77:21 82:19,20,23 83:4 104:24 105:2, 20 106:17

**interested**
15:19 79:1

**interior**
26:2 89:15

**internet**
13:2,16 14:8,12 17:3,6,25 18:7,18, 21 19:13 62:6 63:15,23 68:7,9 69:19,21 70:8,12, 14,17

**internet-related**
19:16

**interrogatories**
88:17 90:13 91:17

**into**
43:15 45:3 62:19, 24 63:3

**introduced**
79:5,6

**invoking**
36:2

**involved**
6:17 35:18 74:16

**Iowa**
10:11,12,24 11:2, 13 25:1,4

**IP**
67:22,25 68:3 79:13,14,19 84:24

**irritating**
82:22,25 101:14

**irritation**
83:25

**isn't**
51:24 79:17

**issue**
6:25 43:14 71:11 83:23

**issues**
83:23 109:19

**it's**
7:9 13:24 14:2,4 23:20 24:12 26:9 27:11,22,23 29:18 30:14,16 31:15 37:6 39:7 43:13 44:5,6 49:16 51:2, 4 53:5,8 55:15 57:5,13,21 58:1 59:8,13 60:18 61:4,12 65:7,12 66:1 68:6 69:19,21 70:24 72:1 78:17 80:5,20 85:15,25 89:2,6 90:4,6 97:8 98:20 101:13 102:1,6,9,22 103:12 105:20,22 106:17

### J

**J-E-F-F-E-R-Y**
8:2

**James**
4:12,22,23 14:5 26:11,17 27:2 28:5,13,23 31:1, 16,21 32:3 33:24 34:1 36:2,7 42:10, 15,21,24 43:4,9 45:16,22 46:20 48:7,10,16 49:14, 16,20,22 50:3,6, 17,22 51:2,21 52:1,9,12,22 53:10,24 54:3,17 56:1 57:23 63:8, 13,21 66:14,16,20, 23 67:8 70:20 71:4,9,18 74:12,23 75:3 77:22 80:12, 14,19 85:11,13,18 87:1,7 88:16,22 92:19 93:4,6,10,18 95:2,8,13 96:21,25 97:4 98:10 100:10 101:4,21 102:16 103:8,19 104:6 105:13 106:14,21, 25 107:18 108:6, 17 110:8,17 111:4, 10

**James's**
27:22

**Jeff**
66:1 75:24 76:2 96:23

**Jeffery**
4:4,5,18 8:2 54:9, 15 107:9,17 111:13 112:6 113:2,3

**Jeffrey**
7:24

**job**
64:22,24 68:22 89:12,14 92:6,7

**jobs**
64:23,25

**Joe**
4:8 92:22

**Journeymen**
25:17

**JR**
66:5

**Jrblubaugh@ gmail.com.**
20:9 58:4

**jrbluebaugh**
21:7

**judge**
37:22

**July**
16:2 17:6,8,22,25 21:10 58:12 83:7 91:11 104:23

**just**
6:22 11:4,17 12:24 14:4 15:17 17:2,8, 19 19:24 20:22 22:3 24:9,21 25:4 26:13 27:24 28:1, 4,8,9,24,25 29:6,7, 12,14,17,24 30:5 31:2,9 32:4,11 37:22 39:11 41:25 42:3,17 44:5 45:5, 14 48:12 49:12,17 50:18,21 51:14 52:10,17 53:1,17 56:10,16 57:19 60:24 65:13 66:16 69:4,13,23 70:8 71:7,10,25 72:9 75:5,18 76:12 77:23 79:24 80:21 81:9,21,24 83:15 84:7 85:19 91:12, 16,22 92:12 93:1 95:11,19 96:21,23, 25 97:15,18,19,23 98:1,7,15 99:23 100:13,19 101:1,7, 11,13 102:18 103:22 104:8,20, 21 105:6 106:8,22 107:7,19 108:25 109:6,16 110:18, 20

### K

**Kansas**
26:6,8,9 68:17 79:25 80:8 88:24

89:2 90:1

**keep**
6:4 39:9

**kicks**
47:10

**kind**
12:14 13:21,24 14:3 15:11 17:13 19:20 46:21 78:1

**know**
5:19 6:2,20,23 11:19,24 15:12 21:24 23:4 24:14 26:8 27:19,21,23 28:8,9,10 29:6,16, 18 31:23 36:17 37:6,21 38:17 39:9 40:2,14,16 43:10 44:15,17,18,20 45:4,8 46:2,18 48:14 49:10 50:10 55:13,14 56:10 57:11,20 61:12 62:14,15 63:5,7 64:20 65:16,25 66:2 67:22,25 69:25 71:20 72:7 73:22,23 74:9 79:10,13,16,22 82:1,4,22,25 83:9 84:17 85:7,8 86:23 90:4 91:7 94:2 95:21 98:22 100:8 102:6 103:16,17, 21 104:3,4 106:12, 13 108:15 109:3

**knowledge**
35:23 42:11 74:2,5 109:20,24

**knowledgeable**
19:12

## L

**label**
57:11

**labeled**
54:21 65:12

**language**
73:7,10 74:5

**laptop**
12:13,14,18 17:1, 21,22 18:3,10 22:23 23:20 49:5 53:8 62:24,25 63:5 67:25

**last**
8:3,23 10:20 16:4, 9 17:8 19:6,8 33:7, 10,18 43:2 64:21 73:16 82:25 88:5, 10 89:5 91:3 92:6, 9 100:13 104:20, 25 105:6 108:25

**late**
34:8

**law**
36:9,12 37:11 45:11 59:8 86:15 109:19

**lawsuit**
43:13,15,17 44:23, 25 48:8,17

**lawsuits**
37:14 46:15,22 47:2,19

**lawyers**
44:22

**lead**
76:10 110:21

**leading**
101:11

**learned**
109:6

**least**
20:13 27:14 82:5 93:24 110:20

**leave**
53:4

**Lee**
26:10

**Lee's**
8:16 89:21

**left**
75:15,20 97:2 98:11 101:2

**legal**
7:22

**Lenexa**
88:24 89:20,23

**length**
93:22,23

**less**
88:2 99:20

**let's**
14:1 17:2,10,13 18:3 28:1 39:23 49:1 52:12 54:4 66:23 93:7 95:11, 13,14

**lettering**
55:10,12 56:4 72:3

**letters**
50:8,19

**level**
72:19 106:19

**lever**
25:21

**licensed**
94:9 101:17 102:13 103:5

**licenses**
25:15

**likely**
46:11 70:13 79:17 86:8 92:12

**Likewise**
7:14

**line**
94:10 101:19 102:14 103:6 113:6,8,10,12,14, 16,18,20,22

**list**
82:23

**listed**
12:1 56:14 57:24 69:5 77:15 92:16

**listen**
84:1 85:7 93:23 94:1,5

**listened**
103:23

**litigation**
70:18 107:21,25 108:4,13

**little**
10:6 16:1 21:6,16 22:21 23:14 26:9 38:19 46:9 52:13, 18 56:23 69:23 74:21 75:10,12 81:4 87:12 88:2 90:7 100:8

**live**
8:4,5 10:12 18:13 78:13

**lived**
8:9

**LLC**
4:6

**located**
26:5

**locates**
68:7

**locating**
71:21

**locked**
84:3,6

**logs**
48:9,11,18

**long**
6:1 8:9,17 9:17,20 10:7,16 12:16 13:6,10 14:18 15:6 19:23 20:10,11 21:5,13 22:9 25:19 26:3 27:3,13 33:15 37:6 69:10 73:15 93:21

**longer**
9:5,18

**look**
13:23 14:15 23:8 40:21 44:21,22 49:1 52:3 73:3 92:13 106:7,22

**looked**
64:25 92:12

**looking**
41:15 57:20 64:23 65:12 96:12

**looks**
62:3 65:6 87:14 96:3,17

**lost**
99:1

**lot**
6:17 8:7 29:7 78:8 83:15 84:19 86:8 108:24

**lower**
99:4,8 101:2

**lowered**
96:14 97:22

**lowest**
56:2

**lunch**
5:25 6:2

**M**

**machine**
83:15

**made**
32:5 107:22

**magnification**
72:21,22 73:1

**mail**
39:5

**mainly**
81:1

**make**
7:1,14 11:17 26:13 31:8,17 37:22 43:21 53:7 56:16 60:16 66:13 68:23 70:8 75:18,19 85:8 93:1 102:18

**makes**
43:24

**male**
77:10,11

**Man**
59:17

**manager**
9:2 23:22 25:23 26:1 92:7

**many**
17:6 29:20 37:14 44:15,17 47:16 82:9 83:9,16

**March**
70:4,5

**mark**
70:24 87:1 88:16 92:20 97:2 98:11

**marked**
50:2 54:19 55:3 71:1 75:1 77:9 80:17 84:14 87:5 88:20 90:12 92:24

**married**
18:15

**Marshall**
90:3,9

**math**
22:17

**matter**
4:4 84:3 101:25 112:19

**maverick**
20:23 21:5

**Mavrikware@gmail.com.**
20:22

**maximize**
50:10

**may**
5:3,8 6:1 18:7 28:6 42:19 50:11

**maybe**
15:17 17:9,17 18:10 20:7 22:15 27:16 29:24 37:3,5 43:20 52:9 55:7 56:23 62:13,18 64:20,22,24 66:10 88:1 92:22

**me**
5:19 6:20,22 7:11 11:19 14:2 22:3,16,19 27:20,22 29:6 30:25 31:3,4 33:5,10 35:9 36:19 40:8,14 41:5 44:1,3,4,6,18 45:8,15 46:5 47:5 48:15 49:2,10,20 50:25 51:21 52:10 53:3,4,13 56:20 57:5,14 59:4,13 65:4 66:19 69:9,23,25 70:11 71:25 72:6,7,14 75:5,18,19,20,23 76:22 77:20 79:5 81:16,18 82:12,17 83:10,11,21 84:12,17 86:13 87:16 88:18 89:6 90:20,25 91:7 92:2,14 93:25 94:3,4 95:6 96:8,25 97:18 100:16 102:7,9,10 104:5,9,10 105:1 106:22 109:2,5,9

