```
-- add these columns in
alter table calls
  add dest char(10), direction varchar(30), date datetime, datetime datetime, npa

  stateName varchar(30), isDNC char(3), isNanp char(3), crossRef char(21), crossRef2



select top 10 * from calls
select count(*) from calls

-- FTC index of tcpa-eligible area codes
select * into ftc from rainer.npa.dbo.ftc

-- TAGGING
update calls set datetime = call_date
update calls set date = convert(varchar(30),datetime,101)
update calls set dest = right([number_dialed],10)
update calls set npa = left(dest,3)
update calls set state = (select state from ftc where ftc.npa = calls.npa)
update calls set stateName = (select stateName from ftc where ftc.npa = calls.npa)
update calls set isNanp = 'YES' where state is not null and substring(dest,4,1) in
             ('2','3','4','5','6','7','8','9');
update calls set isNanp = null where substring(dest,4,3) = '555'
update calls set newId = newId()

-- adjusted UTC --> local time zone
-- update calls set datetime = originalDateTime;--
             dbo.fn_utc(replace(replace(created_date,'T',' '),'z',' '),state)
-- update calls set date = convert(varchar(30),datetime,101);

update calls set crossRef = convert(varchar(30),date,101) + '|' + dest
update calls set crossRef2 = convert(varchar(30),datetime,101) + '|' +
             convert(varchar(30),datetime,108) +  dest


-- tag the indexes and such...
select convert(bigint,dest) as dest,
  date, crossRef, crossRef2
  INTO dnc_prepare
  FROM calls where isNumeric(dest) = 1;


-- transfer to the DNC tagging engine (internal, isDNC);
select convert(bigint, dest) as dest, date, crossRef into DNC from
             MOMENTUM.HSI.dbo.dnc_prepare
select * into dnc from isDNC.dnc.dbo.dnc

-- tagging newId, add these.
```

```
update calls set isDNC = 'YES' where crossRef in (select crossRef from dnc where isDNC
= 'YES')

-- make a backup
select * into calls_complete from calls


-- this is a cross-check;
select count(*) from calls where isDNC = 'YES'
select count(*) from calls where crossRef in (select crossRef from dnc where isDNC =
             'YES')

-- calls for named plaintiff
select  * from calls (nolock) where dest in (select dest from namedPlaintiff)



select count(*) from data2 where charindex(char(9),message_text) > 0

-- tagging newId, add these.
update dnc set crossRef = convert(varchar(30),date,101) + '|' +
             convert(varchar(30),dest)
update calls set isDNC = 'YES' where crossRef in (select crossRef from dnc where isDNC
             = 'YES')

-- ==================================================================
--  waterfall (removal elements)
-- ==================================================================
select * into calls_complete from calls

-- add an index.
create index crossRef2 on calls (crossRef2)

-- noDest
select * into calls_noDest from calls where dest is null
delete from calls where newId in (select newId from calls_noDest)


-- dup
alter table calls add isKeep char(36)
select * into #dup from calls
create index crossRef2 on #dup (crossRef2)

update calls set isKeep = (select top 1 newId from #dup where #dup.crossRef2 =
             calls.crossRef2)
select * into calls_dup from calls where isKeep <> newId
delete from calls where newId  in (select newId from calls_dup)


-- inbound...
```

```
-- select * into calls_inbound from calls where direction = 'inbound'
-- delete from calls where newId in (select newId from calls_inbound)

-- notNanp
select * into calls_notNanp from calls where isNanp is null
delete from calls where newId in (select newId from calls_notNanp)

-- calls_lessthanThree
select * into calls_lessthanThree from calls where duration < 3;
delete from calls where newId in (select newId from calls_lessthanThree);

select count(*) from calls
select top 10 * from calls

select distinct status_name, count(*) as count into status_name from calls where
            call_length >= 3 group by status_name
alter table status_name add isInclude char(3)


update status_name set isInclude = 'YES' where status_name = 'Medicare Ineligible'
update status_name set isInclude = 'YES' where status_name = 'Answered & Hung-up'
update status_name set isInclude = 'YES' where status_name = 'Answering Machine
            Detected'
update status_name set isInclude = 'YES' where status_name = 'Caller Hungup'
update status_name set isInclude = 'YES' where status_name = 'Left Voicemail'
update status_name set isInclude = 'YES' where status_name = 'Call Transferred'
update status_name set isInclude = 'YES' where status_name = 'Contacted'
update status_name set isInclude = 'YES' where status_name = 'Caller Hangup / No Plan
            Pitched'
update status_name set isInclude = 'YES' where status_name = 'Do NOT Call'
update status_name set isInclude = 'YES' where status_name = 'Answering Machine
            Detected Message Left'
update status_name set isInclude = 'YES' where status_name = 'Not Interested / Plan
            Pitched'
update status_name set isInclude = 'YES' where status_name = 'Answering Machine'
update status_name set isInclude = 'YES' where status_name = 'Robo Call'

update calls set isInclude = 'YES' where status_name in (select status_name  from
            status_name  where isInclude = 'YES')

select * into calls_notCompleted from calls where isInclude is null
or (isInclude = 'YES' and [call_length] < 3)
or ( [call_length] < 3 )

delete from calls where newId in (select newId from calls_notCompleted)

select count(*) from calls


select count(*) from calls where [call_length] <3
```

```
select distinct status_name from calls where call_length >= 3
--
            ////////////////////////////////////////////////////////////////////////
            //////////
-- Bifurcation
--
            ////////////////////////////////////////////////////////////////////////
            //////////


select * into calls1 from calls;
create index dest on calls1 (dest);
create index datetime on calls1 (datetime);

select * into calls1_notDNC30 from calls1 where isDNC is null
delete from calls1 where newId in (select newId from calls1_notDNC30 )

-- count (as a cross-check point of validation)
select count(*) from calls1

-- remove where not 2 or more 365.
select * into #c from calls1
create index dest on #c (dest)
create index datetime on #c (datetime)

alter table calls1 add prevDate datetime, nextDate datetime, prevDays int, nextDays
            int, is2orMore365 char(3)

update calls1 set prevDate = (select top 1 datetime from #c where #c.dest =
            calls1.dest and #c.datetime <= calls1.datetime and #c.newId <> calls1.newI
            #c.datetime desc)
update calls1 set nextDate = (select top 1 datetime from #c where #c.dest =
            calls1.dest and #c.datetime >= calls1.datetime and #c.newId <> calls1.newI
            #c.datetime asc)
update calls1 set prevDays = datediff(day, prevDate, datetime)
update calls1 set nextDays = datediff(day, datetime, nextDate)
update calls1 set is2orMore365 = 'YES' where prevDays between 0 and 365 or nextDays
            between 0 and 365

-- not 2 or more 365
select * into calls1_not2orMore365 from calls1 where is2OrMore365 is null
delete from calls1 where newId in (select newId from calls1_not2orMore365)

select count(*), count(distinct dest) from calls1

-- queries.
select right(dest,4) from namedPlaintiff
select count(*), count(distinct dest)from calls1
select count(*), count(distinct dest)from calls1 where dest in (select dest from
            namedPlaintiff)
```

```
-- for the report
select distinct filename from calls_complete order by filename asc
select top 1 date from calls_complete order by date asc
select top 1 date from calls_complete order by date desc

-- named plaintiff calls:
select filename, seqNum, datetime, '-' + right(toNumber,4) as phoneNumber, duration
             from calls1 where dest in (select dest from namedPlaintiff) order by datet
```