**mean**
17:10 22:4 33:7 41:1 43:19 44:8 74:13 96:6 97:12 98:3 105:1 106:19

**meaning**
6:17 14:8 80:6

**means**
47:21 109:3

**media**
54:9,15 107:8,16

**Medicaid**
19:21 21:13,18 22:11 24:13 38:13 39:14 41:18 46:19 95:19

**medical**
105:19

**medicare**
19:21,23,24 20:6 21:20,21,22 22:2, 10,11,18,19 23:4, 11,23 24:2,5,6,13 41:10,11,18 46:16, 24 47:1,3,6,8,21 72:1 78:25 79:1 82:9 94:22 95:19

**Medicare/ medicaid**
95:23

**medication**
6:12

**meds**
106:2

**meeting**
4:7 6:17 34:9 51:11,12 52:6 53:20

**Megan**
4:9 5:7 19:3,15 42:24 43:1 89:10 110:15 111:2 112:21 113:24

**Megan's**
19:8 89:23

**members**
109:21,25

**memory**
45:5 85:19 108:8

**mention**
29:4

**mentioned**
25:23 27:7 30:8 45:2,9 67:19 101:5

**mentions**
91:19

**menu**
50:12 55:21

**message**
30:19 35:11 51:15, 16,20 52:7 59:17

**messages**
110:2

**met**
34:9,12

**method**
16:20,24

**Metro**
9:16 11:9,11,22 16:16 17:14 68:15, 16

**mhm's**
5:15

**Michelle**
19:3,4,15 91:20

**mid**
34:8 105:7,15

**middle**
12:5 51:9 55:20 56:14

**might**
22:25 23:2 29:15 42:18 43:20 53:23 72:25 81:20 89:8 108:24

**mind**
6:9 75:16

**mine**
21:25 35:1 57:5,22 61:12 77:3

**Minnesota**
8:20

**minute**
97:1 106:22

**minutes**
26:15 28:1 66:15 93:20 97:2

**miss**
83:16,17

**missed**
55:9

**missing**
78:7 85:25

**Missouri**
8:5,8,16 10:17,19, 21 11:1,3 78:12 80:7 89:21 90:3,9

**misspelled**
91:22

**misspoke**
18:7

**misstating**
31:4

**misunderstood**
32:1

**Mitchell**
91:19

**model**
15:1

**moment**
13:5 27:18,21 72:12 73:3

**Monday**
4:7 33:6

**money**
22:6,16 37:19 44:4

**month**
10:9 20:20 21:6 33:2 34:7 82:25 89:8 99:20 104:20

**monthly**
96:4 105:24

**months**
13:7 14:20 17:17 20:3 21:25 22:14 84:12 89:12,13 97:23 98:1 100:2, 13 104:25 105:6 109:1

**more**
8:24 16:7 20:12 21:6 23:14 26:4,12 29:16 30:18 31:10 36:19 45:15 46:9, 11 69:23 70:13 72:19,21,22 79:17 81:4 86:8 90:7,18 92:11

**morning**
4:23

**most**
15:18 29:23 39:11

**mouse**
55:17,25

**mouth**
26:13 27:20 35:10 71:15 100:23

**move**
10:16 52:19 59:4 69:12,13 80:14

**moved**
8:11,13 10:15

**Moving**
77:4

**much**
4:16 38:18 68:24 69:17 83:25 96:4 98:7 99:10,14,23, 25

**must**
58:17 59:11 105:16

**mute**
43:1

**my**
4:23 7:14 10:20 11:5,11,25 15:18, 24 16:4,9 18:10 19:21 21:15 22:6, 8,11,17 23:1,6,11, 20 24:12,19 25:16, 17 26:13 29:11,20 32:1,8,14 33:22 38:19 40:21 41:14, 25 43:20 44:2,12, 20,22 45:10 46:4, 6,10,23 47:12,16 48:1,9 49:2,5 51:4 52:7 53:4,5 55:1,9, 15,25 57:9 58:1 59:1,14,18,24 61:4 62:17 65:18 66:10 67:24 68:22 69:19, 21 70:10 72:14,22 74:14 75:12 76:10, 17,21 77:6,18 78:6,16 79:12,20 81:8,12 82:1,13 83:6,12,15,20,25 84:1,2,4,7 85:2,14, 19,24 86:5 87:22 89:7,10 92:6,11 94:8 96:14 97:22 98:2,5 101:16 102:12,22 103:4, 21 104:24 105:19 106:6,8,22 109:1, 5,16

**myactivity. google.com**
61:19

**N**

**name**
4:23 7:22,25 8:3 19:6,8 32:18 34:24 35:2 59:18 65:18 69:5 75:24,25 76:4,17 86:17 91:21 94:8 97:14, 19 98:3 100:16 101:6,16,24 102:3, 5,12 103:4,10,13, 24 112:6 113:2,3

**names**
19:2 104:5

**national**
12:1,9 58:16

**nature**
68:12

**navigate**
19:13

**necessarily**
31:5 40:25 93:21

**necessary**
6:3 72:25 73:4

**need**
5:12,13,18,19 7:10 26:11,12 27:20 28:9 46:2 51:3 69:17 70:8 72:6,21 73:12,13 77:13 78:4 82:12 84:17 90:18 96:14 98:14, 15,23 102:17 107:19 110:20

**needed**
73:16,18 92:15 105:17

**needs**
110:13

**never**
65:2 67:21 72:13 73:9,18 79:15,18, 24 83:1 90:4 97:18 104:24 105:2

**new**
12:20,21,22 15:3 17:15 73:12,13,16 98:22,23

**next**
7:15

**nightmare**
84:5

**no**
6:8,11,15 8:12,22 9:5,6,14 11:8 15:2, 16 16:14 17:5 18:12,14,16,19,22 19:11,17 21:2,4 25:22 29:5 30:7,17 34:11,14,21 36:11, 15 37:1,10 38:5, 10,13 39:15,25 40:7,12 41:6,9,13, 19,22,23 42:14,23 44:14 45:15 46:14 48:3 50:9,21 51:19 54:7 57:5,8 58:1 60:18,21 63:7 64:1,5 66:3,7,18, 22 68:2,13,25 70:10,16,19 72:17 73:8 74:1,4,10,19 79:11,20 80:1 82:8,23 87:21 89:21,24 90:2,10, 24 91:6,12,22 94:23 98:1 100:5 102:19 104:24 106:17 108:24 109:5,23 110:1,8, 10 112:7,21 113:4

**no's**
5:13

**nodding**
5:14

**noise**
30:14

**none**
29:13 41:21 81:24

**not**
5:8,19,21 6:4 11:25 12:2,9 13:13 23:6 28:24 29:9 30:5,16 31:5 32:8, 10,24 36:1,23 37:1 41:9 45:15,17,23 46:6 48:1 53:7,20 55:19 56:12 58:16 63:9,11 66:9 67:20,24 68:20 70:19 74:10 79:16, 20,23 82:13,14 83:6,12 85:22 86:4 87:19 92:3,5 95:9 97:25 98:5 100:23 101:5 104:22 106:13 110:4,7,17, 19 111:4,6

**notarized**
112:16

**Notary**
112:14

**note**
97:1

**notebook**
17:9,10

**notes**
106:22

**nothing**
18:11 53:20,22 57:21 97:16,20 98:2 100:14 101:8 111:1

**noticing**
4:11

**notification**
59:8,16

**now**

4:2,9 14:3,4 17:2 27:3 30:6 36:20 39:6 49:24 50:13 55:13 57:10 59:4, 21 60:22 61:1 62:12 67:13 69:13 71:5 72:18,21 73:1,13 88:15 90:14 91:8 95:14 99:1 105:20 110:20

**number**
9:7,9,11,15,20,22, 24 10:8,20,21,22, 24 11:11,13,17,21 12:1 29:11,12,23, 24 35:10 45:2 48:22,23 54:9,15, 23 55:8,12 56:13, 15,24 58:7,8,10, 15,24 60:8,11 64:6,15 65:7 72:22 77:1,2 84:2 86:18 88:10 91:18 92:2 100:15 107:8,16

**numbers**
9:13 10:1,5 15:1 29:24 54:23 68:6

**O**

**oath**
27:5 36:21,25

**object**
28:5 31:12,22 42:6,18 45:12,20 85:11 108:1

**objection**
30:21 35:20 42:15 46:17 48:2,4,13 63:16,19 74:8 85:6,16 103:15 104:1 105:8,11,15 106:11 108:14

**objects**
103:20

**obtain**
10:24 11:2 22:2

**obtained**
10:25 35:23 36:5

**occasionally**
14:13 68:18

**occur**
12:4 28:6 92:9

**occurred**
11:24 36:21

**occurrence**
68:19

**October**
99:10 100:1 112:3

**off**
11:25 26:20,22 28:11,13,16,18 29:24 32:8 33:22 44:3,20 45:5 52:15,23 54:1,4,6, 11 56:10 60:24 66:24 67:1,3,24 68:16 71:13 72:24 74:22 77:20 83:16 84:1 93:8,11,13 98:5,11 100:13 106:22 107:11 108:24 111:9,12

**offer**
42:12

**often**
89:11

**oh**
19:24 24:19 58:1 70:11 71:16 94:16 100:25

**okay**
5:5,18 6:5,6,20,21, 23,24 7:3,4,16,17 11:19,20 13:6 14:6,21 15:20,21 25:4 26:14,16,19 27:24 29:5,19 30:5,8 32:16,24 33:6 37:23 38:21 40:11 46:9 47:5 49:6,9,10,11,23 50:10 52:11,18 54:6 55:23 56:8,13 57:10,24 59:25 60:3,19,20,23,25 61:3 62:1,8 63:11 65:14 66:12,25 69:24 70:7,20 71:16 72:2,14,24 73:16 77:19 79:16, 22 80:11,20,22 81:6,11 85:10 86:2,5 87:8 90:11, 20 92:2 94:3,5,6, 16,20 95:13,14,21 96:1,8,25 98:6,8,9, 12 99:3 100:4,21 101:13 102:22 103:2 106:24 110:8 111:8

**old**
7:20 12:23 22:5

**oldest**
19:5

**Oliver**
4:14 13:25 26:15 27:18,25 28:3,7 30:21 31:12 32:22 33:3 34:9 35:19,20 36:4 38:4 42:6 43:1 45:12,20 46:17 48:2,4,13 49:14,18 50:5,12 51:8 52:2 53:23 54:5,7 55:17,20 57:19 63:10,16,18 66:14 71:6 74:8,20 85:5,16 93:4 95:11 100:18 101:10 103:15 104:1 105:8,11 106:11, 24 107:5 108:1,14 110:10,13,19 111:6,11 112:17

**Oliver's**
36:10

**on**
4:2,7,12,14 5:25 7:2,10 12:1 14:8, 10 15:12 20:1 21:17 23:11 24:5 26:24,25 27:4,18, 23 28:4,6,8,20,21 29:9,16,18 30:14, 19 31:8,9,10,21 33:19 34:16 35:4 37:19,20,21 38:13, 19 39:6,9 40:21 41:25 42:1,16,17 43:1 44:9 45:1 47:12 49:4,6,23 50:8,12,16,19 51:2,10 52:4 53:8, 19,21,25 54:13,24, 25 55:2,6,8,16 56:3,8 57:21 58:15 59:21 60:18 61:25 62:6,10,19,25 63:18 64:4 65:9 67:5,6,13 68:6 69:12,14 70:3,6 71:22 72:9,18 75:5 80:14 82:23 84:4 85:5,6 87:9 88:9 90:14 91:23 92:11, 20 93:2,15,16 94:10 95:10 96:4 97:20 101:2,6,18 102:1,14 103:6,12

104:9,22 105:22 106:7 107:2,13 108:18 109:5 112:11,14

**once**
35:17 64:19 81:20 82:2,5 89:12

**one**
12:18 15:3,8,25 16:4 17:14 19:4 20:20 29:5,9,22,24 30:6 33:12 37:16, 19,21 43:20,24 48:12 50:1,17 51:24 55:12 56:9 59:17 64:21 65:10 71:9 72:24 75:9,25 76:4 79:22 80:21 83:10,25 84:2 87:13 92:6,18 97:9 99:1

**ones**
82:5

**online**
12:11 22:20,22 23:2 34:18 37:1 41:4,8,12 63:25 64:2,6,13 74:16 86:7,8

**only**
5:20 21:8,11 29:22 35:16 42:8 49:16 53:25 82:1 97:13 98:18 99:13 106:3

**Onlyfans**
67:16

**onto**
5:9 11:11 15:12 66:12 75:14 77:4 84:12

**open**
50:24 51:10 53:2

**opened**
17:15

**option**
50:22 99:3

**order**
48:6,8,17 63:25 64:16,19 73:10 110:18,23

**order's**
110:16

**ordered**
64:17

**ordering**
110:19 111:3

**original**
43:20 112:11

**other**
6:18 9:13 13:21 17:1,3,21,24,25 18:10 20:2,19 21:3 22:25 25:20 37:11, 14,18,23 39:13 43:14 46:15,21 47:10,11,13,19,20, 22 48:1 50:22 52:24 66:4,7 68:10 73:20,22,23 74:3,6 75:12 81:21 82:5 83:16,17 84:9,23 89:23 96:9 99:13 104:4,14

**others**
109:18

**otherwise**
5:24 56:21 78:9

**our**
7:10

**out**
10:15 12:9 22:6 23:7 24:3 27:20 29:11 41:14 44:3,8 45:9 51:3 52:24 53:11 55:25 56:21 62:15,18 81:25 82:15 84:3,6 88:11 98:8 104:11

**out-of-pocket**
41:19

**outage**
7:1

**outlawed**
29:8

**over**
5:3 6:16 18:17,20 22:11 29:8,11 59:19 68:18 82:10, 24 89:7 99:9,11 106:2

**own**
12:12,13 18:4,8 40:21

**owned**
12:16

**P**

**p.m.**
54:10,11,13,16 67:2,3,5,7 93:12, 14,15,17 107:10, 12,13,17 111:14, 15

**page**
50:19 51:4 54:21 55:15 56:8 57:10 59:21 75:18 88:9, 18 112:11,14,17 113:6,8,10,12,14, 16,18,20,22

**pages**
49:17

**paid**
22:14,15 37:19 41:13,16

**pair**
56:20 98:23 99:9, 16,17,18,24

**paper**
5:9 25:19

**Pardon**
86:13

**Paronich**
32:20 33:1 34:12 36:14 38:6

**part**
23:4,23 72:9,18 78:6 101:22

**part-time**
64:24,25

**particular**
14:18 64:4,10 80:13

**parts**
64:19

**party**
111:3

**password**
23:19,22

**past**
66:10 82:10 92:4

**pattern**
78:1

**pause**
94:4

**pay**
38:18 40:25

**payment**
16:20,23 22:12

**pays**
41:16

**PCS**
9:16 11:9,11,22 16:16 17:14 68:15, 16

**PDF**
53:15

**pending**
66:17

**people**
73:23 74:2,6 83:18

**per**
98:20

**percent**
82:11

**period**
39:16

**permission**
76:11

**person**
30:6 37:2

**pertaining**
28:1

**Peterson**
4:12,22,24 14:5 26:11,17 27:2 28:5,13,23 31:1, 16,21 32:3 33:24 34:1 36:2,7 42:10, 15,21,24 43:4,9 45:16,22 46:20 48:7,10,16 49:16, 20,22 50:3,6,17,22 51:2,17,21 52:1,9, 12,22 53:6,10 54:3,17 56:1 57:23 63:8,13,21 66:16, 20,23 67:8 70:20 71:4,9,18 74:12,23 75:3 77:22 80:12, 14,19 85:11,13,18 87:1,7 88:16,22 92:19 93:6,10,18 95:2,8,13 96:21,25 97:4 98:10 100:10 101:4,21 102:16 103:8,19 104:6 105:13 106:14,21, 25 107:18 108:6, 17 110:8,17 111:4, 10

**phone**
9:11,13,15,20,22, 24 10:1,5,22 11:16 12:1 13:21 14:6, 18,21 15:24 16:2, 8,9,15,21,23 17:1, 24 18:10 23:1,20 33:22 35:10 44:10 48:23 55:9 58:8, 10,24,25 59:1,24 60:6,8,11 62:4,20 63:5 64:6,15 67:23 72:22 77:1,2 84:2 86:17 92:11,16 94:14 97:13 100:15 104:20 109:1

**phones**
15:22 16:13

**physical**
24:6

**pick**
82:15

**picture**
61:14 65:21

**piece**
92:16

**places**
64:14,17

**plaintiff**
4:15 92:3 111:6

**Plaintiff's**
49:13 65:5,13 87:2 88:9,17 90:12 91:17,24

**Plaintiffs's**
74:24

**plan**
19:22 27:7,11,13, 15 30:9 39:13,21 46:23,25 47:1,4,6 100:1,2 105:18

**plans**
41:11 42:5 47:10 72:1 105:7,15

**play**
92:23 93:4,19,24 95:3,6,13 102:10, 25

**playback**
95:1 96:19 100:9 101:20 102:15 103:7

**played**
81:25 94:7 95:16 98:6,13 101:15 102:11 103:3 104:21

**playing**
94:3

**please**
4:10,17 5:18 6:19 7:11,25 11:19 49:10 72:6,7 80:25 85:6 100:5 107:2 109:9 112:10,13, 16

**plus**
44:10,12

**point**
5:20 10:12 18:5,8 37:2 38:14 94:4

**population**
23:21

**portion**
72:2

**position**
9:1 73:9 102:22 103:12 107:24 108:12,21

**possible**
47:25

**possibly**
15:14,24 17:8,14 21:6 22:11,24 24:8,9 26:10 30:10 34:4,8 35:16 45:18 59:17 61:12 62:12, 17 69:11 82:5 88:2

**post**
25:8,21

**potential**
49:25 50:9 55:7

**potentially**
30:8

**power**
6:25

**Pre**
59:16

**pre-recorded**
30:19

**preliminary**
87:15

**premiums**
41:22

**preparation**
32:9,12 88:7

**present**
17:2

**Preston**
25:2

**pretty**
99:10,14,23,25

**previous**
15:24 59:1 65:20 92:16

**previously**
57:3 81:11 83:11

**primary**
20:17

**prior**
16:5 29:3 34:9,12 38:9 112:17

**privilege**
36:3

**probably**
9:18,19,21 13:7 15:7 21:14 23:9, 18,20 24:1 37:5 39:7,21 40:3,4 53:4 59:1,13 63:9 68:18 88:6 103:10 106:6

**problem**
41:6 54:7 66:18 100:5

**process**
5:5 11:2

**produced**
70:25 71:21 80:16

**product**
79:2

**production**
49:13 54:20 65:5, 13 67:10 74:25

**professional**
21:1

**profile**
94:22

**program**
25:11,16

**project**
9:2 25:23 26:1 92:7

**proof**
11:6

**proposed**
109:21,24

**protection**
37:9,12 74:17

**prove**
105:17 106:4

**provide**
11:6 24:18 39:1 59:25 61:5 86:17 101:24 102:2

**provided**
24:6 71:20 74:6 103:24 107:20 109:21

**provider**
70:9,10,12,15

**Public**
112:15

**pulled**
96:2

**punch**
23:11 24:5

**purchase**
16:15,17,21 38:12 40:6,9

**purposes**
54:25

**push**
53:13

**put**
30:9 35:10 50:23 54:24 70:24 71:7 74:20 80:15 86:1 87:3 88:18 92:21 109:17

**Q**

**qualify**
21:19

**qualifying**
95:18

**question**
5:21 6:19 7:2,5,6, 8,12,16 30:22 31:13,22,23 35:21 40:8 42:7,18,19,22 43:3 45:13,21 46:4,18 48:5,14 55:1 63:7,19 66:17,19 72:14,15 74:9 78:4 85:7,17, 20 87:22 103:16, 22 105:9,12 106:12 108:2 109:9

**questioning**
109:5

**questions**
5:2 6:5 15:18 29:7, 15 30:22 36:20 57:1 72:5 73:5 80:24 87:17 90:17, 22 93:21 95:18 97:5 100:20 101:11 102:1 103:18 105:14 107:5 110:9,10

**quick**
26:12 33:23 66:15

**quickly**
28:11 91:17

**quiet**
95:9,14

**quit**
82:17

**quite**
30:2 66:10

**R**

**R-A-Y**
8:2

**raise**
60:18

**raised**
10:15

**Ray**
7:24 8:2

**re**
112:5

**read**
39:11 42:19,25 43:2 56:16 57:19 58:3 59:14 69:22 71:17 72:20 73:1,6 87:19,21 110:12, 14 112:13 113:6,8, 10,12,14,16,18,20, 22

**real**
17:19 28:11 33:22 66:15 83:20 93:5

**realize**
26:18 83:2

**really**
6:18 13:1,13 29:14 37:7 39:20 55:16 56:12 68:20 69:22 73:18 75:8 82:3,4 91:25 109:7

**reason**
5:12,24 6:18,22 49:9 64:7 81:19 83:7 97:13 113:7, 9,11,13,15,17,18, 20,22

**reasons**
64:9

**recall**
6:13 8:11 13:1,12 14:4 15:1,15,22,25 16:2,8 20:1 33:17 34:20 36:23,24 39:4,6 40:5 41:9, 13 42:22 45:5,19 46:6 59:12 61:7,9, 12,13 64:9,14 65:17,18 66:8,9 67:20,21 70:19 79:18,19,24 82:7, 13 83:14 84:9,20 91:5 97:15 110:4,7

**receipts**
16:12

**receive**
22:5

**received**
29:20 39:4 76:11 101:6

**receiving**
22:10,18

**recently**
42:2 88:3 96:24 107:22

**recognize**
56:10,13,15 57:3, 17 59:5 65:16 66:21 97:6

**recollection**
14:1 81:13

**record**
4:2,10 7:2,23 26:20,22,24 27:1, 4,23 28:14,16,18, 20,22 54:2,4,6,11, 13 55:1 62:3 66:24 67:1,3,5,7 76:10 93:8,12,13,15,17 106:23 107:11,13 111:9,13

**Record's**
61:23

**recorded**
94:10 101:18 102:14 103:6 104:22

**recording**
53:25 92:21 93:20, 22 95:12,14 97:7, 10 100:11 102:24 103:12,22 104:15, 21 106:7 107:20, 21,22 108:19

**records**
48:9 67:16 81:8 82:1

**recover**
84:11

**red**
50:8,19 55:10,12 56:4 72:2

**reduce**
10:5

**reduced**
10:7 106:15

**refer**
35:23

**referencing**
32:20

**referring**
24:11 30:3,6 35:21 44:24 56:5 82:20

**refresh**
85:19 108:8

**refused**
101:25

**regarding**
103:22

**register**
29:10

**registered**
58:12,15

**Registry**
12:2,10 58:16

**regular**
68:19

**related**
33:13 46:16 82:9

**relationship**
68:15

**Reliable**
89:15

**remember**
22:1 31:23 32:7 40:24 41:1 79:21 100:14 104:19

**remind**
69:9

**reminded**
33:10

**reminding**
70:11

**remotely**
4:7,10

**repeat**
6:23 7:2 57:7

**replay**
101:7

**reporter**
4:8 36:24 43:2 110:25 111:1 113:24

**Reporting**
112:1

**represent**
4:11,24 35:19 43:16 79:12 81:7 109:11

**representative**
109:4,15

**request**
24:19 97:3

**requested**
24:17 41:3,6,10

**require**
56:19

**requirements**
21:19

**requires**
36:4

**residence**
17:4,7 39:9

**residency**
11:6

**resolve**
54:2

**respond**
36:9,13 66:18

**response**
88:17 91:17,18

**responses**
90:13

**rest**
78:21

**restaurant**
89:19

**result**
31:6

**results**
60:21

**retain**
36:13

**retire**
47:9

**retired**
9:3 25:24 29:6 38:11,18 39:24 65:1 68:23

**retirement**
21:15,23 38:9 39:14,23 47:9

**return**
112:16

**returned**
22:16

**review**
69:17,25 72:6,12 76:7 81:9 90:16,22

**reviewed**
72:13 88:3,5

**reviewing**
56:22

**revoked**
109:25

**rid**
15:11

**right**
14:3,4 17:2,22 22:1,17,18 28:15 30:6 33:20 36:20 49:24 51:9,10 52:14 54:5 55:23 56:20,21 58:2,18 59:21 61:15 64:2 65:20 67:13 70:11 71:5 72:21,24 73:4 75:14,17 79:12 90:14 93:2 94:25 99:11 106:19 108:9 110:20

**ringer**
83:16 84:1

**robocall**
30:10,12 31:3,5,10

**Robocaller**
27:16

**robocalls**
29:8 30:4 31:18 32:5 42:9 44:11

**robot**
30:15,16 31:6,11

**Route**
112:1

**row**
76:1,2,4,13,16,20 77:4 84:23

**rows**
75:25

**rules**
5:3

**run**
21:15 24:21 29:14 30:25 41:5 48:15

## S

**said**
18:6 25:2 27:23 29:3 48:17 57:3 81:13,17 84:24 97:22 102:25 106:8,9

**same**
24:1 37:25 38:1 43:14,15 46:11 47:22 48:21,22,23 53:13 56:8,17 58:24 65:10 75:18 104:1 106:19 108:14,22 109:19

**Samsung**
14:24 15:4

**save**
29:15

**saw**
91:3

**say**
9:18 10:7 11:18 14:19,20 24:10 27:14,17 29:6,17 30:20 31:8,15 33:2 38:1 41:16 44:17 47:5,18,23 59:15, 17 60:2 61:7 79:17 81:15 82:5,18,20 83:3 88:1 89:7 90:23 91:10 109:8

**saying**
22:19 27:19 32:4 35:12 42:2 45:6 46:5 48:20,24 70:7 105:23

**says**
51:5,9,11,14 52:6 53:21 57:21 58:1, 8,12 60:4,8,21 67:16 68:14 88:9 91:24 92:3 102:24

**school**
24:23 25:4,8,21

**screen**
48:19,20 49:2,6,24 50:8,10,19 52:10 53:4,5,7,8,23 55:2, 6,7 59:21 61:5,7 62:4 67:14 69:15 71:4,13,23 74:21 75:4,6 80:10 87:9 90:11,14 93:3 100:23

**scripts**
42:1

**scroll**
50:16 52:10 55:16 73:4 75:14,19 78:21 87:16 90:20, 25 91:16

**scrolled**
92:12

**scrolling**
50:18

**search**
23:11 70:17

**searching**
61:9

**second**
14:3 27:24 28:4 42:17 44:4 50:1 57:10 71:9 72:24 75:9 80:21 87:13 97:1,9

**seconds**
93:20,24 95:3 97:2

**secretary**
32:19 33:9 35:8

**section**
57:25

**Security**
22:8,9

**see**
5:7,8 6:3 13:24 17:13 22:19 24:8 28:7 30:24 35:4 36:9,13 49:7,9,23 50:5,9,13,18,19,21 51:4,7,16,18,19 52:2,4,7,16,17 53:8,14 55:2,6,7,8, 10,12,16 56:3,5, 15,20,25 57:8,11, 14,24 58:2,8,13 59:5,18,20 60:3,8, 13,16,17,19,20,22 61:1,14 65:8,14, 17,20 66:13 67:16

69:1,5,14 70:2,5,7 71:7,15,22 72:2, 10,20,22 75:5,8, 20,21,23,25 76:2, 4,14,16,20,22,25 77:5,9,15 78:1,5, 11,15,21,22,24 79:8 80:10 81:3,6, 10,19 83:9,14 84:16 86:4 87:9, 11,14,25 88:9,15 90:13 91:8 96:8,16 100:22

**seeing**
50:3,7 53:7 60:20 67:21 79:24 100:23

**seek**
38:11,14

**seeking**
9:5 43:16 47:3,20 83:23 109:11

**seemed**
84:20

**seen**
59:10 72:13,15 73:7 76:6 79:15,18 87:22 90:7,25

**send**
35:11 48:9,18,20 71:10

**sense**
53:7

**sent**
51:6,21 52:17 88:19

**separately**
88:19

**September**
7:19 16:8 18:3,6,9 21:7 61:4,10 65:9 70:12,15 85:3 86:6

**service**
17:15 23:18

**services**
36:10,14 112:1

**set**
21:14 62:13 98:22

**settings**
62:17

**several**
12:19 32:14 38:16 84:3,10 100:16 109:2

**shakes**
5:14

**share**
49:2 53:23 70:23 71:4 74:23 75:4 87:2 90:11 93:2,3 101:7

**shared**
52:22 53:15 80:22

**sharing**
52:10,23 65:4 67:10 70:21 71:19, 21 80:12 87:8 92:20

**she**
5:8 33:10 89:17,18 91:21

**She's**
89:13,15

**sheet**
112:12,14,16 113:1

**shop**
23:2 64:2

**shopping**
22:20,22 41:7

**short**
26:22 27:21 28:18 29:3 54:11 67:3 93:13 107:11

**shot**
55:7 61:5,8 62:4

**shots**
48:19,20

**should**
29:8 51:7,16 53:8 55:22 67:13 90:23 113:6,8,10,12,14, 16,18,20,22

**show**
16:13 22:9 49:6 54:18 80:20 91:7

**showing**
20:5 50:1 54:21 69:1

**shows**
55:24 82:1

**side**
51:10 72:25 93:2 101:2

**sign**
62:22 63:3 90:7 110:14,20 112:14

**Signa**
94:19

**signature**
91:7,14 112:11,14, 17

**signed**
62:19,24 91:4 92:11,13

**similar**
37:8 65:6

**simply**
32:11 50:24

**since**
19:24 21:14 28:9 33:16 58:12 64:25 68:23 98:6 106:17 108:5,13

**Sincerely**
112:20

**sir**
38:17 63:10

**sit**
74:14

**site**
106:7

**situation**
99:22

**six**
8:10 69:11 82:24

**skipped**
59:19

**slow**
17:19

**small**
57:13

**smart**
14:6

**smoother**
5:5

**Social**
22:8,9

**solutions**
4:5,24 29:21 31:17 32:5 47:17 59:9,16 71:22 72:3 73:10, 21,25 74:3,6 81:12 94:10 101:18 102:14,19,21,23 103:6,10,14,25 108:19,21,22 109:22 110:3,6 112:7 113:3

**some**
5:3 20:2 24:21 25:18 26:12 29:15 30:13 33:10 37:19 41:25 47:25 64:14, 17 72:5 73:5 75:7, 12 76:7 80:21,24 91:18 92:5 94:4 97:5

**somebody**
30:14 31:8 102:6

**somehow**
12:11

**someone**
40:20 103:13,24

**something**
7:1 11:18 14:15 15:11 20:4,7 27:17,19 28:1,9 29:4,25 39:7 41:15 42:19 46:9 51:4 52:19 55:2,8 64:16,22 74:10 79:20 91:23 96:12 100:8 101:14 102:25 105:4,20 106:9 107:19 109:6

**sometime**
17:15 33:18

**sometimes**
30:14 50:14 64:2, 16

**somewhat**
19:14 39:6 43:18, 19 56:23 96:13

**somewhere**
34:19 54:24 80:5

**son**
91:24

**sorry**
10:18 31:22 52:22 53:6 57:7 69:20 74:25 77:4 100:25 105:10,18 109:7

**sort**
21:1 24:6 25:14 30:19 39:8 56:19 63:14 74:16

**sorta**
71:13

**sorts**
82:17

**sound**
33:20 58:18 97:18 104:7,17 108:24

**sounded**
71:6 104:5 108:9

**sounds**
30:18 47:19 60:20 93:2 104:15

**spam**
49:25 50:9 55:7

**speak**
32:9,11,16,25 33:3,9 36:19 100:24 104:8

**speaker**
53:9 94:8,12,13, 14,15,16,18,20,21 95:17,20,21,25 96:1,6,8,13,16 98:14,16,17,18,20, 25 99:3 100:4,5,7 101:16 102:12 103:4

**speaking**
75:5

**specialist**
89:16

**Specialists**
26:2

**specific**
16:7 38:22 46:10 96:12

**specifically**
26:7 90:23

**Spectrum**
13:9,10,12,14,16 69:19,21

**spell**
7:25

**spoke**
32:14 66:6 81:15, 17,19,20 82:7 96:22

**spoken**
32:17 35:14 81:12 82:2,4,10

**spreadsheet**
80:21,23

**stands**
65:25

**start**
5:2 13:12 54:14 75:15 90:22 94:3 107:15 109:16

**started**
11:10,21 20:20 22:6,18 33:16,17 35:16 39:17,19 79:3 109:17

**starting**
95:14 98:11

**starts**
43:13

**state**
7:22 29:7,12,15 112:1

**stated**
45:1

**statement**
70:3 87:15

**statements**
70:14,18

**status**
37:18

**stay**
55:22 107:2

**stick**
49:18

**still**
13:18 20:14 24:14 27:5 31:23 57:4 65:4 67:10 70:14 81:14 98:24 103:21

**stop**
11:1 70:21 83:6 92:19 96:20

**stopped**
97:1,3

**stored**
23:20

**stores**
105:25 106:2

**struck**
100:12

**sub**
26:9

**submission**
41:8

**submissions**
41:4

**submitted**
64:6,15

**submitting**
41:11

**substantive**
5:2

**suburb**
89:2

**suffice**
5:15

**sufficient**
85:12

**suit**
59:16

**suits**
37:11 109:19

**summer**
34:8

**Summit**
8:16 89:21

**suppose**
44:22 66:1

**supposed**
61:11 91:25

**sure**
7:1,14 11:17 15:15 23:13 31:2,8 39:7 41:6 45:25 46:1 49:20 54:7 56:16 59:12 60:16 66:2, 13,18 69:4,17 70:8 75:18,19 81:1,5 85:8 88:14 93:1,7 95:5 102:18 104:4 109:10

**swear**
4:17

**switch**
10:1 99:11,25

**switched**
57:10

**sworn**
4:20

**syncing**
63:2,4

**system**
39:8

**T**

**T-MOBILE**
68:14,15,16

**table**
92:5

**tablet**
17:11,16,24

**take**
5:20,24 26:11 27:21,24 28:1 36:24 48:19 49:1 72:12 73:3 97:1 100:5 106:21

**taken**
100:12 112:8,11 113:5

**taking**
5:8 6:2,12 22:6 94:10

**talk**
6:1,3 17:2 27:20 28:3 42:16 74:11, 14

**talked**
82:4 97:14

**talking**
13:18 32:1,22 38:1,4,6 65:10 72:10 83:3

**tap**
52:20 53:1,17

**tasks**
19:16

**technological**
6:25

**technology**
6:17

**telemarketers**
10:4 106:9

**Telemarketing**
59:8

**telephone**
9:7 29:1 37:9,12 74:17 88:10

**tell**
9:25 13:15 15:9 21:16 24:1 28:9 29:22 31:4,9,19 35:6,9 39:20,21 40:2,23 45:18 47:5 57:8 64:11 75:5, 18,19,20,23 79:7 81:18 82:3,11 83:6 85:4 93:25 94:4 102:8 105:1

**telling**
33:4 57:5 82:13

**ten**
26:4 29:23 37:5 92:4,9

**tennis**
25:13,18

**terms**
25:20 64:23

**test**
81:24

**testified**
4:20 58:20 81:11 83:11

**testify**
6:13

**text**
35:8,11 58:7

72:19,20,25 110:2

**than**
9:18 13:21 17:1, 21,24 20:12 25:20 30:19 31:11 39:13 46:11 66:4 68:10 70:13 74:3 79:17 84:24 86:8 89:23 92:12

**thank**
4:16 29:19 70:11 74:22 95:15 112:19

**Thank's**
111:2

**that**
5:4,5,7,10,12,21 6:2,12,18,19 7:1,5, 6,8 8:11,13,15,23 9:9,11,15,17,20, 22,24 10:14,25 11:1,9,16,18,24 12:4,5,7,18 13:4,6 14:1,4,18,21,24 15:4,6,8,18,25 16:12,18,21 17:14, 16,19 18:4,8,10, 17,20 20:1,4,10, 17,21,23 21:10,24 22:4,7,13,15,18,22 23:7,9,10,12,17,18 24:3,25 25:6,10, 19,20,24 26:14,20 27:3,4,7,8,13,15, 19,25 28:6 29:3,4, 6,7,15,17 30:3,8, 20,25 31:4,6,9,11, 20 32:11,18 33:10, 20 34:17,24 35:11, 21 36:18,23 37:2, 4,7 38:23,24 39:2, 17,22 40:2,11,13, 20,24 41:1,5,9,10 42:2,9,25 43:4,14,

21,23,25 44:1,5,6, 9,11 45:2,5,9,10, 13 46:7,15,22,25 47:10,13,21,23,25 48:12,15,18,20,23 49:20 50:4,11,18, 24 51:10,18 52:1, 12,17,24 53:1,7,17 54:19,23,24 55:14, 21 56:6 57:4,7,9, 12,14 58:3,5,8,10, 13,15,18,20,23 59:2,21 60:4,6,11 61:17 62:4,12,15 63:5 64:4,21 65:8, 9,10,25 66:2,6,7,9, 11,18 67:1,20,21 68:7,8,10,11,18,23 69:5,7,9,10 70:8, 19 71:7,10,13,20 72:2,12,19,20,25 73:9,13,20,23 74:2,13,22 75:9 76:14,18,23 77:7, 17,20,23 78:9,13, 17,19,21 79:3,4, 10,12,13,15,16,22 80:12,23 81:3,7,8, 11,13 82:2,3 83:1, 2,8,16,20,22 84:4, 9,10,24,25 85:9,20 86:1,4,7,13,23,25 87:13 88:7,11,19, 23 89:1,9,12,14, 17,20,21 90:18,20, 21 91:5,14,19,24 92:1,4,6,9,14,15, 17,18,20,23 93:5 94:8,23,25 95:3,8, 9 96:9,10,13,16,21 97:1,6,9,12,14,15, 16,17,19,21,23,25 98:7 99:3 100:2, 10,12,13,14,19 101:6,14,22 102:5, 20,22,24 103:9,11, 12,14,22,23,24 104:4,5,9,10,11, 12,17 105:1,5,18, 22,25 106:3,4,5, 10,13 107:21,24 108:7,9,12,13,18, 21,22,25 109:5,7, 11,12,17,25 110:4, 7,14,23

**that's**
11:4 14:22 15:19 18:9 20:5 29:16 35:22 38:19,21 47:12 51:20 52:8 54:3 56:5,14 59:24 60:25 61:11 65:2 68:8 69:14 70:7, 11,21 72:14 74:10 81:18,23,25 82:16 87:22 90:19 91:22 93:6 95:10 102:24 109:6

**thee**
103:18

**their**
18:25 19:2 32:19 56:21 68:11 106:7

**them**
5:4,9 11:4 24:16, 17,18,19 29:13,20 30:2 37:19 38:25 39:11 45:14,17,23 46:6 49:7,9 54:24 56:20,21 57:1 70:16 76:11 81:15, 17,19,20,22 82:14, 15,16,17,18,20 83:6,12 86:17,25 98:16,17,25

**then**
8:2 11:10,21 13:8 16:3 18:11 21:17 30:13,14 31:8 35:25 39:17 47:10 52:20 55:24 57:20 60:13 63:12 73:4 78:11,15 79:3 84:3 91:24 92:2 93:9,25 94:3 99:10,24 104:12 107:8 111:12

**there**
8:9,17 9:1 10:15 17:15 23:13 26:3 29:13 31:7,8 36:3 45:1 47:19 50:12, 13 51:8,17,24 55:8,9 58:7 60:22 61:14 65:9,18 66:7 67:13 70:3 72:21, 22 77:5,9,15 78:24 84:23 86:1,2 89:3, 5,7,13 90:4,21 92:13 95:10 96:9 101:2 105:14 106:18 108:24 110:24

**there's**
6:17 30:13 97:2 99:16

**these**
7:10 15:22 20:25 29:11,13 31:17 32:25 46:15 47:2, 13,25 54:25 56:9, 22 65:18 69:13 83:22 84:19 109:20

**they**
10:7 14:22 22:5 26:5 29:8,22 30:1, 3 31:25 39:1,3,20 43:6 44:3,4,8,15, 17 45:9,23 46:16 47:10 56:22 64:10, 12 76:10 81:15,21, 25 83:3,10,24 84:20 86:8,9 91:22 96:4,14 100:16 103:11 104:8,12 105:16,19 108:24 109:2,18 110:22

**they'll**
29:23 74:22

**they're**
24:15 43:7 71:13 98:18

**they've**
97:22

**thing**
23:21 53:13 56:2, 17 57:19 61:2 94:1,5 95:4,6 99:13

**things**
7:10 44:6 64:17 75:13 76:12 82:17 104:10

**think**
6:1 11:14 14:2 21:23 27:22 32:18 43:23,24 46:4 50:1,15 58:25 62:12 66:14 67:10, 19 72:25 78:1 81:12,21 83:12 84:24 89:6 96:7 97:17 106:21

**this**
4:3,6,9,24 6:16 10:21 11:17 12:1 13:25 14:19 23:12, 14 27:25 28:6 29:18 32:5,10 33:4,5,11,13,16,17 34:16 36:21 37:16 41:25 42:3 43:16 48:17 49:14 51:3 52:14 54:2,8,14 56:10,25 57:3,17

59:5,7,10,15,20, 23,25 60:13 61:3, 5,7 62:3 65:6,11, 16,19,23 66:13,21 67:17,20 68:14 69:1 70:3,8,12,18 72:5,15 73:1,3,5,7, 9 76:6,10 79:22 81:8,9,24 84:4,15, 16 85:2,15 86:3,5, 10 87:3,16,21,22, 25 88:7 90:12,16 91:1,3,8,16 92:16, 23 96:20,23 97:13, 15,16,17,19,20 98:2 100:14 101:9, 11,25 103:12,22 104:14,19,21 106:17 107:4,8,15, 21,25 111:4,6 112:19

**those**
10:5 17:8 24:14 25:14 29:12,19 37:23 44:19,21 46:24 48:11 49:1 81:2

**though**
29:9 71:20 72:23 78:5 99:19

**thought**
32:1 71:9 92:15 102:25

**thoughts**
15:12 47:12

**three**
9:19,21 22:15 37:18,24 46:15,22 84:12

**through**
5:25 11:4 13:4,5 21:15,17 22:23 24:17,19,21 27:16 29:10,14,17 30:10 35:24 36:5 38:8 41:4 52:10 56:9 62:22,25 63:6 64:18 65:3 67:9 68:8 69:13 70:5 73:3 81:2 84:19 87:16 90:20 91:16 92:12 110:16

**throw**
12:25 101:14

**till**
107:1

**tilt**
80:10

**time**
4:3,9 5:18,20 10:20 11:18 20:11 25:19,24 26:18,20 27:1 28:17,22 29:23 33:10 37:6 39:16 40:17 45:18 53:13 54:10,16 67:1,7 73:15,16 82:11,16 83:25 88:5 89:5 91:3 92:3 93:12,17 100:6 103:11 107:9,17 111:4,7, 13

**times**
22:15 44:13,15,17, 18 45:2,4 65:2 81:13,20,21 82:24, 25 83:9,15 100:17 109:2

**title**
91:12

**today**
4:25 6:14 7:20 33:6 36:22 59:10 94:11

**today's**
32:12

**told**
11:4 31:3 82:16 83:12

**took**
22:11 25:12 52:23 84:12

**top**
11:25 23:6 32:8 44:20 50:21 52:3, 4,5 67:16,24 72:9 79:20 84:7 90:25 98:5

**toss**
39:12

**touch**
30:9 55:17,21 86:11,14

**touched**
55:25

**towards**
7:11 33:4

**town**
26:8,9

**Tracfone**
11:14,15,21

**transcribe**
5:9

**transcript**
7:11 110:22 112:13

**transfer**
104:13

**transferred**
11:11

**trash**
12:24

**trashed**
18:10

**trial**
112:17

**tried**
53:3 82:24 104:4

**true**
13:6 57:4 106:10 108:18

**try**
38:21 39:23 52:12 69:23 76:22 84:15 90:17

**trying**
6:4 31:2 32:18 72:19 81:23,24 96:10

**turn**
28:11 33:22 52:14 77:20 83:15,25 102:17

**turned**
12:24 19:25 71:16 104:11

**twice**
82:5

**two**
8:18 9:19 10:9 17:8 18:9 28:1 37:19 57:11 61:11 63:3 66:6 76:1,2, 13,16,20 92:2 98:1 104:20

**type**
23:21 25:18 51:14, 20 52:7

**types**
42:4,12 43:7

## U

**under**
6:7,9 27:5 31:5 34:25 36:21,25 45:11 69:5 92:5

**undergo**
91:21

**underneath**
55:9

**understand**
5:9,16,22 6:19 7:12 27:4 30:22 31:2,13 45:13 81:25 104:9 105:14 108:2 109:7

**understanding**
11:18 43:22 68:10 80:4 109:14

**understood**
7:6 38:21

**union**
25:17

**unit**
54:9,15 107:8,16

**United**
19:22 24:12 27:8, 10,11 30:9 38:15, 23 39:13 40:18,19 99:12

**Unitedhealthcare**
39:18 41:18 106:6

**unless**
87:20

**until**
7:8 10:20 83:7 95:15 104:24

**up**
14:15 17:15 24:5 33:5,11 39:21 44:1 50:14,24 51:10 52:4 53:2,4 55:15, 16 69:12,16 84:15 88:13 92:2 96:2 102:17 106:7

**upon**
47:8

**upper**
61:14 65:20

**us**
8:7 39:4 42:25

**USA**
68:14

**use**
14:10,12 16:24 18:18,21 20:25 22:25 23:2 24:9 29:22 39:23 40:8 41:14 105:25

**used**
12:20 16:20 66:9

**username**
23:19

**using**
23:18 36:5 40:5 41:8

**usually**
64:10 98:20

## V

**vaguely**
5:14

**various**
14:10

**Vatterott**
25:12

**verbal**
5:14

**verification**
88:18 91:13

**verified**
68:11

**version**
15:1

**Vicari**
4:8

**video**
4:4 26:20,25 28:12,16,21 67:1,6 93:11,16 94:8,12, 13,14,15,16,18,20, 21 95:17,20,21,25 96:1,6,8,13,16 98:14,16,17,18,20, 25 99:3 101:1,16 102:12 103:4 111:3

**videographer**
4:2,8,16 26:19,25 28:15,21 51:6,12, 16,25 52:16,20 53:1,6,14,17 54:1, 5,8,14 66:25 67:6 71:12,15 80:9 93:1,8,11,16 100:22 101:1 107:2,7,15 110:11, 15,24 111:2,8,12

**view**
50:11 53:9

**violation**
37:11 59:9

**violations**
37:8 74:18

**visit**
89:11

**visited**
23:12 89:12

**voice**
31:6,11 97:21 104:14,17,18

**voices**
97:6,9

**volume**
102:17

**vs**
4:5

## W

**wait**
7:8

**waive**
110:12

**Walmart**
11:10,16 16:19

**want**
14:15 24:21 27:19 28:3 35:9 50:18 53:13 54:1 56:10 60:16 65:13 66:12 69:3,4 72:5 73:4 76:7 80:24 82:4 87:20 91:12 94:1,4 95:6 102:18 110:15,22

**wanted**
11:5 29:4,6,7,14, 17 38:14,17,22 42:17 46:9 65:15 82:1 91:16

**wasn't**
46:11,19 92:14 106:10

**water**
26:13

**Waukesha**
8:20

**way**
14:1 57:5,8 68:18, 23 74:22 75:20 79:3 92:23 104:8, 24

**we**
4:2 5:2,4,12,13,24, 25 6:1,3,16 7:1,10 26:13,25 27:21,25 33:10 35:16 36:19 38:17,22,24 44:21 52:9 54:2,19,24 66:14 67:9 71:15, 20 78:21 80:10 84:19 93:5,8 95:9 98:6,11 100:22 103:2,22 106:21 108:8 109:10 110:11

**we'll**
7:1 28:13 49:12 53:10 70:24

**we're**
22:19 26:20 27:4 28:16,21 56:16 67:1,6 74:24 93:11,16 94:21 95:9 100:23 110:17,19,21 111:12

**wear**
20:23 21:5

**website**
23:9,10,12,14,15, 17

**week**
33:4,7,10 64:4 88:6

**weekly**
63:14,22

**went**
25:11 29:16 39:18 40:19 60:24 84:19 89:18 97:20

**were**
8:15,17,19 10:25 20:14 24:6 25:23 26:1,5 29:20 32:1 35:18 37:8,23 40:17 43:24 44:19 46:15 47:2,13,19, 21,25 48:21 56:8 71:6 75:18 81:21 82:5 89:5 97:9

**weren't**
46:24

**west**
80:5,6

**what**
7:10,18 8:6,23 9:1, 7,9,24 10:3,10 11:2,15 12:14,22 13:1,21,23,24 14:14,21,23 15:8 16:2,20,23 17:6, 10,12,13,18 18:3, 7,25 19:2,6,8,20 20:8,21 21:10,24 22:4,7,25 23:4,10, 25 24:10 25:6,10 26:8 27:22,23 28:7,10,25 29:4, 16,18 30:24 31:2 34:7,24 35:11 36:18 37:7 38:14 39:16,17 42:1,8 43:10,12,19,21,23 44:1,8,19,21 45:5 46:5,13,21,25 47:6,12 48:23 49:3,23 50:1 53:13 54:18 55:6 56:2,5 57:9,20 58:23 59:7,23 61:3,19, 22,24,25 62:24 63:17 64:9,11,21 65:9,23,25 67:22, 25 68:3,5,7,21 69:1 70:7 71:14,21 72:10 74:13,15 75:5,20,23 76:11, 16,20,25 77:2,5,17 78:5,7,11,15,24 80:4 81:7,23 82:1, 16 83:17,23 84:6, 14 85:23 86:20,22, 24 87:11,14 89:14 90:12 91:10 92:22, 23 94:21 95:22 97:12,22 98:6 99:8 101:6 102:5,8,20, 24 103:9 104:17 105:1,17,23,25 108:4,5,18 109:3, 7,14

**what's**
27:19 28:8 41:14 77:9,15 90:14

**whatever**
68:8 69:21

**when**
8:13 10:14,16,25 11:11,24 12:4,20, 22 15:11 16:13 17:15 19:24 20:5 21:16 22:13,22 24:10 30:13 31:7 32:7,25 33:3,4,9, 17 34:2 35:16 37:4 38:1,11,18,22 39:19,22 41:16,19 42:16 44:10,22 45:17 47:5,8 56:2 58:15 63:3,14,22 69:25 73:16 79:4 82:18,20 83:3 86:11,14 87:25 88:5 89:5 91:3,5, 24 92:11 98:22 100:24 103:20 105:5 106:4 108:7

**whenever**
39:20 79:3,5 91:4

**where**
8:4,15,19 10:24 11:5 16:15,17 23:7 24:3,15,25 25:10 26:5,7 34:17,18,20 36:20 37:8 39:9 43:13 47:11 51:1 60:3,8,21 61:14 64:17 69:5,9 76:9 78:13 80:4 89:1,17 90:4,5 92:16 98:11

**Wherever**
64:13

**whether**
42:11 53:8

**which**
15:22 16:2,8 19:4 32:16 44:24 49:12 54:20,21 67:10 72:18 74:24 80:15 84:15,24 89:9 92:20 99:6,15 100:1 105:14

**while**
6:5 20:14 30:2 64:19 71:12 89:6

**who**
4:11 9:15 11:13 13:4,8,14 26:1 27:10 30:1,3 37:23 40:11,15 41:16 58:1 64:12 73:22 74:15 79:6 82:3,7 83:19,20,21 86:9 91:19 94:12 96:21 97:9 109:18

**Whoever**

86:10

**whole**
50:19 51:4 53:4,5 57:19 61:1 94:1,5 95:4,6

**whose**
74:15

**why**
5:19 10:1 15:19 31:20 37:21 38:19, 21 45:2 46:1 53:6 59:15 64:11 81:19 97:17 104:7

**will**
4:9,17 6:2 7:5,14 49:7 51:10 53:2 54:8 63:8 74:24 80:14,20 90:11 92:21 93:2 107:6,8 110:24 111:2

**window**
52:4

**with**
4:11 5:13 8:24 11:21 13:1,10,12 14:3 15:18 18:13 19:22 20:6 21:19 23:17 25:3,17 26:14 27:8 29:1 30:9 32:9,12,16,17 33:1,3,9 34:2,10, 13 35:14,24 36:6 39:17,21 40:20 41:3,11,14 42:4 47:3,20,21 49:2 50:25 51:17 52:7 56:22 58:24 61:19 62:4 63:4 68:3,6,9 72:9 80:23 81:15, 17,20 82:2,7 86:11,14 87:3,9 88:18,23 90:3,11 94:9 97:16,20 98:2 99:12,13 100:14 101:9,17 102:13 103:5,13 104:12 105:19,22 110:2,5, 16

**within**
55:12 58:7 76:8 92:9 104:20

**without**
35:21 86:8

**witness**
4:17 14:2 27:24 28:2 30:24 31:15, 25 33:22 36:1 42:8,23 43:6 45:14 46:19 48:3,6,8,15 50:15,21 51:1,3, 11,14,19,23 52:6, 11,14,18 53:3,12, 16,19,25 55:19,23 57:21 63:11,17 66:19,22 71:3,14, 16 74:10 77:20 80:11 85:10 95:10 96:20,23 100:12, 21,25 101:3,13 103:18 104:3 105:10 106:13 108:4,16 110:12 112:6 113:1,2

**wondering**
36:21

**Wood**
26:10

**word**
76:2 87:19

**words**
5:9,13 35:10 36:25 76:4

**work**
7:10 89:11,17 92:5

**worked**
89:13,18 102:8,23 103:24

**working**
20:15 56:9 67:9

**works**
32:18 89:7

**worried**
63:11

**would**
6:12 9:18 10:7 14:19,20 16:4,12 17:7,21 21:7,10,14 22:7,9,17,22 23:7, 9,10,11 24:3,5,18 27:14 33:2,6 36:1 37:4 38:23,25 39:19 40:4 42:24 43:21,23 44:11,21, 22 47:18 50:25 52:25 55:8 56:22 57:11 62:4,15 66:17 76:12 79:4, 17,22 81:3 87:16 88:1 89:6,9 90:16, 21 93:19 95:4 98:6,7,25 99:4,5,6, 7,20,21,22 100:1,2 101:6 106:4,6 108:18

**would've**
16:9

**wouldn't**
63:10 109:1

**wrong**
35:9

**X**

**x-ed**
88:10

**Y**

**ya**
15:12 104:13

**yeah**
21:22 22:19 26:17 43:6 51:25 53:16 54:3 56:5,7,23 58:1 63:10 64:24 65:14 66:16 72:8 73:6 78:18 81:4,10 83:23 84:2 87:14, 18 90:19 92:11,18 93:6 94:18 95:5,7 98:18,20 101:3 102:4 108:7 110:19

**year**
12:6 14:19 15:7 17:8 25:6 33:18 34:4 41:25 42:3 70:6 88:1 97:15,19 105:7,15

**years**
8:10,18,24 9:18, 19,21 12:17 13:11 18:9 20:12 26:4 27:14 37:5 38:16 40:3,4 61:11 66:11 69:11 82:10 84:10 86:16 92:4,9 98:19,24

**yes**
5:6,11,17,23 7:7, 13 8:6,14 9:4,8,12, 23 10:13,20,23 11:23 12:3,8 13:3, 17,20 14:7,9,11, 17,25 15:5 16:1,6, 11,16 17:23 18:7, 24 19:19 20:16,18, 24 21:9,12 23:3, 16,24 24:20,24

25:5,9,16,25 27:6, 9 29:2 30:11 31:25 32:6,14,21,23 33:8,14,21 34:6,23 35:3,13 36:6 37:13,17 38:3,7 40:19 43:11 45:1,7 46:8,11,12 47:15, 24 48:19,22,25 49:8,16 50:5 55:5, 11 56:15 57:2,5,16 58:2,6,9,11,14,19, 22 59:1,3,6,22 60:5,7,10,12,15 61:16,18,21 62:5, 7,21,23 63:1 64:3, 8 65:22 67:12,15, 18,21 68:4 69:3,6, 8,16 71:24 72:4,11 73:2,12 75:22 76:3,5,15,19,24 77:8,14,16,25 78:3,10,14,20,23 79:9 80:3 83:5 84:18,22 85:1,15 86:1,19,21,25 87:10,24 88:4,8, 15,25 89:4 90:15 91:2,9,15 92:1,8 93:10 97:8 101:23 103:20 104:16 105:24 106:20 107:23 108:11,16, 20 109:13 110:13 111:10,11

**yes's**
5:13

**yet**
5:22 69:22 99:2 110:18

**you**
4:11,16,17,25 5:8, 9,15,18,19,22 6:7, 9,12,18,19,22,25 7:5,6,8,9,12,15,20, 22,25 8:4,9,11,13, 15,17,19,21,23 9:3,5,7,13,17,20, 22,25 10:1,3,7,12, 16,19,21,24,25 11:6,13,16,22,24 12:7,9,12,16,18, 20,22,25 13:2,10, 12,14,15,16,21 14:8,10,12,18 15:1,3,6,8,9,11,15, 22,25 16:2,3,8,12, 13,15,17,20,24 17:3,7,10,16,21,25 18:4,6,8,13,15,17, 20,23 19:10,12,15, 18,23 20:1,5,10, 14,19,25 21:3,5, 13,16,19,23,24 22:2,4,10,17,20,25 23:2,4,7,12,14,17, 19,23 24:1,3,4,6, 10,11,14,22 25:2, 8,23,24 26:1,3 27:4,7,10,13,15, 19,20 28:7,11,16, 24,25 29:3,6,14, 17,19,20,22,23 30:8,12,13,22,25 31:3,7,8,13,18,19, 22,23 32:1,5,7,9, 11,16,20,22,25 33:3,6,9,17,20 34:9,12,15,20,22 35:4,6,7,11,14,18, 19,21,22,23,25 36:2,8,9,12,16,20, 22,24 37:8,11,18, 21 38:1,4,6,8,11, 14,18,23 39:1,2,4, 8,9,13,16,19,20, 21,24 40:1,2,5,8, 13,17,20,23,24 41:1,3,6,10,11,16, 19,24 42:2,4,7,11, 18,21,24 43:4,10, 16,19,25 44:8,9, 10,12,15,16,22,24 45:2,5,8,9,10,13, 17,18,19,23,24 46:1,6,10,15,18, 21,22 47:3,6,8,9, 13,14,16,20,21 48:11,14,17,20 49:2,3,6,9,18,23 50:1,3,7,10,11,18, 19,22,24,25 51:7, 9,16,17 52:1,3,4, 16,17,20,23 53:1, 13,14,17,25 54:1, 19,21 55:1,2,6,10, 12,13,16,20 56:2, 5,10,13,16,19,25 57:3,7,11,14,17, 20,24 58:3,8,13, 15,18,20,23,25 59:5,10,12,15,20, 25 60:3,8,13,16, 17,18,20 61:5,9, 14,17,19,25 62:4, 6,8,10,15,19,22,24 63:2,3,5,8,14,22, 25 64:2,4,6,9,11, 14,16,25 65:8,16, 20,25 66:4,7,8,13, 14,19,20 67:16,19, 22,25 68:3,9,10, 14,17,23 69:1,3,4, 9,10,14,16,17 70:11,14,17 71:6, 20,22,25 72:2,5,6, 8,10,15,20,21 73:1,5,7,9,11,13, 16,20,23 74:2,5,9, 10,13,16,20,22 75:5,7,15,20,23,25 76:2,4,6,14,16,20, 22,25 77:5,9,11,15 78:1,4,5,11,13,15, 22,24 79:1,6,7,8, 10,12,13,16,19,22, 25 80:2,9,10,20, 23,25 81:2,3,4,7,8, 9,11,12,17 82:2,3, 7,10,11,12,13,14, 18,20,22,24,25 83:2,3,6,7,9,11,12, 14,17,22,24 84:6, 9,11,16,17,20,24 85:4,7,8 86:7,11, 14,17 87:3,9,11, 12,16,19,20,22,25 88:3,5,9,13,23 89:3,5,11 90:3,11, 13,16,18,21,22,25 91:3,5,7,8 92:16, 17 93:4,22,23,25 94:4,11,16 95:4,6, 15,18,21,22 96:1, 2,4,10,12,20 97:5, 6,12,17 98:4,14, 15,17,21,22,23 99:4,5,8,10,19,21, 22,25 100:2,8,24 101:2,5,12,22 102:2,8,17,23 103:9,16,17,20,21 104:1,9,14,22 105:1,17,19,25 106:4,5,9,12,19 107:3,21,25 108:2, 3,7,13,14,15,18 109:3,8,11,20,24 110:2,5,15,23 112:19

**you'd**
75:11

**you'll**
5:7 15:17,18

**you're**
22:22 24:19 26:18 27:4 30:3,5 35:11 38:18 43:1 44:1,15 45:6 46:5 48:23 50:23 57:20 60:20

65:10 70:7 71:13 82:20 83:3,22 92:22 94:18,23 105:23

**you've**
5:21 64:14,17,25 69:25 83:1

**youngest**
89:10

**your**
5:8 6:13 7:18,22, 25 8:6 9:1,7,15 12:22 13:2,18 14:1 16:15,23 17:1,3,7, 21,22,24 18:17,21 20:1,8,17 21:8,11 22:9,23 23:4 24:17 27:20 28:11,12 29:1 30:9,16,18 31:3,5,10 32:4,9, 12 33:12,15 34:2, 24 35:2,10 36:14, 25 37:23 38:8 39:8,10,23 41:20 43:21 45:3 49:23 50:8,10,19,23 52:21 53:18 54:20, 22 55:2,6,17 58:5, 10,15,25 59:21,25 60:6,11 61:5,9,23 62:2,3,8,10,19,22, 24,25 63:3,5,6 64:6,15 65:21 67:9,13,22,25 68:7,8 69:5,7,14 70:8,12,14,17 71:15,22 73:9 74:21 75:5 77:23 78:19 79:14,16,19 80:4,10 81:13 83:20 84:11,25 86:17,20,22,24 87:9 89:22,25 90:8 91:14 93:2 94:22, 24 95:22 96:5 97:21 99:4,25 100:5,18,23 102:17 103:12,23 104:17 105:1,17 106:15 107:24 108:8,12,21 109:14 110:22 112:10,13,19

**yours**
79:23

**yourself**
12:7 19:12 58:20 74:3,21

**yourselves**
4:10

**Z**

**ZIP**
78:16,17,19 94:24

**zoom**
4:7 6:16 49:4 57:14 59:4 69:3,16 72:7,8,19 75:7,11 80:25 81:4 84:17 87:12 88:13 90:17 112:4

**zoomed**
90:18

**zooming**
69:23